UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                               :

AMY BARTOLETTI, CHIA SIU,               10 Civ. 7820 (WHP)
NADINE MENTOR, LISA CONLEY, and :
BRITTANY SHARPTON,                         SCHEDULING ORDER
                                               :

                Plaintiffs,

          -against-

CITIGROUP INC. and CITIGROUP
GLOBAL MARKETS, INC.                    :

               Defendants.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/11

WILLIAM H. PAULEY III, District Judge:

        The parties having appeared for an initial pre-trial conference on April 1, 2011, the following schedule is established on consent:

        (1) The parties shall inform the Court of the identity of any experts by November 4, 2011;

        (2) All fact discovery shall be completed November 18, 2011;

        (3) The parties shall submit a joint pre-trial order in accordance with this Court's Individual Practices by December 21, 2011;

        (4) This Court will hold a final pre-trial conference on January 6, 2012 at 10:00 a.m.

Dated: April 4, 2011
       New York, New York

                                                   SO ORDERED:

                                                   WILLIAM H. PAULEY III
                                                         U.S.D.J.

*Counsel of Record:*

Douglas H. Wigdor, Esq.
Thompson Wigdor and Gilly
85 Fifth Avenue
New York, NY 10003
*Counsel for Plaintiffs*

Kenneth J. Turnbull, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
*Counsel for Defendants*