UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
AMY BARTOLETTI, CHIA SIU, NADINE
MENTOR, LISA CONLEY AND BRITTANY
SHARPTON,

                        Plaintiffs,

v.

CITIGROUP INC. and CITIGROUP GLOBAL
MARKETS, INC.,
                       Defendants.
-------------------------------------------------------------- x

Civil Action No. 10 Civ. 7820 (PJO)(RLE)

**PROPOSED SCHEDULING ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-29-11

1. Discovery of factual matters is to be completed by April 2, 2012, which shall be the last day to serve discovery responses.

2. Expert disclosures shall be made in accordance with Fed. R. Civ. P. 26.

3. Expert disclosures are to be completed sixty days (60) days after the completion of the discovery of factual matters. Exchange of expert reports due on April 23, 2012; rebuttal reports due on May 23, 2012; completion of expert depositions by June 15, 2012.

THOMPSON WIGDOR LLP
*Attorneys for Plaintiffs*
85 Fifth Avenue
New York, New York 10003
(212) 257-6800

By: _____
DOUGLAS H. WIGDOR
ADAM S. GROSS

Date: 11/29/2011

MORGAN, LEWIS & BOCKIUS LLP
*Attorneys for Defendants*
101 Park Avenue
New York, New York 10178
(212) 309-6000

By: _____
KENNETH J. TURNBULL
LENI D. BATTAGLIA

Date: 11/29/2011

SO ORDERED, this 29th day of November, 2011.

_____
The Honorable Ronald L. Ellis
United States Magistrate Judge

DB1/ 68562934.1