UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

AMY BARTOLETTI, CHIA SIU, NADINE
MENTOR, LISA CONLEY and BRITTANY
SHARPTON,

                              Plaintiffs,

                  -v-

CITIGROUP, INC. and CITIGROUP GLOBAL
MARKETS, INC.,

                             Defendants.
------------------------------------------------------------X

10 Civ. 7820 (JPO)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 28 2012

J. PAUL OETKEN, District Judge:

In light of the discovery schedule entered by Magistrate Judge Ellis on March 12, 2012, the case management conference scheduled for April 9, 2012 is hereby adjourned to June 11, 2012 at 11:00 a.m.

SO ORDERED.

Dated: New York, New York
        March 23, 2012

                                            J. PAUL OETKEN
                                    United States District Judge