UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------- x
AMY BARTOLETTI, CHIA SIU, NADINE :
MENTOR, LISA CONLEY AND BRITTANY :
SHARPTON, :
 :
                              Plaintiffs, :    Civil Action No. 10 Civ. 7820 (RA) (RLE)
    v. :
 :    **STIPULATION AND [PROPOSED]**
CITIGROUP INC. and CITIGROUP GLOBAL :    <u>**SCHEDULING ORDER**</u>
MARKETS, INC., :
                            Defendants. :
---------------------------------------------------------- x

       WHEREAS, the Court issued an Order on May 3, 2012 (the "Order") extending the date for which the parties must conduct and complete fact discovery to September 4, 2012, and extending the date for which the parties must conduct and complete expert discovery to November 19, 2012; and

       WHEREAS, based on the Order, the date by which the parties must exchange expert reports was extended to September 26, 2012, and the date by which the parties must exchange expert rebuttal reports was extended to October 23, 2012; and

       WHEREAS, the parties have engaged in discovery in good faith, including the production of key documents and deponents by both sides; and

       WHEREAS, the parties require additional time to complete discovery, including deposing two Plaintiffs and several key fact witnesses;

       IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel as follows:

       Upon this Stipulation being "so ordered" by the Court, the Order is hereby amended as follows: (1) the parties' deadline to complete fact discovery is extended to October 4, 2012; (2) the deadline to complete expert discovery is extended to December 21, 2012,

including the deadline to exchange expert reports is be extended to October 29, 2012 and the deadline to exchange expert rebuttal reports is be extended to November 28, 2012.

| | |
|---|---|
| THOMPSON WIGDOR LLP<br>*Attorneys for Plaintiffs*<br>85 Fifth Avenue<br>New York, New York 10003<br>(212) 257-6800<br><br>By: _____<br>DOUGLAS H. WIGDOR<br>SHAFFIN A. DATOO<br>ADAM S. GROSS<br><br>Date: August 8, 2012 | MORGAN, LEWIS & BOCKIUS LLP<br>*Attorneys for Defendants*<br>101 Park Avenue<br>New York, New York 10178<br>(212) 309-6000<br><br>By: _____<br>KENNETH J. TURNBULL<br>LENI D. BATTAGLIA<br><br>Date: August 8, 2012 |

SO ORDERED, this 10th day of August, 2012.

_____
The Honorable Ronald L. Ellis
United States Magistrate Judge

DB1/ 70725027.2