# EXHIBIT 1

AMY BARTOLETTI                                                June 14, 2012

**Page 33**

 1        A. BARTOLETTI
 2   contingent upon moving to public finance to
 3   focus on housing which I chose to do.
 4       Q.   And do you recall who made you the
 5   offer to join housing?
 6       A.   I don't recall who made the offer.
 7   I can tell you who the head of the group was
 8   at that time. It was Harry Apfel.
 9       Q.   And housing was part of public
10   finance at that time?
11       A.   There was no housing group, so to
12   speak, in 1992, 1993. Our job as a group was
13   to build the housing business from scratch,
14   and because of our prior experience with
15   student loans which is very closely related in
16   terms of asset class to housing and mortgages,
17   it made a lot of sense to transfer those
18   skills. In fact, I was the only analyst in
19   1992 who worked on a housing deal for
20   Brookdale Village Apartments I believe in
21   Chicago. So I was the only person who had had
22   housing experience in the group as an analyst
23   in 1992, and because of that I think that's
24   part of the reason they chose me to move to
25   public financing, housing.

**Page 34**

 1        A. BARTOLETTI
 2       Q.   And do you know who the heads of
 3   public finance were in 1993 when you moved?
 4       A.   I don't remember.
 5       Q.   Do you know whether Frank Chin was
 6   a head of the group?
 7       A.   I honestly don't remember. It's a
 8   long time ago.
 9       Q.   How about David Brownstein?
10       A.   David Brownstein, no.
11       Q.   And so you moved to housing in
12   1993?
13       A.   Right.
14       Q.   And you stayed there until 2008 is
15   that right?
16       A.   Correct.
17       Q.   And can you walk me through your
18   progression within housing, tell me what
19   promotions you received.
20       A.   I know I'm not going to remember
21   the years.
22           I know from associate I was
23   promoted to AVP. Then I was promoted to VP.
24   The next promotion was director I believe in
25   2003.

**Page 35**

 1        A. BARTOLETTI
 2       Q.   And for each of those promotions,
 3   and we will start the most recent, the
 4   promotion to director, do you know who was
 5   responsible for approving that promotion?
 6       A.   I don't know who was responsible.
 7   I don't know the exact hierarchy of how the
 8   approval process works. It is a little bit of
 9   the black box.
10       Q.   And so the same for the other
11   promotions as well, you don't know who would
12   have approved them?
13       A.   I don't know, and honestly I
14   wouldn't remember who was even making those
15   decisions at the time.
16       Q.   Throughout your employment at
17   Citigroup were you ever disciplined?
18       A.   Not that I recall.
19       Q.   And you are currently working for
20   Ramirez, correct?
21       A.   Yes.
22       Q.   How did you come about to join
23   Citi, your first position there?
24       A.   Citi?
25       Q.   Yes, or Smith Barney at the time.

**Page 36**

 1        A. BARTOLETTI
 2       A.   Smith Barney at the time.
 3           I was at Wharton. We actually had
 4   resume drops on campus. A lot of the big
 5   employers came to Wharton to interview. I do
 6   remember -- I mean I don't remember the exact
 7   process but I remember I was invited to a
 8   Super Saturday at Smith Barney, and via that
 9   process is how I was chosen for the position.
10       Q.   And Super Saturday is a day when
11   candidates come in and interview?
12       A.   Yes.
13       Q.   When you joined the housing group,
14   you mentioned that one of the reasons you
15   think you were selected to move to that group
16   was the work you had done --
17       A.   Yes.
18       Q.   -- with student loans. Is that
19   right?
20       A.   With student loans and because I
21   was the only person who had had direct housing
22   experience.
23           Actually, as an analyst, I
24   remember I went to the preclosing of that deal
25   for, the housing deal alone which is highly

ESQUIRE DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 212.557.5972

1384 Broadway - 19th Floor
New York, NY 10018
www.esquiresolutions.com

AMY BARTOLETTI                                                June 14, 2012

**Page 37**

1  A. BARTOLETTI
2  unusual, but it was a big deal to me and I
3  felt pretty -- I was very proud of that
4  actually, that they trusted me as an analyst
5  who hadn't been there very long, to actually
6  oversee the closing of a deal.
7      Q.  So the group, was it referred to
8  as the housing group, the group that you
9  worked in?
10     A.  Originally, I was in the financial
11 institutions group.
12     Q.  Right, that's what you were hired
13 into?
14     A.  Correct.
15     Q.  And then when you transferred?
16     A.  When I transferred in 1993, we
17 were part of public finance, and, yes, we were
18 the housing group.
19     Q.  And did the housing group, was
20 that divided between housing and student
21 loans?
22     A.  No, there were a couple of student
23 loan clients that we took with us because we
24 needed some revenues initially while we were
25 building our housing practice, otherwise we

**Page 38**

1  A. BARTOLETTI
2  wouldn't have had any revenues, and there were
3  certain relationships that it made sense to
4  transfer because we had those relationships.
5  I mean, I didn't at the time, I was an
6  analyst.
7      Well, I had some relationships but
8  it wouldn't really have mattered.
9      Q.  So how many people, when they
10 formed this group in 1993 --
11     A.  Yup.
12     Q.  -- do you know how many people
13 constituted the group?
14     A.  Do you want me to guess?
15     Q.  Your best recollection again.
16     A.  I remember Harry Apfel.  I
17 remember I think Bob Holloman was part of it.
18 Nick Fluehr was part of it then.  Maybe, I
19 think Mike Toth and Hing Loi.  That's my best
20 recollection -- and then me.  I mean, that's
21 my best recollection, so that's about six
22 people.
23     Q.  And over time did that group grow?
24     A.  We went through a lot of ups and
25 downs.  There were times when we grew.  There

**Page 39**

1  A. BARTOLETTI
2  were times when we lost people.  So, I mean,
3  there was a lot of ups and downs in terms of
4  size of the group over the years.
5      Q.  What's your recollection of how
6  many people were there at its peak?
7      A.  At its peak, I would like to say
8  ten, but I'm really not sure if that's
9  actually accurate.
10     Q.  So through your career in that
11 group from 1993 through 2008, or November of
12 2008, did you -- how much of your time did you
13 focus on housing and how much of your time did
14 you spend on student loans?
15     A.  Throughout my entire career?
16     Q.  Yes.
17     A.  In the beginning I probably spent
18 more time on student loans, but that gradually
19 increased, that gradually fell off and as we
20 let student loan clients go with different
21 transfers, my time was spent more and more and
22 more on housing every single year, up until
23 the end when in 2008, for example, I only had
24 four student loan clients total, one of which
25 was a co-managed client.  The majority of my

**Page 40**

1  A. BARTOLETTI
2  clients which was probably, all the accounts I
3  worked on, housing clients was about 20.  So
4  that gives you a good comparison.  And I did
5  no new student loan business.  It was all just
6  business that the firm already had, whereas,
7  my focus was to build and grow the housing
8  business.
9      Q.  When you say you did no new
10 student loan business --
11     A.  Right, I wasn't --
12     Q.  -- what time period are you
13 talking about?
14     A.  That was the last several years.
15 We did not go after new student loan business,
16 if I'm recalling correctly.
17     That wasn't our focus.  Our focus
18 was housing.
19     Q.  And then so in 2008 you said you
20 had four student loan clients?
21     A.  Total.
22     Q.  And do you recall how many you had
23 in 2007?
24     A.  Probably the same number.
25     Q.  And if you had 20 or so housing



Toll Free: 800.211.DEPO
Facsimile: 212.557.5972

1384 Broadway - 19th Floor
New York, NY 10018
www.esquiresolutions.com

**Page 41**

```
 1          A. BARTOLETTI
 2   clients --
 3       A.   That I helped cover.
 4       Q.   That you helped cover?
 5       A.   Yes, or covered. I was a
 6   significant part of the team. Put it that
 7   way.
 8       Q.   Would your time have been
 9   proportional to the number of clients that you
10   had, so the time you spent on housing work, is
11   that proportional to the number of clients you
12   had?
13       A.   No, I would have spent more time
14   on housing because I was trying to grow the
15   business. I mean, that's just -- I wasn't
16   trying to grow the student loan business
17   whatsoever.
18       Q.   And how were accounts assigned
19   within the group?
20       A.   Within the group. A little bit of
21   a complicated process. I mean, some of it had
22   to do with who had certain relationships
23   where. Some of it had to do with who was busy
24   at a given time. Some of it had to do with
25   different personalities and the construction
```

**Page 42**

```
 1          A. BARTOLETTI
 2   of the overall team.
 3          I mean, there were a lot of
 4   variables that went into those decisions and
 5   they weren't hard and fast decisions hardly
 6   ever. It was fluid, you know, because you had
 7   to make adjustments depending on everybody's
 8   work schedule at various times.
 9       Q.   So within the group there could be
10   several people covering the same client?
11       A.   Correct, yes.
12       Q.   Within this group, how many people
13   worked on student loan business?
14       A.   If I -- what year?
15       Q.   Let's say 2007 and 2008.
16       A.   2007, 2008. I think it would
17   probably be about three people if I'm not
18   mistaken.
19       Q.   Who?
20       A.   I believe Mr. Fluehr, I mean, he
21   helped cover a little bit. I did some student
22   loan work, and Chia Siu did some student loan
23   work as well.
24       Q.   And can you give me -- I think Ray
25   might have helped out a little bit but I don't
```

**Page 43**

```
 1          A. BARTOLETTI
 2   really remember if he was on -- if he helped
 3   on any account, it would have been Montana
 4   Higher Ed but I don't actually remember for
 5   sure if he did or not?
 6       Q.   When you say Ray, you are
 7   referring to Ray High?
 8       A.   Ray High, yes. Sorry.
 9       Q.   And for each of those years give
10   me an estimate of the percentage of time you
11   spent working on student loans?
12       A.   Every year?
13       Q.   No, '07 and 08.
14       A.   I mean, it's very hard to
15   determine percentages. For my whole entire
16   year? I mean, '08 is more, I could say 10
17   percent, maybe.
18       Q.   How about 2007?
19       A.   You know, I really can't remember
20   exactly what the breakdown was in 2007. It
21   was probably similar.
22       Q.   Do you think it was more in 2007
23   than 2008?
24       A.   It was probably similar.
25       Q.   Slightly more?
```

**Page 44**

```
 1          A. BARTOLETTI
 2          MR. WIGDOR: Objection.
 3       A.   I don't think so.
 4       Q.   No?
 5       A.   No.
 6       Q.   When you became a director, I
 7   think you said in 2003, was that?
 8       A.   I think that's correct.
 9       Q.   Who was the head of the housing
10   group?
11       A.   I honestly don't remember. There
12   was a period of change and I don't remember
13   who was the head at that time.
14          I know at one point Harry Apfel
15   was the head. And then after Harry left, Mike
16   Toth and Nick Fluehr were promoted to co-heads
17   of the group, but I don't remember what year
18   that was. I think that was after 2003 but I'm
19   not a hundred percent sure.
20       Q.   And then at some point Nick Fluehr
21   became the sole head of the group, right?
22       A.   Correct, when Mike Toth was let
23   go.
24       Q.   Was Mike Toth terminated?
25       A.   I believe he was terminated. I
```



**Page 45**

1  A. BARTOLETTI
2  don't know if he was technically terminated or
3  laid off. I don't know what the technical
4  difference is there, but he was no longer
5  employed with the firm at a certain point.
6      Q.  And then after Nick Fluehr left in
7  2008, you were named a co-head of the housing
8  group, correct?
9      A.  No, that is not correct.
10 Initially I was actually asked to be sole head
11 of the group.
12     The day that Nick was let go,
13 David Brownstein came into my office and asked
14 me if I would like to be sole head of the
15 group. I said let me think about it, and I'll
16 get back to you.
17     When I went back to him, I think
18 it was a day or two later, we were in the
19 middle of a Connecticut pricing if I'm
20 recalling correctly, I said to David, yes, I
21 would like to be head of the group, I would
22 like to accept that, I'm committed to this,
23 I'm committed to building this business. And
24 that is when he told me, umm, well, sorry, but
25 we told Mike and he threatened to quit if we

**Page 46**

1  A. BARTOLETTI
2  don't make him co-head, so we're going to make
3  him co-head as well. So that's the way that
4  happened.
5      Q.  And so after Nick Fluehr left, you
6  and Mike Koessel became co-heads of the
7  housing group?
8      A.  After I was offered sole head of
9  the group and accepted it, then we were made
10 co-heads.
11     Q.  And were you named head of the
12 student loan --
13     A.  Yes.
14     Q.  -- business?
15     A.  Yes, because Mike didn't know
16 really anything about that business.
17     Q.  Let me show you an e-mail dated
18 July 3rd, 2008. We will have this marked as
19 Bartoletti Exhibit 3.
20        (Bartoletti Exhibit 3, e-mail
21        dated July 3, 2008 marked for
22        identification, as of this date.)
23     A.  Okay.
24     Q.  Ms. Bartoletti, you see the bottom
25 e-mail from David Brownstein?

**Page 47**

1  A. BARTOLETTI
2      A.  Yes.
3      Q.  And do you see in this e-mail, Mr.
4  Brownstein said: "Amy is okay proceeding as
5  co-head of housing and sole head of student
6  loans"?
7      A.  Um-hum, because I didn't have a
8  choice. I mean, honestly, that was very
9  disappointing that someone offers you a head
10 position and then literally somebody else
11 complains and threatens to leave, and they
12 support that behavior and essentially demote
13 you to be co-head of a group. I mean, that
14 was pretty devastating, to be honest with you.
15     Q.  Did you think that the decision
16 not to let -- so Mike Koessel you said had
17 threatened to leave?
18     A.  Yes.
19     Q.  And in response to that Citigroup
20 decided to ask him to be a co-head with you,
21 is that right?
22     A.  Yes.
23     Q.  Do you know who was involved in
24 that?
25     A.  I don't know who made that

**Page 48**

1  A. BARTOLETTI
2  decision exactly. I know who communicated the
3  decision and that was David Brownstein. And
4  if that was a woman making that same
5  complaint, that would not have happened.
6      Q.  And why do you say that?
7      A.  Because I think David has a gender
8  bias against women.
9      Q.  And what leads you to that belief,
10 what facts lead you to that belief?
11     A.  Well, if you -- number one, the
12 fact of my termination. If you look at the
13 composition of our group, all of the women in
14 our group were let go where less qualified men
15 were retained. That's number one.
16     Number two, if you look at all of
17 the layoffs that happened in the course of my
18 layoff and you look at the percentage of women
19 that were let go, including in higher level
20 positions such as MD and director, I believe
21 higher percentage of women were let go than
22 should have been, compared to men that were
23 retained.
24     Shall I go on?
25     Third, David, if you look at the



Toll Free: 800.211.DEPO
Facsimile: 212.557.5972

1384 Broadway - 19th Floor
New York, NY 10018
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

AMY BARTOLETTI												June 14, 2012

### Page 53

1  A. BARTOLETTI
2  going to resign, correct?
3      A.   I believe that is the case.
4      Q.   Do you know who was involved and
5  who made the decisions in any of those earlier
6  layoffs?
7      A.   I do not know who made the
8  specific decisions.
9      Q.   The second reason you said, you
10 talked about the percentage of women let go in
11 public finance?
12     A.   Um-hum.
13     Q.   Are you referring just to in
14 November of 2008?
15     A.   Yes.
16     Q.   Do you have, within public finance
17 do you know who was making the decisions as to
18 who would be laid off?
19     A.   In 2008 -- in my layoff.
20     Q.   In the November 2008 layoff.
21     A.   I don't know specifically who made
22 all of the decisions. I know there were
23 several people involved, but I know Mr.
24 Brownstein was one of the people involved in
25 those decisions.

### Page 54

1  A. BARTOLETTI
2      Q.   And do you know how the
3  decisionmakers selected individuals for
4  termination?
5      A.   I have -- no. And that baffles me
6  to this day, because I had probably -- I had
7  suspected that there was a chance that the
8  entire housing group would be let go, but
9  never in a million years did I think that I
10 would be let go and Mike Koessel would be
11 retained, because I was more qualified than he
12 was in many respects. I worked harder than he
13 did. If you look at my performance, it was
14 better than his in I believe every single year
15 and that is evidenced by my discretionary
16 bonus being higher than his in every single
17 year. My three -- if we did 360 reviews in
18 our group twice, I believe it was twice, and
19 in at least one of them I was ranked highest
20 in the group and Mike Koessel was ranked
21 lowest.
22           If you look at management
23 experience, I had far more management
24 experience than Mike Koessel did. I was at
25 one point head of the analysts and associates

### Page 55

1  A. BARTOLETTI
2  within the housing group, but in addition to
3  that, Mr. Koessel -- sorry, Mr. Fluehr
4  traveled often and he gave to me a lot of his
5  management responsibilities when he was
6  traveling. I was responsible for giving the
7  analysts and associates reviews many times. A
8  lot of the times I communicated their bonus
9  numbers to them. In one case even I was
10 responsible for letting someone know that they
11 were no longer going to be working in the
12 group because Mr. Fluehr was traveling and had
13 to let a satellite office know the same.
14          I'm still not finished.
15     Q.   I just was going to go back to the
16 question. I will reask it --
17     A.   When I'm finished.
18     Q.   I'll reask it when you're
19 finished.
20     A.   I passed the series 63 exam which
21 he did not which was clearly communicated was
22 a requirement of a group head at Citigroup.
23 And I was nominated for promotion to managing
24 director. Mike Koessel was not.
25          And lastly, I was initially chosen

### Page 56

1  A. BARTOLETTI
2  to be sole group head over Mike. Until he
3  complained and threatened to leave, did they
4  make him co-head.
5      MR. TURNBULL: Could you read back
6      the question.
7          I will just ask it again.
8      Q.   The question was do you know how
9  decisionmakers selected individuals for
10 termination?
11     A.   Again, no. And the process is
12 baffling.
13     Q.   You also talked about Mr.
14 Brownstein's period of time when he was head
15 of the derivatives group?
16     A.   Yes.
17     Q.   When was Mr. Brownstein head of
18 the derivatives group?
19     A.   I don't know. It was prior to his
20 promotion to co-head of the department which I
21 believe happened in 2008.
22     Q.   Do you know how long Mr.
23 Brownstein was head of the derivatives group?
24     A.   I do not know.
25     Q.   How big was the derivatives group?



Toll Free: 800.211.DEPO
Facsimile: 212.557.5972

1384 Broadway - 19th Floor
New York, NY 10018
www.esquiresolutions.com

AMY BARTOLETTI                                                          June 14, 2012

```
                                    65                                                67
 1         A. BARTOLETTI                         1         A. BARTOLETTI
 2    Q.   And was the other year before         2    happen to our group, I'm really worried about
 3    2006?                                      3    what might happen going forward.
 4    A.   It was either before or after that    4    Q.   Did Chia express to you, did Ms.
 5    year. I don't remember which year honestly. 5    Siu express to you concern about the group
 6    I know Citi has the records, human resources 6   becoming smaller?
 7    has the records, so it would be great if we 7    A.   Yes.
 8    could get those.                            8    Q.   And this was what, in June, June
 9    Q.   So for 2007, the year before you       9    or July of 2008?
10    were terminated, you don't recall whether a 10    A.   It would have been shortly after
11    360 review was done?                       11    Mr. Fluehr was let go. So end of June, early
12    A.   I honestly don't recall what year     12    July.
13    it was.                                    13    Q.   So you see this e-mail in front of
14    Q.   If you would look at Bartoletti       14    you is dated July 3rd. Had you spoken to Ms.
15    Exhibit 3 after the sentence we just looked 15    Siu before that about her concerns?
16    at, do you see it says "she is still very  16    A.   I probably did because I think Mr.
17    concerned that we may lose Chia." Do you see 17   Fluehr was let go around end of June so I'm
18    that?                                      18    sure I spoke to her. I spoke to everybody in
19    A.   Yes, I do.                            19    the group.
20    Q.   And that refers to Chia Siu?          20    Q.   And Ms. Siu was an analyst in the
21    A.   Yes.                                  21    group, correct?
22    Q.   Did you tell Mr. Brownstein you       22    A.   Yes.
23    were concerned that you would lose Chia Siu? 23   Q.   In 2008, how many analysts were in
24    A.   I don't recall if I used those        24    your group?
25    words exactly. I did tell Mr. Brownstein I 25    A.   I believe it was just Chia and
```

```
                                    66                                                68
 1         A. BARTOLETTI                         1         A. BARTOLETTI
 2    was very concerned about Chia in general.   2    Tian Yang in July -- at this time.
 3        I know that after Mr. Fluehr was       3    Q.   In any of the earlier rounds of
 4    let go, Chia was very concerned about the   4    RIFs, had any analysts been let go?
 5    commitment of Citi to housing, in general, and 5  A.   I believe, yes, Henry Chen I
 6    she was also very concerned about our group 6    believe was an analyst that was let go in a
 7    and how be were going to get everything done 7    prior RIF, and, as you said, Amy Wang who was
 8    with the number of people we had and how we 8    going to leave, was let go.
 9    were going to retain clients and grow        9    Q.   Were you involved in any of the
10    business.                                  10    decisions about who would be let go?
11    Q.   Were you concerned that she was       11    A.   No.
12    going to leave?                            12    Q.   Ms. Siu, as an analyst, did she
13    A.   I don't remember if I was             13    work with anyone more -- were you divided into
14    concerned that she was going to leave. I know 14  teams?
15    I was concerned about her in general, and,  15    A.   No. You are divided by accounts.
16    yes, maybe I was worried that she would     16    So depending on what accounts you covered that
17    eventually leave if she had all of these    17    would determine the team you worked within on
18    concerns and she was so upset.              18    that given account.
19    Q.   And what did she say that led you     19    Q.   Did you work with his Ms. Siu a
20    to believe that she might leave?           20    lot?
21    A.   I don't remember the specific        21    A.   I worked with her a lot. Mike
22    conversation that we had in 2008, but I just 22   worked with her a lot as well.
23    remember, I do remember her saying I'm really 23  Q.   And how about --
24    worried about Citi's commitment to housing, 24    A.   Everybody wanted to work with
25    you know, I'm really worried about what may 25   Chia. She was fantastic. I mean, that's the
```



AMY BARTOLETTI                                              June 14, 2012

### Page 81

1     A. BARTOLETTI
2  held by men, I always felt at a disadvantage
3  in moving up being a woman compared to being a
4  guy. I felt like I would have less
5  opportunity to, number one, become a managing
6  director eventually, and then really, it's
7  beyond managing director is where, because I
8  think I eventually, I think I would have been
9  promoted to managing director at some point
10 because I think my performance warranted it,
11 but I think beyond that, it would have been
12 very difficult for me as a woman to be in any
13 higher level decision-making position.
14     Q.   You said that you were, earlier
15 you said you were nominated to be a managing
16 director?
17     A.   Yes.
18     Q.   Who nominated you for that?
19     A.   I believe it was Nick Fluehr.
20     Q.   When was that?
21     A.   I don't know when it was. I
22 believe it was 2008.
23     Q.   Do you think he nominated you
24 because of your gender?
25     A.   No.

### Page 82

1     A. BARTOLETTI
2     Q.   You said Mike Koessel was not
3  nominated for managing director?
4     A.   He was not.
5     Q.   Do you think that was because of
6  his gender?
7     A.   No, I do not. I think that was
8  because of his performance relative to my
9  performance?
10    Q.   Anything else that you think was
11 discriminatory during your time at Citi?
12    A.   No. Just the general feeling that
13 I would not have been able to be as successful
14 as men would in public financing in the
15 business in general.
16    Q.   At the beginning of 2008, how many
17 people were in the housing group?
18    A.   I don't know the number. You
19 probably have it. I just don't remember.
20    Q.   Well, let me see if we can walk
21 through some names. It was you, right?
22    A.   Um-hum.
23    Q.   And Mr. Koessel?
24    A.   Um-hum, yes.
25    Q.   Obviously, Nick Fluehr was the

### Page 83

1     A. BARTOLETTI
2  head of the group at the time?
3     A.   Yes.
4     Q.   Chia Siu was there at the
5  beginning of 2008?
6     A.   Yes.
7     Q.   Ping?
8     A.   Yes.
9     Q.   Raymond High?
10    A.   Yes.
11    Q.   Michael Murad?
12    A.   Yes.
13    Q.   Amy Wang?
14    A.   Yes. When did -- I'm not sure
15 when Amy left. Was it -- okay.
16    Q.   I'm just asking.
17    A.   I don't remember when Amy left
18 exactly. So I don't -- it was around that
19 time, but I'm not sure when exactly.
20    Q.   And so anybody else that you can
21 recall being in the group at the beginning of
22 '08?
23    A.   I know there were layoffs around
24 that time, so I'm not sure who we laid off
25 exactly when.

### Page 84

1     A. BARTOLETTI
2     Q.   When Mr. Fluehr was laid off, were
3  you surprised?
4     A.   Yes.
5     Q.   Why?
6     A.   It's just a surprise when --
7  because he was there for 20 years I think at
8  Citigroup, and I thought he did a good job,
9  you know, so I'm surprised.
10    Q.   Do you know why he was laid off?
11    A.   I don't know the exact reasons why
12 he was laid off, no.
13    Q.   Did you ask Mr. Fluehr?
14    A.   Mr. Fluehr asked me, but, I don't
15 know. I'm sure he doesn't know either. You
16 know, you never get a straight answer when you
17 ask these questions, generally.
18    Q.   Do you think he was laid off
19 because of his gender?
20    A.   No.
21    Q.   Do you think someone should have
22 been laid off instead of him in June of 2008?
23    A.   I'm not in a position to make
24 those decisions.
25    Q.   And at that time I think you said



AMY BARTOLETTI                                                          June 14, 2012

                                          85
         A. BARTOLETTI
 1
 2   also Michael Murad -- no, no. Was it Henry
 3   Chen?
 4       A.   Yes.
 5       Q.   So that was another person who was
 6   in the group at the beginning of 2008, right?
 7       A.   I suppose.
 8       Q.   And Mr. Chen was let go in the
 9   June 2008 RIF?
10       A.   Yes.
11       Q.   Were you surprised that Mr. Chen
12   was let go?
13       A.   I don't remember, honestly.
14       Q.   As of June of 2008, how long had
15   you worked with Mr. Fluehr?
16       A.   Well, I didn't work with Mr.
17   Fluehr very much the first year. I was at
18   Smith Barney, but subsequent to that I worked
19   with him. So probably 15 years.
20       Q.   From 1993 on?
21       A.   Probably.
22       Q.   And do you still maintain -- did
23   you consider him a mentor?
24       A.   I considered him my boss? As much
25   as your boss is your mentor, sure, but not

                                          86
 1            A. BARTOLETTI
 2   really.
 3       Q.   Did you consider him a friend?
 4       A.   I considered him a colleague. He
 5   was not a friend that I would call outside of
 6   office or outside of business purposes,
 7   generally, but.
 8       Q.   And when Mr. Fluehr left, he found
 9   a new job, correct?
10       A.   Yes.
11       Q.   Where did he first go?
12       A.   I believe it was B of A.
13       Q.   And do you recall there was some
14   concern that you were going to follow him?
15       A.   Yes, I remember that very clearly.
16   David seemed very concerned that I was going
17   to follow Mr. Fluehr.
18       Q.   When you say David, you are
19   talking about David Brownstein?
20       A.   I am talking about David
21   Brownstein, yes.
22       Q.   Do you know why he was concerned
23   that you would follow Mr. Fluehr?
24       A.   I really don't because I didn't
25   think he had -- I didn't have an offer from B

                                          87
 1            A. BARTOLETTI
 2   of A, I wasn't going to work there. Why he
 3   thought I was going to get hired magically, I
 4   don't know.
 5       Q.   Do you know whether people other
 6   than Mr. Brownstein thought you might follow
 7   Mr. Fluehr?
 8       A.   Maybe other people thought that,
 9   but it wasn't very well-founded at the time.
10   Because I don't think B of A was hiring at the
11   time.
12       Q.   Let me show you an e-mail chain.
13   It is Bates No. PL 01709 through 01710. And
14   we will mark this as Bartoletti Exhibit 4.
15            (Bartoletti Exhibit 4, e-mail
16            chain, Bates No. PL 01709-10 marked
17            for identification, as of this
18            date.)
19       A.   I remember this e-mail.
20       Q.   You remember this e-mail?
21       A.   Um-hum.
22       Q.   Let me ask you to turn to the
23   second page. And I guess the e-mail chain
24   works up, from the bottom up.
25       A.   Yes.

                                          88
 1            A. BARTOLETTI
 2       Q.   And you see the first e-mail in
 3   the chain, the bottom one from David
 4   Brownstein to you dated August 1, 2008?
 5       A.   Yes.
 6       Q.   And he says "Rumor has it that you
 7   are going to B of A with Nick now."
 8       A.   Yes.
 9       Q.   Were you hearing those rumors
10   yourself?
11       A.   No. And you can see my response
12   says, "I've heard many rumors over the past
13   couple of weeks all of which are not true."
14       Q.   So you were hearing those rumors
15   yourself?
16       A.   I was hearing many rumors. Many
17   rumors. I mean, the housing group and public
18   finance group is -- the public finance
19   business is very small, and I will even tell
20   you, when I was laid off I would get calls
21   from people telling me I was going to work at
22   various firms that I hadn't even spoken to. I
23   mean.
24       Q.   So you had heard rumors that you
25   would be following Nick to B of A?



Toll Free: 800.211.DEPO
Facsimile: 212.557.5972

1384 Broadway - 19th Floor
New York, NY 10018
www.esquiresolutions.com

AMY BARTOLETTI                                                June 14, 2012

**Page 89**

1  A. BARTOLETTI
2  A. I did not hear that rumor
3  specifically, no, that I remember hearing.
4  Q. So when you said in the e-mail
5  that you referred to I've heard many rumors
6  regarding this, that wasn't --
7  A. I don't remember hearing that
8  particular rumor, but I've heard rumors
9  regarding a lot of things over that time.
10 Q. And in Mr. Brownstein's initial
11 e-mail to you, he says "I hope it's not true."
12 A. Yes.
13 Q. Do you see that?
14 A. Yes.
15 Q. Did you think he was being honest
16 when he said that?
17 A. I don't know.
18 Q. Do you have any reason to believe
19 he was not being honest?
20 A. Only the subsequent layoff that
21 happened.
22 Q. Do you know whether in August of
23 2008 when he sent this, that he did not want
24 you to leave?
25 A. Repeat that please.

**Page 90**

1  A. BARTOLETTI
2  Q. When he sent this in August of
3  2008, do you know whether he did not want you
4  to leave?
5  A. I do not know.
6  Q. Had he done anything to indicate
7  up until that point that he wanted you to
8  leave?
9  A. Up until that point, no.
10 Subsequently, yes.
11 Q. And, in fact, if you look at the
12 e-mail above, if you go to page 1.
13 A. Um-hum.
14 Q. In about the middle of the page
15 there is an e-mail from David to you, again.
16 A. Um-hum.
17 Q. He says: "I never take anything
18 for granted. I want you here."
19 A. Um-hum.
20 Q. Do you think that was true?
21 A. You know, I've looked at this or
22 thought about this afterward because I very
23 clearly remember this, and just looking back I
24 think what a joke this was.
25 Q. So you think this was, Mr.

**Page 91**

1  A. BARTOLETTI
2  Brownstein was not being honest with you?
3  A. You know, I don't know. I can't
4  get in Mr. Brownstein's head, I don't know.
5  Q. And he continues and says: "I
6  like having you" --
7  A. I think Mr. Brownstein would say
8  whatever would make his business better.
9  Q. So he continues and says: "I like
10 having you here. I look forward to helping
11 make you a major force in our business."
12    Do you see that?
13 A. Um-hum.
14 Q. Do you know whether he was being
15 honest when he said that?
16 A. I don't know.
17 Q. Did you think that that comment
18 was discriminatory because of your gender?
19 A. It --
20    MR. WIGDOR: Objection.
21 A. Nope.
22 Q. No? Was that your answer, no?
23 A. Yes.
24 Q. Do you see on the top of this
25 e-mail, it's from you at Citi to your two

**Page 92**

1  A. BARTOLETTI
2  different e-mail addresses that you mentioned
3  earlier?
4  A. Yes.
5  Q. Do you see that?
6  A. Yes.
7  Q. And it is dated November 19, 2008,
8  right?
9  A. Um-hum. Yes. Sorry.
10 Q. And that was just a day or two
11 before you were informed of your termination?
12 A. I don't remember the exact date of
13 the termination. Maybe you have that.
14 Q. Does No. 21 sound familiar?
15 A. Yes.
16 Q. So why on November 19th were you
17 sending this e-mail chain to your home?
18 A. I don't remember exactly. I do
19 remember having major concerns that they were
20 going to let the entire housing group go.
21 But, again, as I did say before, I was very
22 concerned about our entire group. I was very
23 concerned about Citi's commitment to housing.
24 Never in a million years did I think they were
25 going to let me go and retain Mike, or let all



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 212.557.5972

1384 Broadway - 19th Floor
New York, NY 10018
www.esquiresolutions.com

AMY BARTOLETTI                                                                                      June 14, 2012

**105**

```
 1           A. BARTOLETTI
 2   Wells Fargo?
 3       A.  Yes.
 4       Q.  Have you asked Nick to hire you or
 5   help you get hired there?
 6       A.  We've -- we did talk about it at
 7   one point, but I'm not working -- I'm not
 8   going to work there.
 9       Q.  Why not?
10       A.  There are many reasons.  I mean,
11   part of the reason is I don't think they have
12   a good spot for me right now, and so it just
13   doesn't really fit with what I'm currently
14   doing.
15       Q.  Did you and Mr. Fluehr explore
16   moving to Wells Fargo as a team?
17       A.  Yes, we did, a while ago.
18       Q.  Do you recall when that was?
19       A.  I would say 2011.
20       Q.  How about October of 2010, does
21   that sound familiar?
22       A.  That's very possible.
23       Q.  And who was the, do you recall who
24   the team was that you were proposing to go to
25   what was then Wachovia I believe?
```

**106**

```
 1           A. BARTOLETTI
 2       A.  No, it was Wells.
 3       Q.  Actually 2010 it would have been
 4   Wells, that's right.
 5       A.  It was Wells.  It would have been
 6   Mr. Fluehr, Julie Burger and me.
 7       Q.  And who is Julie Burger?
 8       A.  Julie Burger is -- she was an
 9   analyst at Ramirez.
10       Q.  And is she still at Ramirez?
11       A.  No.
12       Q.  Where is she?
13       A.  She is at Wells.
14       Q.  Did she go when Mr. Fluehr went?
15       A.  Shortly thereafter.
16       Q.  So did the two of them join as a
17   team, as part of a team?
18       A.  Sort of.  Julie is not working
19   specifically for Mr. Fluehr.  I mean, she
20   works with him; she works with other people as
21   well.
22       Q.  The proposal that you made to
23   Wells was for the three of you to join,
24   correct?
25       A.  Yes.
```

**107**

```
 1           A. BARTOLETTI
 2       Q.  Do you know why the two of them
 3   joined but not you, two of them were offered
 4   positions but not you?
 5       A.  Well, at the time that Mr. Fluehr
 6   and Julie went, I wasn't ready to leave
 7   Ramirez.  That's part of it.  And you can ask
 8   me why but.
 9       Q.  Before this proposal that was made
10   to Wells Fargo, had you looked for other jobs
11   while working at Ramirez?
12       A.  I believe so.
13       Q.  Why?
14       A.  Really compensation.  I didn't
15   feel my compensation was where it should be.
16       Q.  So when was the first time you
17   applied for another position, do you recall?
18       A.  I don't remember, honestly.
19       Q.  And I take it when you did send
20   out, whenever the first application was, you
21   were ready to leave for the right offer,
22   right?
23       A.  Yes.  But it is also, in our
24   business very timing-specific because we get
25   paid bonuses in December, so.
```

**108**

```
 1           A. BARTOLETTI
 2       Q.  At Ramirez, did you get paid
 3   bonuses in December?
 4       A.  Yes.
 5       Q.  And is that still the case?
 6       A.  Yes.
 7       Q.  Was there ever a time at Ramirez
 8   where bonuses were paid in mid November?
 9       A.  Yes, probably before last year.
10   They've been moving it back slowly.
11       Q.  So 2011 was the first time they
12   paid you a bonus in December?
13       A.  I mean it's around that time
14   frame.  I don't know the exact dates.
15       Q.  So when Mr. Fluehr and Ms. Burger
16   went to Wells Fargo, I think you said you
17   weren't ready to go, is that right?
18       A.  I would not have left at that
19   point in time because I was expecting a bonus
20   for my work for the entire year.  Mr. Fluehr's
21   compensation was different.
22       Q.  Do you know when they made the
23   offer?
24       A.  No.  I can guess, but I don't
25   know.
```


ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 212.557.5972

1384 Broadway - 19th Floor
New York, NY 10018
www.esquiresolutions.com

### 113

1    A. BARTOLETTI
2  group?
3    A.   I believe it was the afternoon of
4  Mr. Fluehr's layoff.
5    Q.   The same day?
6    A.   I believe.
7    Q.   And do you know whether Mr.
8  Brownstein had discussed that with anyone else
9  at Citigroup before coming to you?
10   A.   I don't know.
11   Q.   And so you testified earlier
12 generally what Mr. Brownstein told you at this
13 meeting, which you say was the same day Nick
14 Fluehr left.  Can you recall anything more
15 about what he said during this meeting?
16   A.   No.  I mean --
17   Q.   How long was the meeting?
18   A.   I don't remember.
19   Q.   Was it face to face?
20   A.   It was face to face.
21   Q.   And do you know where it was?
22   A.   I think it was in my office.
23   Q.   And was anyone else present other
24 than you and Mr. Brownstein?
25   A.   No.

### 114

1    A. BARTOLETTI
2    Q.   Do you know whether Mr. Koessel
3  was in the office that day?
4    A.   I don't remember.
5    Q.   And then at some point you were
6  asked whether you would agree to be co-head,
7  correct?
8    A.   Several days later.
9    Q.   And why did you agree to that?
10   A.   I wasn't really given an option.
11   Q.   Well, you could have left, right?
12   A.   Without a job.
13         MR. WIGDOR:  Objection.
14   A.   I mean --
15   Q.   But that would have been one
16 option, right?
17   A.   Yeah.  Then I wouldn't be able to
18 pay my bills either, so.
19   Q.   Or another option would be to say,
20 Mr. Koessel's not going to leave and I want to
21 be head?
22   A.   I was not given that option.
23   Q.   But that's something you could
24 have certainly said, correct?
25         MR. WIGDOR:  Objection.

### 115

1    A. BARTOLETTI
2    A.   I don't remember what I said
3  specifically.
4    Q.   Do you recall how long the
5  discussion -- was this another discussion with
6  Mr. Brownstein?
7    A.   Yes.
8    Q.   And, again, was it a face-to-face?
9    A.   I don't remember.
10   Q.   Do you remember where it was?
11   A.   No.
12   Q.   Why didn't you accept the offer to
13 become head right away?
14   A.   Immediately?
15   Q.   You said you took a couple of
16 days?
17   A.   I took a day or two just to think
18 about it, just to process everything.
19   Q.   And so what was it that you wanted
20 to think about?
21   A.   What responsibility that entailed,
22 what amount of time commitment, the amount of
23 work which I felt I was fully capable and
24 willing to take on having thought about it,
25 but I am not the type of person that gives,

### 116

1    A. BARTOLETTI
2  wants to give an answer of that magnitude the
3  same day someone you've worked with for 15
4  years was let go.  It was just a bit of a blow
5  to everyone and I just wanted to take a little
6  bit of time to process it which I think is
7  completely reasonable.
8    Q.   Did you talk to Mr. Fluehr about
9  the opportunity?
10   A.   I don't remember.
11   Q.   At the time you were made that
12 offer, were you thinking about perhaps leaving
13 Citi and going with Mr. Fluehr?
14   A.   At that moment?
15   Q.   Yes.
16   A.   No.  Because Mr. Fluehr -- I don't
17 think Mr. Fluehr was going anywhere.
18   Q.   But in the day or two that you
19 thought about it afterwards, did you think
20 that you might leave Citigroup and go wherever
21 Mr. Fluehr went?
22   A.   I don't think so, in that day or
23 two.
24   Q.   At any point between June and
25 November of 2008, did you think of leaving

A. BARTOLETTI

Citigroup?

A. Between June and November of 2008 I was approached by two different firms to leave.

Q. What firms?

A. I was approached by B of A, and I was approached by Morgan Stanley.

Q. And did you interview with those firms?

A. I did not interview with Morgan Stanley. I said no, thanks, I'm not interested.

And I talked to folks at B of A but I told them at the time I was not -- I was staying where I was.

Q. When you say you talked to --

A. Um-hum.

Q. -- what do you mean? Did you interview?

A. You can call it an interview. You can call it an informational meeting. But I talked to someone at B of A.

Q. How many people did you talk to there?

A. BARTOLETTI

A. One, I believe.

Q. And was this after Mr. Fluehr had been hired by B of A?

A. Yes.

Q. Do you know whether that talk that you've --

A. Um-hum.

Q. -- was that set up by Mr. Fluehr?

MR. WIGDOR: Objection.

A. I don't know who set that up.

Q. Well, had you reached out to B of A?

A. I don't believe so.

Q. How about Morgan Stanley, had you reached out to them?

A. No.

Q. And so, I don't know if I asked you this, but how many people at B of A did you talk to?

MR. WIGDOR: One.

A. One.

Q. Just one. And who was that?

A. The head -- Peter Hill.

Q. And that was the person to whom --

A. BARTOLETTI

well, strike that. Did Peter Hill wind up leaving Bank of America?

A. I don't know -- eventually, but I think everything blew up there.

Q. Do you recall whether he went to Wells Fargo?

A. He did.

Q. And do you recall when you made the proposal for Wells Fargo to hire the team of you, Mr. Koessel and Ms. Burger that that proposal was made to Peter Hill?

A. Mr. Fluehr.

Q. I'm sorry, Mr. Fluehr, not Mr. Koessel.

Do you recall whether that was made to Peter Hill?

A. It was.

Q. So did Peter Hill at Bank of America make you an offer?

A. No.

Q. Did you think you had a definite opportunity to go to Bank of America?

A. A definite opportunity, no.

Q. Do you recall what month it was

A. BARTOLETTI

that you spoke to Bank of America?

A. I don't know what month it was, no, sorry.

Q. Did you tell anyone at Citigroup between June and November of 2008 that you had an opportunity to leave, another job opportunity?

MR. WIGDOR: Objection.

A. I don't remember.

Q. You've testified earlier today that the series 53 was a requirement --

A. Um-hum.

Q. -- of being a co-head of the housing group.

A. Of being any group head in municipal securities.

Q. Who told you that?

A. Well, after taking the series 53 exam, it's pretty clear to me that it is municipal securities were making board requirement, if you are a manager of people within municipal securities, you have to have that exam.

Q. So did anyone at Citigroup tell

AMY BARTOLETTI                                                     June 14, 2012

**Page 125**

        A. BARTOLETTI
 1
 2    Q.  Do you know of anyone else within
 3  the municipal securities division who holds
 4  the series 53 license?
 5    A.  I believe that all group heads had
 6  to have it at that time.
 7    Q.  Do you know whether there were any
 8  group heads who did not have the series 53?
 9    A.  I do not know.  I did not ask that
10  question.
11    Q.  Was there a period of time after
12  someone becomes a manager of people within
13  which they have to pass the exam?
14    A.  Yes, because obviously the day
15  they promoted us, we couldn't take the exam
16  immediately.  There was a window.
17    Q.  Do you know what that window was?
18    A.  I don't know what the window was.
19  I believe it was a couple of months.
20    Q.  Well, presumably -- you took it in
21  October, right?
22    A.  I believe it was October.  It was
23  either late October or early November if I'm
24  not mistaken because I remember studying for
25  it the entire way back from the housing

**Page 126**

        A. BARTOLETTI
 1
 2  conference.
 3    Q.  So when you said a couple of
 4  months, presumably that would be more than
 5  four months?
 6    A.  More than, no, I don't think so.
 7  I mean --
 8    Q.  Well, when were you named co-head
 9  of the group?
10    A.  July.
11    Q.  So would it be more than two
12  months -- when you said a couple of months?
13    A.  I don't remember.
14    Q.  You don't know?
15    A.  I don't know the exact time frame
16  within you have to take it.  I believe it was
17  within a few months that you had to take it.
18    Q.  You said you studied on the return
19  from a trip?
20    A.  From a housing conference.
21    Q.  When else did you study?
22    A.  Over the weekend, probably.
23    Q.  Were you studying in the office
24  during that time period?
25    A.  No, I was too busy to study in the

**Page 127**

        A. BARTOLETTI
 1
 2  office.  I didn't really have much time.
 3    Q.  After you were appointed co-head,
 4  did you arrange for any industry programs
 5  about the housing group or the housing
 6  industry as a whole?
 7    A.  I did not.  I was doing too many
 8  deals and had too much work to really organize
 9  a conference.
10    Q.  Do you know whether Mr. Koessel
11  arranged for any industry programs during that
12  period?
13    A.  He took over the arranging of a
14  conference that Mr. Fluehr had started and Mr.
15  Fluehr had already started planning before he
16  was let go.
17    Q.  And which conference was that?
18    A.  It was a housing conference in
19  D.C.
20    Q.  That was the Housing Stimulus
21  Roundtable?
22    A.  That's it.
23    Q.  And why did he take that over as
24  opposed to you?
25    A.  Because I had several live deals

**Page 128**

        A. BARTOLETTI
 1
 2  going on at that time so I was a little bit
 3  more worried about keeping our clients and
 4  producing revenues and having time to be able
 5  to focus on that.
 6    Q.  When was that roundtable, do you
 7  know?
 8    A.  I don't remember the date.
 9    Q.  So Mr. Koessel, you said, took
10  over the organizing of that program, right?
11    A.  Um-hum.
12    Q.  You said um-hum.
13    A.  Yes.  Sorry.
14    Q.  Did Mr. Koessel serve as the chair
15  of that conference?
16    A.  I don't remember what he served as
17  exactly.
18    Q.  Do you recall what month that
19  conference was?
20    A.  I can guess, but I don't recall
21  the exact month.
22    Q.  Does September of 2008 sound
23  right?
24    A.  That would make a lot of sense
25  because that's when two of my deals were

ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 212.557.5972

1384 Broadway - 19th Floor
New York, NY 10018
www.esquiresolutions.com

AMY BARTOLETTI                                                June 14, 2012

### Page 129

```
 1          A. BARTOLETTI
 2   pricing and closing.
 3      Q.   Which deals priced and closed?
 4      A.   North Dakota and South Dakota.
 5      Q.   Do you recall when they priced and
 6   closed?
 7      A.   I don't recall the exact dates,
 8   no.
 9      Q.   Do you recall the month?
10      A.   September, I believe.
11      Q.   For both of them?
12      A.   Yes. And I was also trying to
13   make sure we didn't lose any clients at that
14   time. So I was really, really busy on the
15   phone with clients, traveling, making sure we
16   didn't lose anybody, and then trying to
17   organize our group and put together targets
18   and make sure we had enough people focusing on
19   the right accounts and making sure we were
20   doing what we needed to do to grow the
21   business.
22      Q.   And so other than that program in
23   D.C., did Mr. Koessel, was he involved in any
24   other programs that you are aware of --
25      A.   I don't know.
```

### Page 130

```
 1          A. BARTOLETTI
 2      Q.   -- between June and November?
 3      A.   I don't remember.
 4      Q.   Do you recall him speaking in
 5   front of the Ohio HFA group about the housing
 6   crisis?
 7      A.   He might have, but that's, we go
 8   to visit our clients all the time and talk
 9   about various things.
10      Q.   How about, do you recall whether
11   he spoke to the California HFA and gave a
12   program to them about the housing crisis
13   during the period from June to November?
14      A.   I don't remember that.
15      Q.   Do you recall a program named the
16   California Stabilization Home Loan Program?
17      A.   No.
18      Q.   How about any programs for the
19   Federal Reserve Bank, do you know whether Mr.
20   Koessel was providing programs or information
21   to the Federal Reserve Bank about the housing
22   crisis?
23      A.   I don't know, but I don't think
24   anything ever came of it. No revenues came of
25   that if that happened.
```

### Page 131

```
 1          A. BARTOLETTI
 2   I was really focused on what our
 3   primary focus should have been which was,
 4   number one, insuring that we had revenues that
 5   would continue, insuring that our revenues at
 6   the time wouldn't go down further and making
 7   sure that he we were servicing our clients as
 8   we needed to.
 9      Q.   Do you know whether Mr. Koessel
10   was also doing those things?
11      A.   I could tell you I was there
12   before him every single day and I was there
13   after him every single night and I can also
14   tell you that he would disappear for hours in
15   the afternoon and not tell anyone where he was
16   going. I don't know where he went. I was
17   spending many more hours focused on work than
18   he was during that time period.
19      Q.   If you could just -- I'm going to
20   ask that the question be read back. If you
21   could answer that question.
22          (Record read.)
23      A.   He was not taking as much
24   responsibility as I was for managing the
25   overall accounts and for coming up with target
```

### Page 132

```
 1          A. BARTOLETTI
 2   lists and client lists and figuring out who
 3   was doing what. Maybe he was focusing on his
 4   own clients.
 5      Q.   But you don't know one way or the
 6   other?
 7          MR. WIGDOR:  Objection.
 8      Q.   Is that right?
 9      A.   I know he had work to do as well.
10   We all had a lot of work to do.
11          MR. TURNBULL:  Let's take a break
12      at this point. Another five or ten
13      minute break.
14          MR. WIGDOR:  All right.
15          THE VIDEOGRAPHER:  The time now is
16      11:42 a.m. This marks the end of tape
17      No. 2. Going off the record.
18          (Recess taken. )
19          THE VIDEOGRAPHER:  The time now is
20      11:57 a.m. This marks the beginning of
21      tape No. 3. We're back on the record.
22   BY MR. TURNBULL:
23      Q.   Ms. Bartoletti, you were told of
24   your termination on November 21st, 2008. Is
25   that right?
```



Toll Free: 800.211.DEPO
Facsimile: 212.557.5972

1384 Broadway - 19th Floor
New York, NY 10018
www.esquiresolutions.com