# EXHIBIT 11

Page 37
1            N. G. FLUEHR
2  Ramirez, correct?
3      A.   Correct.
4      Q.   And Dan and Ted were two
5  executives at Ramirez?
6      A.   Correct.
7      Q.   And you say in the first line per
8  your request the following is a brief overview
9  of our transition plan.
10          What did that mean?
11      A.   Our transition plan to Ramirez
12  were we to be employed by Ramirez.
13      Q.   This letter has a third person, it
14  is Nick Fluehr to Amy Bartoletti and there is
15  a third person Aulii Limitaco.  I'll spell
16  that A-U-L-I-I L-I-M-T-I-A-C-O.
17          Who is that third person?
18      A.   Another person in the industry
19  that I worked with at Bank of America.
20      Q.   Also, was that person also let go
21  in February?
22      A.   She was.
23      Q.   If you would look at this first
24  paragraph, the third line you say:
25          "While the municipal market and

Page 38
1            N. G. FLUEHR
2  specifically housing market remained
3  dislocated."
4          Do you see that?
5      A.   Yes.
6      Q.   What did that mean?
7      A.   Financial markets were in disarray
8  in that period in 2009 and housing issuance
9  had declined markedly from prior years.
10      Q.   When did the housing market start
11  its decline?  When I say "housing market," I
12  am referring to the public finance housing
13  market, the work that you were doing.
14      A.   2008 I would say, early 2008.
15      Q.   How long did it decline for?
16      A.   Are we talking volume, are you
17  talking interest rates?
18      Q.   Volume.
19      A.   What's the nature of your
20  question?
21      Q.   Volume.
22      A.   Volume declining significantly in
23  the back half of 2008 I would say.
24      Q.   Starting from mid-2008 to the end
25  of 2008, volume declined it significantly?

Page 39
1            N. G. FLUEHR
2      A.   Correct.
3      Q.   What happened in 2009 to the
4  volumes in the housing market?
5      A.   The government came in with a
6  program that allowed housing issuers to revamp
7  their programs.  And so there was actually a
8  decent amount of volume in 2009 and 2010.
9      Q.   From a public finance housing
10  group perspective, would you say the most
11  severe period of time was June 2008 to
12  December 2008?
13          MR. MINTZER:  Objection to the
14      form.  Severe?
15      A.   I am sorry, just ask the question
16  one more time.
17      Q.   With regard to the public finance
18  housing market and the volume of business
19  being done in that market, would you say the
20  most severe downturn in business was between
21  June of 2008 and December of 2008?
22      A.   Yes.
23      Q.   How was the housing market and
24  public finance doing before you were informed
25  of your layoff from Citi?

Page 40
1            N. G. FLUEHR
2      A.   The sub-prime crisis, if you will,
3  was having a significant effect on the broader
4  mortgage markets, which ripped into the
5  capital markets in a variety of ways.  So it
6  certainly was an extremely tumultus period in
7  every financial market.
8      Q.   You mentioned that you experienced
9  during this time period a layoff from Citi and
10  a layoff from Bank of America, correct?
11      A.   When you say "this period" my
12  layoff from Bank of America was in February
13  of 2009, so it wouldn't be in that six-month
14  period.
15      Q.   Let me just focus on 2008.  Were
16  other firms in the housing sector laying
17  people off?
18      A.   Firms were exploding.  Bear,
19  Stearns went under, Lehman Brothers went
20  upped.  There were layoffs throughout all of
21  Wall Street.  To say other firms were laying
22  off housing professionals, they were laying
23  off housing professionals, GO professionals.
24  There was a significant amount of layoffs in
25  every sector of the municipal business.



Page 41
1        N. G. FLUEHR
2     Q.   Your point 2 in this e-mail talks
3  a little about student loans.  So the second
4  line under point 2 it reads "given Nick and
5  Amy's past involvement with many student loan
6  issuers;" do you see that?
7     A.   I do.
8     Q.   And then down below you refer to
9  failed auction bonds and auction rate
10  securities.
11        Do you see that?
12     A.   I do.
13     Q.   What was happening to the student
14  loan business in 2008?
15     A.   The auction market essentially
16  imploded in February of 2008, such that it
17  virtually every auction bond program went to
18  what we called a fail rate, which was a
19  formulaic rate that was established in the
20  documents.
21     Q.   Was the result of that the fact
22  that they went with a fail rate that no one
23  would buy the bonds?
24     A.   There was no bid for the bonds,
25  correct.

Page 42
1        N. G. FLUEHR
2     Q.   What happened to the volume of
3  student loan business after February of 2008?
4     A.   It essentially collapsed.
5     Q.   Was there any business to be done
6  in public finance student loans after February
7  of 2008 through the end of 2008?
8     A.   There was a dire need for
9  restructurings.  The market was so dislocated
10  that it was difficult, if not impossible, to
11  effect those restructurings.  There has
12  actually been a tremendous volume of student
13  issuances that have been done to structure
14  those failed options in the ensuing period.
15     Q.   Focusing on 2008, I understand
16  that there was a need for restructurings.  Was
17  there any new business being written in
18  student loans in 2008?
19     A.   There was a significant dialogue
20  with many of the clients who were very worried
21  about how they might restructure and there
22  were significant efforts to work on such
23  restructurings.
24     Q.   Was the volume of student loan
25  business in 2008 less than it was in 2007?

Page 43
1        N. G. FLUEHR
2     A.   I don't know that for a fact, but
3  if I would -- I think that would be a very
4  reasonable guess.
5     Q.   Let me focus it on Citibank.  You
6  did student loan work at Citi before you were
7  let go, correct?
8     A.   Correct.
9     Q.   And in 2007 was there student loan
10  work being done within the public finance
11  group at Citi?
12     A.   There was.
13     Q.   In 2008 up until the time that you
14  were let go, was there new student loan
15  business being done?
16     A.   There was not new underwritings.
17  To say that there wasn't student loan work,
18  there was tons of work in again trying to
19  swage client concerns and work out.  Our desk
20  was extremely unhappy to have a massive option
21  rate portfolio that was in fail mode.  So we
22  were charged with figuring out solutions by
23  our short-term desk in terms of we need out of
24  these option bonds, figure it out.
25     Q.   Who within the public finance

Page 44
1        N. G. FLUEHR
2  group that you were managing up until June
3  of 2008, who did student loan work?
4     A.   I worked with Amy, I worked with
5  Chia, to a lesser extent Ray High.  Two people
6  that didn't do much work were Ping Hsieh and
7  Mike Koessel.
8     Q.   You said two people who didn't do
9  much work, did Ping Hsieh do any student loan
10  work?
11     A.   He would market student loan
12  programs to -- Ping had a very good
13  relationship in Oregon, which we did the
14  housing account in Oregon together.  We were
15  marketing a student loan program to the
16  treasurer in Oregon, so she probably helped me
17  in that respect.  But for the most part, she
18  had no student loan experience, other than
19  sort of a very broad based rushed concept.
20     Q.   How about Mike Koessel, did he do
21  any student loan work?
22     A.   Not that I recall.  Again, if we
23  were to, you know -- I am not saying that he
24  didn't help NFA if we were marketing to a
25  state where he happened to be in that state



Page 45
1        N. G. FLUEHR
2   and we were trying to make inroads in the
3   student loan account.  I may well have brought
4   him to a meeting where we were pitching
5   student loan business.  But he was not a
6   student loan banker per se.
7        Q.    So within public finance, if I
8   understand you correctly, the four people who
9   spent a significant, for lack of a better
10  word, part of their time on student were
11  yourself, Ms. Bartoletti and Ms. Siu and
12  Ms. Ray High; is that right?
13       A.    It is not really accurate in that
14  the student loans at Citigroup was really run
15  out of our asset backed finance group.  So we
16  in public finance had responsibility for a
17  very small and narrow segment of the student
18  loan market, which were really legacy accounts
19  that I had relationships with.  So if there
20  were states that weren't being covered,
21  certainly we had the latitude to go after
22  those.
23         But for the most part, it was
24  Alaska and Montana were the two key focus
25  areas in the student loan world.  And for the

Page 46
1        N. G. FLUEHR
2   most part, the rest of the nation was covered
3   by the asset backed finance department.
4        Q.    When you moved into the public
5   finance base, you took Alaska and Montana with
6   you at that time?
7        A.    Correct.
8        Q.    In 2007, if you look at the
9   housing and student loan group, was it called
10  housing group or student loan group at
11  Citibank?
12       A.    Depends on what client we were
13  talking to.
14       Q.    I am just going to refer to it as
15  the housing group, is that okay?
16       A.    Sure.  Yes.
17       Q.    In 2007, when you look at the
18  housing group's business, how much of it do
19  you think was student loan business?
20       A.    The broker-dealer business, which
21  was again I can't do a marketing business
22  whereby we reset rates on a periodic basis.
23  That was very lucrative business in that at
24  one point it was charged with 25 basis points
25  on student loan issuers.

Page 47
1        N. G. FLUEHR
2        So there was a very lucrative
3   re-marketing book from the student loan side
4   day one when we walked in the door.  That was
5   also supplemented with the re-marketing books
6   for housing issuers.
7        If I were to guess, and I would
8   say that probably one-eighth of our revenue
9   was student loan related.  There was also
10  revenue credit for non-housing deals.  The way
11  the public finance worked is there were
12  frequent double counting on other issuers.
13       So if I had a strong relationship
14  in Alaska where I would work with somebody in
15  our Seattle office and we produced a deal for
16  the railroad, even though it wasn't a housing
17  issuer, my name would be put on that revenue
18  as wells the person in Seattle and that would
19  show up as "housing revenues."
20       So there was a decent subset of
21  non-housing deals that were part of that as
22  well.
23       Q.    Within the housing group in 2007,
24  was everybody working on some non-housing
25  deals?

Page 48
1        N. G. FLUEHR
2        A.    No.
3        Q.    You said that one-eighth.  I
4   understand it is your estimate of the revenue
5   in 2007 of student loan business; is that
6   right?
7        A.    That's my estimate.
8        Q.    How much of your time were you
9   spending on student loan business in 2007?
10       A.    I would say maybe a tenth of my
11  time, if that.  Maybe less.
12       Q.    How about Ms. Bartoletti, how much
13  time was she spending on student loan business
14  in 2007?
15       A.    I would guess about the same that
16  I was.
17       Q.    Did the amount of time that you
18  and Ms. Bartoletti spent on student loan
19  business decrease as you went into 2008?
20       A.    Given the dislocation and the
21  option market, we probably spent more time
22  trying to figure out solutions for our
23  clients.
24       Q.    How much of your time would you
25  estimate you spent on student loans in 2008 up



Page 49

1           N. G. FLUEHR
2   until the time you left Citi?
3       A.   A sixth of my time.  It is really
4   --
5       Q.   How about Ms. Bartoletti?
6       A.   About the same.
7       Q.   You said that not everybody in the
8   group participated in the non-housing
9   business, nonstudent loan business of the
10  public finance group.
11          Who did not participate in those
12  other businesses?
13      A.   Because I was the point person who
14  was out soliciting business for the most part
15  in the group, it was I would say almost
16  exclusively myself that developed these other
17  deals.  And the expertise to process those
18  deals was largely found in other groups, be it
19  water deals, power deals, tobacco deals.
20          So the fact that if I knew that
21  Idaho was going to do a Garvey transportation
22  issue, I had the relationship with the Idaho
23  folks and would use that and leverage that to
24  work with say our Idaho bankers.
25          So my junior staff for the most

Page 50

1           N. G. FLUEHR
2   part were focused on the bread and butter of
3   housing, student loan business.  It was
4   largely bringing the deal in the door that we
5   got, it was my role.
6       Q.   Could you look at Exhibit 3, it is
7   the e-mail again to Ted Sobel and Dan Keating.
8   On point two, the fourth line down your e-mail
9   states that Montana presently pays Citigroup
10  1.5 million as broker-dealer for approximately
11  1 billion of ARS.
12          Where did you get that information
13  from?
14      A.   Montana is an account that I
15  worked with for -- since 1984.  I understand
16  their balance sheet very well.  I know exactly
17  how many option rate bonds they have
18  outstanding and I knew exactly how much we got
19  paid on it.
20      Q.   Is that information public?
21      A.   It is.
22      Q.   So it was public how much Montana
23  was paying to Citigroup as broker-dealer?
24      A.   Is it -- it was a uniform fee
25  across all of Wall Street.  Basically all Wall

Page 51

1           N. G. FLUEHR
2   Street firms at that point in time, it has
3   since changed, but it was 25 basis points in
4   the beginning of the option industry.  It went
5   down to 15 basis points.  So it is -- is it
6   public, no.  Is it widely known?  Yes.
7       Q.   Is it public how much the volume
8   of auction rate securities Montana is doing
9   with Citigroup?
10      A.   It is disclosed in their financial
11  statements how many option rate securities
12  Montana had, yes.  And typically in the
13  financial statements, I think it does disclose
14  who their re-marketing agents or
15  broker-dealers are.
16      Q.   So you think that is disclosed in
17  public document, who is working with them on
18  their option rate securities and how much each
19  firm has in business?
20      A.   I couldn't say for sure, no.
21      Q.   How about the rate, for example,
22  you said maybe at this point it is about
23  15 basis points.
24      A.   It is no longer 15 basis points.
25      Q.   At the time that you wrote this

Page 52

1           N. G. FLUEHR
2   e-mail, was that information public, would
3   that be in their financial statements, for
4   example?
5       A.   No.
6       Q.   Was it public anywhere else?
7       A.   I don't know.
8       Q.   You said that you joined Ramirez
9   before Ms. Bartoletti, correct?
10      A.   Correct.
11      Q.   When did you get the offer to join
12  Ramirez?
13      A.   Early May of 2009.
14          (Discussion off the record.)
15      Q.   Do you know why you got an offer
16  from Ramirez before Ms. Bartoletti did?
17      A.   Yes.
18      Q.   Why is that?
19      A.   I joined Ramirez with two other
20  individuals and we presented essentially a
21  riskless business proposition to Ramirez.
22      Q.   Dealing with student loans?
23      A.   I joined with two other student
24  loan bankers.
25      Q.   Do you know when Ms. Bartoletti



NICHOLAS G. FLUEHR  Non-Confidential
BARTOLETTI -against- CITIGROUP

September 28, 2012
73–76

Page 73

1            N. G. FLUEHR
2      A.   Approximately two analysts.
3      Q.   How about associates?
4      A.   Again, approximately two.  I mean,
5    at some points we may have had three analysts
6    and one associate, and at another point we may
7    have had two and two.  It was generally four
8    junior staff, being analysts or associates.
9      Q.   You mentioned in your affidavit,
10   and we're obviously talk about that today, but
11   you mentioned something that you referred to
12   as a public finance operating committee.
13          Do you recall that?
14     A.   I do.
15     Q.   What was that?
16     A.   It was a committee that Frank Chin
17   organized of the group heads.
18     Q.   Who was on the committee?  Well,
19   let me back up a second.  When did he organize
20   that?
21     A.   To my knowledge, that existed from
22   -- predated my joining back part of public
23   finance in say 98'ish.
24     Q.   The term operating committee, is
25   that a term -- it appeared in your affidavit,

Page 74

1            N. G. FLUEHR
2    is that your term for it or was that what it
3    was referred to by others?
4      A.   That's what it was referred to by
5    others.
6      Q.   And who were the members of that
7    operating committee?
8      A.   The heads of the various groups,
9    as well as Frank Chin.
10     Q.   Every group within public finance
11   had a group head; is that correct?
12     A.   Correct.
13     Q.   And every group head was
14   considered a member of that operating
15   committee?
16     A.   Correct.
17     Q.   What did the operating committee
18   do?
19     A.   Basically planned our strategy for
20   the department in terms of new business and
21   hiring, etc..
22     Q.   When Mr. Toth was a co-head with
23   you, was he part of that committee?
24     A.   He was.
25     Q.   When you were at Citi, was there a

Page 75

1            N. G. FLUEHR
2    summer internship program?
3      A.   Yes, that I recall.
4      Q.   That was an internship program for
5    analysts or to be analysts?
6      A.   Yeah, we had an internship program
7    with the New York State housing finance agency
8    where people would join and they worked for
9    six months at our firm and then six months at
10   New York HFA.
11     Q.   Chia Siu was one of the interns
12   who participated in that program, correct?
13     A.   Yes, as was former employee Lee
14   Chin that we hired on a permanent basis, like
15   Chia.
16     Q.   Do you remember Britney Sharpton
17   as an intern?
18     A.   Britney never really reported to
19   me.  So no, I don't know her very well.
20     Q.   Do you recall that she spent a
21   part of her internship with your group?
22     A.   I understood that, but I think
23   that was, you know -- I left in June of 2008,
24   I believe she was an intern in 2008.
25     Q.   So before you left you don't

Page 76

1            N. G. FLUEHR
2    recall her being a summer intern?
3      A.   Well, no, I -- so she was a summer
4    intern in 2007?
5      Q.   I think it was 2006, but I am
6    asking your recollection.  So if you don't
7    recall --
8      A.   Yea, I don't recall actively
9    working with Britney.
10     Q.   Do you recall getting any feedback
11   on her while she was a summer intern?
12     A.   I recall hearing feedback.
13     Q.   And do you recall getting feedback
14   from Ms. Bartoletti about her, about
15   Ms. Sharpton?
16     A.   I do.
17     Q.   That was negative feedback,
18   correct?
19     A.   Correct.
20     Q.   Ms. Bartoletti didn't want
21   Ms. Sharpton to join the housing group, did
22   she?
23     A.   Correct.
24     Q.   Why?
25     A.   She didn't feel that she would be



NICHOLAS G. FLUEHR  Non-Confidential                    September 28, 2012
BARTOLETTI -against- CITIGROUP                                    77–80

Page 77
1            N. G. FLUEHR
2  additive to our group.
3      Q.    Was she critical of her skill set?
4      A.    That was the implication.
5      Q.    Did others have a similar view
6  that they communicated to you about Britney
7  Sharpton?
8      A.    I honestly only recall Amy's
9  feedback.  It may well be that other people
10  gave me feedback.
11     Q.    Do you recall anything specific
12  about what Ms. Bartoletti said about
13  Ms. Sharpton?
14     A.    No.
15     Q.    During your time as either co-head
16  or head of the housing group, who did you
17  hire?
18     A.    Well, I hired Ping Hsieh is my
19  recollection, I hired Corey Hoeppner, I hired
20  Geoff Proulx, and, you know, virtually every
21  analyst that was part of the junior staff.
22     Q.    During your entire tenure in the
23  housing group, so not only when you were head
24  but even before then, did you have a role in
25  hiring Amy Bartoletti?

Page 78
1            N. G. FLUEHR
2      A.    As I recall, yes.
3      Q.    How about Mike Koessel?
4      A.    Yes.
5      Q.    Where did Mr. Koessel work before
6  joining Citi?
7      A.    Merrill Lynch.
8      Q.    Do you recall what he was doing at
9  Merrill?
10     A.    Housing.
11     Q.    Do you recall how long he had been
12  in the housing group at Merrill?
13     A.    No.
14     Q.    Did you play a role in hiring Ray
15  High?
16     A.    Probably.
17     Q.    Ms. Chia Siu I assume?
18     A.    Yes.
19     Q.    And how about Michael Murad?
20     A.    I believe I interviewed him, but
21  again because of the overlap, I had very
22  little exposure with him or overlap.  I think
23  he started the summer I left.
24     Q.    I am going to ask you about the
25  individuals and their performance and if you

Page 79
1            N. G. FLUEHR
2  could just tell me what you thought of them.
3  I will go one by one.  And we will take the
4  last one, since it seems to be very limited.
5  Michael Murad?
6      A.    I really have no basis to say.
7      Q.    You can't judge whether he was a
8  good performer or bad performer?
9      A.    I can't.
10     Q.    How about Ray High, you spoke a
11  little about him.  What was Mr. High's
12  strengths?
13     A.    Personable, honest, integrity.
14     Q.    Any other strengths that you can
15  think of?
16     A.    Dependable, good to get along
17  with, friendly.
18         MR. MINTZER:  I think you covered
19     that.
20     Q.    Do you recall within the public
21  finance group you used to give people A, B or
22  C ratings?
23     A.    I recall doing reviews.  I
24  honestly don't recall.  I mean, over the years
25  we've had 1 through 5, we've had every

Page 80
1            N. G. FLUEHR
2  permutation of reviews.
3      Q.    Let me see if I can clarify a
4  little bit, because the ABC's I wasn't
5  referring to the evaluation process.
6         Do you recall ever being asked by
7  Frank Chin to rate the employees in your
8  group, A, B or C.  A being the strongest and C
9  being the weakest.
10     A.    I honestly don't recall that.
11     Q.    How about on performance
12  evaluations, do you know what Mr. High's
13  performance evaluation rating was for 2007?
14     A.    I don't recall.  I mean, I could
15  guess.
16         MR. MINTZER:  Don't guess.
17     Q.    Don't guess.
18         Would it surprise you if he had
19  the highest rating of one, he was rated a one,
20  meaning exceptional performance?
21     A.    That would not surprise me.
22     Q.    I think it was your recollection
23  that he was hired as an associate.
24     A.    That was my recollection.
25     Q.    Ping Hsieh, I am shifting to the



Page 85
1          N. G. FLUEHR
2     Q.   Did you think he was a good
3 speaker?
4     A.   Yeah.
5     Q.   Do you know how he was perceived
6 in the industry?
7        MR. MINTZER:  Object to the form.
8     You can answer.
9     A.   I certainly -- do I know?  Do I
10 know how he was perceived in the industry?
11    Q.   Do you know how he was perceived
12 in the industry?
13    A.   You get -- I got as a manager, you
14 got feedback competitors, from clients, from a
15 variety of sources.  So yes, I had a broad
16 range of opinions about virtually every person
17 that worked for me in my group.
18    Q.   And based on that feedback, what
19 was your sense of the perception of
20 Mr. Koessel?
21    A.   Mike was very smart and
22 methodical.
23    Q.   When working for you in the
24 housing group at Citi, what were Mr. Koessel's
25 strengths?

Page 86
1          N. G. FLUEHR
2     A.   He was very good at numbers.  He
3 was good at generating ideas.  He was
4 personable.
5     Q.   When you say he was good at
6 numbers, the technical side of the business?
7     A.   Correct.
8     Q.   When you say he was good at
9 generating ideas, what do you mean by that?
10    A.   Part of how we display or get our
11 clients to pick Citi versus JP, versus Goldman
12 Sachs is by appealing to the clients with
13 unique ideas or better ideas that our
14 competitors have come up with.  So part of as
15 a manager, I encouraged everybody in my group
16 to look to generate new ways to do things that
17 we could then present to clients.
18        It is basically an idea, you know,
19 you get hired on the basis of your ideas and
20 this is one of the criteria and an important
21 criteria.  So it was having Mike in that role
22 was -- that was a role for everybody in the
23 group, but that was one of the roles that Mike
24 was very good at.
25    Q.   What were Mr. Koessel's

Page 87
1          N. G. FLUEHR
2 weaknesses?
3     A.   Mike was not good at managing
4 stress, which in investment banking we live in
5 a very stressful environment.  So it -- as a
6 manager a lot of it he didn't handle stress
7 well with junior staff and he didn't handle
8 stress well with compatriots and senior staff.
9 So that was frankly the biggest challenge.
10    Q.   I know some of that is in your
11 affidavit, which I will ask you about in a
12 little bit.
13        Any other weaknesses that you
14 point to for Mr. Koessel?
15    A.   Well, it is hand in hand.  He was
16 very volatile.  You know, a lot of my
17 management time, if you will, was frequently
18 the junior staff would complain about
19 treatment or the way it worked, administered.
20 Enough said.
21    Q.   And then Amy Bartoletti, she was
22 hired into the group when you were there?
23    A.   Yes.
24    Q.   Did you know Ms. Bartoletti before
25 she was hired?

Page 88
1          N. G. FLUEHR
2     A.   I believe I was part of the
3 interview team when she was hired as an
4 analyst.
5     Q.   Were you responsible for promoting
6 Ms. Bartoletti?
7     A.   Yes.  I mean, not when she was a
8 -- when I was a junior member of the group,
9 but as group head, that was part of my
10 responsibility.
11    Q.   I am sorry.  Were you done, I
12 didn't mean to step on you.
13    A.   Yes.
14    Q.   Did you promote Ms. Bartoletti to
15 director?
16    A.   Probably.  I don't honestly
17 recall.
18    Q.   What were Ms. Bartoletti's
19 strengths as a banker within the housing
20 group?
21    A.   She too was very good with math.
22 She was very good with clients.  She was able
23 to handle stress very well.  She had fantastic
24 attention to detail.  She was very reliable
25 and very smart.



Page 89
1          N. G. FLUEHR
2     Q.   You mentioned attention to detail
3  and you mentioned that with someone else
4  earlier.  What do you mean by that in the
5  context of the work in housing?
6     A.   It is critical for me as a manager
7  that everything that we send out be absolutely
8  correct, be it no mistakes in the numbers or
9  no typos in a letter or, you know, misphrases
10  in an RFP.  So someone who would go that extra
11  mile to read the letter for the 20th time to
12  make sure that there wasn't a typo in it was
13  very valuable.
14     Q.   What were Ms. Bartoletti's
15  weaknesses?
16     A.   I honestly felt that she was an
17  exemplary employee.  It is hard to come up
18  with -- I don't know.  I couldn't really say
19  hey, this is a weakness.  There aren't -- she
20  had to sleep.
21     Q.   How many years did you manage her?
22     A.   Did I manage her or did we work
23  together?
24     Q.   Did you manage her.
25     A.   Well, I mean, management is again

Page 90
1          N. G. FLUEHR
2  as a vice president, you help manage the
3  analysts as a director, you help manage the
4  junior staff.  And so I was probably a vice
5  president when she was hired, so technically I
6  probably help to manage her ever since she was
7  hired by the firm.  And again, I don't know
8  exactly when she joined.  I would say she
9  probably was there 19 years or 18 years.
10     Q.   And from 2005 until June of 2008,
11  the time period that you were the sole head of
12  the group you were managing; is that correct?
13     A.   Correct.
14     Q.   And in her performance as a
15  director through that period of time through
16  managing her you can't identify a weakness of
17  hers?
18     A.   She could have produced more
19  business.  Maybe -- again, it is very hard to
20  say.  That is -- we could always produce more
21  business, so I am sure I would have -- is it a
22  weakness, it is hard to characterize that as a
23  weakness?  Wall Street always wants more.
24  Yes, she could have produced more.
25     Q.   Anything else?

Page 91
1          N. G. FLUEHR
2     A.   No.
3     Q.   Do you recall that when you were
4  at Citigroup in the public finance group you
5  had an offer to go to Morgan Stanley?
6     A.   I do.
7     Q.   I will refer to it as a bid away?
8  Do you recall that?
9     A.   I do.
10     Q.   And was that in 2004?
11     A.   I don't recall, but that sounds
12  reasonable.
13     Q.   Was Ms. Bartoletti also at the
14  same time offered a position with Morgan
15  Stanley?
16     A.   She was.
17     Q.   How did that come about?
18     A.   I have a good friend who works at
19  Morgan Stanley and who called me and asked me
20  if I would be interested in interviewing for a
21  job.  I told him no.  He said would you please
22  just do me a favor and have breakfast with the
23  head of the public finance department at
24  Morgan Stanley, which I said I would do.  And
25  which I did.  And those post that breakfast,

Page 92
1          N. G. FLUEHR
2  you know, through many more ensuing
3  discussions, I was offered that position, as
4  was Amy.
5     Q.   Do you know how Ms. Bartoletti
6  became part of those discussions?
7     A.   I am confident that I said that
8  one person does not a housing group make, and
9  that to be credible on Wall Street and to
10  produce a viable business we would need more
11  people.  And I am sure I said that if I were
12  to join, I know another person who does an
13  outstanding job and would be an outstanding
14  addition to the housing group there.
15     Q.   You got an offer to join Morgan
16  Stanley and Ms. Bartoletti did as well,
17  correct?
18     A.   Correct.
19     Q.   And then what happened?
20     A.   I went to talk to Frank Chin to
21  tell him that I would apologize, that I was
22  leaving the public finance department and that
23  I didn't solicit this.  I had no interest in
24  leaving, but as I told the person at Morgan
25  Stanley, I said the only reason that I ever

NICHOLAS G. FLUEHR  Non-Confidential
BARTOLETTI -against- CITIGROUP

September 28, 2012
93–96

Page 93

1           N. G. FLUEHR
2 would ever leave is if he said I will double
3 your compensation, and he said I will double
4 your compensation.  So...
5     Q.    What happened next?  What was
6 Mr. Chin's reaction?
7     A.    He told me he understood and that
8 he needed a half an hour and he'd come back to
9 me.
10     Q.    What happened next?
11     A.    Citigroup agreed to match the
12 Morgan Stanley offer.
13     Q.    When you went to talk to Mr. Chin
14 to inform him that you were leaving, did you
15 already have a written offer letter from
16 Morgan Stanley?
17     A.    I did.
18     Q.    Do you still have that offer
19 letter?
20     A.    Probably.
21     Q.    Who did you speak with at Morgan
22 Stanley, you mentioned the title of the person
23 or persons.
24     A.    Andrew Garvey.
25     Q.    That was the head of the group?

Page 94

1           N. G. FLUEHR
2     A.    Public finance group, yes.
3     Q.    Did Citigroup agree to match that
4 compensation level that you had been offered
5 by Morgan Stanley for any certain period of
6 time?
7     A.    Well, the Morgan Stanley offer was
8 a two-year guarantee.  And Citigroup told me
9 they would match the Morgan Stanley offer.
10     Q.    Do you know whether Ms. Bartoletti
11 also had a written offer from Morgan Stanley?
12     A.    I believe she did.
13     Q.    Do you know whether she also had a
14 two-year guarantee?
15     A.    I believe she did.
16     Q.    And do you know whether Citigroup
17 similarly offered to match the Morgan Stanley
18 offer?
19     A.    Yes.
20     Q.    You said Morgan Stanley had
21 offered to double your compensation, right?
22     A.    Correct.
23     Q.    Did they offer to double
24 Ms. Bartoletti's compensation?
25     A.    They did not.

Page 95

1           N. G. FLUEHR
2     Q.    Do you know what they offered
3 Ms. Bartoletti?
4     A.    In terms of salary and
5 compensation?
6     Q.    Yes.
7     A.    I don't recall, no.
8     Q.    Did you get a writing from
9 Citigroup matching the offer?
10     A.    I did not, that I recall.  I mean,
11 I again trusted Frank Chin and worked with him
12 for years.  So...
13     Q.    Did Citigroup honor their
14 commitment to you?
15     A.    They did.
16     Q.    The public finance group, we
17 referred to this earlier at Citigroup, went
18 through a series of reductions in force in
19 late '07 and through '08; is that right?
20     A.    There were frequent reductions in
21 force over the course of my career.  The
22 largest sort of total layoff in any year would
23 have been the '08 time period as I recall.
24     Q.    Do you remember a layoff occurring
25 in December '07, January of '08, that time

Page 96

1           N. G. FLUEHR
2 period?
3     A.    Yes, vaguely.
4     Q.    Did you participate in that layoff
5 process?
6     A.    Probably.
7     Q.    You were the head of the housing
8 group at that time?
9     A.    Correct.  I mean, I remember I had
10 to lay off one individual.  I am not sure if
11 you were to ask me, I would say it was March.
12 But it could have well been December/January.
13     Q.    Do you remember Corey Hoeppner?
14     A.    Yes.
15     Q.    Is that the person that you are
16 thinking of?
17     A.    Yes.
18     Q.    Do you remember a woman named Amy
19 Wyan in the housing group?
20     A.    No.
21     Q.    Do you recall what was your role
22 in that reduction in force?
23     A.    I had to deliver the news.  I was
24 consulted when it was contemplated.
25     Q.    Who consulted you?

Page 101

1            N. G. FLUEHR
2     A.   No.
3          MR. MINTZER:  When you go to
4     another convenient point, it doesn't
5     have to be right this second, but I
6     think we should break now.
7     Q.   Did you in that March reduction,
8  do you remember consulting with Mr. Chin or
9  Mr. Livolsi or anybody else about Parimal?
10    A.   No.
11         (Time noted:  3:08 p.m.)
12     A F T E R N O O N   S E S S I O N
13          September 28, 2012
14             3:38 P.M.
15  N-I-C-H-O-L-A-S  G.  F-L-U-E-H-R, resumed and
16  testified further as follows:
17  EXAMINATION (Continued)
18  BY MR. TURNBULL:
19         MR. MINTZER:  The witness has
20     something that he recalls that he wants
21     to correct.  Not a major one.
22     Mr. Fluehr.
23     A.   What was your question with
24  respect to Amy Yang?
25     Q.   One of the questions was if you

Page 102

1            N. G. FLUEHR
2  recalled her being a member of the housing
3  group.
4     A.   I do.
5     Q.   Do you recall that she was let go
6  in a reduction in force?
7     A.   I do.
8     Q.   Were you part of that decision?
9     A.   No doubt.  Though I don't recall
10  the details of it.
11    Q.   Do you recall anything about why
12  she was selected for the layoff?
13    A.   Not specifically, no.
14    Q.   How about generally?
15    A.   Generally, she was a less stellar
16  performer than her peers.
17    Q.   Were you part of the decision to
18  let her go?
19         MR. MINTZER:  Asked and answered.
20    A.   Yes.
21    Q.   Did you consider her gender in
22  making that decision?
23    A.   I did not.
24    Q.   The reduction in force that
25  occurred in June of 2008 that led to your

Page 103

1            N. G. FLUEHR
2  termination, do you know whether other people
3  from the housing group were let go as part of
4  that reduction?
5     A.   I don't recall any.
6     Q.   Do you know or do you recall an
7  analyst named Henry Chen?
8     A.   Yes.
9     Q.   Do you know whether he was let go
10  in the June 2008 RIF?
11    A.   I don't recall.
12    Q.   I take it you don't recall having
13  any input into any decision as to whether
14  Mr. Chen should be retained or let go?
15    A.   Correct.
16    Q.   Do you recall ever putting Chia
17  Siu on a reduction in force list?
18    A.   I don't actually.  Put on a
19  promotion list, so...
20    Q.   Do you know whether she was on a
21  reduction in force list in 2008?
22    A.   I don't.
23    Q.   Do you know why you were selected
24  for lay offer in June of 2008?
25         MR. MINTZER:  The question is do

Page 104

1            N. G. FLUEHR
2     you know.
3     A.   No.
4     Q.   Did anyone tell you why you were
5  selected for layoff?
6     A.   Just that it was a reduction in
7  force.
8     Q.   Do you know who made the decision
9  to let you go?
10    A.   No.
11    Q.   Do you know what factors were
12  considered in letting you go?
13    A.   No.
14    Q.   I think you testified earlier that
15  on the day you were informed, that was the
16  last day that you were in the office, correct?
17    A.   Last day I was in the office as an
18  employee.  I since returned to the office.
19         MR. MINTZER:  Off the record.
20         (Discussion off the record.)
21    Q.   After June of 2008, did you speak
22  with anybody at Citigroup about their housing
23  business?
24    A.   I had numerous calls from
25  virtually every member of my group looking to



Page 109
1           N. G. FLUEHR
2  committed to the business, and that further
3  reductions were not foreseeable.
4           And she said she worked doubly
5  hard to retain as many clients as they could,
6  post my departure.  And felt that she had been
7  lied to with respect to their commitment to
8  the business.
9      Q.    And that's why she told you she
10  was going to sue?
11           MR. MINTZER:  Objection to the
12      form.  You can answer.
13      A.    That's what she told me.
14      Q.    Who did she say made those
15  representations?
16      A.    She didn't tell me.
17      Q.    When Ms. Bartoletti told you that
18  she was going to sue, what was your response?
19      A.    I felt sympathetic to her cause as
20  I had felt she was by far the most talented
21  employee in the group.  I couldn't really
22  explain why she would have been one of the
23  ones selected.  It certainly wouldn't have
24  been my decision, had I been the manager.
25           And I told her that if she did

Page 110
1           N. G. FLUEHR
2  indeed choose to move forward on a legal
3  basis, that the person I knew in my
4  neighborhood was a very good employment
5  attorney who I would put her in touch with.
6      Q.    And that was Mr. Wigdor?
7      A.    It was.
8      Q.    When Ms. Bartoletti called you and
9  told you she felt maligned and that
10  misrepresentations had been made that were not
11  followed through on, did she tell you that she
12  felt that she had been terminated because she
13  is a woman?
14      A.    She did mention that it was she
15  felt that the fact that it was herself, Ping
16  and Chia, who were RIF'ed and the fact that
17  Mike Koessel and Ray High were kept seemed to
18  -- she felt that was, yes, gender biased.
19      Q.    What did you say in response?
20      A.    I said I can't explain it Amy,
21  either.  Chia had exemplary reviews, Ping is
22  an exemplary employee.  If anything, you know,
23  of our -- with respect to our reviews and with
24  respect to even the 360 reviews, which were
25  all funneled through the human resources

Page 111
1           N. G. FLUEHR
2  department, they would all bare out that in no
3  way would that decision had been made if you
4  were looking at the paper trail is my feeling.
5      Q.    That's what you told her?
6      A.    You know, I don't recollect the
7  exact nature of the conversation, but I --
8  yes, I felt that that was -- I definitely --
9  the general gist that I felt it was a crazy
10  result to have those three terminated was not
11  correct.
12      Q.    In the earlier rounds of the
13  reductions in force that we talked about, to
14  the extent you participated in them, did you
15  see gender play a role in any of those earlier
16  decisions?
17      A.    No.
18      Q.    Did you tell Ms. Bartoletti that?
19      A.    No.
20      Q.    The affidavit, did you provide
21  that voluntarily?
22      A.    I did.
23      Q.    How did it get prepared?
24      A.    Mr. Wigdor's firm prepared the
25  affidavit after interviewing me.

Page 112
1           N. G. FLUEHR
2      Q.    So let me just take it step by
3  step.  I take it someone contacted you to ask
4  if you would be willing to give an affidavit?
5      A.    Correct.
6      Q.    Who, who contacted you?
7      A.    It was either Doug or his
8  associate Adam, I don't recall.  Probably
9  Doug.
10      Q.    And after that phone call, did you
11  go into Mr. Wigdor's offices?
12      A.    Yes.
13      Q.    When was that?
14      A.    It looks like it was in 2010, in
15  July 2010.
16      Q.    Do you think it was the same month
17  that you signed it?  You signed it on the
18  30th.
19      A.    Probably -- yes.  That would be my
20  guess.  Again, as I recall, I went in, they
21  transcribed it, and then I came back and
22  basically they notarized it and I signed it.
23      Q.    You went into their offices,
24  correct?
25      A.    Correct.

