# EXHIBIT 12

Case 1:10-cv-07820-LGS   Document 59-12   Filed 06/07/13   Page 2 of 15

THOMAS H. GREEN  Non-Confidential
BARTOLETTI vs. CITIGROUP
October 25, 2012
25–28

Page 25

1        T. G. GREEN
2 this was the fourth or fifth RIF in a fairly
3 limited number months, and I came up with the
4 infrastructure RIF list and then submitted
5 that to Frank Chin. And then he and David
6 Brownstein and I am assuming others then were
7 looking at a list across the department,
8 Public Finance as a whole.
9    Q.   Okay. Did you consult with anyone
10 before putting Ms. Sharpton on the layoff
11 list?
12    A.   I don't recall.
13    Q.   Was this layoff list a physical
14 written list that you prepared?
15    A.   I think it was a phone call with
16 Frank Chin. And then he was keeping the
17 whatever was going to be the departmental
18 list.
19    Q.   I believe you testified earlier
20 that you had to lay people off from your group
21 because of the requirements of the RIF; is
22 that correct?
23    A.   Yes.
24    Q.   What were the requirements of the
25 RIF?

Page 26

1        T. G. GREEN
2    A.   The firm had indicated -- this is
3 coming more from HR, you know, citywide. This
4 was after Lehman went bankrupt, Citigroup had
5 failed to purchase Wachovia after getting
6 close to doing that. And so the situation at
7 Citigroup was not good from a financial point
8 of view. And so my understanding is HR,
9 firmwide basis, set some targets for a fairly
10 large number of employees to be RIFed in order
11 to reduce the head count at the firm, which at
12 the time was somewhere in the 350,000 range.
13        My memory, and I am not certain of
14 this number, but that the RIF was 30, 40,000,
15 it was meant to be a large number was what the
16 requirement. In addition, there was a dollar,
17 you know, it was meant to involve a large
18 payroll savings.
19    Q.   Now with respect to the RIF that
20 occurred in November of 2008, were you told to
21 lay off a certain number of people from your
22 group?
23    A.   Not in so many words, no.
24    Q.   What do you mean by not in so many
25 words?

Page 27

1        T. G. GREEN
2    A.   My memory is it was made clear to
3 me that I had to produce substantial dollar
4 payroll reductions and also significant head
5 count reduction.
6    Q.   Who made that clear to you?
7    A.   Frank Chin.
8    Q.   And when did he make that clear to
9 you with respect to the November 2008 RIF?
10    A.   I am trying to place the different
11 RIFs. It was an early like a late '07/early
12 '08. Like a spring '08, a couple in the
13 summer. And then this one was like late
14 November, so shortly before.
15    Q.   Shortly before --
16    A.   Shortly before late November is my
17 memory.
18    Q.   Now did Frank Chin tell you how
19 much savings your group had to have?
20    A.   No. Dollarwise you mean?
21    Q.   Yes.
22    A.   No.
23    Q.   Did he tell you how many people
24 needed to be reduced from your group?
25        MR. BATTAGLIA: Objection. Asked

Page 28

1        T. G. GREEN
2 and answered. You may answer again.
3    A.   Not a precise number.
4    Q.   So then how did you know how many
5 people you should include on the layoff list
6 for the November 2008 RIF?
7    A.   I looked at the group and
8 understood I needed to RIF senior people as
9 well as junior people in order to produce
10 significant dollar reductions and head count
11 reductions.
12    Q.   But you didn't know how many, what
13 kind of dollar reduction your group needed,
14 correct?
15        MR. BATTAGLIA: Objection. You
16 may answer.
17    A.   I didn't know a precise number
18 from Frank, that's correct.
19    Q.   Were you given a ballpark number
20 from Frank Chin?
21    A.   You know, I don't remember. It is
22 more conversational.
23    Q.   Well, what came up in that
24 conversation?
25        MR. BATTAGLIA: Objection. Asked



Case 1:10-cv-07820-LGS   Document 59-12   Filed 06/07/13   Page 3 of 15

THOMAS H. GREEN  Non-Confidential                                October 25, 2012
BARTOLETTI vs. CITIGROUP                                                   29–32

Page 29

1      T. G. GREEN
2  and answered. You may answer.
3      A.  Just that there is a large RIF
4  that seems -- apparently is coming and you
5  need to come up with a list that involves
6  significant dollar reductions and significant
7  head count reductions.
8      Q.  What did you understand the word
9  "significant" to mean?
10         MR. BATTAGLIA:  Objection. You
11     may answer.
12     A.  I don't remember. I just don't
13  remember any precision to that.
14     Q.  How many people did you select for
15  layoff in your group in November of '08?
16     A.  I am just trying to think of the
17  total. It was about -- it wasn't half the
18  group, it was close to half the group.
19     Q.  I am asking specifically with
20  respect to November of 2008. How many people
21  --
22     A.  The fourth RIF?
23     Q.  Yes. I am sorry, Mr. Green, just
24  so we're clear, I am focused on the
25  November 2008 RIF. If I talk about another

Page 30

1      T. G. GREEN
2  rough, I will make that explicit. So when
3  answering the questions, I am focusing
4  specifically on the November 2008 RIF and I
5  will try to include that in all the questions
6  I ask you with respect to that deadline or
7  that type frame, sorry.
8      A.  I am thinking it was six or seven
9  people, I just don't remember.
10     Q.  Do you remember their names?
11     A.  Tom Bradshaw, Kimberly Swain,
12  Steven Wood, Brittany Sharpton, Mathilde
13  McLean. And you know Shan Aranachalam I had
14  RIFed and then somebody left the department
15  and then I didn't have to RIF him. This is
16  back in the summer. I am not trying to get
17  away from November. I just don't remember. I
18  either RIFed him then or he figured out he was
19  first on the next list and left. He might
20  have actually gone in between the summer RIF
21  and the November RIF.
22     Q.  Why did you select Brittany
23  Sharpton for layoff?
24     A.  Well, we were RIFing a significant
25  number of the senior account officers, many of

Page 31

1      T. G. GREEN
2  which she worked with. So Tom Bradshaw, for
3  example, was a managing director probably
4  twenty years there maybe. Several directors
5  in the group, Steve Wood and Kimberly Swain
6  are directors or were directors. And then
7  some of the midlevel people as well.
8          And so once if you -- we have a
9  term called an account officer, which is a VP
10  or above, and so that is taking down the size
11  of the group by a third to half of the
12  remaining account officers at that point. So
13  it didn't make sense to keep, you know, the
14  analysts. All the analysts and RIF all the
15  revenue producing kind of new business banker
16  level people.
17     Q.  And so why did you select
18  Brittany?
19         MR. BATTAGLIA:  Objection. You
20     may answer.
21     A.  Then I am looking at my analysts
22  and I have two analysts in one class, and then
23  I have one analyst in the following class.
24  And I had Brittany Sharpton and Matt Chin in
25  the same class, so I compared in my mind which

Page 32

1      T. G. GREEN
2  of those two on a comparative basis. Again,
3  this was a RIF. And I know you only want to
4  talk about November, but this is the fourth
5  RIF. So of those choices, I decided not to
6  put Matt Chin on the list and put Brittany
7  Sharpton on the list instead.
8      Q.  Because they were in the same
9  class?
10     A.  Yes. And because on a comparative
11  basis Matt seemed to be the analyst to keep
12  within that class.
13     Q.  Any other reasons for selecting
14  Brittany for layoff?
15     A.  No.
16     Q.  And when making your decision to
17  select Brittany for layoff, did you review any
18  documents to assist you in selecting Brittany?
19     A.  You know, my memory is I had done
20  their reviews some time -- analysts just so
21  you know, they are reviewed on a mid-year
22  basis. And so the reviews were in June, late
23  June, somewhere in there. So what I don't
24  remember is, I don't remember if I looked at
25  the reviews then or simply remembered, you

Case 1:10-cv-07820-LGS   Document 59-12   Filed 06/07/13   Page 4 of 15

THOMAS H. GREEN  Non-Confidential                                October 25, 2012
BARTOLETTI vs. CITIGROUP                                                  33–36

Page 33

1    T. G. GREEN
2 know, the results, if you will, of those
3 reviews. I believe I probably looked at them,
4 but I just don't recall.
5    Q.   Did you review any other
6 documents, other than reviews that you may
7 have looked at?
8    A.   I don't think so. Again, that's
9 my memory.
10   Q.   Did you look at any deal sheets?
11   A.   Deal sheets?
12   Q.   Are you familiar with that term?
13   A.   No.
14   Q.   Did you review any revenue
15 reports?
16   A.   Not with respect to analysts, no.
17   Q.   Mr. Green, have you ever been
18 accused of discrimination?
19   A.   No.
20   Q.   Where did you go to college?
21   A.   I went to Harvard College.
22   Q.   And when did you graduate?
23   A.   1981.
24   Q.   What degree did you graduate with?
25   A.   B.A. in government.

Page 34

1    T. G. GREEN
2    Q.   Is that the Kennedy school?
3    A.   No, undergrad. You asked me
4 college, I am sorry, I did go to grad school,
5 but I taught at the Kennedy School. I was a
6 teaching fellow for money, I mean. My father
7 died, so I got a job.
8    Q.   After you graduated from Harvard
9 with a B.A., did you do any graduate
10 schooling?
11   A.   Yes, I did.
12   Q.   Where?
13   A.   I went to Harvard.
14   Q.   For a masters?
15   A.   I went for J.D. and for an M.B.A..
16   Q.   Joint program?
17   A.   Yes.
18   Q.   Did you graduate?
19   A.   Yes, I was -- it is a four -- you
20 get four years pay extra tuition, but you
21 don't have to take five years. So I was
22 technically class of '84, but I actually
23 stayed back. You know, I had to stay to '85
24 to do the fourth year, but my class -- since
25 law school is three years and I started that

Page 35

1    T. G. GREEN
2 first, that was '84 and then business school
3 is two years, so I did that '83. That was
4 '84, so I am the class of '84, but got out in
5 '85.
6    Q.   Did you pass the bar?
7    A.   Yes, I did.
8    Q.   Of what state?
9    A.   Massachusetts.
10   Q.   Are you currently active?
11   A.   I pay my $330 a year to the
12 Massachusetts Bar Association or the BBO.
13   Q.   After you graduated in 1985, did
14 you start working or did you continue with
15 schooling?
16   A.   Started working.
17   Q.   And what was your first job after
18 you graduated?
19   A.   I went into public finance at a
20 firm called Kidder, Peabody which doesn't
21 exist anymore.
22   Q.   How long were you there for?
23   A.   I joined that in '85. I left
24 there for another investment bank some time in
25 1986, I think mid-to late 1986. '86, did I

Page 36

1    T. G. GREEN
2 say. I meant '85 if I said '95.
3    Q.   Where did you go to in '86?
4    A.   I went to what was then called the
5 First Boston Corporation.
6    Q.   So you were at Kidder, Peabody?
7    A.   Kidder, Peabody Inc. or whatever
8 the name was.
9    Q.   You were there for a year?
10   A.   Year and a half.
11   Q.   What was your job title there?
12   A.   I was an associate, I believe.
13   Q.   What were your job duties there?
14   A.   Well, there were barely computers,
15 you know, so and there wasn't Power Point, but
16 I did a lot of the predecessor presentations,
17 worked on RFP, responses to request for
18 proposal. A lot of just kind of internal
19 stuff that junior people do, you know.
20   Q.   Is that similar to what an analyst
21 does at Citigroup in your group?
22   A.   It was probably more paper
23 intensive then because everything was on
24 paper, even trading was -- there was something
25 called the bluebook that was this thin blue



Case 1:10-cv-07820-LGS   Document 59-12   Filed 06/07/13   Page 5 of 15

THOMAS H. GREEN  Non-Confidential                    October 25, 2012
BARTOLETTI vs. CITIGROUP                                       69–72

Page 69

```
 1            T. G. GREEN
 2      A.   Well, I received a call from the
 3   head of the southeast region.  Just again,
 4   there is regional groups and then there is
 5   some product areas, like a Healthcare,
 6   Infrastructure.  The head of the southeast
 7   group who is Norm Pellegrini called me and
 8   asked if I would take Brittany Sharpton and
 9   make her an offer and take her into the
10   Infrastructure Group.
11      Q.   What did you say?
12      A.   I ended up saying -- he had his
13   reasons and I ended up saying we would take
14   her into the Infrastructure Group.  We would
15   hire her into the Infrastructure Group.
16      Q.   What were the reasons that
17   Mr. Livolsi gave you?
18      A.   No, this was Norm Pellegrini.
19      Q.   What were the reasons that
20   Mr. Pellegrini gave you?
21      A.   Ms. Sharpton had been a summer
22   person the year before or the summer before in
23   a different group and was not getting offered
24   a position by that group.  Her -- my memory is
25   it is either her father or her uncle, I am not
```

Page 70

```
 1            T. G. GREEN
 2   sure, was a board member or manager at a big
 3   Florida client of Norm Pellegrini's of
 4   Citigroup's.  And so Norm asked me to hire her
 5   into the Infrastructure Group.
 6      Q.   And at that point do you know if
 7   Brittany was already extended an offer by
 8   Citigroup?
 9           MR. BATTAGLIA:  Objection.
10      A.   I don't believe she had been, but
11   I am not certain.
12      Q.   And did you say anything to
13   Mr. Pellegrini during this conversation?
14           MR. BATTAGLIA:  Objection.
15      Q.   Other than what you just testified
16   to.
17      A.   I don't remember anything, saying
18   anything else.
19      Q.   Did you say anything?
20      A.   I said I don't remember me saying
21   anything else.
22      Q.   Okay.  Do you know why
23   Mr. Pellegrini didn't take Ms. Sharpton and
24   put her in his group?
25           MR. BATTAGLIA:  Objection.  You
```

Page 71

```
 1            T. G. GREEN
 2   may answer if you can.
 3      A.   I don't know.
 4      Q.   Did Mr. Pellegrini say anything
 5   about Ms. Sharpton's work performance during
 6   that conversation?
 7      A.   I really don't recall.
 8      Q.   Were you curious in any way as to
 9   why Ms. Sharpton didn't get an offer from the
10   group she summered with?
11      A.   I don't remember anything other
12   than talking -- having Norm call me and
13   talking to him about it.
14      Q.   Do you know what group she
15   summered with?
16      A.   I believe it was the housing
17   group.
18      Q.   Did you ever speak to anyone in
19   the housing group about Ms. Sharpton's
20   performance at any time?
21      A.   I don't remember if I did.  I
22   might have.
23      Q.   Do you recall who you might have
24   spoken to?
25      A.   Not really.
```

Page 72

```
 1            T. G. GREEN
 2      Q.   Did Mr. Pellegrini tell you what
 3   client Ms. Sharpton's father or uncle was a
 4   board member of?
 5      A.   Yes, my memory is he did.
 6      Q.   Which client is that?
 7      A.   I don't remember which client.  My
 8   memory is it might have been one of the toll
 9   road authorities down there, but I don't
10   remember, there is a bunch of them.
11      Q.   In Florida?
12      A.   In Florida.
13      Q.   And do you know why Mr. Pellegrini
14   wanted Brittany to work at Citigroup?
15           MR. BATTAGLIA:  Objection.  You
16   may answer if you can.
17      A.   You know, I don't know the
18   specifics.  You'd have to ask Mr. Pellegrini.
19      Q.   Do you think it is to maintain the
20   relationship with this toll road client?
21           MR. BATTAGLIA:  Objection.  Asked
22   and answered.
23      A.   I don't know.
24      Q.   In your group what were
25   Ms. Sharpton's job duties?
```



Case 1:10-cv-07820-LGS   Document 59-12   Filed 06/07/13   Page 6 of 15

THOMAS H. GREEN  Non-Confidential                                October 25, 2012
BARTOLETTI vs. CITIGROUP                                              103–106

Page 103

1    T. G. GREEN
2    Q.  Other than tobacco, did you work
3    directly with Brittany?
4    A.  I don't remember other specific
5    projects.
6    Q.  Now with respect to tobacco, were
7    there multiple projects that you worked
8    directly with Brittany on?
9    A.  Again, I didn't work directly with
10   Brittany.
11   Q.  Okay.
12   A.  Very often. I remember some
13   meetings she was in with respect to tobacco
14   securitizations.
15   Q.  Did you work indirectly with
16   Brittany on multiple projects with respect to
17   tobacco securitization?
18        MR. BATTAGLIA: Objection. You
19        may answer.
20   A.  During this time period we're in
21   the '07/08 time period, correct.
22   Q.  Yes, she was only employed from --
23   A.  I believe there was Buckeye and
24   there might have been one or two other tobacco
25   securitizations during that time. I don't

Page 104

1    T. G. GREEN
2    recall if Brittany had a role in them, but she
3    might have with again working with other
4    people.
5    Q.  When you worked with Brittany on a
6    project, did you have the opportunity to
7    observe her work performance?
8    A.  Not much directly, no.
9    Q.  Were you able to form your own
10   opinion about her work performance on these
11   projects that you worked with her on?
12        MR. BATTAGLIA: Objection. You
13        may answer. I guess to clarify, through
14        his own direct observance?
15        MR. DATOO: Yes.
16        MR. BATTAGLIA: Do you understand
17        the question or should we have it --
18        THE WITNESS: I think I understand
19        the question.
20   A.  Typically if an analyst would do a
21   project it would get reviewed at some level,
22   like the director or somebody else on the
23   transaction and then would get to me, you
24   know, at another form or next draft or
25   whatever. Again, I'd have to say generally

Page 105

1    T. G. GREEN
2    no, I wouldn't have seen her first cut at
3    something.
4    Q.  And on the projects that you
5    worked with Brittany on, did you ever receive
6    any negative feedback about her work
7    performance?
8    A.  My memory is I did receive some
9    negative feedback.
10   Q.  From who?
11   A.  Some of the directors in the group
12   about I would say Steve Wood, Kimberly Swain,
13   might have been a couple of others.
14   Q.  And this was in connection with
15   the tobacco securitization projects?
16   A.  Not necessarily.
17   Q.  Anyone else you received negative
18   feedback about Brittany from?
19        MR. BATTAGLIA: To the extent you
20        can recall.
21   A.  I don't recall other specific
22   sources of feedback.
23   Q.  What did Steve Wood tell you about
24   Brittany's work performance?
25   A.  My memory is that Brittany was

Page 106

1    T. G. GREEN
2    working with Steve in the area of what are
3    called pension obligation bonds and OPEBS,
4    which are other post-employment benefit
5    securities. Steve was kind of the specialist
6    in that. And that Brittany was working with
7    him on projects there.
8        I don't recall a lot, but my
9    memory is that there was some issue of a
10   attention to detail and maybe on absorbing the
11   concept, you know, on the uptake. I recall
12   Steve saying something like, you know, got to
13   kind of explain something a couple times.
14   Q.  Is that the only negative feedback
15   you received from Mr. Wood regarding
16   Brittany's work performance?
17        MR. BATTAGLIA: To the extent you
18        can recall.
19   A.  That's all I recall from Mr. Wood.
20   Q.  Was this done via conversation
21   with Mr. Wood?
22   A.  Yes.
23   Q.  When was that conversation?
24   A.  I don't recall specifically.
25   Q.  Do you know if it was when

Case 1:10-cv-07820-LGS   Document 59-12   Filed 06/07/13   Page 7 of 15

THOMAS H. GREEN  Non-Confidential                October 25, 2012
BARTOLETTI vs. CITIGROUP                                  107–110

Page 107

1  T. G. GREEN
2  Brittany first started?
3      A.   I don't know.
4      Q.   Did you take any notes of your
5  conversation with Mr. Wood?
6      A.   I don't recall.
7      Q.   What negative feedback of work
8  performance did Kimberly Swain give you?
9      A.   Kind of a general comment on my
10 memory about was she picking things up.  And I
11 think maybe a little bit on timeliness,
12 meeting the assignment in a timely manner.
13     Q.   Did you have multiple
14 conversations with Kimberly Swain about
15 Brittany's work performance?
16     A.   Not that I remember.
17     Q.   Do you recall when you had this
18 conversation -- was this a conversation you
19 had with Kimberly Swain about Brittany's work
20 performance?
21     A.   I don't, I don't recall the exact
22 timing, no.
23     Q.   I asked you if it was a
24 conversation you had.
25     A.   Oh, yes, it was a conversation.

Page 108

1  T. G. GREEN
2      Q.   My next question is, do you
3  remember when you had that conversation?
4      A.   I am sorry, I don't recall that.
5      Q.   Do you know if was around the time
6  that Brittany first started?
7      A.   I don't recall that.
8      Q.   Did you take any notes of your
9  conversation with Ms. Swain about Brittany's
10 work performance?
11     A.   I don't recall if I did.
12     Q.   Did you ever receive any positive
13 feedback about Brittany Sharpton?
14     A.   My memory is she did a good job on
15 an assignment related to Buckeye, that was
16 like working with the desk with tobacco
17 trading information.
18     Q.   And who gave you the positive
19 feedback about Brittany's --
20     A.   That's what I am not sure.  Most
21 likely it would have been Paul Creedon, but I
22 am not sure.
23     Q.   Do you recall when you worked on
24 the Buckeye Tobacco securitization?
25     A.   Well, it closed on Halloween in

Page 109

1  T. G. GREEN
2  '07, so I remember that date.  So it would
3  have been in the fall of 2007.
4      Q.   Did you receive any other positive
5  feedback about Brittany's work performance?
6      A.   I don't remember.  I just --
7      Q.   Did you ever receive any negative
8  feedback about Matthew Chin's work performance
9  as an analyst?
10     A.   I don't remember any.
11     Q.   Did you receive any negative
12 feedback regarding Matthew Chin in general?
13         MR. BATTAGLIA:  Objection.  You
14     mean in roles other than analyst?
15     Q.   Other than his work performance.
16     A.   No, my memory is he was maybe
17 quiet or something which I don't hold against
18 an analyst.
19     Q.   So being quiet as an analyst is
20 okay?
21     A.   Yes, it is not a criteria put on
22 an analyst.
23     Q.   Do you know if Matthew Chin got
24 along with his coworkers?
25         MR. BATTAGLIA:  Objection.  You

Page 110

1  T. G. GREEN
2     may answer.
3      A.   Got along with his coworkers.  I
4  am not aware that he didn't.
5      Q.   Did anyone ever complain to you
6  about Matthew Chin?
7      A.   No, I don't believe anybody did.
8      Q.   Did anyone ever request to have
9  their work space moved away from Matthew Chin?
10     A.   Not to my memory, no.
11     Q.   Do you know if Matthew Chin ever
12 argued loudly with a coworker at work?
13     A.   I don't remember that.
14     Q.   Do you know if Matthew Chin got
15 along with Mathilde McLean?
16     A.   I don't remember that either.
17     Q.   Do you know if the two of them
18 were involved in arguing in the work space?
19     A.   I don't think they even worked
20 together.
21     Q.   Do you know if they sat next to
22 each other?
23     A.   I don't recall that.
24         THE VIDEOGRAPHER:  The time is now
25     12:03 P.M. and this is end of tape two.



THOMAS H. GREEN  Non-Confidential                                          October 25, 2012
BARTOLETTI vs. CITIGROUP                                                        111–114

Page 111
1       T. G. GREEN
2       (Recess taken.)
3           THE VIDEOGRAPHER: The time is now
4       12:15 P.M., this is the beginning of
5       tape number three in the videotaped
6       deposition of Thomas H. Green.
7       Q.  Mr. Green, you have in front of
8   you Plaintiff's Exhibit 447. Can you take a
9   look at that document and let me know if you
10  have seen it before.
11          (Analyst year-end performance
12          review, marked Plaintiff's
13          Exhibit 447 for identification, as
14          of this date.)
15      A.  Yes, I have seen this document
16  before.
17      Q.  Can you tell me what it is?
18      A.  It is an analyst year-end
19  performance review.
20      Q.  And did you complete this review?
21      A.  Yes, I did.
22      Q.  And what did you base the
23  numerical scores on?
24          MR. BATTAGLIA: Just to confirm
25          for the record, you are talking about

Page 112
1       T. G. GREEN
2   the scores down the right-hand column?
3           MR. DATOO: Yes.
4       A.  Well, are you asking me how I put
5   together the review or what --
6       Q.  Yes.
7       A.  Because I don't work directly much
8   with the analysts individually. What I would
9   typically do would be to call around to the
10  directors and potentially people that are
11  senior to the analysts to see what their views
12  were on the performance of that analyst in the
13  review the prior year.
14      Q.  And did you do that for Brittany
15  with respect to this review?
16      A.  Yes, I believe I did.
17      Q.  And do you recall who you spoke to
18  or communicated with?
19          MR. BATTAGLIA: If you need some
20          time to review the document.
21          THE WITNESS: I am just looking at
22          that.
23      A.  In reviewing this, it would appear
24  that I would have spoken to the directors and
25  others involved in probably the tobacco

Page 113
1       T. G. GREEN
2   area --
3       Q.  Do you know which specific
4   directors you spoke to?
5           MR. BATTAGLIA: I believe he is
6           still answering.
7           MR. DATOO: I am sorry.
8       A.  -- and the POB OPEB area that I
9   mentioned in an earlier response. Probably in
10  transportation just because that's a big part
11  of the group. So that would be Steve Wood, I
12  believe I would have spoken to Kimberly Swain,
13  probably Paul Creedon, maybe David
14  Livingstone. And possibly some intermediate,
15  some associate or maybe PE or senior analysts
16  type call.
17      Q.  Do you recall speaking to Mr. Wood
18  about Brittany when completing this
19  evaluation?
20          MR. BATTAGLIA: Objection. You
21          may answer.
22      A.  I recall calling around to get
23  feedback on the analysts when I did
24  interviews. I don't recall a specific
25  conversation.

Page 114
1       T. G. GREEN
2       Q.  So you don't recall speaking to
3   anyone in particular?
4       A.  I recall speaking to Steve Wood
5   because I -- and I could refreshing my
6   recollection looking at the document that
7   since he was one doing POB OPEB, I clearly
8   talked to Steve Wood. I wouldn't have been
9   able to write this.
10      Q.  What did Steve Wood tell you about
11  Brittany's performance?
12      A.  I would have --
13      Q.  Aside from the document, do you
14  have an independent recollection as to what
15  Steve Wood told you about Brittany's
16  performance?
17      A.  Well, I do remember a conversation
18  with Steve Wood. I don't know for sure if it
19  was a conversation had in connection with
20  doing the review or some other conversation
21  about Brittany's performance. But the issue
22  was attention to detail. And kind of as
23  people work on projects they may not get some
24  concept the first time, the second time you
25  hope and then, you know, kind of just



Case 1:10-cv-07820-LGS   Document 59-12   Filed 06/07/13   Page 9 of 15

THOMAS H. GREEN  Non-Confidential                          October 25, 2012
BARTOLETTI vs. CITIGROUP                                          115–118

Page 115

1      T. G. GREEN
2  developing as somebody who is understanding
3  the context of the project.
4      Q.   And after reviewing the document,
5  has your recollection been refreshed as to who
6  else you spoke to other than Mr. Wood?
7          MR. BATTAGLIA:  Objection.  I
8      believe he testified to that.  But you
9      may answer.
10     A.   Well, my memory is since Kimberly
11 Swain worked with pretty much all the
12 analysts, I would have talked to her, I talked
13 to Paul, I talked to Steve, probably Jason
14 Baron who was more senior, whether he was a
15 senior analyst or associate, I don't remember.
16 Did I mention Paul Creedon already, and maybe
17 David Livingstone might have had done some
18 work with her.
19     Q.   What did Ms. Swain tell you about
20 Brittany's work performance in connection with
21 filling out this evaluation?
22     A.   My limited memory of it would be
23 she had some concerns with attention to detail
24 and kind of turnaround.
25     Q.   Was this a separate conversation

Page 116

1      T. G. GREEN
2  or a second conversation you had with
3  Ms. Swain about Brittany?
4      A.   I don't remember.
5      Q.   What did Paul Creedon --
6      A.   Creedon.
7      Q.   -- tell you about Brittany's
8  performance?
9      A.   I think my memory is Brittany
10 worked hard on some of these Buckeye
11 presentations which are critical.  Paul kind
12 of had one of the lead roles along with me and
13 Jim Haddon on that transaction and that, but
14 that there were attention to detail, you know,
15 issues.
16     Q.   But he also gave you positive
17 feedback about Brittany too, correct?
18     A.   I believe he did.
19     Q.   Did you take notes regarding your
20 conversation with Mr. Creedon?
21     A.   I believe I did, but I don't
22 recall what I would typically do is call
23 around and take some notes and then put the
24 review together.  I don't know if I kept the
25 notes or not.

Page 117

1      T. G. GREEN
2      Q.   Do you know if you produced those
3  notes to your attorneys?
4      A.   I know I produced what I had in
5  the evaluation file.  Whether I kept the
6  notes, I don't know.
7      Q.   What did Mr. Livingstone tell you
8  about Brittany's performance?
9      A.   I recall it wasn't super positive
10 or positive, but I don't recall the details.
11     Q.   Do you recall when you had this
12 conversation with Mr. Livingstone?
13     A.   I don't.  Again, I suspect it was
14 in connection with putting the review
15 together.
16     Q.   The date on the second page
17 indicates that Ms. Sharpton signed this review
18 on June 18, 2008, correct?
19         MR. BATTAGLIA:  Objection.
20     A.   That is the date on the form,
21 that's correct.
22     Q.   And do you believe you put this
23 form together prior to June 18, 2008?
24     A.   I believe I finished it the day
25 before because that's the date on page one,

Page 118

1      T. G. GREEN
2  but I don't have an independent memory of the
3  date.
4      Q.   Did you complete this -- do you
5  recall completing this form in one day?
6      A.   I probably did this in one day.
7  Whether I had to call over multiple days, I
8  probably had to call over multiple days and
9  then completed the form.  There was typically
10 some deadline from Marty.
11     Q.   So you believe you made calls
12 regarding the evaluations in the days leading
13 up to when you completed this?
14         MR. BATTAGLIA:  Objection.  Asked
15     and answered.  You may respond.
16     A.   I actually missed the question
17 because of the siren.
18     Q.   My question is, did you make all
19 your calls regarding Brittany's work
20 performance in connection with the completing
21 this evaluation in the days before June 17,
22 2008?
23         MR. BATTAGLIA:  Objection.  You
24     may answer.
25     A.   I don't know what dates they were,



Case 1:10-cv-07820-LGS   Document 59-12   Filed 06/07/13   Page 10 of 15

THOMAS H. GREEN  Non-Confidential                              October 25, 2012
BARTOLETTI vs. CITIGROUP                                             127–130

Page 127

1   T. G. GREEN
2   Q.  Do you believe that now, now that
3   you look at this document?
4   A.  I don't have an independent
5   current view on that.
6   Q.  If you could flip to the second
7   page, do you see where it says the heading
8   overall rating? It is near the bottom half
9   the page.
10  A.  Yes.
11  Q.  "Three trending two." You gave
12  her that score; is that correct?
13  A.  Yes.
14  Q.  What does that mean, "three
15  trending two"?
16  A.  My memory is in writing this and
17  now in rereading it, that while many of the
18  directors and others I spoke to about Brittany
19  had concerns about attention to detail and
20  some about turnaround timeliness, that she had
21  some -- shown some initiative, as I noted on
22  getting more involved in the POB OPEB. I had
23  received some comments that she was a hard
24  worker and had been improving. And so while I
25  was evaluating as best I could the year's

Page 128

1   T. G. GREEN
2   performance, some of the feedback I was
3   getting I wanted to frankly send Brittany a
4   signal that she was trending towards a two
5   from a three.
6   Q.  And were you being truthful when
7   you wanted to send her that signal?
8       MR. BATTAGLIA: Objection.
9   A.  Yes, I was being truthful. I
10  mean, I sent her the signal, the document
11  shows that I sent her that signal.
12  Q.  I just want to be truthful in
13  sending that signal?
14  A.  Yes, I was, thank you.
15  Q.  Can you tell me where in this
16  document you indicated that Brittany was
17  having an issue with timeliness?
18      MR. BATTAGLIA: Objection.
19      Misstates testimony, unless you are
20      asking if this document requested.
21      MR. DATOO: I am asking where in
22      the document it is reflected.
23      MR. BATTAGLIA: Objection.
24      Misstates testimony.
25  A.  I don't -- I have that as a memory

Page 129

1   T. G. GREEN
2   of the conversations.
3   Q.  But that's not in her evaluation,
4   right?
5       MR. BATTAGLIA: You mean the
6       comments section.
7       MR. DATOO: Yes.
8   A.  I would have to read this more
9   fully than I have.
10  Q.  Please go ahead. The question
11  was, is there anywhere in this evaluation that
12  talks about, in the comment section, that
13  talks about any timeliness issues Brittany
14  had.
15      MR. BATTAGLIA: Do you understand
16      the question?
17      THE WITNESS: Yes.
18  A.  The timeliness question comes up
19  in the first page, not in the comments
20  section.
21  Q.  Where in the first page?
22      MR. BATTAGLIA: Objection.
23  Q.  Turnaround time. Do you know why
24  it didn't appear in the comments section?
25  A.  The most consistent comment was

Page 130

1   T. G. GREEN
2   attention to detail.
3   Q.  Now there also appears to be some
4   positive comments in Ms. Sharpton's review,
5   correct, in the comments section?
6   A.  Yes.
7   Q.  But the only positive feedback you
8   recall getting about Brittany was from Paul
9   Creedon?
10  A.  Paul Creedon. And now that I have
11  read this while I had a recollection of Steve
12  Wood having concerns about her Brittany
13  picking up the area. I see that I give
14  Brittany a favorable comment for her early
15  work in the POB OPEB space that Steve Wood
16  did.
17  Q.  Now you testified moments ago that
18  Brittany was a three trending two, correct?
19  A.  I testified that I wrote that down
20  in the review.
21  Q.  And you testified that you were
22  being truthful when you wrote that down?
23  A.  Yes.
24      MR. BATTAGLIA: Objection. There
25      is more context, but yes.



Case 1:10-cv-07820-LGS   Document 59-12   Filed 06/07/13   Page 11 of 15

THOMAS H. GREEN  Non-Confidential                          October 25, 2012
BARTOLETTI vs. CITIGROUP                                          139–142

Page 139

1        T. G. GREEN
2    Q.   Do you recall when he was hired
3  full-time by Citigroup?
4    A.   He was hired I believe full-time
5  the next year after he was a summer analyst.
6  So doing the math, if he was a first year in
7  the fall of '08, I believe then he would have
8  started in the fall of '08 or summer of '08.
9    Q.   Do you know if Mr. Dockery had
10 passed his Series 52 at the time of the
11 November 2008 layoffs?
12   A.   I don't know.
13       MR. DATOO:  I request documents
14       showing when, if and when Mr. Dockery
15       and Mr. Chin passed their Series 52.
16       MR. BATTAGLIA:  I believe you
17       already have that but --
18       MR. DATOO:  My request is to the
19       extent that these documents have not
20       been produced.
21   Q.   As first year analysts, did
22 Brittany and Matt get paid the same base
23 salary?
24   A.   Marty Feinstein would know better
25 than I because he runs the analysts program,

Page 140

1        T. G. GREEN
2  but I believe first years are paid the same
3  base salary typically.
4    Q.   Just jumping back for a second to
5  Ms. Sharpton's evaluation.  Did Martin
6  Feinstein play a role in her evaluation?
7    A.   I might have called Marty on the
8  analysts and run the names with Marty as well.
9  I don't recall.
10   Q.   What do you mean by "run the
11 names"?
12   A.   To call Marty and say I am doing
13 my analyst reviews, give me your feedback on
14 whoever the analysts are.
15   Q.   Why would Marty be in a position
16 to give you feedback?
17   A.   Well, he would be potentially.
18   Q.   Why?
19   A.   Because he runs the analyst
20 associate program, which includes the initial
21 training and periodic meetings.  And analysts
22 are to go to him or within each group go to
23 the kind of group assignment people, which
24 again are Kimberly Swain and Bill Corrado play
25 that role in Infrastructure.

Page 141

1        T. G. GREEN
2    Q.   Did Marty assign work to these
3  analysts?
4    A.   I don't recall.  He on occasion
5  probably did.
6    Q.   So any feedback Marty would give
7  you, would that be based on his personal
8  experience or would it be serving as a
9  repository for feedback from others?
10       MR. BATTAGLIA:  Objection.  You
11       may respond.
12   A.   Probably have to ask Marty.  My
13 impression would be probably both.
14   Q.   Did second year analysts get paid
15 a higher base salary than first year analysts?
16   A.   For the period of time we're
17 talking about?
18   Q.   Yes.
19   A.   I don't have a memory of the pay.
20 My memory which is probably from a general
21 period of time, is that each class of analysts
22 have a salary and then as they moved up,
23 depending on the year, there might be a bump
24 in base salary for people in that class.
25   Q.   Now you testified earlier that

Page 142

1        T. G. GREEN
2  there was a layoff in late '07, early '08,
3  correct?
4    A.   That's my memory, yes.
5    Q.   Did your group lose any money in
6  that layoff?
7    A.   Yes.  I RIFed an analyst and a
8  director.  This is my memory again.  There
9  were probably four of these, maybe more, RIF
10 rounds throughout this period.  Brian Cloonan
11 was the analyst RIFed, and Tom Boast was the
12 director.
13   Q.   Do you recall what your analyst,
14 Mr. Cloonan was?
15   A.   I don't recall.
16   Q.   Why did you select Mr. Cloonan for
17 layoff?
18   A.   I don't recall.
19   Q.   What was the criteria you were
20 given, if any, for collecting people for that
21 layoff?
22   A.   It is just hard to remember the
23 individual rounds that well at this point.
24       MR. BATTAGLIA:  Objection.  Maybe
25       you have to read back the record.  I



Case 1:10-cv-07820-LGS   Document 59-12   Filed 06/07/13   Page 12 of 15

THOMAS H. GREEN  Non-Confidential                            October 25, 2012
BARTOLETTI vs. CITIGROUP                                           143–146

Page 143

1   T. G. GREEN
2   think you had asked if people were
3   selected. Did you already ask if he
4   selected them.
5       MR. DATOO: I asked if his group
6   lost anybody and -- okay.
7       MR. BATTAGLIA: Before we jump to
8   what criteria.
9   Q.   Did you select Mr. Cloonan and
10  Mr. Boast for layoff?
11  A.   Yes, I did.
12  Q.   And were you given any criteria?
13  A.   My memory is again had a call or
14  meeting with Frank Chin and might have been
15  David Brownstein too, but definitely Frank
16  Chin. Was probably given a general, you know,
17  dollars and head count in the couple of people
18  category.
19  Q.   Were you given that same criteria
20  for the November 2008 layoff?
21      MR. BATTAGLIA: Objection. You
22  may respond.
23  A.   November 2008 was the fourth and
24  largest RIF and the two main criteria which
25  were had to be significant parts of the comp

Page 144

1   T. G. GREEN
2   within this group and had to be head, you
3   know, head count, significant head count.
4       Those two general categories were
5   the same, but the size, the word "significant"
6   was much more emphasized then.
7   Q.   I think you already testified that
8   you weren't given any specific numbers?
9   A.   That's correct.
10  Q.   I don't know if I asked you this
11  already. Why did you select Cloonan for
12  layoff?
13  A.   I don't recall.
14  Q.   And do you recall if there was a
15  second round of layoffs in March of '08?
16  A.   Yes, believe there was a second
17  one in March and then another one or two in
18  the summer of '08.
19  Q.   Now in the March 2nd round of
20  layoffs, did your group lose anybody?
21  A.   I may be confusing the rounds, but
22  my memory of the timing of the -- of that
23  round and then the third round, which is again
24  summer'ish was that actually did not lose
25  anybody in the March round in the

Page 145

1   T. G. GREEN
2   Infrastructure Group. I may be wrong about
3   that, but that's my memory.
4   Q.   With respect to the summer round,
5   do you know if that was around the June 2008
6   time frame?
7   A.   That sounds about the right time
8   frame.
9   Q.   And did your group lose anybody in
10  that layoff?
11  A.   I demoted a managing director to a
12  director. And that produced a salary
13  compensation benefit for and/or anticipated
14  compensation reduction. And as I previously
15  mentioned, one of the analysts in the group
16  during this period of time was Shan
17  Aranachalam, and I recall indicating to him
18  that he would be RIFed, and then some time
19  before that happened, somebody else left and I
20  just don't remember. Somebody in either my
21  group or northeast or something in the New
22  York, and I ended up not needing to RIF Shan
23  at that time.
24      There may have been another person
25  then, I just don't recall.

Page 146

1   T. G. GREEN
2   Q.   Who was the person that you
3   demoted from managing director to director?
4   A.   Thomas W. Bradshaw.
5   Q.   And did you make the decision to
6   demote him?
7   A.   I worked on that with Frank Chin.
8   Q.   Frank Chin gave you permission to
9   demote him?
10  A.   That's correct.
11  Q.   Why was there a cost savings
12  derived from his demotion?
13  A.   I don't remember the details. I
14  believe we had a conversation that he'd give
15  up the title and there would be a
16  corresponding reduction in his comp that year.
17  Q.   Was that an option that you had?
18  A.   Was that an option that I had?
19  Q.   Like instead of laying people off,
20  could you have just reduced their salaries?
21  A.   In that summer round, you said
22  June, I don't remember the date, we were
23  allowed to do that on that occasion for that
24  one individual.
25  Q.   Do you know why?



Case 1:10-cv-07820-LGS   Document 59-12   Filed 06/07/13   Page 13 of 15

THOMAS H. GREEN  Non-Confidential                                      October 25, 2012
BARTOLETTI vs. CITIGROUP                                                        147–150

Page 147

1    T. G. GREEN
2    A. I don't. I think that round was
3    -- my memory is that wasn't a huge round but
4    it was significant. And that, you know, the
5    comp benefit of that was viewed as worthwhile
6    by Frank in the larger goals that he had to
7    meet, you know, department-wide.
8        Q. Was it your idea to demote
9    Mr. Bradshaw?
10   A. I don't remember if it came out of
11   a conversation with Frank Chin, I don't
12   remember that. Probably just out of a
13   conversation.
14       Q. Was that an option for the
15   November 2008 RIF for you?
16   A. No, it wasn't.
17       Q. Why not?
18   A. We were given a clear instruction
19   that the head count reduction had to be
20   significant. There is nothing about titles,
21   it was all head count and compensation, both.
22       Q. Was that the same instruction
23   given for the June layoff?
24       MR. BATTAGLIA: Objection.
25   A. No, my memory, and I am just the

Page 148

1    T. G. GREEN
2    Infrastructure Group head, but the firm as a
3    whole had announced, you know, 30,000, 40,000,
4    50,000, I don't remember the specific number,
5    but a significant head count reduction for
6    November. So just having someone around with
7    a different title on a lower likely future
8    bonus wasn't going to meet that.
9        Q. Was the point of the layoff to
10   reduce the size of the workforce or was it to
11   save money?
12       MR. BATTAGLIA: Objection. Asked
13       and answered as to both RIFs, but I
14       don't know which one you are talking
15       about.
16       Q. November '08.
17   A. I didn't come up with the larger
18   RIF plan of Citigroup.
19       Q. But do you know if the
20   November 2008 RIF, if the purpose of it was to
21   save money or reduce the size of the
22   workforce?
23       MR. BATTAGLIA: Objection. Don't
24       answer. He already responded to this
25       question several times about the

Page 149

1    T. G. GREEN
2    instructions that he was given in the
3    summer 2008 RIF.
4        MR. DATOO: Are you instructing
5    not to answer?
6        MR. BATTAGLIA: Asked and
7    answered. What about this question can
8    we not read back from prior testimony?
9        MR. DATOO: I asked him before
10   whether he was given a specific number
11   as to head count or dollar figure, and
12   he said no. Now I am asking him if the
13   purpose of the November 8 RIF was to
14   reduce the size of the workforce or to
15   save money. I don't know why that's
16   been asked and answered.
17       MR. BATTAGLIA: There is several
18   key terms that we could use for the
19   prior testimony that being that --
20       MR. DATOO: Let's search for --
21       MR. BATTAGLIA: I am speaking. Do
22   you want me to yell and raise my voice
23   at you.
24       He testified on several occasions
25   that instructions he received for the

Page 150

1    T. G. GREEN
2    November 2008 RIF that there was going
3    to be significant reduction in head
4    counsel and significant reduction in
5    compensation.
6        He testified he believed those
7    instructions to be different than the
8    prior ones, though the criteria was the
9    same by the addition of the word
10   significant.
11       Frank Chin did not define for him
12   what that meant, didn't give him a
13   dollar sign, didn't give him a head
14   count number. He testified that it is
15   his interpretation of that and what he
16   did with those instructions.
17       I don't know what more you are
18   going to get from this than what the
19   testimony has already been.
20       MR. DATOO: I am asking him if he
21   knows what the purpose of the layoff
22   was. I am not asking more criteria he
23   was given, I am asking what the purpose
24   to reduce it, reduce the workforce or to
25   save money, that's all I am trying to



Page 155

```
 1            T. G. GREEN
 2    defined in any of these meetings?
 3       A.   No, not quantitatively, no.
 4       Q.   Did anyone ever ask at these
 5    meetings what substantial meant?
 6       A.   Well, the Public Finance
 7    Department co-heads are Frank Chin, David
 8    Brownstein and they are reporting to Ward
 9    Marsh and within Municipal Securities.  And
10    they need to come up with a plan that met
11    whatever they had been told they needed to
12    produce in terms of comp reduction and head
13    count reduction, I don't know what that larger
14    number was.
15       Q.   You don't know what they were told
16    by Ward Marsh?
17       A.   No.
18       Q.   Do you know why it was such a
19    secret?
20            MR. BATTAGLIA:  Objection.
21       A.   I don't know.  It wouldn't be
22    unusual for me not to know, you know, the
23    division instruction, firmwide, number or
24    anything.
25       Q.   So it would be unusual for you?
```

Page 156

```
 1            T. G. GREEN
 2       A.   It would not be -- it's a double
 3    negative, I apologize.  The fact that I didn't
 4    know would not be unusual.  That's still a
 5    double negative.
 6       Q.   That one I follow.
 7            So the only time you lost, prior
 8    to the November 2008 layoff, the only time you
 9    lost people in your group as part of those
10    late 07/08 layoffs was in the first round when
11    you lost Mr. Cloonan and Mr. Boast?
12       A.   No, because the round you asked me
13    about wasn't the first round, it was actually
14    the second round.
15       Q.   The one in this late
16    December/early January, that was the second
17    round?
18       A.   I believe so, yes.
19       Q.   Was there a round prior to that?
20       A.   Yes, some time in earlier in '07,
21    I believe.
22       Q.   Earlier in '07, okay.
23            How many people did you lose in
24    that round?
25       A.   My memory is director and an
```

Page 157

```
 1            T. G. GREEN
 2    analyst.
 3       Q.   And did you select these people
 4    for layoff?
 5       A.   I did with Jim Haddon who was the
 6    co-head with me.
 7       Q.   And what was the name of the
 8    director?
 9       A.   David Womack, W-O-M-A-C-K.
10       Q.   And what was the name of the
11    analyst?
12       A.   My memory is the same time --
13    Angela is not going to like this one-- Okon
14    Onuntuei, O-K-O-N, I'd have to consult the
15    last name spelling.
16       Q.   Was this analyst a man or a woman?
17       A.   A man.
18       Q.   Do you know what year this analyst
19    was?
20       A.   I don't remember.
21       Q.   And this was before Brittany
22    Sharpton was hired, correct?
23       A.   I don't remember the timing in
24    '07, but I believe that's correct.
25       Q.   I don't know if I asked you this,
```

Page 158

```
 1            T. G. GREEN
 2    but I am sure your counsel will point out if I
 3    did.  But were you given any criteria for the
 4    June 2008 layoff?
 5       A.   My memory is some head count, some
 6    comp reduction, I don't remember any more
 7    specific than that.
 8       Q.   But your head count for your group
 9    didn't reduce as part of that layoff, correct?
10       A.   I think net-net it did or would
11    have and then -- my memory, which is not great
12    on this point, somebody left and Shan
13    Aranachalam was allowed to remain for at least
14    a period of time, but at that point knew that
15    wouldn't last very long if there were more
16    RIFs, so I am assuming he ended up leaving.
17       Q.   And when you say someone left, was
18    that someone in your group?
19       A.   That's what I don't remember.
20            THE VIDEOGRAPHER:  The time is now
21    1:19 P.M. and this is the end of tape 3.
22            (Time noted:  1:19 P.M.)
23            A F T E R N O O N  S E S S I O N
24                August 25, 2012
25                   2:10 P.M.
```



Case 1:10-cv-07820-LGS   Document 59-12   Filed 06/07/13   Page 15 of 15

THOMAS H. GREEN  Non-Confidential                                October 25, 2012
BARTOLETTI vs. CITIGROUP                                              159–162

Page 159

1     T. G. GREEN
2  T-H-O-M-A-S H. G-R-E-E-N, resumed and
3  testified further as follows:
4  EXAMINATION (Continued)
5  BY MR. DATOO:
6        THE VIDEOGRAPHER:  The time is now
7     2:10 P.M., this is tape number four in
8     the videotaped deposition of Thomas H
9     green.
10    Q.   Mr. Green, when did you first
11 become aware that there was going to be a
12 layoff in November 2008?
13       MR. BATTAGLIA:  Objection.  You
14    may answer.
15    A.   My memory is some time in early to
16 mid-November there was -- I either got a call
17 from Frank Chin or otherwise was told that
18 there might be one.
19    Q.   And how many discussions did you
20 have with Frank Chin regarding the
21 November 2008 layoff?
22       MR. BATTAGLIA:  Objection.  You
23    may answer.
24    A.   My memory is approximately maybe
25 two or three meetings, somewhere in there.

Page 160

1     T. G. GREEN
2     Q.   Do you recall when the first
3  meeting was?
4        MR. BATTAGLIA:  Objection.
5     A.   Not a precise date, no.
6     Q.   Was anyone else present for that
7  meeting?
8        MR. BATTAGLIA:  Objection.
9     Answer.
10    A.   I don't remember the order.  I
11 believe I had a meeting or a phone call with
12 Frank Chin, it might have been with Frank and
13 David, but I think it might have actually been
14 with Frank by himself for the first time.
15    Q.   Do you recall when the second
16 meeting was?
17    A.   I don't recall specific dates.
18    Q.   Who was present at the second
19 meeting?
20    A.   I guess without characterizing it
21 as first or second, I remember meetings in
22 November, earlier in November.  Some of which
23 were with Frank and/or David Brownstein.  And
24 at least one or maybe two of which also
25 included Bart Livolsi who's the head of the

Page 161

1     T. G. GREEN
2  all the regions and Fred Hessler, who is the
3  head of the healthcare group.
4     Q.   Why were you involved in multiple
5  meetings regarding the November 2008 layoff?
6        MR. BATTAGLIA:  Objection.  You
7     may answer.
8     A.   Well, my memory is it was clear in
9  the early November meetings that this -- if
10 this went forward it would be a substantial
11 RIF both in dollars and in head count, and the
12 largest groups in Public Finance, therefore
13 where the head count is, and I don't know that
14 I've got the precise order right.  Healthcare
15 is a large group, Infrastructure is a large
16 group, the Northeast Group, which is Bart
17 Livolsi is both the head of the Northeast
18 Group and head of all regions.  So he would be
19 there as most familiar with the regional
20 offices.  Also the New York public Northeast
21 Group, Public Finance Northeast Group.
22    Q.   Okay.  So I want to make sure you
23 were done.
24    A.   Okay.  Thank you.
25    Q.   What was discussed at the second

Page 162

1     T. G. GREEN
2  meeting?
3        MR. BATTAGLIA:  Objection.  I
4     thought he said he wasn't sure of the
5     order.
6     Q.   The second time you met, what was
7  discussed?
8     A.   I don't know first, second,
9  whatever.  How significant the RIF was going
10 to be, and therefore, needed to involve a lot
11 of account officers, and as well as obviously
12 staff at all levels.  And then cutting the
13 compensation base of the department as well.
14    Q.   What I am trying to understand is,
15 and please correct me if I am wrong, the first
16 time you met or spoke to either Frank Chin or
17 Frank Chin and David Brownstein you were told
18 that there was going to be a RIF in November,
19 correct?
20    A.   I don't believe I was told with
21 any precision when it would occur, but that I
22 remember from the summer of '08, not a
23 particular day of the week, but I would gather
24 before the Lehman bankruptcy, which was
25 September 15th of '08.  That at least my

