# EXHIBIT 13

Page 163

1                T. G. GREEN
2   personal impression was that after the many
3   rounds that had taken place, that there might
4   not at that point might be another round.
5        And then September 15th happened,
6   the Citigroup attempt to purchase Wachovia,
7   which then didn't go through.  Speaking of the
8   stock price had some impact unfavorable when
9   it didn't go through.  And other events at the
10  senior level of Citi that were negative
11  happened in the markets.
12       And so we were then contacted by
13  Frank, you know, I believe it was early
14  November, I guess it could have been late
15  October, but some time in the fall that it
16  looked like there would be another RIF and it
17  would be significant.
18       Q.   And then the next -- in any
19  subsequent conversation the you had with Frank
20  Chin, I understand you don't really remember
21  what was discussed when, what was discussed in
22  subsequent conversations after this initial?
23       A.   So in these meetings?
24       Q.   Yes.
25       A.   Well, this requires a little bit

Page 164

1                T. G. GREEN
2   of background on public finance at Citi.  We
3   had been the number one ranked firm in public
4   finance as of '08 for something like 12 or the
5   prior 13 years or 14 out of 15 whatever, a
6   long time.  And that's by ranking of dollar
7   volume of bonds sold.  And we had also been,
8   you know, a good revenue producing group.
9        And so with a RIF of that
10  consequence, both dollars and head count, I do
11  remember discussions with Frank, and I think
12  also similar topics were discussed in the
13  meeting that involved the healthcare guy, Fred
14  Hessler and Bart as well, about okay, how do
15  we maintain our leadership in the business
16  with this kind of cut.
17       Q.   Now at what point did you submit a
18  layoff list to Frank Chin?
19       A.   I don't remember the date.  It
20  would have been in early November.
21       Q.   Clearly it was --
22       A.   Since then I cut the -- the
23  meetings taking place in early November, it
24  would have been then.  If they would have been
25  in early October, it would have been some time

Page 165

1                T. G. GREEN
2   after that.
3        Q.   Clearly it was some time after the
4   first time you spoke to Frank Chin?
5        A.   Of course he had to tell me what I
6   needed to provide.  And again David Brownstein
7   might have been there, I don't recall.
8        Q.   Do you recall providing Mr. Chin
9   with the layoff list prior to the subsequent
10  discussions you had about the layoff?
11       A.   I don't recall the order of
12  things, but I believe I provided my RIF list
13  for Infrastructure.
14       Q.   Prior to the subsequent
15  discussions?
16       A.   Or contemporaneous with.
17       Q.   Were any people discussed, any of
18  the people in the layoff list, discussed at
19  these subsequent meetings?
20       A.   I think there -- yes, there were
21  some discussions of people.
22       Q.   Do you recall the people who were
23  discussed?
24       A.   I mean, I recall discussions with
25  respect to the regions, not so much of people,

Page 166

1                T. G. GREEN
2   but would we have a Denver office, for
3   example, where we had two bankers or not.  And
4   was that -- again, the organization as a
5   business and we have been number one and its
6   worked really well on a, you know, leadership
7   and public finance perspective over the years.
8        Frank has been the head of the
9   department for a very long time.  We have the
10  regions and we have the product groups kind of
11  working in tandem as a matrix, if you will.
12  And having some regional presence was a big
13  part of that.  So I do remember discussing
14  whether the Denver office should be closed
15  since there are two bankers there.
16       Q.   Were there any other names
17  mentioned other than the -- were the names of
18  these two Denver bankers mentioned or the
19  concept of --
20       A.   Yes.  Again, it was more about
21  whether to have the office.  My memory is we
22  closed the office.  So those two bankers were
23  on the list.
24       Q.   Were any other specific names
25  discussed at these meetings?



Case 1:10-cv-07820-LGS   Document 59-13   Filed 06/07/13   Page 3 of 8

THOMAS H. GREEN  Non-Confidential                           October 25, 2012
BARTOLETTI vs. CITIGROUP                                          193–196

Page 193
1     T. G. GREEN
2  B on an A, B, C scale three weeks prior -- in
3  May of '08.
4     Q.  And then about seven months prior
5  to the evaluation you put them both on a B
6  list, correct?
7     A.  Yes, they were there for a couple
8  of months at that point I put them on the same
9  B list.
10    Q.  So is there any indication on
11 these documents that Matt Chin was a better
12 performer than Brittany Sharpton?
13    A.  On which documents are we limiting
14 this question to?
15    Q.  On Plaintiff's Exhibit 430 and
16 Plaintiff's Exhibit 434.
17    A.  I would say there is a hint on
18 431.  On 430 and 434 it doesn't appear to be
19 any indication.
20        MR. BATTAGLIA:  By the way, my
21    paralegal has confirmed that this is the
22    attachment to this.
23        MR. DATOO:  It is an attachment to
24    that?
25        MR. BATTAGLIA:  Yes.  These

Page 194
1     T. G. GREEN
2    documents are in conjunction.  So if
3    that helps.
4     Q.  You testified you don't recall
5  seeing 431?
6     A.  I don't recall seeing that.
7     Q.  Your counsel has just indicated
8  that his office has confirmed that Plaintiff's
9  Exhibit 431 is an attachment to Plaintiff's
10 Exhibit 430.
11        MR. BATTAGLIA:  The e-mail
12    beginning on 20498 and ending on 20501
13    has an attachment to it of what has been
14    mark as 20502.
15        MR. DATOO:  Yes.
16        MR. BATTAGLIA:  I have different
17    numbers, I don't have this on mine.  So
18    yes, that's attached to that.
19        THE WITNESS:  Got it.
20    Q.  Do you recall opening up this
21 attachment?
22        MR. BATTAGLIA:  Objection.
23    A.  I don't recall opening up this
24 attachment.
25    Q.  Did you get any feedback from

Page 195
1     T. G. GREEN
2  people in your group about Ms. Sharpton's work
3  performance between the time you completed her
4  evaluation and the November RIF?
5     A.  I don't remember any specific
6  conversations.
7     Q.  Did you get any feedback from
8  anyone in your group regarding Matt Chin
9  during the same time frame?
10    A.  I don't recall any conversations.
11    Q.  Why did you select Tom Bradshaw
12 for layoff?
13    A.  Tom Bradshaw and Ron Moreno were
14 co-heads of transportation within my
15 Infrastructure Group.  That's kind of a
16 marketing title, if you would, not a separate
17 group per se.
18        And my memory is that, again, the
19 RIF had to involve substantial compensation
20 cuts, as well as substantial head count.  So I
21 had to think about Ron and Tom comparatively.
22 And they both longstanding senior
23 transportation bankers.
24        Again, this was a RIF that was a
25 RIF, it wasn't something people wanted to be

Page 196
1     T. G. GREEN
2  doing.  On balance I thought Ron was more
3  important to maintaining the leadership of
4  Citigroup in transportation, service
5  transportation finance compared to Tom.  And I
6  couldn't keep two co-heads at that level of,
7  you know, compensation.
8     Q.  In reducing their comp wasn't an
9  option in this late off?
10        MR. BATTAGLIA:  Objection.  You
11    may answer.
12    A.  My memory is it was not an
13 option --
14    Q.  Did you take a look at their -- I
15 am sorry.
16    A.  -- in this layoff.
17    Q.  Did you take a look at their
18 revenue reports?
19        MR. BATTAGLIA:  Objection.  You
20    may answer.
21    A.  At the time of the layoff just for
22 the RIF decision?
23    Q.  Yes.
24    A.  I might have.  I don't know that I
25 did then.  I am generally familiar with the

Case 1:10-cv-07820-LGS   Document 59-13   Filed 06/07/13   Page 4 of 8

THOMAS H. GREEN  Non-Confidential                          October 25, 2012
BARTOLETTI vs. CITIGROUP                                        197–200

Page 197

1  T. G. GREEN
2  what the two of them do.  I am talking about
3  Mr. Bradshaw and Mr. Moreno.
4       Q.  Was revenue generation a
5  consideration in deciding who to keep and who
6  to let go?
7           MR. BATTAGLIA:  Objection.  You
8       may answer.
9       A.  Yes, the capacity to generate
10 revenue.
11      Q.  Why did you select Kimberly Swain
12 for layoff?
13      A.  Kimberly was also a transportation
14 banker and fairly good processor of
15 transactions, not significant new business
16 capability compared to Ron or at the director
17 level compared to like a Jamison Feheley who
18 was a transportation specialist, as well as a
19 former regional banker who on a comparative
20 basis in the RIF context in November '08, you
21 know, I thought just as I had felt Tom Boast
22 was at an earlier RIF, somebody to RIF versus
23 the other directors, Kimberly included.
24          At that point I had to RIF a fair
25 number of directors, and it was kind of Steve

Page 198

1  T. G. GREEN
2  Wood who does transportation as well OPEB POB.
3  Jamison Feheley who does transportation, as
4  well as some regional.  And then Kimberly
5  Swain who does transportation and also had
6  done some regional work in the southwest and
7  the southeast.
8       Q.  Did you take a look at the revenue
9  reports for the directors when deciding who to
10 RIF?
11      A.  I might have.  I might have.  But
12 less -- again, it is more -- at that point
13 we're talking about how do we at Citi Public
14 Finance try to stay number one in our business
15 with a significantly reduced department and
16 group.
17      Q.  Generating revenue would be
18 important, correct?
19          MR. BATTAGLIA:  Objection.  You
20      may answer.
21      A.  Generating revenue would be
22 important.
23      Q.  So if someone is generating
24 revenue, that's an important factor to
25 consider when determining who to keep and who

Page 199

1  T. G. GREEN
2  to let go?
3           MR. BATTAGLIA:  Objection.
4       A.  The capacity to generate revenue
5  in the future and not merely historical
6  revenue is certainly a factor.
7       Q.  What do you mean by "capacity"?
8       A.  The capability, what would be new
9  business capability.  Sort of improving the
10 business capability.  I will give you an
11 example.  Boast had a couple of really nice
12 pieces of wrap, but I didn't see the, you
13 know, the that that was going to be something
14 he could repeat.
15      Q.  Why did you select Mathilde McLean
16 for layoff?
17      A.  Mathilde was a hire that we
18 brought in from -- my memory is like a
19 financial advisory firm who had a specific,
20 somewhat narrow expertise area, which is known
21 as state revolving fund or SRF.  It is
22 basically helping states finance clean water
23 and waste water treatment projects.  And that
24 was an area that was what she was expert in,
25 but there was a more senior banker who was a

Page 200

1  T. G. GREEN
2  director out in the Chicago office who was an
3  SRF expert as well as a midwest region,
4  regional banker in Indiana, Illinois,
5  Michigan.
6           And I recall in conversations with
7  Frank and Bart in particular, you know, SRF
8  business is not a particularly big sector in
9  keeping someone who only does that, given how
10 much we were downsizing the group, really
11 didn't make sense because we had that
12 capability with Rob, as well as I have done
13 SRF transactions.  And Marty's deputy in the
14 quantitative group, a guy named Ryan Perkins
15 has done SRF transactions.
16      Q.  Did you look at Mathilde McLean's
17 revenue reports?
18      A.  I don't believe I did.  She is an
19 associate, so I don't know if she really has
20 one.
21      Q.  Associate or vice president?
22      A.  Might have been AVP.
23      Q.  Wouldn't an AVP have one?
24      A.  Probably not.
25      Q.  Did you consider even with respect



Case 1:10-cv-07820-LGS   Document 59-13   Filed 06/07/13   Page 5 of 8

THOMAS H. GREEN  Non-Confidential                    October 25, 2012
BARTOLETTI vs. CITIGROUP                                      209–212

Page 209

1      T. G. GREEN
2  feedback.
3      Q.   Other than recommendation from an
4  associate, you received no other feedback
5  regarding --
6      A.   I don't remember any other
7  feedback during that time period.
8      Q.   During the three months that he
9  was --
10     A.   Prior to November '08 or November
11  -- end of November '08.
12     Q.   And was Mr. Dockery performing the
13  job duties of a first year analyst?
14         MR. BATTAGLIA:  Objection.
15     A.   He was a first year analyst, yes.
16     Q.   Did you have an opportunity to
17  work with him directly in that approximate
18  three-month period of time?
19     A.   I didn't, no.  To my memory.
20     Q.   Could Brittany Sharpton have
21  performed Mr. Dockery's duties as a first year
22  analyst?
23     A.   I think analysts can perform
24  analyst duties, you know, it would have to be
25  a specific project, but I would think that one

Page 210

1      T. G. GREEN
2  analyst could perform another analyst's
3  duties.
4      Q.   Why didn't you terminate Alan
5  Dockery instead of Brittany Sharpton?
6         MR. BATTAGLIA:  Objection.  You
7     may answer.
8      A.   Well, again the thing about
9  analysts is they are in classes.  So you have
10  first years, second years, third years, maybe
11  something after that.  As a manager you want
12  to have somebody in each class or you're going
13  to have -- analysts come and go a lot, a lot
14  of them are like the paralegals from
15  investment banking, so they will go back to
16  business school or public health school, that
17  kind of thing.  And I felt to have an analyst
18  in each class was important because it was
19  with a big RIF was not clear in November
20  of '08 that we would get additional, you know,
21  analysts in the future.
22     Q.   Why does class year matter?
23         MR. BATTAGLIA:  Objection.
24     Q.   I should say, why does level
25  matter?

Page 211

1      T. G. GREEN
2         MR. BATTAGLIA:  Objection.  You
3     may answer.
4      A.   Again, typically analysts come,
5  they stay the two years, maybe longer,
6  sometimes longer and they go.  So having
7  somebody in a class, particularly the first
8  year class, since the other analysts are
9  likely to leave, if you have your lower
10  classes empty, you could end up with no senior
11  analyst by the time you get to later on.
12     Q.   Did you have any indication that
13  Brittany Sharpton was going to leave?
14         MR. BATTAGLIA:  Objection.  You
15     may answer.
16     A.   I don't recall any indication.
17     Q.   And an analyst is offered an
18  opportunity to be an analyst for Citigroup for
19  two years, correct?
20     A.   I believe that's the policy, yes.
21     Q.   And then Citigroup makes the
22  decision as to whether to offer an analyst a
23  third year analyst position, correct?
24     A.   I think that's generally true.
25     Q.   And Brittany could have performed

Page 212

1      T. G. GREEN
2  Mr. Dockery's job duties?
3         MR. BATTAGLIA:  Objection.
4      A.   Both Brittany and Mr. Dockery were
5  analysts.
6      Q.   And do you know what the
7  difference in salary was between Brittany and
8  Mr. Dockery?
9      A.   I don't.  I don't recall.
10     Q.   It wouldn't have been much of a
11  difference, would it?
12     A.   I don't recall.  Probably 10,
13  20,000, I don't remember.
14     Q.   Would that be considered
15  significant?
16         MR. BATTAGLIA:  Objection.  You
17     may answer.
18     A.   It is 10 or $20,000.
19     Q.   But in terms of the directive you
20  were given by Frank Chin or the criteria you
21  were given by Frank Chin, is 10 or $20,000
22  considered significant to you?
23     A.   You know, every dollar contributes
24  to the total, but that wouldn't be a big part
25  of the total.



THOMAS H. GREEN  Non-Confidential  
BARTOLETTI vs. CITIGROUP  

October 25, 2012  
213–216

Page 213

1  T. G. GREEN
2  THE VIDEOGRAPHER: The time is now
3  3:25 P.M. This concludes tape four.
4  (Recess taken.)
5  THE VIDEOGRAPHER: The time is now
6  3:37 P.M., this is the beginning of tape
7  number five in the videotaped deposition
8  of Thomas H. Green.
9  Q. Mr. Green, could your group have
10 functioned without a first year analyst?
11  MR. BATTAGLIA: Objection. You
12  may answer.
13  A. I think we could have functioned
14 without analysts -- first year analyst was
15 that your question?
16  Q. Yes. Could your group have
17 functioned with two second year analysts?
18  MR. BATTAGLIA: Objection. You
19  may answer.
20  A. I am sorry?
21  Q. Could your group have functioned
22 with two second year analysts and no first
23 year analysts?
24  MR. BATTAGLIA: And objection, you
25  may answer.

Page 214

1  T. G. GREEN
2  A. I think in the short-term
3  possibly. Again, having an analyst at each
4  class is something that's helped, particularly
5  when there may not be the prospect of
6  significant future analysts coming in.
7  Q. But it is not essential, is it?
8  MR. BATTAGLIA: Objection.
9  A. It is fairly important.
10  Q. But you could do without it,
11 correct?
12  MR. BATTAGLIA: Objection.
13  A. I think it is fairly important to
14 have analysts at each class if you can.
15  Q. Can you do without it?
16  MR. BATTAGLIA: Yes.
17  A. I suppose you could do without it.
18  Q. Analysts have left your group in
19 the past, correct?
20  A. That's correct.
21  Q. And I guess in the last few years
22 analysts have left too, haven't they?
23  A. Yes, they have.
24  Q. And have you hired other analysts
25 to replace them?

Page 215

1  T. G. GREEN
2  A. Depending on the constraints on
3  hiring. Sometimes yes, sometimes no.
4  Q. So if an analyst leaves and you
5  have the ability to hire another analyst to
6  replace that person who left, you could do
7  that if you chose to, right?
8  A. Sometimes I could.
9  MR. BATTAGLIA: Objection. You
10  may answer.
11  A. Sometimes we can do that and
12 sometimes we have to wait for the next class.
13  (Evaluation form, marked
14  Plaintiff's Exhibit 476 for
15  identification, as of this date.)
16  Q. I am handing you a document that's
17 been marked as Plaintiff's Exhibit 476. Can
18 you take a look at the document and let me
19 know if you have seen it before.
20  A. I don't believe I have seen this
21 before.
22  Q. Did you ever fill out an
23 evaluation like this for Mr. Dockery for the
24 yearend 2008?
25  A. I don't believe I did.

Page 216

1  T. G. GREEN
2  Q. Okay. Do you know if Martin
3  Feinstein did?
4  A. I don't know.
5  Q. Do you know why this document was
6  generated?
7  MR. BATTAGLIA: Objection.
8  A. I don't know why this document was
9  generated.
10  Q. If I could turn your attention to
11 the fourth page of the document.
12  MR. BATTAGLIA: CGMI_BART000154?
13  MR. DATOO: Yes.
14  Q. Just to give it a little bit of
15 contrast, turn to the page prior 53, at the
16 very bottom, Part II, "goals what business we
17 do."
18  A. Yes.
19  Q. And then if you flip the page
20 over:
21  "Consistently performed to my
22  highest potential while concentrating on
23  areas that could cause improvement."
24  Do you see that? Under goal one.
25  A. I do see that.



Case 1:10-cv-07820-LGS   Document 59-13   Filed 06/07/13   Page 7 of 8

THOMAS H. GREEN  Non-Confidential						October 25, 2012
BARTOLETTI vs. CITIGROUP							241–244

Page 241
1     T. G. GREEN
2     A.   GoZone is a special type of
3   tax-exempt bond that was authorized by
4   congress after Hurricane Katrina, whereby
5   corporations making economic development
6   investments rebuilding within the four GoZone
7   damage, hurricane damaged states.  Even though
8   they were corporations and operating plans for
9   profit.  In certain categories they were
10  eligible to use the municipal market and issue
11  tax project bonds to rebuild or build a
12  facility.  And Louisiana is one of the four,
13  obviously, impacted states by Katrina.
14     Q.   Underneath that, can you tell me
15  what you wrote?
16     A.   "Denver RTD."  Which stands for
17  Regional Transit District.  "Pres," which is
18  short for presentation.  To Lang/Hochtief,
19  which are two private infrastructure firms
20  which I believe we were teamed with in some
21  manner.
22     Q.   Underneath that, can you tell me
23  what you wrote?
24     A.   That reads, "numbers modeling
25  Excel" which is either excellent or the

Page 242
1     T. G. GREEN
2   program Excel, I don't know.
3      Q.   You capitalized the "E."
4      A.   It's probably the program.
5      Q.   Can you tell me what it says
6   underneath, what you wrote underneath that?
7      A.   I wrote "CRRA RFP proposal."
8      Q.   And underneath that I believe it
9   reads good attention to detail.
10     A.   That reads good attention to
11  detail.
12     Q.   And underneath that, can you tell
13  me what you wrote?
14     A.   I wrote, "works with Corrado."
15     Q.   William Corrado?
16     A.   William Corrado.
17     Q.   Underneath that, can you tell me
18  what you wrote?
19     A.   I wrote "quiet, shy, nervous."
20     Q.   And underneath that?
21     A.   I wrote, "client interaction
22  limited."
23     Q.   Can you flip to the page stamped
24  1219 on the bottom right-hand corner.  Do you
25  see that?

Page 243
1     T. G. GREEN
2      A.   Yes.
3      Q.   Can you tell me what you wrote at
4   the top of the page?
5      A.   I believe that is "SW" for Steve
6   Wood.
7      Q.   I was thinking EM, do you have
8   anyone with those initials in your group?
9      A.   I don't believe I do.
10     Q.   There is a date 6/17/08 and to the
11  right of that does that say "analysts"?
12     A.   Yes.  Or -- yes, that's what it
13  says, analysts.
14     Q.   And I take it that's Brittany's
15  name?
16     A.   That's Brittany.
17     Q.   And it says, "attention to
18  detail"?
19     A.   It says "attention to detail."
20     Q.   And underneath that, what does it
21  say?
22     A.   It says "agency" versus
23  "authority" and then it says "consistency."
24  So I believe that would be Steve Wood
25  describing probably an RFP draft where the

Page 244
1     T. G. GREEN
2   client was an agency and the draft used the
3   wrong name, the wrong affiliation and places
4   like that.
5      Q.   Could it mean that she was
6   consistent in the use of those words?
7      A.   I doubt it, given that it follows
8   attention to detail and I have underlined
9   "consistency" as a topic.
10     Q.   Could "attention to detail" mean
11  that she paid good attention to detail?
12     A.   It could.  That's not my memory of
13  the feedback on Brittany, but it could.
14     Q.   And under "agency versus
15  authority," I believe it says some
16  improvement.
17     A.   Some improvement.  I believe that
18  you are right, that's what that says.
19     Q.   Do you know what that means?
20     A.   I don't recall exactly precisely
21  what that means.
22     Q.   And underneath that can you tell
23  me what you wrote?
24     A.   I believe that says "development,"
25  meaning what Brittany would need to do to



THOMAS H. GREEN  Non-Confidential  
BARTOLETTI vs. CITIGROUP  

October 25, 2012  
245–248

Page 245

```
 1          T. G. GREEN
 2   develop.  And then it says understand the
 3   context, ask questions or queues questions.
 4   And then "use the transaction to learn."
 5       Q.   Do you know if Mr. Wood made any
 6   comments about Matthew Chin?
 7       A.   I don't know.
 8       Q.   Do you recall speaking to him
 9   about Matt Chin?
10       A.   I don't recall.
11       Q.   Jason Baron was an associate in
12   June of '08, wasn't he?
13       A.   I don't remember when he had his
14   titles.
15       Q.   Once promoted to vice president,
16   when do they usually get promoted?
17       A.   Well, in public finance there is
18   analysts, there is associates.  I believe we
19   have some AVP's assistant vice presidents and
20   then there is vice presidents, directors,
21   managing directors.  I don't remember the, you
22   know, the number of years and title.
23       Q.   If I could direct your attention
24   to the page stamped 12220.  At the bottom --
25   near the bottom I believe it reads
```

Page 246

```
 1          T. G. GREEN
 2   "developmental goals" and it is underlined.
 3   Do you see that?
 4       A.   Yes.
 5       Q.   And can you tell me what that,
 6   what you wrote aside number one?
 7       A.   "Understand the deals better."
 8       Q.   Do you know what that means?
 9       A.   Not precisely.  I don't know
10   precisely what that means.
11       Q.   Immediately above developmental
12   roles, can you tell me what you wrote?
13       A.   I wrote, "attention to detail very
14   strong."
15       Q.   No, I am sorry, immediately above
16   developmental.
17       A.   Just the one line.
18       Q.   It is the only one I can't read.
19       A.   Will do the basic stuff.  And then
20   it says "TRC," which is like administrative
21   committee you have, called the transaction
22   review committee.  So it is part of the
23   paperwork that analysts are supposed to do on
24   transactions and other credits.
25       Q.   And on the next page, can you tell
```

Page 247

```
 1          T. G. GREEN
 2   me, is that a continuation of the prior page?
 3       A.   Based on the page numbering, I
 4   believe it is.
 5       Q.   Flip to the next page.
 6       A.   Are we on 12222.
 7       Q.   6/16/analysts.  And I see Matt
 8   Chin's name on there.
 9            Can you tell me what you wrote?
10       A.   I wrote:  "Two specialized with
11   DL."  David Livingstone.
12       Q.   Do you know what you meant by
13   that?
14       A.   I probably meant that he should do
15   more assignments with more different account
16   officers.
17       Q.   Did you take these notes on this
18   specific page based on a conversation that you
19   had with someone?
20            MR. BATTAGLIA:  To the extent that
21       you recall and to the extent that this
22       document helps refreshes are your
23       recollection.
24       A.   I believe I did.  I don't see the
25   name of that person.
```

Page 248

```
 1          T. G. GREEN
 2       Q.   At the bottom of the page you
 3   wrote Brittany's name.
 4       A.   Yes.
 5       Q.   Can you tell me what you wrote
 6   immediately underneath her name?
 7       A.   I wrote "attention to detail
 8   improving."
 9       Q.   And then underneath that, can you
10   tell me what you wrote?
11       A.   I wrote, "turnaround speed" in
12   parentheses I guess, "improving."
13       Q.   Underneath that, can you tell me
14   what you wrote?
15       A.   I wrote, "sought out more feedback
16   and opportunity quantitatively," which was
17   good.
18       Q.   The next page, the last page, at
19   the top, can you tell me whose name you wrote?
20       A.   I believe that's Evan for Evan
21   Levine.
22       Q.   And you wrote Brittany's name on
23   this document?
24       A.   I believe I wrote Brittany's name.
25       Q.   Other than that, can you tell me
```

