# EXHIBIT 21

NORMAN PELLEGRINI
AMY BARTOLETTI vs. CITIGROUP

July 10, 2012
249–252

Page 249

N. PELLEGRINI

2    Q.    Do you recall a specific instance?
3    A.    I don't.
4    Q.    Did you ever take any, anyone else
5  in your group with you, or did you take anyone
6  in your group with you for lunches and dinners
7  other than Nadine?
8    A.    I'm sure I did sometimes.
9    Q.    Did you ever call Nadine princess?
10    A.    Yes.
11    Q.    How often?
12    A.    I don't know.  You know, a few
13  times.
14    Q.    And why did you call her princess?
15    A.    Because she was nicknamed that by
16  one of my -- another person in my group.
17    Q.    Who nicknamed her princess?
18    A.    He called her that.  I didn't
19  start calling her that, but he called her that
20  and I called her.  It was Mark Weinberg.
21    Q.    You didn't call her princess while
22  at UBS?
23    A.    I may have.
24    Q.    Was she nicknamed princess at
25  Citigroup or at UBS?

Page 250

N. PELLEGRINI

2    A.    I think UBS.
3    Q.    Would you call a man princess?
4    A.    I might call him prince.
5    Q.    Would you call him princess?
6    A.    No.
7    Q.    Did you ever ask Nadine if it was
8  okay to call her princess?
9    A.    No.
10    Q.    Did you ever ask her if she liked
11  being called princess?
12    A.    No.
13    Q.    You just joined in because
14  everyone else was calling her princess?
15        MR. TURNBULL:  Objection to form.
16    A.    She never objected to it.
17    Q.    So you just joined in with
18  everyone else because they were doing it?
19        MR. TURNBULL:  Objection to form.
20    A.    It wasn't a join-in.
21    Q.    It wasn't a join-in?
22    A.    No.  It was, you know, just, it
23  was a nickname, that was it.
24    Q.    Do you know why she got that
25  nickname?

Page 251

N. PELLEGRINI

2    A.    I don't know for sure, but I think
3  she was nicknamed that in her training class
4  at UBS.
5    Q.    Does she have royal blood?
6    A.    Not to my knowledge.
7    Q.    Do you know if anyone else calls
8  her princess other than you and Mark?
9    A.    I don't recollect.
10    Q.    You testified earlier this morning
11  that Michael Baldwin, you recruited Michael
12  Baldwin to join you at Citigroup?
13    A.    Yes.
14    Q.    What was his job title when he
15  started working at Citigroup?
16    A.    Director.
17    Q.    And did he have the same job
18  duties that Nadine had as a director?
19    A.    The same responsibilities, yeah.
20  All the directors have the same
21  responsibility.
22    Q.    And why did you recruit him to
23  come work at Citigroup?
24    A.    Because he worked with me for, you
25  know, at UBS for a lot of years.  And I want

Page 252

N. PELLEGRINI

2  to say probably was 12, 13, approximately, I
3  don't know the exact number.
4    Q.    And how much developed business
5  did Mike Baldwin have?
6    A.    A lot.
7    Q.    And how do you -- why do you say
8  that?
9    A.    He ran our school practice.  Those
10  were his clients.  It didn't depend upon me.
11  He has his own practice that he runs and he
12  developed our real estate business.
13    Q.    Do you recall how much revenue was
14  generated from Michael Baldwin's school
15  clients?
16        MR. TURNBULL:  Objection.
17    Q.    In 2007?
18    A.    No.
19    Q.    How about 2008?
20    A.    I don't recall the exact amount,
21  no.
22    Q.    Is there a document that would
23  reflect that?
24    A.    There may be, but I'm not aware of
25  it.

Page 253

```
1              N. PELLEGRINI
2      Q.    So how do you know that he had a
3   lot of developed business?
4      A.    Because there was a document just
5   like that, you know, just like the ones you
6   presented for every person in my group.
7      Q.    Documents that you have seen
8   today?
9      A.    Yes.
10     Q.    Now, I believe you also testified
11  earlier that you recruited Mark Weinberg as
12  well?
13     A.    Correct.
14     Q.    And when he came to Citigroup, do
15  you recall what his title was?
16     A.    An AVP I think.  Yeah.
17     Q.    And why did you recruit Mark
18  Weinberg?
19     A.    Because I recruited him at UBS and
20  we trained him.  He was very good.  I'm very
21  loyal, asked him if he wanted the opportunity.
22  He said yes and he came with us.
23     Q.    Do you consider yourself very
24  loyal to Nadine?
25     A.    I did.
```

Page 254

```
1              N. PELLEGRINI
2      Q.    And how long did Mark work for you
3   at UBS?
4      A.    I think we recruited him in
5   approx -- I think it was '01.  I think.  2001.
6   Or '2.
7      Q.    Did Mark have more experience than
8   Nadine?
9      A.    About the same.
10     Q.    Is there a reason why he came in
11  as AVP and not VP?
12     A.    Yes, because he was an associate
13  at UBS and then went to Citi as an AVP.
14            My recollection is, and I'm not
15  specific about it, but I think she was just
16  promoted to AVP at UBS, but it was a condition
17  of her coming over to Citi, to be a VP.
18     Q.    So Nadine may have had one, one or
19  two more years experience than Mark?
20     A.    I don't -- I don't know that.  I'm
21  not sure.
22     Q.    How much developed business did
23  Mark Weinberg have when he came to Citigroup?
24     A.    Not a whole bunch.
25     Q.    What does that mean?
```

Page 255

```
1              N. PELLEGRINI
2      A.    Well, he was an AVP.  He was in a
3   support role.
4      Q.    Did Nadine have more developed
5   business than Mark when she came to Citigroup?
6      A.    She had more interaction I think
7   with clients than -- she was beginning to have
8   more interaction with clients than Mark.
9      Q.    My question was did Nadine have
10  more developed business than Mark when she
11  came over to Citigroup?
12     A.    No.  In my opinion, no.
13     Q.    And what clients did Mark Weinberg
14  have when he came over to Citigroup?
15     A.    None.
16     Q.    No clients for his --
17     A.    No.
18     Q.    Did any clients follow him when he
19  left UBS?
20     A.    No.  In my opinion, no.
21     Q.    How about Mike Baldwin, did any
22  clients follow him from UBS and come to
23  Citigroup?
24     A.    In my opinion, yes.
25     Q.    Which ones?
```

Page 256

```
1              N. PELLEGRINI
2      A.    His school district clients.
3      Q.    I'm sorry?
4      A.    His school district clients.
5      Q.    All of them?
6      A.    Pretty much.
7      Q.    So does that mean they no longer
8   do business with UBS after --
9      A.    I didn't say that.  I didn't say
10  that.
11     Q.    So how would they have followed
12  him to Citigroup, his school district clients?
13            MR. TURNBULL:  Objection to form.
14     A.    I don't understand what -- if you
15  have a group of -- okay.  We go over there, if
16  we're not on the team, then we get added to
17  the team.  That's one example of how they
18  follow him.
19     Q.    So he was added to, by virtue
20  of --
21     A.    If, in fact, he had a client that
22  Citigroup wasn't representing, just as an
23  example, and he came over, by them following
24  him over at some point from the time he got to
25  Citigroup to the time they reselected banking
```



Page 269

```
1              N. PELLEGRINI
2   Frank or David Brownstein --
3       A.    No.
4       Q.    -- to discuss the November 2008
5   RIF?
6       A.    No.
7       Q.    Did you meet with anyone to
8   discuss the November 2008 RIF?
9       A.    No.  I talked with Bart on the
10  phone subsequent to that conversation at
11  Kennedy, but I didn't meet with him face to
12  face.
13      Q.    When was that telephone
14  conversation?
15      A.    I don't remember that.  I just
16  remembered that I talked with him either a
17  month or three weeks before it, and then there
18  was several conversations I had with him after
19  that.
20      Q.    Did you ever have any
21  conversations with Frank Chin about the
22  November 2008 layoffs or communications?
23      A.    I may have had one.
24      Q.    And would that be a verbal
25  communication or a written communication with
```

Page 270

```
1              N. PELLEGRINI
2   Frank?
3       A.    Verbal.
4       Q.    Was it a phone call?
5       A.    Yes.
6       Q.    Do you recall what was discussed
7   about that layoff?
8       A.    It was after it was done I think.
9   Or it was -- I tried to save my people.  It
10  was that simple.  Is there anything I can do.
11      Q.    You just said you had that
12  conversation after it was done?
13      A.    After I think the decision was
14  made, but the decision was made, you know, at
15  the MSD level or whatever level it was before
16  the RIF went into -- before I had to tell
17  people they were being laid off.
18      Q.    So after the decision was made,
19  you then tried to save people?
20      A.    I made one last call saying -- you
21  know, I felt bad, it was a horrible time.
22      Q.    So you never had any discussions
23  with Frank Chin or any communications with
24  Frank Chin prior to the time the decision was
25  made to lay people off in November 2008?
```

Page 271

```
1              N. PELLEGRINI
2       A.    I'm thinking because, you know, I
3   may have had -- aside from what I told you, I
4   don't think I did, no.
5       Q.    How about David Brownstein?
6       A.    No.
7       Q.    And I believe you just testified
8   that you had several conversations with Bart?
9       A.    I did.
10      Q.    Over the telephone?
11      A.    Correct.
12      Q.    Did you ever exchange any e-mails
13  with Bart?
14      A.    No.
15      Q.    Why not?
16      A.    I just didn't.
17      Q.    You are a phone person?
18      A.    You know.
19            MR. TURNBULL:  Objection to form.
20      A.    Well, we just talked on the phone.
21  Why, I mean -- I just didn't.  I'm not of the
22  digital age.
23      Q.    And who made the decision that
24  there was going to be a RIF?
25      A.    I think that was the firm.  I
```

Page 272

```
1              N. PELLEGRINI
2   think it was Pandit.  No, I don't -- I don't
3   know who it was.  It was firm-wide.
4            When I say I think it was Pandit,
5   I remember listening to a conference call with
6   our CEO on it saying one of the hardest things
7   we're going to have to do is say goodbye to
8   some of our fellow colleagues, and it was, it
9   was -- I mean, it was pretty heart wrenching.
10  It was at a time when the bank was, you know,
11  we didn't know if it was going to survive or
12  anything else.
13           If I remember correctly, the
14  number was like, he announced it, globally
15  that it was going to be 30 to 50,000 people
16  who were going to get laid off in that one
17  RIF.
18      Q.    Now, who told you that you had to
19  lay people off in your group?
20      A.    I was told I had to participate,
21  and the conversation was with Bart.
22      Q.    So Bart told you that you had to
23  lay people off?
24      A.    I said I really don't want to.  He
25  said you're not really going to escape this.
```

Page 273

1　　　　N. PELLEGRINI
2　　Q.　The question I asked you was did
3　Bart tell you had to lay people off?
4　　A.　He told me I had to participate in
5　the RIF.
6　　Q.　And what did you understand that
7　to mean?
8　　A.　That I was going to have to offer
9　up some people.
10　　Q.　Did he tell you how many people
11　you had to offer?
12　　A.　I can't remember him telling me
13　that, no.
14　　　　MR. TURNBULL:　I just need two
15　　minutes.
16　　　　MR. DATOO:　Sure.
17　　　　THE VIDEOGRAPHER:　We are now
18　　going off the record at approximately
19　　4:19.　This is the end of disk No. 5.
20　　　　(Recess taken.)
21　　　　THE VIDEOGRAPHER:　This is the
22　　beginning of disk No. 6.　We are going
23　　back on record at approximately 4:27
24　　p.m.
25　BY MR. DATOO:

Page 274

1　　　　N. PELLEGRINI
2　　Q.　Did Bart tell you that you had to
3　cut a certain amount of compensation?
4　　A.　No.
5　　Q.　Did he tell you that you had to
6　cut certain number of positions?
7　　A.　I don't remember.
8　　Q.　How many people did you select for
9　layoff?
10　　A.　I don't remember how the number
11　was arrived at.
12　　Q.　I asked you how many people did
13　you select for layoff.
14　　A.　I really didn't select any.
15　　Q.　Who selected people for layoff,
16　then?
17　　A.　It was agreed upon in terms of
18　going through my group and basically it was --
19　we went through the group and said that these
20　are two people that are --
21　　Q.　Well, did Bart ask you --
22　　　　MR. TURNBULL:　I don't know if he
23　　was finished.
24　　　　MR. DATOO:　Oh, I'm sorry.
25　　A.　These are two people that are

Page 275

1　　　　N. PELLEGRINI
2　going to be considered for the RIFs.
3　　Q.　And who were those two people?
4　　A.　Nadine and Brent Wilder.
5　　Q.　So two people were selected for
6　layoff?
7　　A.　Right.
8　　Q.　In your group?
9　　A.　Right.
10　　Q.　Did you give those names to Bart?
11　　A.　It was discussed and came to the
12　decision jointly.
13　　Q.　Why did you, why were -- strike
14　that.　Why was it only two people?
15　　A.　I don't know.
16　　Q.　Why was -- I'm sorry.
17　　A.　It could have been more.　I just
18　fought very hard for everybody.
19　　Q.　So did Bart tell you that you had
20　to cut two people, then?
21　　A.　I can't remember if he told me
22　that or not, but it just was, it was just -- I
23　can't remember who came up with the two names.
24　It wasn't me.　I can't remember if it was
25　Bart.　I just know that I had my discussions

Page 276

1　　　　N. PELLEGRINI
2　with him and we had to come up -- the region I
3　think had to come up with two people.
4　　Q.　And that's based on what Bart told
5　you?
6　　A.　Yeah.
7　　Q.　And who first brought up Nadine's
8　name for selection?
9　　A.　We just kind of went through
10　everybody within the group, and after going
11　through and talking about everybody, I don't
12　know who first brought up the name but it was
13　just based upon her position and the amount of
14　business that we thought we might be able to
15　keep going forward, her name came up and
16　Brent's name came up and I didn't know if we
17　we're going to have to lay more off or not.
18　It was just a horrible time.
19　　Q.　Did any other names come up?
20　　A.　I can't recall.　I mean, we just
21　talked about everybody and what they did.
22　　Q.　And when you say everybody, do you
23　mean everyone in your group?
24　　A.　A lot of the folks in the group,
25　yeah.



NORMAN PELLEGRINI
AMY BARTOLETTI vs. CITIGROUP

Page 277

1           N. PELLEGRINI
2      Q.   Do you know who you didn't discuss
3  or who you did discuss?
4      A.   The only person we didn't discuss
5  with me.  And I didn't know if I was being
6  discussed some place else or not.
7      Q.   Well, apparently you were.
8           Other than you, was everyone else
9  in your group discussed?
10     A.   I don't remember.  I really don't.
11     Q.   Were there only certain people
12  being discussed for layoff?
13     A.   Those people that we felt wouldn't
14  affect the business, and I can't remember who.
15  You know, I just don't know all the names that
16  were discussed.
17     Q.   Well, when you say people wouldn't
18  affect the business?
19     A.   Wouldn't affect our business going
20  forward.  I mean, how could we -- if we are
21  mandated to do this, who would have the least
22  impact on our business going forward, let them
23  go.
24     Q.   Was that the criteria that you
25  used?

Page 278

1           N. PELLEGRINI
2      A.   That's what I meant by the least
3  amount of developed business, yeah, that's
4  criteria we basically used.
5      Q.   Well, you said least impact on
6  your business?
7      A.   Going forward, right.
8      Q.   Is that different from the amount
9  of developed business that someone has?
10     A.   I think it's twofold.  One is, you
11  know, who has the least amount of developed
12  business, and who would have the least impact
13  on business going forward.
14     Q.   Well, did you consider all the
15  directors in your group?
16     A.   Not all of them, no.
17     Q.   Why not?
18     A.   Because they would have had an
19  impact on our business going forward.
20     Q.   So they were never even part of
21  consideration?
22     A.   Not all of them, no.
23     Q.   Well, who wasn't considered?
24     A.   I can't remember.  I don't know.
25     Q.   Let me give you some names.

Page 279

1           N. PELLEGRINI
2      Bryce Holcomb?
3           MR. TURNBULL:  What about him?
4      Q.   Was he considered?
5      A.   I don't remember.
6           MR. TURNBULL:  Objection to form.
7      Q.   Let me ask the question again in a
8  different way.
9           Did you discuss Bryce Holcomb for
10  layoff, for selection in layoff?
11     A.   We may have.
12     Q.   The same question for Matt
13  Johanson.
14     A.   I don't think Matt was in my group
15  at the time.  He was going to the Southwest
16  group.
17     Q.   Do you know when he went to the
18  Southwest group?
19     A.   I can't remember, no.
20     Q.   David Caspin?
21     A.   He is in the healthcare group.  He
22  was in my region, but he was in a product
23  group.
24     Q.   Kent Lawrence?
25     A.   Kent was in North Carolina.  He, I

Page 280

1           N. PELLEGRINI
2  don't remember discussing Kent.
3      Q.   Guy Logan?
4      A.   He was not in my group at the
5  time.
6      Q.   What group was he in?
7      A.   I think he went to Southwest.
8  Remember I said that.
9      Q.   Michael Baldwin?
10     A.   Mike wasn't discussed.  I don't
11  remember.
12     Q.   Why wasn't he discussed?
13     A.   Because of the, you know, because
14  of his, because of his business.  He ran the
15  school practice, he was developing a real
16  estate practice.
17     Q.   Was Rick Patterson discussed?
18     A.   He may have been.
19     Q.   Was Michael Hole discussed?
20     A.   I don't remember Michael being
21  discussed.
22     Q.   And did you also discuss vice
23  presidents?
24     A.   We may have.
25     Q.   Did you discuss Robert Szostak?

Page 281

1        N. PELLEGRINI
2    A.   I don't remember.
3    Q.   Did you discuss Mark Weinberg?
4    A.   I don't remember.
5    Q.   And in any of these discussions
6  you had with Bart, did you take any notes?
7    A.   No.
8    Q.   Did you discuss any analysts?
9    A.   My recollection is yes.
10   Q.   Did you discuss Farnaz?
11   A.   She already made a decision to go
12  to business school.
13   Q.   Was she --
14   A.   She was discussed, but she had
15  made a decision to go to business school and
16  was leaving anyway.
17   Q.   And do you know when she left to
18  go to business school?
19   A.   No, I don't remember when.
20   Q.   Did she leave to go to business
21  school?
22   A.   Yes.
23   Q.   Did she leave in 2008?
24   A.   I can't remember.
25   Q.   Did you discuss Norman Johnson?

Page 282

1        N. PELLEGRINI
2    A.   I think he may have been -- I
3  can't remember specifically, but to the best
4  of my knowledge he may have been included.
5    Q.   In the discussion?
6    A.   In the RIF.  It was either that or
7  he was going to New York or he was going to
8  the Southwest, but -- it was one of those
9  three things.
10   Q.   Did you discuss Jonathan Ash?
11   A.   No.
12   Q.   Why not?
13   A.   Because he was like a brand new
14  analyst.
15   Q.   So if he was a brand new analyst,
16  wouldn't he have had the least impact on your
17  group if he was laid off?
18   A.   Yeah, but -- perhaps; perhaps not.
19  I mean, he was just -- we needed people to do
20  work.  We were going to continue to do
21  business.
22   Q.   Did you consider Brian Senne,
23  S-E-N-N-E?
24   A.   He very well may have been
25  discussed.

Page 283

1        N. PELLEGRINI
2    Q.   Why wasn't Brian selected?
3    A.   I think at the time he was like an
4  associate and it didn't make a -- you know,
5  from the standpoint of not only head count,
6  but compensation, I mean, it just -- it may
7  have been mandated within the, if I remember
8  correctly, and this was, again, it wasn't just
9  bodies, it was also, you know -- the firm, and
10  when I say the firm, it may have been HR
11  dictated like how many positions had to be let
12  go and what type of positions they were.
13   Q.   Do you know this or are you
14  guessing?
15   A.   I don't know it.  I said, you
16  know, I just -- I don't know that, but --
17  that's not a guess.  It is just I remember
18  going through one RIF like that.  And I don't
19  know if it was that one.
20   Q.   Well, were you instructed to cut a
21  certain amount of compensation from your
22  group?
23   A.   No.  Not that I remember.
24        (Discussion off the record.)
25   Q.   Now, why was Nadine selected for

Page 284

1        N. PELLEGRINI
2  layoff?
3    A.   In my opinion, it was my judgment
4  it was the least amount of developed business
5  and going forward, the least amount of impact
6  on our business going forward.  And if we lost
7  business, then it was -- we were willing to
8  suffer those consequences.
9    Q.   Why were you willing to suffer
10  those consequences?
11   A.   Because in my judgment it
12  wasn't -- we weren't going to lose that much
13  business.
14   Q.   Did you lose any business?
15   A.   I don't think we did.
16   Q.   Did the Virgin Islands deal go
17  through?
18   A.   It may have.
19   Q.   Do you know --
20   A.   I think it did ultimately.  I
21  don't know that for a fact.  But you can find
22  that out.
23   Q.   That was a $400 million
24  transaction, wasn't it?
25   A.   If you say so.

Page 285

```
1              N. PELLEGRINI
2     Q.   I'm asking you.
3     A.   I don't know.
4     Q.   Now, who did you compare Nadine to
5   when you said she had the least amount of
6   developed business?
7     A.   Brent Wilder.
8     Q.   Anyone else?
9     A.   From the officer ranks, she was
10  compared to every other director.
11    Q.   So every other director was
12  considered?
13         MR. TURNBULL:  Objection to form.
14    A.   You asked me -- well, you asked me
15  the question what other business hers was
16  compared to and I said all the other
17  directors.
18    Q.   So you looked at her amount of
19  developed business in comparison to the other
20  directors?
21    A.   Yes.
22    Q.   And did she have more business
23  than any of the directors?
24    A.   In my opinion, no.
25    Q.   And is there any document that
```

Page 286

```
1              N. PELLEGRINI
2   would show the amount of business that she
3   had?
4          MR. TURNBULL:  Objection to form.
5     A.   I think you have them.
6     Q.   Well, how would I be able to
7   determine how much business she had based
8   on -- and I believe you are referring to --
9     A.   That's the business she
10  participated in.
11    Q.   -- Exhibit 396 and 397.
12         MR. TURNBULL:  Yes.
13    Q.   How would I be able to tell based
14  on these documents, the amount of business she
15  had in comparison to the other directors?
16    A.   Ask me the question again.
17    Q.   Based on these documents, 396 and
18  397 --
19    A.   Right.
20    Q.   -- how can I determine the amount
21  of developed business Nadine had?
22    A.   Didn't we go through that?
23    Q.   In comparison to the other
24  directors.
25    A.   I guess you can't on these
```

Page 287

```
1              N. PELLEGRINI
2   documents.
3     Q.   So would I need documents of the
4   other directors in order to make that -- in
5   order to answer that question?
6          MR. TURNBULL:  Objection to form.
7     A.   I guess I knew innately, you know,
8   based upon running this group for six years,
9   who had business, who didn't, based upon, you
10  know, running the group.
11    Q.   Well, at that point you are only
12  running the group for three years?
13    A.   Three years, yeah, so.
14    Q.   But you testified you are unaware
15  as to whether Nadine had, whether she was the
16  lead banker on some of these transactions,
17  correct?
18         MR. TURNBULL:  Objection:
19         misstates testimony.
20    A.   I'm sorry.
21    Q.   I believe you testified earlier
22  that you weren't sure if Nadine was the lead
23  banker on some of these transactions, correct?
24         MR. TURNBULL:  Objection.
25    A.   I don't know how to answer that
```

Page 288

```
1              N. PELLEGRINI
2   question.  I don't.
3          I mean, because I can't
4   remember -- I mean, I thought we went through
5   that.  I thought we identified what.
6     Q.   When you were discussing Nadine,
7   did you look at Exhibit 396 and 397?
8     A.   Today?
9     Q.   No, back in 2008.
10    A.   No.
11    Q.   Did you look at her compensation?
12    A.   No.
13    Q.   Did you look at the number of
14  transactions she worked on?
15    A.   No.
16    Q.   Did you speak to anyone else about
17  Nadine, other than Bart?
18    A.   Only Frank when I told you I did.
19    Q.   Did you speak to Kristen Johanson?
20    A.   No.
21    Q.   Why not?
22    A.   I just didn't.
23    Q.   You spoke to her regarding
24  promoting Nadine?
25    A.   Correct.
```



NORMAN PELLEGRINI
AMY BARTOLETTI vs. CITIGROUP

July 10, 2012
289–292

Page 289
1         N. PELLEGRINI
2     Q.    But you didn't speak to her about
3   firing her?
4     A.    No.
5     Q.    Did Nadine have more developed
6   business than Mark Weinberg?
7     A.    I'm not sure.
8     Q.    Did she have more developed
9   business than Robert Szostak?
10    A.    Robert Szostak was a different
11  title.
12    Q.    Did she have more developed
13  business than him?
14    A.    Maybe.
15    Q.    Did she have more developed
16  business than Brian Senne?
17    A.    Yes.
18    Q.    Did she have more developed
19  business than Norman Johnson?
20    A.    Yes. But Norman Johnson and Brian
21  Senne are different --
22    Q.    The only question I asked you is
23  did she have more developed business.
24    A.    Okay.
25    Q.    And is it your testimony that

Page 290
1         N. PELLEGRINI
2   every other director had more developed
3   business than Nadine?
4     A.    In my opinion.
5         MR. TURNBULL: Objection: asked
6     and answered.
7     Q.    Why was Brent selected for layoff?
8     A.    Same criteria.
9     Q.    So in your opinion firing Nadine
10  would have less of an impact on your group
11  than firing Mark Weinberg?
12    A.    Yes.
13    Q.    Same question for Robert Szostak.
14    A.    Yes.
15    Q.    Same question for Brian Senne.
16    A.    Yes.
17    Q.    Same question for Norman Johnson.
18    A.    I told you he may have been --
19  he -- I'm not sure he wasn't in part of the
20  RIF.
21    Q.    So is it your testimony that
22  terminating a director level employee would
23  have more of an impact than terminating an
24  associate level employee?
25        MR. TURNBULL: Objection to form.

Page 291
1         N. PELLEGRINI
2     A.    Different impact.
3     Q.    But more of an impact?
4         MR. TURNBULL: Objection.
5     A.    A different impact. A different
6   impact.
7     Q.    Well, you testified that you
8   selected her for termination because she would
9   have the least impact?
10    A.    And I stand by that.
11    Q.    How did you inform Nadine that she
12  was being laid off?
13    A.    By phone.
14    Q.    And do you know where she was when
15  you told her?
16    A.    She was in New York.
17    Q.    Where were you?
18    A.    Orlando.
19    Q.    Do you know what she was doing in
20  New York at the time?
21    A.    I think she was going into -- and
22  look, this is, again, my best recollection;
23  she was going into a meeting with a law firm
24  on -- and I think it had to do -- I think she
25  was at a law firm going into a meeting.

Page 292
1         N. PELLEGRINI
2     Q.    Do you know if she was at a
3   diversity event?
4     A.    That, I do not know, no.
5     Q.    And what did you tell her?
6     A.    I said I'm very sorry, but, you
7   know, just, I'm going to have to let you go.
8   I don't know if it was those exact words, but
9   it was not -- it was horrible.
10    Q.    How long was that conversation?
11    A.    A few minutes.
12    Q.    Did she say anything?
13    A.    We were very emotional, both of
14  us.
15    Q.    Did she say anything?
16    A.    I can't remember, you know -- she
17  started crying.
18    Q.    Did she say anything?
19    A.    Not to my -- I can't remember.
20    Q.    And did you tell her or use
21  similar words that the decision to terminate
22  her didn't make sense?
23    A.    Say in so many words, I might
24  have.
25    Q.    Why didn't you think it made sense



Page 293

1          N. PELLEGRINI
2    to terminate her?
3        A.    I'm sorry, you just said it did --
4        Q.    I said did you tell her, in sum
5    and substance, that it didn't make sense to
6    terminate her?
7        A.    I said I might have.
8        Q.    Why would you have said that if
9    you selected her for termination?
10       A.    Because it goes back to my
11   original point that maybe I made a mistake in
12   promoting her too soon, and I didn't have
13   enough time for her to really develop.
14       Q.    So if she remained at the VP
15   level, is it your testimony that she wouldn't
16   have been terminated?
17       A.    Maybe.
18           MR. TURNBULL:  Objection:  asked
19       and answered.
20       Q.    Did you tell her that the decision
21   to lay her off was out of your hands?
22       A.    I don't remember.
23       Q.    Do you remember using words to
24   that effect?
25       A.    All I remember is I was really

Page 294

1          N. PELLEGRINI
2    emotional at that point.
3        Q.    How hard did you fight to save
4    her?
5        A.    Hard.
6        Q.    Did you ever try and -- do you
7    know what the term horse trading means?
8        A.    No.  Well, explain to me what that
9    means.
10       Q.    Don't worry about it.
11           Did you ever suggest laying
12   someone else off in another group rather than
13   Nadine?
14       A.    Not a specific person, but I did
15   say, yeah, you know, go pick on some other --
16   it is like, we just, we're too productive.
17       Q.    Well, how did you fight for her?
18       A.    I just said, you know, this is not
19   right, I don't want to do it, we don't deserve
20   this, you know, our business doesn't justify
21   it.  You know, I just promoted her.  I need to
22   give her more time, dah, dah, dah, dah, dah,
23   but that was it, you know.  That was kind of
24   the gist of it, but, you know, I was a little
25   more animated and forceful and what-have-you

Page 295

1          N. PELLEGRINI
2    than I am today.
3        Q.    And was this in one conversation
4    or multiple conversations?
5        A.    Until I found out that it was like
6    a fait accompli.
7        Q.    And how long was that?
8        A.    You know, this just kind of all
9    runs together right now.  I can't tell you.
10   It was either a matter of several days or
11   maybe a week, or I just don't know.
12       Q.    Was Nadine always on the layoff
13   list?
14           MR. TURNBULL:  Objection to form.
15       A.    I don't even know if there -- you
16   know, you used the word list.  I don't know
17   about any list.
18       Q.    Was she always selected for
19   layoff?
20           MR. TURNBULL:  Objection to form.
21       A.    We went through that.  You know, I
22   don't know how to answer that question.
23       Q.    Do you know if there were people
24   on the list -- do you know if there were
25   people selected for layoff from the Southwest

Page 296

1          N. PELLEGRINI
2    region that were not laid off?
3        A.    No, not that I know.
4        Q.    Do you know anything about any
5    members of the Southwest region being laid off
6    or not being laid off?
7        A.    During that period of time?
8        Q.    Yes.
9        A.    I can't remember if anybody in the
10   Southwest was laid off during that period of
11   time.  I really can't.
12       Q.    Do you know if Ray Noga fought for
13   his employees?
14       A.    I'm sure that he did.
15       Q.    Do you know if he saved any of his
16   employees?
17       A.    I don't know it for a fact but,
18   you know, I just don't know.
19       Q.    Did you ever suggest laying people
20   off in the Southwest group?
21       A.    No.
22       Q.    Why not?
23       A.    I'm just not that type of person.
24   I wasn't going to single out another group
25   saying go do it.  I just said I don't want my

Page 297

1          N. PELLEGRINI
2  group to be affected.
3      Q.    And Ray Noga is that type of
4  person?
5          MR. TURNBULL:  Objection to form.
6      A.    I have no idea.
7      Q.    Well, based on the e-mail I showed
8  you this morning, do you think he is that type
9  of person?
10          MR. TURNBULL:  Objection to form
11      A.    I'm not going to comment on that.
12  I don't know.
13      Q.    Well, did Ray Noga suggest laying
14  you and your team off?
15      A.    Based upon what I read.  If those
16  words are correct, I guess so.
17      Q.    So you didn't fight that hard to
18  save Nadine, did you?
19          MR. TURNBULL:  Objection to form.
20      A.    I fought very hard to save Nadine.
21      Q.    Did you document any of this in
22  writing?
23      A.    No.
24      Q.    Do you still consider yourself
25  very loyal to Nadine, once you selected her

Page 298

1          N. PELLEGRINI
2  for layoff?
3      A.    I tried to help Nadine in every
4  way I could.
5      Q.    How is that, she was terminated
6  from your group?
7      A.    I tried to help her with finding
8  not only another job, but if she wanted to
9  move into another profession, another
10  profession.
11      Q.    Did Nadine ever tell you she was
12  thinking about quitting?
13      A.    I don't remember that.
14      Q.    Did you ever hear that Nadine was
15  thinking about quitting?
16      A.    No.
17          MR. DATOO:  Ken, why don't we take
18      a 4-to-5 minute break.  I still have
19      some more questions, but I don't think
20      it is going to be that much longer.
21          THE VIDEOGRAPHER:  We're now going
22      off the record at approximately 4:57
23      p.m.
24          (Recess taken.)
25          THE VIDEOGRAPHER:  We're going

Page 299

1          N. PELLEGRINI
2      back on the record approximately 5:07
3      p.m.
4  BY MR. DATOO:
5      Q.    Mr. Pellegrini, who made the final
6  decision to terminate Nadine's employment?
7      A.    I don't know the answer to that.
8      Q.    What was your role in the process?
9      A.    Offering up the names.
10      Q.    In connection with Bart?
11      A.    Correct.
12      Q.    And then do you know what happened
13  after that?
14      A.    I do not.
15      Q.    And then who told you that Nadine
16  was going to be terminated?
17      A.    I think I knew that after -- Bart
18  may have told me that, but I knew that it was
19  Nadine and Brent.
20      Q.    And you knew that because Bart may
21  have told you?
22      A.    Well, you know, that was the names
23  we discussed.  That was the names that,
24  ultimately out of my group that were going to
25  be submitted, and then after that, it was just

Page 300

1          N. PELLEGRINI
2  like -- that was it.  I mean, then -- I mean,
3  I forget who finally told me.  I can't
4  remember who told me, somebody confirmed it.
5  It was like the decision was made, it was
6  going to HR, and then it was HR, and it very
7  well may have been HR who called me.
8      Q.    Do you know if Bart sat on a
9  committee, was part of a committee regarding
10  these layoffs?
11      A.    I do not.
12      Q.    Do you know what Frank Chin's role
13  in the layoff was?
14      A.    Well, I assume since he ran the
15  department that Bart told me.  Bart was
16  keeping him informed of, you know, as a direct
17  report to Frank.  That was it.
18      Q.    Do you know if Frank Chin made the
19  final decision?
20      A.    On the actual terminations?
21      Q.    Yes.
22      A.    I do not, no.
23      Q.    Now, you mentioned that you spoke
24  to Frank Chin after the layoffs were a fait
25  accompli, correct?



Page 340

1          N. PELLEGRINI
2  for?
3          MR. BATTAGLIA:  Same objection.
4      A.    Broward, Tampa Bay Water and
5  Manatee County.
6      Q.    And how do you know that?
7      A.    Because it says co, it says
8  senior.
9      Q.    So does that lead you to believe
10  that stands for co-senior manager?
11      A.    Yes.
12      Q.    And was Citigroup a co-senior
13  manager or a co-manager for Miami-Dade County
14  School Board?
15          MR. BATTAGLIA:  Same objection.
16      A.    Well, the document says
17  co-manager.
18      Q.    Is that different than being a
19  co-senior manager?
20      A.    Yes.
21      Q.    What's the difference?
22      A.    It is just a higher -- you are
23  higher up in the management group as a
24  co-senior versus a co-manager.
25      Q.    Do you know if any of these

Page 341

1          N. PELLEGRINI
2  transactions were variable rate transactions?
3      A.    Based upon this document it says
4  here that the Orange County says variable and
5  it says greater than 13 months, so I would
6  assume that's variable rate, and then the
7  47,845 says the same thing, variable, and I
8  would assume that's variable rate.  And
9  usually when you do a variable rate
10  transaction, it is only done by one manager
11  and that's why you have sole manager there.
12  So I would say those two based upon this
13  document.
14      Q.    And did any of these transactions
15  involve financing that is a long-term fixed
16  rate?
17      A.    I would say that --
18      Q.    Can you tell me which ones?
19          MR. BATTAGLIA:  I believe he was
20      still looking at it.
21          MR. DATOO:  Oh, I'm sorry.
22      A.    Based upon what this document
23  shows, I would say the Miami-Dade, the Broward
24  County School Board, the Orange County School
25  Board which is 49,255, the Tampa Bay Water and

Page 342

1          N. PELLEGRINI
2  Manatee School Board.
3      Q.    Now, with the exception of the
4  revenue generated from the Tampa Bay Water
5  transaction, is the final figure in the
6  revenue column, the revenue generated by the
7  school practice in 2008?
8      A.    I'm sorry, can you repeat that.
9      Q.    Sure.  With the exception of the
10  Tampa Bay Water transaction, is the figure,
11  the final figure in the revenue column, the
12  revenue generated by the school practice in
13  2008?
14          MR. BATTAGLIA:  Objection.  You
15      may answer.
16      A.    I don't know.  If every -- based
17  upon this particular document it shows the
18  revenues that were produced by the, you know,
19  by the financings that were done for school
20  districts from, you know -- based upon this
21  document.  That's all I can say.
22      Q.    Okay.  Do you have any reason to
23  believe that this number is not accurate?
24      A.    No.
25      Q.    Now, do you consider this amount

Page 343

1          N. PELLEGRINI
2  of revenue which is approximately $800,000
3  taking into account that the Tampa Bay Water
4  transaction was not a school district
5  transaction, is a lot of money for the school
6  practice for '08?
7          MR. BATTAGLIA:  Objection.  You
8      may answer.
9      A.    I don't know whether it is a lot
10  of money or not a lot of money.
11          I do know that that was the year
12  that we experienced the height of the
13  financial crisis and I know that during that
14  year a lot of our time was working with our
15  clients to get them through the crisis, and I
16  know that because of what the market did as
17  far as credit spreads and everything else,
18  issuance went down traumatically just for the
19  region as a whole, period.
20      Q.    Mr. -- you can continue, sorry.
21      A.    No, because of what our clients
22  were going through, to try to manage
23  themselves through the worst of the financial
24  crisis.
25      Q.    Mr. Pellegrini, my question was,

NORMAN PELLEGRINI                                   December 20, 2012
BARTOLETTI vs. CITIGROUP                                      344–347

| Page 344 | Page 346 |
|---|---|
| 1          N. PELLEGRINI | 1          N. PELLEGRINI |
| 2   and I believe, I'm not, I don't know if you | 2          MR. BATTAGLIA: Objection. Asked |
| 3   answered it because you were cutting out a | 3      and answered. |
| 4   little bit, but my question was was that | 4      A.   In '08? |
| 5   figure, did you consider that amount of | 5      Q.   Yes. |
| 6   revenue a lot of money for the school practice | 6      A.   A year of the worst financial |
| 7   to generate in '08? | 7   crisis since the Great Depression? No. |
| 8          MR. BATTAGLIA: Objection: asked | 8      Q.   Mr. Pellegrini, I just need you to |
| 9      and answered. | 9   answer my question. |
| 10     Q.   You can answer it. | 10         MR. BATTAGLIA: Asked and |
| 11     A.   I said that I don't know if it is | 11     answered. |
| 12  a lot of money or not.  For that particular | 12     A.   I'm answering it with that |
| 13  point in time, none of our clients were really | 13  qualification. |
| 14  issuing a lot of bonds because they were in | 14     Q.   I want to know if you consider |
| 15  the middle of the financial crisis.  So I | 15  that amount generated in '08 pretty good. |
| 16  would view that year not only for the school | 16         MR. BATTAGLIA: You are badgering |
| 17  practice but from our public finance practice | 17     the witness. |
| 18  as a whole in the region as being a, you know, | 18         MR. DATOO: I'm not badgering the |
| 19  an aberration here. | 19     witness.  I'm trying to get him to |
| 20         Just like anything else, you know, | 20     answer my question without asking me a |
| 21  issuing entities are cyclical from the | 21     question. |
| 22  standpoint, one year they may issue, you know, | 22         MR. BATTAGLIA: Why are you |
| 23  have a lot of capital bonds actually go to the | 23     yelling? |
| 24  market to finance those capital projects, | 24         MR. DATOO: I'm not yelling.  As |
| 25  where the next year they may not have as many | 25     you know, counsel, I'm on a speaker |

| Page 345 | Page 347 |
|---|---|
| 1          N. PELLEGRINI | 1          N. PELLEGRINI |
| 2   and then the following year because of capital | 2   phone.  You are not in my office.  You |
| 3   plans and because of a student population or | 3   are on a phone.  Mr. Pellegrini is also |
| 4   reinvestment in water and sewer systems or | 4   on a phone.  He asked me to speak closer |
| 5   expansion of toll roads, you know, they are | 5   to the receiver and that's what I'm |
| 6   back at it again.  That's just the nature of | 6   trying to do.  I'm not yelling.  I'm |
| 7   the business. | 7   just trying to make sure everybody hears |
| 8      Q.   Mr. Pellegrini, in a good year | 8   me. |
| 9   would $800,000 be considered a lot of money | 9          MR. BATTAGLIA: Stop with your |
| 10  for the school practice to generate? | 10     yelling. |
| 11     A.   I would say not in a good year. | 11         MR. DATOO: That's for you. |
| 12     Q.   Do you consider that amount of | 12         MR. BATTAGLIA: Mr. Pellegrini is |
| 13  money generated by the school practice pretty | 13     answering the question as you asked it. |
| 14  good for '08? | 14         Go head, Mr. Pellegrini. |
| 15         MR. BATTAGLIA: Objection.  You | 15     A.   In that year 2008 was the height |
| 16     may answer. | 16  of the financial crisis.  As such, the revenue |
| 17     A.   I would say that '08 was -- you | 17  that is reflected here wasn't as great as it |
| 18  know, '08 was the year of the crisis.  '08 was | 18  was in past years and in years after that |
| 19  not a good year for public finance, period. | 19  because we were in the height of the financial |
| 20  Whether it be schools or sewer or anything | 20  crisis. |
| 21  else, because it was probably one of -- not a | 21     Q.   Mr. Pellegrini, for the third |
| 22  good year at all. | 22  time, my question to you is, do you consider |
| 23     Q.   Mr. Pellegrini, my question was do | 23  that amount of revenue generated pretty good |
| 24  you consider that amount of revenue generated | 24  in '08? |
| 25  pretty good? | 25         MR. BATTAGLIA: Objection.  You |

Page 352
1              N. PELLEGRINI
2  Mr. Pellegrini, what does developed business
3  mean to you?
4       A.   A book of business that was
5  generated by, you know, in this case that was
6  Mike Baldwin's book of business.  These are
7  his clients.  These are clients that he
8  developed.  These are clients that he brought
9  into our practice.
10      Q.   So do you consider all of these
11  clients on this list, developed business for
12  Mr. Baldwin?
13      A.   The answer to that question is
14  yes.  And in the case of Tampa Bay Water it
15  was Rick Patterson and Mike Baldwin.
16      Q.   Now, are any of these clients
17  rotational accounts?
18      A.   Yes.
19      Q.   Which ones?
20      A.   Miami-Dade schools and Broward
21  schools.
22      Q.   And what is a rotational -- I'm
23  sorry?
24      A.   And maybe -- and maybe Manatee
25  schools.  I can't remember, though.  Maybe.

Page 353
1              N. PELLEGRINI
2           They took -- a rotational account
3  is if they have two senior managers, and --
4  for example.  And that they rotate the books
5  between those two senior managers.
6           And what I mean by the books is
7  that the senior manager will be, a book
8  writing senior manager where they would be
9  actually in the leadership position taking the
10  orders and making allocations to the other
11  co-managers within the transaction on the day
12  of pricing.
13      Q.   So let me see if I follow you.
14  Does that mean that for a rotational account
15  Citigroup would be partnering with other
16  banks?
17      A.   Say that again.
18      Q.   For a rotational account would
19  Citigroup be partnering with other banks?
20      A.   They wouldn't be partnering.  The
21  issuer will be picking, for example, let's say
22  Manatee County, or let's say Miami-Dade
23  County, they may pick Citigroup and they may
24  pick JPMorgan and they may pick Bank of
25  America, and in that case they would all, all

Page 354
1              N. PELLEGRINI
2  three would be classified as co-senior
3  managers.
4           In our industry only one can lead
5  and only one can be the order taker for the
6  book writing senior manager.  So if it was
7  rotational, then Citi would be a book writer,
8  then on the next deal JPMorgan may be a book
9  writer and Citi would be a co-senior manager
10  supporting that and then on the following deal
11  Bank of America may be a senior manager and
12  Citi and JPMorgan would serve in the role of
13  co-senior manager supporting that deal at the
14  highest level.
15      Q.   Now, were any of these clients
16  obtained through the RFP process?
17      A.   Yes.
18      Q.   Which ones?
19      A.   Miami-Dade, Pasco, Broward, Orange
20  schools and Manatee.  All of them.  And Tampa
21  Bay Water.  All of them.
22      Q.   And in the case of the RFP
23  process, is that open to all banks to apply
24  for?
25      A.   Yes.

Page 355
1              N. PELLEGRINI
2      Q.   And --
3      A.   When you say all banks.
4      Q.   Well, let me ask that question a
5  different way.
6           Is it a public process?
7      A.   I'm sorry, could you repeat that.
8      Q.   Sure.  Is the RFP process a public
9  process?
10      A.   Correct, yes, it is.
11      Q.   Can any bank apply, submit an RFP
12  or respond to an RFP?
13      A.   Yes, if they receive it or if it
14  is posted on an entity's website or if a bank
15  has signed up with their procurement
16  department to receive such RFPs.
17      Q.   Now, Mr. Baldwin started working
18  for Citigroup in 2005.  Is that correct?
19      A.   Correct.
20      Q.   And prior to '05 did Citigroup,
21  was Citigroup doing business for any of these
22  clients through an RFP?
23      A.   Yes.
24      Q.   Which ones?
25      A.   The two biggest practices in the



Page 356

1                N. PELLEGRINI
2  state were Citigroup and UBS and Mr. Baldwin
3  was at UBS with me.  And when we went to
4  Citigroup, we basically consolidated the
5  school practice that Citigroup had and UBS had
6  and Mr. Baldwin was responsible for all of
7  those clients.  And we basically represented
8  every major client within the state of
9  Florida, every major school district client.
10      Q.   Now, when there is an RFP process,
11  is there a contract that is signed in
12  connection with the RFP?
13      A.   Usually not.
14      Q.   Was there --
15      A.   In some cases -- usually not.  In
16  some cases you would sign an engagement
17  letter, but usually not.
18      Q.   Well, in the case of Broward
19  County School District, was that obtained
20  through an RFP process in 2007?
21      A.   It was obtained through an RFP
22  process.  I just don't know what date it was.
23      Q.   Was Citigroup one of four banks
24  that was awarded a five-year contract?
25      A.   I don't know if it was five years

Page 357

1                N. PELLEGRINI
2  and I don't know how many banks were in it,
3  but I know we were awarded a contract with
4  other banks.
5      Q.   So if --
6      A.   As senior manager.
7      Q.   Does that mean Broward County
8  School District was obligated to use Citigroup
9  for the length of the contract?
10          MR. BATTAGLIA:  You may answer.
11          MR. DATOO:  I'm sorry, Leni.  I
12      think you said something.  It got cut
13      out, what you just said
14          MR. BATTAGLIA:  Objection.  You
15      may answer.
16      A.   You know, I don't have a specific
17  contract in front of me with Broward County,
18  but typically with public agencies such as
19  that, they have the ability to terminate it
20  within 30 days, but I don't know if that's the
21  case with Broward or not.
22      Q.   Well, say if Mr. Baldwin left
23  after a year or three in the contract --
24      A.   Um-hum.
25      Q.   -- was Broward County still

Page 358

1                N. PELLEGRINI
2  obligated to rotate Citigroup in?
3          MR. BATTAGLIA:  Objection.  You
4      may answer.
5      A.   They weren't obligated.  They
6  could always, like -- they weren't obligated
7  in my opinion, no.  But if the process -- I
8  don't think they were obligated.  I don't
9  think any public entity is obligated to use --
10  I don't think any public entity is obligated
11  to use a formal rotation.
12      Q.   Okay.  I request -- I'm sorry,
13  continue.
14      A.   All I was going to say was that
15  usually they pick a number of senior managers.
16  They -- in some cases they may state in the
17  RFP be rotational.
18          In a lot of cases it is not stated
19  and they leave that open only from the
20  standpoint that if you really bring these
21  clients a value-added idea, an idea that is
22  going to help save them money or distinguish
23  yourself in that regard in terms of being
24  helpful to them, whether it be covenants that
25  would allow them to do things, you know, for

Page 359

1                N. PELLEGRINI
2  the school district, that they wouldn't be
3  able to do otherwise, or come up with creative
4  ideas that enhances their credit rating, they
5  always have the ability to use you for those
6  purposes or to reward you for bringing those
7  ideas.
8          ^ MR. DATOO:  I request
9      production of any contract between
10      Citigroup and Broward County School
11      District with respect to school district
12      transactions covering the 2008 year.
13          MR. BATTAGLIA:  As we have been
14      doing in other depositions, pursuant to
15      Judge Ellis's order, I just ask that you
16      put that in writing and we will respond
17      to those.
18          MR. DATOO:  Will do.
19      Q.   Mr. Pellegrini, was Mr. Baldwin
20  involved in any real estate transactions in
21  2008?
22      A.   I can't remember.
23      Q.   Is there a document that would
24  reflect any real estate transactions he was
25  involved in in 2008?

NORMAN PELLEGRINI                                    December 20, 2012
BARTOLETTI vs. CITIGROUP                                      360–363

Page 360
1              N. PELLEGRINI
2       A.   Not that I'm aware of.
3          MR. DATOO:  I request production
4       of a document that reflects the real
5       estate transactions that Mr. Baldwin was
6       involved with in 2008.
7       Q.   Was Mr. Baldwin in charge, also in
8   charge of the real estate practice?
9       A.   In developing the real estate
10  practice.
11      Q.   And what did he do to develop the
12  real estate practice?
13      A.   He is the lead banker for The
14  Villages who is a client of ours.  He is the
15  lead banker for Boggy Creek which is a client
16  of ours.  And at this point in time whatever
17  real estate transactions that are out there
18  that we feel are creditworthy that he looks at
19  and works in conjunction with our capital
20  markets group, he has the responsibility of
21  bringing those to the attention of the firm to
22  determine whether or not we want to underwrite
23  them.
24      Q.   When did he start to develop the
25  real estate practice?

Page 361
1              N. PELLEGRINI
2       A.   I can't remember when we were
3   first hired by The Villages, but that was, I
4   don't know, '09, 2010.  I don't know the exact
5   year.  Maybe it was in 2009, 2008.  I don't
6   know.  I can't remember.
7          ^ MR. DATOO:  I request a
8       document that reflects when Citigroup
9       was retained for real estate
10      transactions by The Villages.
11      Q.   Did Mr. Baldwin assume any of --
12  I'm sorry?
13         MR. BATTAGLIA:  You may ask the
14      question again.  I'm just going to
15      remind you, we are here to depose Mr.
16      Pellegrini regarding these two
17      documents.  We seem to be getting off
18      topic again.
19      Q.   Did Mr. Baldwin work on any
20  transactions that Nadine Mentor used to work
21  on after she was terminated?
22         MR. BATTAGLIA:  Objection.  This
23      was covered in the first deposition and
24      has nothing to do with these two
25      documents.

Page 362
1              N. PELLEGRINI
2          MR. DATOO:  Are you going to allow
3       the witness to answer the question?
4          MR. BATTAGLIA:  No.  It has
5       nothing to do with what this deposition
6       is about.
7          MR. DATOO:  Well, I'm trying to
8       determine if there are any transactions
9       Mr. Baldwin worked on that are not on
10      this document in 2008, and Ms. Mentor
11      was terminated in November of 2008.  So,
12      I don't know, I also don't have a
13      document for 2009, so I'm just trying to
14      figure out what transactions he worked
15      on.
16         MR. BATTAGLIA:  If it is with
17      regard to this document, I have no
18      objection.
19      Q.   So, Mr. Pellegrini, are there any
20  transactions that Nadine Mentor used to work
21  on that Mr. Baldwin assumed in 2008?
22      A.   Nadine Mentor worked with Mr.
23  Baldwin on transactions.  He didn't assume
24  anything.  He was on those transactions, a
25  myriad of transactions that Nadine worked with

Page 363
1              N. PELLEGRINI
2   him on.  But he didn't assume anything.  He
3   was working in concert with Ms. Mentor.
4       Q.   Mr. Pellegrini, with respect to
5   Miami-Dade County School Board, who was Mr.
6   Baldwin's relationship with that client?
7       A.   The CFO.
8       Q.   And did anyone else from Citigroup
9   have a relationship with the CFO?
10      A.   I don't know.
11      Q.   How about Rick Patterson?
12      A.   Not in Miami-Dade, no.
13      Q.   Who was Mr. Baldwin's contact for
14  Pasco County School Board in '08?
15      A.   Chuck Rushe.
16      Q.   Did anyone else from Citigroup
17  have a relationship with Mr. Rushe?
18      A.   I did.
19      Q.   Anyone else?
20      A.   At the time I think Todd Holder
21  did.
22      Q.   Anyone else?
23      A.   Not to my knowledge.
24      Q.   How about Rick Patterson?
25      A.   I don't know.  I don't know.  I

