# EXHIBIT 24

BRITTANY A. SHARPTON  Non-Confidential  
BARTOLETTI VS. CITIGROUP, et al.  
October 04, 2012  
270–273

Page 270
1       B. A. SHARPTON
2    A.  Yes.
3    Q.  And the subject is "KS and MB are
4  in her office."  Do you see that?
5    A.  Yes.
6    Q.  Is MB Margaret Barry?
7    A.  Yes.
8    Q.  What was her position?
9    A.  An analyst.
10   Q.  Within infrastructure?
11   A.  Yes.
12   Q.  When did she leave Citi?
13   A.  I don't remember exactly when she
14  left.
15   Q.  Was she still at Citi when you
16  were let go?
17   A.  No.
18   Q.  In your top e-mail you refer to a
19  time when "she/they screamed at me for moving
20  too slow and making errors."  Do you see that?
21   A.  Yes.
22   Q.  What time was that when you were
23  moving too slow and making errors?
24   A.  I don't remember.
25   Q.  Do you remember the project you

Page 271
1       B. A. SHARPTON
2  were working on?
3    A.  Not exactly.
4    Q.  How about with less than
5  exactitude?
6    A.  I can make a guess, but I don't
7  remember.
8    Q.  I don't want you to guess.  If you
9  don't remember, that's fine.
10   A.  Okay.
11   Q.  When you are referring to they
12  screamed at you for moving too slow and making
13  errors, who is the they?
14   A.  Kimberly Swain and Margaret who
15  began to embody a mini Kimberly Swain.
16   Q.  Do you think they were acting that
17  way towards you because of your gender?
18   A.  I don't know.
19   Q.  You say, you also then continue
20  "the time I had to tell MB about herself, LOL,
21  well, that was the time."  What are you
22  referring to?
23   A.  When I had to let Margaret know
24  that sort of behavior is not tolerable by my
25  equal.

Page 272
1       B. A. SHARPTON
2    Q.  Did you have a confrontation with
3  Ms. Barry?
4    A.  I had a conversation with Ms.
5  Barry.  I'm not confrontational at work.
6    Q.  When you say you had to tell Ms.
7  Barry about herself, what did you tell her?
8    A.  I told her about her behavior,
9  that's unacceptable.
10   Q.  Do you know whether Ms. Pond
11  responded to this?
12   A.  I'm sorry, do I know?
13   Q.  Whether Ms. Pond responded to this
14  e-mail?
15   A.  I -- let me see.
16   Q.  It is not in this exhibit.
17   A.  Oh, I don't know.
18   Q.  Do you recall her telling you that
19  she thinks Kimberly Swain wants to see that
20  you are improving?
21   A.  That's something that sounds like
22  Sherrise would say to calm me down.
23   Q.  Let's look at her response.  And
24  we will have this chain of e-mails marked as
25  Exhibit 20.

Page 273
1       B. A. SHARPTON
2       (Sharpton Exhibit 20, chain of
3       e-mails dated December 3, 2007
4       between Sherrise Pond and Brittany
5       Sharpton marked for identification,
6       as of this date.)
7    Q.  Do you see this top e-mail is more
8  on the same chain between you and Ms. Pond?
9    A.  Yes.  Yes, I do.
10   Q.  And Ms. Pond tells you in that top
11  e-mail: "I think for KS" -- is that Kimberly
12  Swain?
13   A.  That is.
14   Q.  "She just wants to see that you
15  are improving.  So just think about what
16  mistakes you made last time and try to avoid
17  making them."  Do you see that?
18   A.  I do.
19   Q.  Do you think Kimberly Swain wanted
20  to see that you were improving?
21   A.  I would hope everyone would.
22   Q.  Do you remember what mistakes you
23  made last time that Ms. Pond is referring to?
24   A.  No, I don't remember.
25   Q.  Do you think you were able to



800.211.DEPO (3376)  
EsquireSolutions.com

BRITTANY A. SHARPTON  Non-Confidential  
BARTOLETTI VS. CITIGROUP, et al.  
October 04, 2012  
274–277

Page 274

1    B. A. SHARPTON
2  avoid making the mistakes a second time that
3  Ms. Pond refers to?
4      A.   I hope I was.
5      Q.   Do you recall one way or the
6  other?
7      A.   I don't know what this is in
8  reference to.
9          MR. TURNBULL: Let's take a break
10     so they can change the tape.
11         THE VIDEOGRAPHER: The time is
12     4:06 p.m. and this completes tape 4.
13         (Recess taken.)
14         THE VIDEOGRAPHER: The time is
15     4:13 p.m.  This is tape No. 5 of the
16     videotaped deposition of Ms. Brittany
17     Sharpton.
18  BY MR. TURNBULL:
19     Q.   Ms. Sharpton, what was the
20  progression track of an analyst?
21     A.   Our offer letter was for two years
22  with potential for an offer for a third year.
23     Q.   That potential for a third year
24  offer, would that be as a third-year analyst?
25     A.   Yes.

Page 275

1    B. A. SHARPTON
2     Q.   After an analyst, what was the
3  next position up?
4     A.   An associate.
5     Q.   Do you know whether you were
6  viewed as being on track to get an offer to
7  come back as a third-year analyst?
8     A.   I don't know how I was viewed.
9     Q.   Since leaving Citi, have you seen
10 any documents that would suggest that you were
11 not on track?
12     A.   Can you clarify what you are
13 asking, please.
14     Q.   Is there any document that you
15 have seen since leaving Citi that would
16 suggest that you were not on track to get
17 asked to remain for a third year as an
18 analyst?
19     A.   I haven't made that inference.
20     Q.   Is there any document you have
21 seen, either during or after your employment
22 with Citi, that indicates you were not on
23 track to become an associate?
24     A.   Not that I can recall.
25     Q.   Do you believe you were good at

Page 276

1    B. A. SHARPTON
2  your job?
3     A.   I believe I was good at my job.
4     Q.   Let me show you what's been marked
5  as Exhibit 21.
6         (Sharpton Exhibit 21, e-mail
7         chain between Brittany Sharpton and
8         Sherrise Pond, top e-mail dated
9         January 22nd, 2008 marked for
10        identification, as of this date.)
11     Q.   And ask if you recognize that.
12        MR. TURNBULL: Exhibit 21 is an
13        e-mail chain between you and Sherrise
14        Pond the top e-mail is January 22nd,
15        2008.
16     Q.   Do you recognize that?
17     A.   I do.
18     Q.   And is that top e-mail an e-mail
19 that you typed to Ms. Pond?
20     A.   I typed that e-mail to Ms. Pond.
21     Q.   Do you know what you were working
22 on at the time you sent this?
23     A.   I'm not sure.
24     Q.   Do you see that you say that this
25 is taking me entirely too long?

Page 277

1    B. A. SHARPTON
2     A.   I see that.
3     Q.   Is that referring to the work you
4  were doing?
5     A.   Yes.
6     Q.   Do you recall that that was a
7  common feeling that you had, that assignments
8  you got took you too long to complete?
9     A.   I had many, many, pessimistic
10 ideas about myself that were not necessarily
11 conveyed to me by others.  These were negative
12 self-thoughts.
13     Q.   Did anybody tell you that you took
14 too long to get things done?
15     A.   Not that I remember.
16     Q.   You say "she is not happy at all."
17 Do you see that?
18     A.   Yes.
19     Q.   Who is that?  Who is she?
20     A.   That is Kimberly Swain.
21     Q.   When you said she is not happy,
22 was she not happy because it was taking you
23 too long?
24     A.   I don't know why she was not
25 happy.



Page 282

1          B. A. SHARPTON
2  job?
3      A.   I never thought I was unqualified
4  for this job at any point. I still don't.
5      Q.   Do you --
6      A.   During that time I'm stressed out.
7  This is Brittany Sharpton's personality,
8  anxious, anything rattles me, I'm paranoid,
9  I'm always thinking the worst, and these
10 unfortunate pessimistic thoughts pop up in my
11 head.
12     Q.   Do you recall confiding in your
13 confidante that you are not a quant person,
14 meaning not a quantitative person?
15     A.   I was down on myself, who knows
16 if, Kimberly probably was chewing me out and
17 making me feel this small, and it really takes
18 a blow to your self-esteem and that results in
19 saying things you don't necessarily mean.
20          You tell your parents I wish you'd
21 die. You don't want them to die. It's
22 something that you feel at that emotional
23 time.
24     Q.   Let me have you look at what's
25 been previously marked as Sharpton Exhibit 22.

Page 283

1          B. A. SHARPTON
2  It is another e-mail exchange between you and
3  Ms. Pond dated January 24, 2008.
4          (Sharpton Exhibit 22, e-mail
5          exchange between Brittany Sharpton
6          and Ms. Pond dated January 24, 2008
7          marked for identification, as of
8          this date.)
9      Q.   Do you recognize this document?
10     A.   I do.
11     Q.   Do you recognize the e-mail that
12 you sent that begins on page 2 of Exhibit 22?
13     A.   I do.
14     Q.   This is an e-mail that you sent to
15 Ms. Pond?
16     A.   Yes.
17     Q.   And Ms. Pond, I think you said, is
18 your closest confidante?
19          MR. DATOO: Objection.
20     A.   Ms. Pond is a very good friend of
21 mine.
22     Q.   So do you open up to your friends
23 with your feelings?
24     A.   I express my feelings at times to
25 my friends.

Page 284

1          B. A. SHARPTON
2      Q.   Do you recall sending this e-mail
3  to Ms. Pond?
4      A.   I do.
5      Q.   Was there anything in here that is
6  untrue?
7      A.   Yes.
8      Q.   What is untrue in this e-mail that
9  you sent to your confidante?
10     A.   It doesn't take me five years to
11 do a simple task like updating, or ten years
12 to learn of a simple concept. Many -- I mean,
13 these were, the subject is, I wrote a book to
14 vent. I'm venting. This is around January.
15 I was working on a project with Kimberly. She
16 is probably screaming at me.
17          I'm just -- I mean, in the third
18 paragraph I even write why am I writing this
19 crazy letter. I recognized at that point when
20 I hopefully was trying to snap out of this
21 ridiculous, emotional catharsis, that this is
22 absolutely crazy.
23     Q.   Do you see you start out this
24 e-mail saying "I cannot do the most simple
25 task and she is furious."

Page 285

1          B. A. SHARPTON
2      A.   I see that sentence.
3      Q.   What simple task were you
4  referring to that you cannot do?
5      A.   I don't remember.
6      Q.   And whatever you were unable to
7  do, got Ms. Swain furious. Is that right?
8      A.   I don't know if that was the
9  connection.
10     Q.   You then continue on and refer to
11 work you sent her that you had done a few days
12 ago but you didn't save the work you sent her.
13 Do you see that?
14     A.   Yes.
15     Q.   And then you said "I can't redo it
16 quick enough."
17     A.   I see that sentence.
18     Q.   And then you say a little after
19 that, it says "this reflects horribly on me."
20     A.   I see that sentence.
21     Q.   Why did it reflect horribly on
22 you?
23     A.   I strive to be a perfectionist.
24 I've always been that way. Like I said, I
25 mean, ever since elementary school I will get



Page 290

       B. A. SHARPTON
 1
 2  yourself that are not true. Is that your
 3  testimony?
 4     A.   As an emotional response. I look
 5  in the mirror, I'm like, oh my God, I look fat
 6  this morning. I mean, I don't know, but I
 7  don't think I'm fat, so.
 8     Q.   So let me see if I understand.
 9  Some people deal with stress by smoking
10  cigarettes, and you deal with it by making
11  things up about yourself?
12         MR. DATOO: Objection.
13     A.   I didn't say I was making things
14  up about myself.
15     Q.   Well, you said you say things that
16  aren't true?
17     A.   As a reaction, my personality.
18     Q.   That's how you deal with the
19  stress?
20     A.   Let me finish, okay.
21         My personality is to cope with
22  things when someone has been demeaning you,
23  cursing you out, condescending speaking to
24  you, you say things that are not not true,
25  being pessimistic that no one else thinks but

Page 291

       B. A. SHARPTON
 1
 2  at that point in time these thoughts pop up in
 3  my head.
 4     Q.   I thought I said that. If they
 5  are not true, are you just making them up?
 6     A.   No.
 7     Q.   You then go on, I take this as
 8  more hyperbole, "I KNOW," again in all caps,
 9  "it takes me ten years to learn a simple
10  concept." That's more hyperbole; it doesn't
11  take you ten years, right?
12     A.   Right.
13     Q.   Do you see this next one "I KNOW I
14  have not been paying as close attention to
15  detail as an analyst should"?
16     A.   I see that sentence.
17     Q.   That's the same criticism that was
18  reflected in your performance evaluation,
19  correct?
20     A.   That was a comment that was listed
21  on my performance evaluation.
22     Q.   Was that comment that you wrote in
23  this e-mail, true, that you did not pay as
24  close attention to detail as an analyst
25  should?

Page 292

       B. A. SHARPTON
 1
 2     A.   The basis of what an analyst
 3  should is -- I don't know what standards they
 4  use.
 5     Q.   And then you say: "When will she
 6  learn just not to work with me? I am not," I
 7  think it means not, "the type of mind she
 8  wants with her. She needs a Tanzeer or Matt
 9  Chin or you."
10         Do you see that?
11     A.   I see that sentence.
12     Q.   Why are you suggesting that Ms.
13  Swain not work with you?
14         MR. DATOO: Objection.
15     A.   I don't work well with the
16  screaming management style. I'm not saying
17  that maybe we should never work together, but
18  her management style and my personality and
19  the way I handle stress just don't mesh.
20     Q.   Let me just look at your own words
21  now. You say: "I am not the type of mind she
22  wants with her." What does that mean?
23     A.   I don't know the type of mind that
24  Kimberly wants, so of course this is just a
25  crazy letter where I'm venting after most

Page 293

       B. A. SHARPTON
 1
 2  likely being chewed out.
 3     Q.   Do you think that Sherrise Pond
 4  had more quantitative skills than you?
 5     A.   I never assessed Sherrise's
 6  skills, but the fact that I even threw her in
 7  there and she is not even in our group, means
 8  I'm just writing -- I'm just writing
 9  emotionally. Kimberly would never use
10  Sherrise anyway. So attached to this is a
11  crazy letter.
12     Q.   Tanzeer wasn't in your group,
13  either, was she?
14     A.   He, Tanzeer, was in our group.
15     Q.   Oh, Tanzeer is a he? I thought
16  earlier in the deposition you referred to --
17     A.   Tazreen is a woman. Tanzeer is a
18  man.
19     Q.   Oh. Tanzeer was let go in a
20  reduction in force, correct?
21     A.   Tanzeer quit I believe.
22     Q.   And why did you think Ms. Swain
23  needs someone like Tanzeer rather than you to
24  work with?
25     A.   I don't know. I was just a stream



Page 342

1      B. A. SHARPTON
2  your phone number?
3      A.   I did not.
4          MR. TURNBULL:  Why don't we change
5  the tape now.
6          THE VIDEOGRAPHER:  The time is
7  5:28 p.m. and this completes tape 5.
8          (Recess taken.)
9          THE VIDEOGRAPHER:  The time is
10 5:37 p.m. and this is tape No. 6 of the
11 videotaped deposition of Ms. Brittany
12 Sharpton.
13 BY MR. TURNBULL:
14     Q.   Ms. Sharpton, it is your belief
15 that another analyst should have been
16 terminated rather than you.  Is that right?
17     A.   I believe that I should not have
18 been terminated.
19     Q.   Is it your belief that you were
20 better qualified than Matthew Chin?
21     A.   At least as qualified.
22     Q.   But not better qualified?
23     A.   Certainly at least as qualified.
24 I don't know -- at least as qualified.
25     Q.   So you viewed you and Mr. Chin as

Page 343

1      B. A. SHARPTON
2  equals?
3          MR. DATOO:  Objection.
4      A.   I feel like I'm at least as
5  qualified.
6      Q.   Why is it that you reference your
7  tenure at Citigroup.  Do you think that
8  reflects on your qualifications?
9      A.   Can you rephrase your question?
10     Q.   I think earlier you testified that
11 one of the reasons you thought you were as
12 qualified as Mr. Chin is because you had more
13 time at Citi than he did.
14     A.   I said that I have more experience
15 at Citi.
16     Q.   And do you think that translates
17 into who is more qualified?
18     A.   Not necessarily.
19     Q.   Do you know what Mr. Chin's
20 experience was before he came to Citi?
21     A.   I don't.
22     Q.   Do you know where he worked before
23 he came to Citi?
24     A.   I'm not sure.
25     Q.   Do you know whether he had

Page 344

1      B. A. SHARPTON
2  experience in public finance before joining
3  Citi?
4      A.   I'm not sure of his background.
5      Q.   Who did Mr. Chin work with most
6  while he was an analyst?
7      A.   Dave Livingstone.
8      Q.   What position was Dave, what
9  title?
10     A.   MD.
11     Q.   Do you know why Mr. Chin worked
12 mostly with Mr. Livingstone?
13     A.   I don't know.
14     Q.   Do you know what Mr. Livingstone's
15 views were of his abilities?
16     A.   I don't know.
17     Q.   You said earlier that Mr. Chin was
18 told not to work with one of the bankers in
19 the group?
20     A.   Yes.
21     Q.   And I think that was Ms. McLean,
22 is that right?
23     A.   Yes.
24     Q.   Why was he told not to work with
25 her?

Page 345

1      B. A. SHARPTON
2          First of all, back up for a
3  second.  Who told him not to work with her?
4      A.   I heard that it was Tom Green that
5  instructed them not to work together because
6  they had a very public and unprofessional
7  outburst at work, and they were instructed not
8  to work together any more.  Matt went off on
9  Mathilde.
10     Q.   Did you hear Mr. Green instruct
11 Mr. Chin not to work with her?
12     A.   I heard -- not physically hear,
13 but -- I was not in the room.
14     Q.   So you did not hear Mr. Green give
15 that instruction?
16     A.   I was not in the room when that
17 instruction was given.
18     Q.   Who told you that that was an
19 instruction given to Mr. Chin?
20     A.   Matthew Chin told me.
21     Q.   Do you think it is unprofessional
22 to have an altercation with a coworker at
23 work?
24     A.   In the manner that it occurred
25 with Mathilde and Kathy, that was pretty