# EXHIBIT 25

CHIA SIU                                                                June 12, 2012

                                                    57
1           C. SIU
2    internship at UBS.
3        Q.   While you were in school?
4        A.   Yeah.
5        Q.   And then did you also do some
6    bartending?
7        A.   Yes, yeah, like on the side, in
8    addition to my payroll job and the UBS, if I
9    have free time, because I needed the money,
10   like, you know.
11       Q.   So the first job after you
12   graduated from college was the internship?
13       A.   Yeah, the one-year rotational
14   internship.
15       Q.   When you were hired full-time by
16   Citi, do you recall when that was?
17       A.   Oh, when they gave me an offer?
18   It was around beginning of 2006.
19       Q.   And do you know when you began
20   your employment with Citi?
21       A.   As an analyst or intern?
22       Q.   After the internship.
23       A.   Okay. I think it was around July
24   2005 -- '6, after the end of my internship.
25       Q.   And I think you mentioned as an

                                                    58
1           C. SIU
2    analyst. Is that the position you joined
3    CitiGroup as?
4        A.   As a full time, yes.
5        Q.   And were you assigned to a
6    particular group?
7        A.   Yes. I joined -- I rejoined the
8    housing group.
9        Q.   And how did that job offer come
10   about: did you interview with people?
11           MR. DATOO:  Objection.
12           You can answer.
13       A.   The position for the analyst, how
14   did it come about?
15           Well, I worked there for like, I
16   interned there for about six months, and at
17   that time, at the end of my internship, at my
18   time at Citi in December, there was a hiring
19   freeze, so at the beginning of 2006, like I
20   look for a job because since there was a
21   hiring freeze at Citi, I wasn't sure if the
22   hiring freeze would go away.
23           So I looked for a job, like other
24   positions, and I was able to find something
25   comparable, so I told them that like, I found

                                                    59
1           C. SIU
2    something but I really want to join Citi and
3    if -- and see if they could do anything. And
4    they were able to get me offer to join as an
5    analyst, so that I wouldn't have to wait or --
6    yeah.
7        Q.   So who did you talk to about the
8    offer?
9        A.   I talked to Ping Hsieh who is a VP
10   at the time of termination in the housing
11   group.
12       Q.   Ping was a vice president at the
13   time that she was terminated?
14       A.   Yes.
15       Q.   When was she terminated?
16       A.   At the same time.
17       Q.   At the same time as you?
18       A.   Yes, like November.
19       Q.   Of 2008?
20       A.   Yes.
21       Q.   Other than speaking with Ping
22   about getting an offer as an analyst, did you
23   talk to anyone else at Citigroup?
24       A.   Well, she was the point person
25   because she was the one who I interviewed with

                                                    60
1           C. SIU
2    for the intern position. So she was, like to
3    me, she was in charge of like the hiring for
4    the group.
5        Q.   Do you know whether, do you know
6    who approved your hiring into the group?
7        A.   I'm not sure, but I would assume
8    like maybe the head of the housing group would
9    have something to do with it or maybe Marty
10   since he is the head of analyst associates.
11       Q.   But you don't know one way or the
12   other?
13       A.   Yeah, I don't really know.
14       Q.   Do you know whether David
15   Brownstein was involved in approving your
16   hiring?
17       A.   No, I didn't know David at that
18   time.
19       Q.   So you don't know one way or the
20   other whether he was involved?
21       A.   No.
22       Q.   How about Frank Chin, do you know
23   whether he was involved in approving your
24   hiring?
25       A.   I don't know. I don't know.



Toll Free: 800.211.DEPO
Facsimile: 212.557.5972

1384 Broadway - 19th Floor
New York, NY 10018
www.esquiresolutions.com

CHIA SIU                                                          June 12, 2012

```
                                  69
 1          C. SIU
 2     Q.   January of 2008?
 3     A.   Yeah, if that was when the first
 4  layoff occurred.
 5     Q.   Do you know where she went?
 6     A.   I forgot the name of the firm.
 7     Q.   And Michael Murad, he was hired as
 8  an analyst?
 9     A.   He was hired as an associate.
10     Q.   In 2008 you said, right?
11     A.   Yes.
12     Q.   At any time while Nick Fluehr was
13  the head of the housing group while you were
14  there, did he have a co-head?
15     A.   When I was there?  No.  Like, when
16  I joined it was just him.
17     Q.   And at some point in 2008 Nick
18  Fluehr was terminated.  Is that right?
19     A.   Yeah, it was the layoff before
20  mine which happened end of June I believe.
21     Q.   So he was part of a reduction in
22  force?
23     A.   Yes, like the layoff.
24     Q.   And when I say reduction in force,
25  do you know what I mean by that?
```

```
                                  70
 1          C. SIU
 2     A.   Regarding the June layoff, like?
 3     Q.   Or any of the layoffs.  A
 4  reduction in force, when I say that, I mean a
 5  group of people were let go --
 6     A.   Yes.
 7     Q.   -- not just one individual.
 8     A.   Yes, he was part of -- one of a
 9  few people.
10     Q.   So he was let go in June of 2008?
11     A.   Yeah, like end of June.
12     Q.   Was anyone else from the housing
13  group let go at that time?
14     A.   Henry Chen.
15     Q.   So one of the other analysts?
16     A.   Yeah, he have like a year of
17  experience by then, I think.
18     Q.   Were you surprised by Mr. Fluehr's
19  termination?
20     A.   Yeah, I was pretty shocked since
21  like he is the head of our group, he leads, he
22  led the group.  So I was pretty devastated
23  that he was let go considering how long he had
24  been working with the company.
25          He worked there, I believe for
```

```
                                  71
 1          C. SIU
 2  about 20 years, and then one day the company
 3  would just tell him that he no longer needs to
 4  come in.  Like, I was just like really shocked
 5  that they will let the head of the group go
 6  when he was so committed and loyal to the
 7  company for almost, like, for about two
 8  decades, like, and we didn't have, like -- you
 9  know, he was our leader, like.
10     Q.   Why do you believe he was
11  terminated?
12     A.   I don't know.  Like, it's because
13  maybe he -- like for cost savings.  I don't
14  know, I wasn't part of the discussion.
15     Q.   Did you talk to anyone about his
16  termination?
17     A.   Yeah, like the people in my group,
18  given, everyone was really shocked, like, we
19  were shocked for a while.
20     Q.   Did anyone tell you why he was
21  terminated?
22     A.   I think mainly because of his
23  position, his, given that he was the head of
24  the group, like he was costly, I guess, I
25  think for cost-saving purpose.
```

```
                                  72
 1          C. SIU
 2     Q.   And who told you that?
 3     A.   It might have been management,
 4  maybe Brownstein.  I forget whether it was
 5  Brownstein or like the people in my group who
 6  have knowledge of the termination.
 7     Q.   Do you think he was terminated
 8  because of his gender?
 9     A.   No.
10     Q.   Do you think someone else should
11  have been terminated in his stead?
12     A.   Instead of him?
13          Well, I don't think anyone should
14  be terminated.
15     Q.   Even if --
16     A.   Because we were already
17  short-staffed.
18     Q.   So even if the company needs to
19  save costs, you don't think anyone should be
20  terminated?
21     A.   Yeah, well, maybe like people in
22  the other groups, because from what I heard
23  our group was doing pretty well, when I talked
24  to Marty Feinstein.
25     Q.   Do you know whether people from
```



**Page 73**

1            C. SIU
2  other groups were terminated in June of 2008?
3      A.   Yeah, other people. It was a mass
4  layoff.
5      Q.   And do you know whether people
6  from all groups were terminated in June of
7  2008?
8      A.   You mean a person from each group
9  was terminated?
10    Q.   Yes.
11    A.   I wasn't sure. I was just
12 concerned about my own group.
13    Q.   And --
14    A.   Because it didn't make sense
15 because we were already short-staffed and our
16 group was doing well, like it didn't make
17 sense for them to cut people from our group
18 when we were already short-staffed and we lost
19 two people earlier, in the beginning, in the
20 beginning of 2008.
21    Q.   That was Amy Wang?
22    A.   Yes.
23    Q.   And who else?
24    A.   The other VP.
25    Q.   Oh, the vice president?

**Page 74**

1            C. SIU
2     A.   Yeah, he was only there for, like
3  a few months, like two, three, months, maybe.
4        Yeah, because our group was like
5  short-staffed. And we were doing well. It
6  didn't make sense for them to cut anyone from
7  my group. So we were just shocked that Nick
8  was let go and Henry Chen as well.
9     Q.   After Henry Chen left, were you
10 the only analyst remaining in the group?
11    A.   Right after the layoff, like the
12 June, immediately? Yeah, because I think it
13 was just me and Raymond High left, in terms of
14 junior resources, staff.
15    Q.   And Raymond High was an associate?
16    A.   Yeah, but -- title-wise, yes.
17    Q.   And Michael Murad was an associate
18 also?
19    A.   Yeah, I'm not sure when he joined.
20 He might have joined July. I'm not sure, but
21 he needed training and stuff.
22    Q.   Did any analyst join after June of
23 2008?
24    A.   Yes. Tian Yang, which didn't make
25 sense. Like if we needed someone, why did

**Page 75**

1            C. SIU
2  they let someone else go, like in June, like
3  Henry Chen.
4     Q.   I'm sorry, you said it was --
5     A.   Henry Chen was let go.
6     Q.   No, the person who was hired,
7  Tian?
8     A.   Yeah, Y-A-N-G.
9     Q.   And was he part of the analyst
10 program at Citigroup?
11    A.   Yes, like, so he had to go through
12 training and he didn't join the group until
13 like probably like two months after training.
14 He didn't have that much experience.
15       It didn't make sense for them to
16 hire him when Henry Chen has been with the
17 firm for a year, like. I was confused.
18    Q.   Do you know when Mr. Yang got his
19 employment offer from CitiGroup?
20    A.   When he joined or when he got that
21 employment?
22    Q.   When he got the offer.
23    A.   I'm not sure. I'm not, like,
24 responsible for that.
25    Q.   How long had you worked with Mr.

**Page 76**

1            C. SIU
2  Fluehr?
3     A.   Since, I guess since I started out
4  as an intern because that's the group that I
5  joined and they requested me back after the
6  internship.
7     Q.   Did you consider Mr. Fluehr a
8  mentor?
9     A.   I view him as the leader of the
10 group, yes.
11    Q.   Did you consider him a friend?
12    A.   No, like he's a professional --
13 he's my boss like.
14    Q.   So you didn't have a social
15 relationship with him, as friends you wouldn't
16 go out socially?
17    A.   No.
18    Q.   You mentioned that Mr. Koessel
19 said to you you were performing at a high
20 level?
21    A.   Yeah, like --
22    Q.   When did he say that?
23    A.   I think it was like around 2008
24 that I was already -- even though my title
25 wasn't analyst, like I was performing, he told



Toll Free: 800.211.DEPO
Facsimile: 212.557.5972

1384 Broadway - 19th Floor
New York, NY 10018
www.esquiresolutions.com

CHIA SIU                                                                June 12, 2012

**Page 77**

1           C. SIU
2  me that I was already performing the associate
3  level work, like, you know.
4       Q.   Do you know when Raymond High was
5  hired by Citi?
6       A.   As a full-time analyst?
7       Q.   Just, do you know when he was
8  hired?
9       A.   As an analyst or an intern?
10 Because I think he did like a summer
11 internship at Citi.
12      Q.   And then when do you think he was
13 hired full time?
14      A.   In 2004 I believe.
15      Q.   And do you know when he was, when
16 he became an associate?
17      A.   Maybe it was the year prior, '07,
18 maybe.  Yeah, probably around 2007.  Around
19 2007, around, yeah.
20          MR. TURNBULL:  Why don't we take a
21      break.  The tape is just about over.
22      Why don't we take a five or ten-minute
23      break.
24          THE WITNESS:  Okay.
25          THE VIDEOGRAPHER:  The time now is

**Page 78**

1           C. SIU
2      10:59 a.m.  This marks the end of tape
3      No. 1.  We're going off the record.
4          (Recess taken.)
5          THE VIDEOGRAPHER:  The time now is
6      11:16 a.m.  This marks the beginning of
7      tape No. 2.  We're back on the record.
8  BY MR. TURNBULL:
9       Q.   Ms. Siu, within the housing group,
10 were there individuals that you worked with
11 more frequently than others?
12      A.   I worked frequently -- pretty
13 frequently with Amy and Ping and Koessel as
14 well.  It is like a balance thing, because we
15 were short-staffed.
16      Q.   And when Nick was there, did you
17 work with Nick a lot?
18      A.   Not directly.  It was more
19 indirectly because he delegated to either Mike
20 Koessel or Amy or Ping and then.
21      Q.   I want to ask you some questions
22 about the reductions in force, and then the
23 layoffs, the different rounds of layoffs that
24 you've mentioned.
25          So you were laid off in November

**Page 79**

1           C. SIU
2  of 2008, correct?
3       A.   Yeah, like towards the end, yeah,
4  of November.
5       Q.   And Mr. Fluehr was laid off in --
6       A.   June.
7       Q.   -- June of 2008.  Were there
8  layoffs or reductions in force before June of
9  2008?
10      A.   Yeah, I think the one before that
11 was around June -- January, I think.
12      Q.   Do you recall how many rounds of
13 layoffs there were in 2008?
14      A.   During my time there, I think
15 there were about three layoffs that affected
16 my group.
17      Q.   Were you aware that there were
18 going to be layoffs before they occurred?
19      A.   Yes.  There was like rumors
20 floating around.
21      Q.   And what were the rumors based on?
22      A.   People would speculate when it
23 would occur, like around when.
24      Q.   Was Citigroup having financial
25 trouble in 2008?

**Page 80**

1           C. SIU
2       A.   Yes.
3       Q.   Was the --
4       A.   I think, yeah.
5       Q.   Were you finished?
6       A.   Yes.
7       Q.   Was the financial market generally
8  having a tough time in 2008?
9       A.   Yes, generally.
10      Q.   Do you recall someone named
11 Parimal being laid off?
12          MR. DATOO:  Is that a first name
13      or a last name?
14          MR. TURNBULL:  First name.
15      A.   It sounded like the VP that was
16 let go in January.  I don't -- I think that's
17 his name.
18      Q.   Let me just show you a document
19 just to see if we can refresh your memory.
20          MR. TURNBULL:  I will ask the
21      court reporter to mark as Siu Exhibit 3,
22      an e-mail exchange between you and Henry
23      Chen on March 18th, 2008.
24          (Siu Exhibit 3, e-mail
25      exchange between Chia Siu and Henry



**Page 81**

1  C. SIU
2  Chen on March 18th, 2008 marked for
3  identification, as of this date.)
4  Q. Ms. Siu, you have been handed
5  Exhibit 3. If you would review that. Let me
6  know if you recognize it.
7  A. Yes, it seems familiar. Yes, I
8  think that's his name, yeah.
9  Q. So do you see in the second e-mail
10 from the top, it's from Henry Chen to you on
11 March 18th at 10:46 a.m.?
12 A. Yes.
13 Q. Henry Chen you mentioned earlier.
14 He was another analyst, is that right?
15 A. Yes.
16 Q. Was he in the same class as you?
17 A. No.
18 Q. What class was he in?
19 A. I believe he joined the firm in
20 2007 as an analyst.
21 Q. So you think he joined one year
22 after you?
23 A. Yeah, after I joined as an
24 analyst.
25 Q. And in this e-mail he says

**Page 82**

1  C. SIU
2  "Parimal's been let go."
3  A. Um-hum.
4  Q. Was Parimal in your group?
5  A. Yes, I think that's his name. I
6  can't recall because he was there for so
7  short.
8  Q. Do you think this was the vice
9  president that --
10 A. Yes, I think so.
11    MR. DATOO: Chia, let him finish
12 asking the question.
13    THE WITNESS: I'm sorry.
14 Q. And do you see your response up
15 above, the top e-mail: "No, probably got
16 distracted with cash flows. Wow, sooner than
17 expected."
18    Do you see that?
19 A. Yes.
20 Q. What did you mean when you wrote
21 "sooner than expected"?
22 A. I guess like a round that occurred
23 sooner than I thought, like another round,
24 maybe. I don't remember if he was part of a
25 mass layoff or those minor layoffs.

**Page 83**

1  C. SIU
2  Q. So let me just ask you to follow
3  up on that.
4     There was a round of layoffs in
5  January of 2008, is that your memory?
6  A. I think it was around beginning of
7  that year. If it wasn't January, then maybe
8  it was March according to this.
9  Q. And do you recall whether there
10 was a separate round of layoffs in March of
11 2008?
12 A. I didn't remember. I just
13 remember it was like beginning of the year,
14 since it is like four years ago, like.
15 Q. Do you know whether there were
16 layoffs in December of 2007?
17 A. I don't recall. I only know when
18 it happened to my group. We were already
19 short-staffed. I was just busy with my work.
20 Q. Do you know why Parimal was let
21 go?
22 A. He was let go I think probably due
23 to performance.
24 Q. And why do you think that?
25 A. He joined as a VP and as a VP you

**Page 84**

1  C. SIU
2  have certain expectations, and to me I felt
3  like he wasn't even performing at an analyst
4  level.
5  Q. Did you talk to anyone about why
6  Parimal was let go?
7  A. Not really. I thought it was
8  pretty clear, like, you know, his performance,
9  and he was relatively new to the group.
10 Q. Were you concerned about your job
11 in 2008?
12 A. Yeah, it was a huge concern,
13 especially after Nick was let go, because I
14 was concerned about whether management wanted
15 to keep the group.
16 Q. Were you concerned that you might
17 be fired as part of a round of layoffs?
18 A. Yeah, if they let the group go,
19 like we were all concerned about our job.
20 Q. Did you talk to anybody about your
21 concerns?
22 A. Yes, after the June layoff, I
23 talked to -- like, I think it was around end
24 of July, like I talked to Ping.
25 Q. Okay. And before we get to that,



Toll Free: 800.211.DEPO
Facsimile: 212.557.5972

1384 Broadway - 19th Floor
New York, NY 10018
www.esquiresolutions.com

### Page 85

1   C. SIU
2   I want to ask you, before the July, the June
3   layoffs, the June 2008 layoffs, you were
4   looking for other jobs in the market, correct?
5       A.  I wasn't actively looking. I was
6   just looking to see what's out there. I
7   didn't apply for anything in particular.
8       Q.  Did you have your resume posted
9   online?
10      A.  It was posted -- it's always been
11  up.
12      Q.  Where has it been up?
13      A.  Like job force, probably like
14  Monster or those common job sites.
15      Q.  And other than having it posted on
16  those job sites -- let me back up a second.
17          When did you first post your
18  resume on those job sites?
19      A.  Maybe it was like after college
20  when I was looking for a job or like during
21  college to look for a full-time job. Like a
22  while ago.
23      Q.  Do you recall updating your resume
24  in 2008 that was posted on the Internet?
25      A.  I don't remember. It's been such

### Page 86

1   C. SIU
2   a long time ago.
3       Q.  Is it possible that you updated it
4   in 2008?
5       A.  Maybe, yes.
6       Q.  Let me show you a document that's
7   an e-mail between you and Jason Hong.
8       A.  Ah-hah.
9           MR. TURNBULL: It is dated January
10      18 of 2008. And I will ask that this be
11      marked as Siu Exhibit 4.
12          (Siu Exhibit 4, e-mail
13          exchange between Chia Siu and Jason
14          Hong marked for identification, as
15          of this date.)
16      Q.  Ms. Siu, is this an e-mail
17  exchange between you and Jason Hong?
18      A.  Yes.
19      Q.  And Jason is one of your
20  roommates? No?
21      A.  No.
22      Q.  Who is Jason Hong?
23      A.  He's another person that works in
24  public finance at another firm.
25      Q.  Which firm does he work at?

### Page 87

1   C. SIU
2       A.  At that time?
3       Q.  Yes.
4       A.  I think at that time he was at UBS
5   I think.
6       Q.  And he was a friend of yours?
7       A.  Yes.
8       Q.  And in his e-mail to you on
9   January 15th, he says: "This might be
10  somewhat helpful for your job hunting."
11          Do you see that?
12      A.  Yes.
13      Q.  Does that refresh your memory that
14  you were job hunting in 2008?
15      A.  I was just curious to see what was
16  out there. Like, I wasn't applying for
17  anything. Because I might have mentioned that
18  there were a few more rounds coming up.
19      Q.  And prior to the June layoffs, is
20  it your testimony you weren't applying for any
21  jobs with other employers?
22      A.  I don't remember applying for a
23  particular position, yes.
24      Q.  Do you see your response to Jason?
25      A.  Yes.

### Page 88

1   C. SIU
2       Q.  It says: "Hey, thanks, might need
3   it since there is going to be another round of
4   layoffs coming soon."
5       A.  Um-hum.
6       Q.  "Citi just laid off a bunch of
7   people this week."
8           Do you see that?
9       A.  Yes, I think that was around when
10  Amy was let go.
11      Q.  So there were a round of layoffs
12  in January of 2008, correct?
13      A.  Sorry. I just remembered there
14  was another guy in our group at that time. I
15  think he was a VP, Corey Hoeppner, he was let
16  go along with Amy, I think.
17      Q.  In what round?
18      A.  I think the January round.
19          MR. DATOO: When you say Amy, who
20      are you referring to?
21          THE WITNESS: Amy Wang, sorry.
22      Q.  And so there was a round in
23  January of 2008, correct?
24      A.  Yes.
25      Q.  And then you say there is another



**Page 93**

1  C. SIU
2  carry out the communication to the group.
3     Q.  Do you recall attending a
4  recruiting event in May of 2008?
5     A.  Yes.  It's a disability corporate
6  recruiting event.
7     Q.  Do you recall an event called Lime
8  Corporate Recruiting?
9     A.  Yeah, it is a Lime Disability
10 Corporate Recruitment event.
11    Q.  And you attended that event?
12    A.  Yes.
13    Q.  Why did you attend?
14    A.  It was a disability -- it is a
15 recruiting event for people with disability.
16 And I was concerned about my sibling, like,
17 because my brother was about to graduate and I
18 wanted to go and seek out information on his
19 behalf to see what's out there for people with
20 disability, if like some company have a
21 disability program, it will be a great way for
22 him to get in.
23    Q.  Do you recall applying for jobs
24 for yourself after attending that event?
25    A.  I remember passing my resume along

**Page 94**

1  C. SIU
2  because, like, during my conversation with
3  these recruiters, they also asked about me and
4  my information and they thought it was nice of
5  what I was doing for my sibling.  So they were
6  also curious about me.  So as a courtesy, you
7  know, I just offer my resume since they asked
8  for it.
9     Q.  Well, you not only offered your
10 resume; you told them what positions you would
11 be interested in, correct?
12    A.  Yeah, yeah, like where I'm looking
13 for.
14    Q.  So why were you looking for a
15 position other than the position you had at
16 Citigroup in May of 2008?
17    A.  I wasn't really looking for
18 anything in particular, but I just, I thought
19 it would be a good move to start networking
20 because people told me to always network in
21 case, like if you need a job you can always
22 reach out to your network, if something
23 happened to me, like in the future, I could
24 reach out back to them.  I just wanted to
25 extend my network base.

**Page 95**

1  C. SIU
2     Q.  Do you recall sending your resume
3  to someone at Merrill Lynch?
4     A.  It could be.  There were a few
5  firms there.
6     Q.  Do you recall sending your resume
7  to someone at Goldman Sachs?
8     A.  Yeah, there were a few firms,
9  yeah.  I've -- yeah, they asked for it.
10    Q.  And when you forwarded your resume
11 to Merrill Lynch, you told them what positions
12 you would be interested in.
13    A.  Yeah.
14    Q.  Is that right?
15    A.  They asked me what I'm interested
16 in, if I'm looking to move or something.
17    Q.  And do you recall telling them
18 that you were interested in investment
19 management?
20    A.  Yeah, something, yeah.
21    Q.  And that would be a different job
22 than what you were doing at Citigroup,
23 correct?
24    A.  Yes, it's a different job.
25    Q.  And do you recall telling Merrill

**Page 96**

1  C. SIU
2  Lynch that you were open to any positions in
3  finance that would be a suitable transition
4  for you?
5     A.  Yes.  I just wanted to keep my
6  option open in case anything in the future, if
7  anyone came for anything.
8     Q.  But in May of 2008 you said this
9  is what I'm interested in, correct?
10    A.  Yeah.  Yeah.
11    Q.  And you said you were open to any
12 options?
13    A.  Yes.  So in case I, if anything in
14 the future happens to me, you know, I could
15 reach back to them, and I don't want them to
16 narrow their focus, like that's why I kept the
17 option open.
18    Q.  And in May of 2008 CitiGroup had
19 gone through two rounds of reductions at that
20 point?
21    A.  Yeah, I wasn't sure if the March
22 one counted -- was a mass reduction.
23    Q.  In May of 2008 were you concerned
24 that there would be more reductions coming?
25    A.  Yeah, like the June one.  Like



Toll Free: 800.211.DEPO
Facsimile: 212.557.5972

1384 Broadway - 19th Floor
New York, NY 10018
www.esquiresolutions.com

CHIA SIU                                                          June 12, 2012

**Page 97**

```
 1            C. SIU
 2   they said there was going to be more after the
 3   last one.
 4      Q.   After March?
 5      A.   Either March or like the beginning
 6   of the year, yeah.
 7      Q.   So in May of 2008 you were
 8   concerned that there would be more layoffs, is
 9   that right?
10      A.   Yes.
11      Q.   And were you concerned that you
12   would be part of the layoffs?
13      A.   I was a little concerned, but I
14   was pretty -- like, it wasn't a concern until
15   June, like.
16      Q.   Do you recall in May when you sent
17   your resume to Merrill Lynch saying you were
18   interested in working for hedge funds?
19      A.   I don't remember, but -- yeah.
20      Q.   Is it possible that you said that?
21      A.   It's possible.
22      Q.   Were you interested in May of 2008
23   in working for hedge funds?
24      A.   I was interested, but it was
25   unlikely that I would do that.
```

**Page 98**

```
 1            C. SIU
 2      Q.   Why was it unlikely?
 3      A.   I have no, like, relevant
 4   background.
 5      Q.   And do you recall telling someone
 6   at Goldman Sachs of your interests as well?
 7      A.   Yeah, there was a few firms there.
 8      Q.   Again, you told Goldman Sachs that
 9   you were interested in investment management?
10      A.   Yes.
11      Q.   And that you said that you are
12   open to any position in finance that would
13   help you make that transition?
14      A.   Yeah. I didn't want to be narrow
15   to public finance if it was constricting.
16      Q.   And by the way, do you use any
17   other name other than Chia?
18      A.   Yeah. I think at that time, since
19   I was there on behalf of my brother, I didn't
20   want them to confuse my name, so I used
21   Christie sometimes at that time because I --
22   yeah, because sometimes when we're together it
23   would be confusing when people call Chi or
24   Chia because people have problem pronouncing
25   it. So I think it was better distinguishing.
```

**Page 99**

```
 1            C. SIU
 2      Q.   So when you went to the Lime
 3   event --
 4      A.   Yeah.
 5      Q.   -- you used Christie?
 6      A.   Yeah. And occasionally when we
 7   hang out with friends, but people are just
 8   used to calling me Chia, it's been so long.
 9      Q.   When did you start studying for
10   the CFA exam?
11      A.   I believe it was like '07.
12      Q.   And why did you decide to take the
13   CFA exam?
14      A.   I thought it would make me a
15   better analyst and it would add something to
16   my resume to distinguish me from the rest of
17   the people in the department.
18      Q.   Was that a requirement of your
19   job?
20      A.   It wasn't a requirement, but it's
21   a very challenging exam. So people, like my
22   client has it so I felt like if I also get it
23   they will view me differently, someone who is
24   more knowledgeable in terms of providing
25   advice, like financial advice to them. And
```

**Page 100**

```
 1            C. SIU
 2   one of my biggest client has it and that's
 3   their name and I thought that, oh, I should
 4   get it, especially if I want to differentiate
 5   myself from like maybe High.
 6      Q.   So the CFA exam was not a
 7   requirement of being an analyst at CitiGroup,
 8   is that right?
 9      A.   Yeah, it was not a requirement but
10   it was something additional that I decided to
11   take the initiative. It like makes me a
12   better analyst so I can provide better advice
13   for my clients like in case. Because we were
14   a financial advisor to one client and they
15   needed like investment advice, like.
16      Q.   Did you think having the CFA exam
17   would make you more marketable if you wanted a
18   job in investment management?
19      A.   It will make me more -- well, it
20   doesn't hurt for sure. But I don't have any
21   direct experience. So it is like, it
22   doesn't -- it will be hard for me, to like
23   transfer if I wanted to.
24           I only got it to become a better
25   analyst and to add like credential to my
```



Toll Free: 800.211.DEPO
Facsimile: 212.557.5972

1384 Broadway - 19th Floor
New York, NY 10018
www.esquiresolutions.com

CHIA SIU                                                                        June 12, 2012

**Page 113**

```
 1          C. SIU
 2  to 2007?
 3     A.   Somehow I got the impression that
 4  it was doing better.  Maybe someone mentioned
 5  it to me, but I can't remember.
 6     Q.   Do you know what was happening in
 7  the housing market in 2008?
 8     A.   Yes.
 9     Q.   What was happening?
10     A.   It was constricting and -- but UBS
11  was, stopped public finance, like they closed
12  down their public finance shop.  So there was
13  a, like UBS was one of our biggest
14  competitors.  They have a lot of housing
15  accounts.  So it was a great opportunity for
16  us to get those accounts during that time.
17     Q.   So one of your largest competitors
18  shut down their housing group --
19     A.   Yes.
20     Q.   -- entirely?
21     A.   Yeah.
22     Q.   Why did they do that, do you know
23  why?
24     A.   No, they closed down the public
25  finance department.
```

**Page 114**

```
 1          C. SIU
 2     Q.   The entire public finance
 3  department?
 4     A.   Yes.
 5     Q.   Do you know why?
 6     A.   I think according to the Newsday
 7  they want to focus -- given that it is not a
 8  US-based financial firm, they want to focus,
 9  like shift their focus elsewhere.
10     Q.   Do you recall when they exited the
11  public finance business?
12     A.   I just remember it was like before
13  the June layoff.  It was around that time, the
14  June 2008.
15     Q.   And what was happening to the
16  student loan business in 2008?
17     A.   It was also constricting, but we
18  were primarily a housing group so we did a lot
19  of, mainly housing deals.
20     Q.   Except for Ms. Bartoetti also did
21  student loans, correct?
22     A.   Yeah, additional.  In addition to
23  all her housing accounts.
24     Q.   And you worked on student loan
25  deals, correct?
```

**Page 115**

```
 1          C. SIU
 2     A.   Yes, and the other person was
 3  Raymond High who also worked.
 4     Q.   Mr. Chen, did he work on student
 5  loan deals?
 6     A.   No.
 7     Q.   And Mr. Fluehr worked on student
 8  loan deals, correct?
 9     A.   Yes.  Since he is the head of the
10  group, he has to be involved.
11     Q.   Do you think that Mr. Chen was
12  selected for layoff because of his gender?
13     A.   No.
14     Q.   Did you speak to him after his
15  termination?
16     A.   Yes.
17     Q.   What did you and he discuss?
18     A.   He, I believe he left some stuff
19  behind and he was curious, like who took over
20  his accounts, like, the stuff that he was
21  working on, like who continue.
22     Q.   Do you recall telling him that you
23  needed a long break after he was laid off?
24     A.   No.
25     Q.   Do you recall telling him you were
```

**Page 116**

```
 1          C. SIU
 2  jealous?
 3     A.   Yeah, just to make him feel
 4  better, to make him feel like he's at a better
 5  position.
 6     Q.   So you have said now that after
 7  the June 2008 RIF in which Mr. Fluehr and Mr.
 8  Chen were let go, that you were concerned
 9  about the future of the department, right?
10     A.   The housing group.
11     Q.   Right.
12     A.   Yes.
13     Q.   And did you talk to others about
14  that?
15     A.   Yes.  I talked to Ping about my
16  job security and the future of the housing
17  group, given what happened.
18     Q.   Were you concerned after that RIF
19  about your job security?
20     A.   After the June 2008, yes, I was
21  concerned because, like the head of the group
22  was let go who has been there for about two
23  decades.
24     Q.   Did you tell anyone in the group
25  that you might quit?
```



Toll Free: 800.211.DEPO
Facsimile: 212.557.5972

1384 Broadway - 19th Floor
New York, NY 10018
www.esquiresolutions.com

CHIA SIU                                                        June 12, 2012

```
                                    117
 1           C. SIU
 2      A.   No.  Like, I talked to Ping like
 3   about my concern and like to get her advice
 4   about, like what I should be doing, if I
 5   should be considering other option, because I
 6   was getting phone calls from recruiters and
 7   competitors, and I don't know if I should take
 8   it, but I really wanted to stay in the housing
 9   group and I really enjoy working with these
10   people?
11           So then -- but then if they were
12   going to let me go, like, and if they were not
13   committed to housing, like, I think for my
14   future I need financial security, that I
15   should just, like -- like I was seeking for
16   advice, like what I should be doing.  I was
17   just mainly concerned about my job security.
18      Q.   And so you spoke to Ping about
19   that?
20      A.   Yes.
21      Q.   Did you speak to Ms. Bartoletti
22   about that?
23      A.   Yes, I think she had, Ping had a
24   conversation with Bartoletti and then
25   Bartoletti had a conversation with me.  But at
```

```
                                    118
 1           C. SIU
 2   the end of my conversation with Ping, she
 3   suggested that if they could get, secure a
 4   promotion for me if that will make me feel
 5   better and secure about my position.
 6           I told her yes.
 7      Q.   And when did Ping ask you about
 8   the promotion?
 9      A.   It was during my first
10   conversation with her after the layoff when I
11   brought up about like the future of the
12   housing group and my job security, and at the
13   end of that conversation she asked me if
14   getting me promoted would make me feel better
15   and more secure about my job at Citigroup.
16           Yeah.  So then I told her, yeah,
17   that would definitely make me feel secure,
18   like.
19      Q.   Did you talk to Ms. Bartoletti
20   about a possible promotion?
21      A.   Well, yes, so if she would -- I
22   think Ping talked to Bartoletti and then
23   Bartoletti followed up with me.
24      Q.   And what did Bartoletti say to you
25   about a possible promotion?
```

```
                                    119
 1           C. SIU
 2      A.   They will try to work with
 3   management and see if they could get
 4   something, like a promotion.
 5      Q.   Do you know whether Ms. Bartoletti
 6   was concerned that you would leave?
 7      A.   I don't know if based on my
 8   conversation with Ping when I tell her about
 9   considering options given the situation of the
10   group, if I should be turning down these calls
11   from competitors like, and recruiters, like I
12   don't know if that left her impression, but I
13   told her that I would like -- like getting a
14   promotion would give me a signal from
15   management that they are committed to me and
16   the group, like it's a sign.
17      Q.   Well, Ping was concerned you would
18   leave, correct?
19           MR. DATOO:  Objection.
20      Q.   You can answer.
21           MR. DATOO:  You can answer.
22           THE WITNESS:  Oh.
23      A.   I don't know if it is based on my
24   conversation.  She thought that I, when I
25   brought these, my situation up, when I told
```

```
                                    120
 1           C. SIU
 2   her that, oh, I have these other calls from
 3   competitors, you know, and recruiters, like, I
 4   don't know if I left her the impression that I
 5   might leave, but I told her that, like at the
 6   end she suggested that if she, if they could
 7   secure me a promotion, if I would feel better
 8   about my position at Citi and secure, like,
 9   that would alleviate it, my job security.
10      Q.   So did Ping raise the issue of a
11   promotion for you as a way to get you to stay
12   at the firm?
13           MR. DATOO:  Objection.
14      A.   I think she raised that to show
15   that, like, if management agree, it will show
16   a commitment that, to me that my job is secure
17   and that, sending the signal that they are
18   interested in keeping me around and the group
19   around.
20      Q.   So part of it was to convince you
21   not to leave, correct?
22           MR. DATOO:  Objection.
23      Q.   You can answer.
24           MR. DATOO:  You can answer.
25      A.   Yeah, to make me feel better about
```



Toll Free: 800.211.DEPO
Facsimile: 212.557.5972

1384 Broadway - 19th Floor
New York, NY 10018
www.esquiresolutions.com

**Page 121**

1      C. SIU
2  my security at Citigroup.
3      Q.    And convince you not to leave?
4      A.    Yes.
5      Q.    And did you talk to Mr. Koessel
6  about a possible promotion?
7      A.    Yes.  He was also involved because
8  I think at that time he was a co-head after
9  Nick was let go.
10     Q.    After Nick was let go, you
11 expected that they would be named co-heads, is
12 that right?
13     A.    Excuse me?
14     Q.    After Nick was let go, you
15 expected that Amy and Mike would be named
16 co-heads?
17         MR. DATOO:  Objection.  You can
18     answer.
19     A.    It wasn't clear until I think a
20 few weeks after the layoff who was the head or
21 co-head of the group.  It wasn't clear until,
22 like, probably a week or two weeks, because I
23 think management was still trying to figure
24 out.  I believe they approached Amy first, but
25 then Koessel heard that and then he wanted it,

**Page 122**

1      C. SIU
2  too, so.
3      Q.    But when Nick was let go, what was
4  your expectation as to who would be head of
5  the group?
6      A.    I would have expected Amy to be
7  the head of the group given that she was at
8  the firm much longer, like a decade longer
9  than Koessel and she has more experience.
10     Q.    Do you recall telling others that
11 you expected that Koessel and Bartoletti would
12 be named co-heads?
13     A.    I don't remember, but that could
14 be the alternative, if not Amy, then it will
15 be both Amy and Koessel.
16         Yeah, I'm not sure how they
17 decide.
18         MR. TURNBULL:  I want to show you
19     a document that's an e-mail exchange
20     between you and Henry Chen in July of
21     2008.  And I will ask that this be
22     marked as Siu Exhibit 7.
23          (Siu Exhibit 7, e-mail
24          exchange between Chia Siu and Henry
25          Chen in July of 2008 marked for

**Page 123**

1      C. SIU
2          identification, as of this date.)
3      Q.    Ms. Siu, do you remember this
4  e-mail exchange between you and Mr. Chen?
5      A.    Oh, this looks familiar.
6      Q.    Is this one of the e-mails you
7  reviewed in preparing for the deposition?
8      A.    Yes.
9      Q.    I want to look at your e-mail on
10 the top, the July 9, e-mail.
11     A.    Um-hum.
12     Q.    Do you see at the bottom of your
13 e-mail you say:  "I'm kind of jealous you are
14 not working now.  I need a long break"?
15     A.    Yes.
16     Q.    Did you feel like you needed a
17 long break in July of 2008?
18     A.    Not a long break.  Like maybe like
19 a day or two to recover from what went on.
20     Q.    So when you said "I need a long
21 break" to Mr. Chen, that wasn't being honest
22 with him?
23     A.    No, I mean, it could be.  I'm not
24 sure how people view a long break is, but to
25 me it could be like two, three days, you know,

**Page 124**

1      C. SIU
2  but I don't know if people....
3      Q.    So is it your testimony that when
4  you said in this e-mail "I need a long break,"
5  you were thinking about two or three days?
6      A.    Yeah, I just needed time to, like,
7  recover, like absorb what went on after the
8  June layoff.  Like to recollect -- I mean
9  to --
10     Q.    So, again, by saying a long break
11 it is your testimony you meant just a couple
12 of days?
13     A.    Yes.
14     Q.    If you go up above in this e-mail
15 in the third sentence to Mr. Chen, you say:
16     "I have a feeling that both Mike
17 and Amy will be co-head of the group."
18         Do you see that?
19     A.    Yes.
20     Q.    And why did you believe that?
21     A.    Well, right after the layoff at
22 the end of June, I would think Amy will be
23 automatically co-head, but it's been like so
24 long and we don't know who is a co-head is so
25 I felt like maybe there is some discussion



CHIA SIU                                                                  June 12, 2012

                                                129
1           C. SIU
2      Q.   Had Mr. Koessel been dishonest you
3   with in the past?
4      A.   No.
5      Q.   And then you continue in your
6   e-mail to Henry Chen:
7           "Less temptation for me if it
8   doesn't happen."
9           Do you see that?
10     A.   Ah-hah.
11          MR. DATOO:  You have to say yes or
12  no.
13     A.   Yes.
14     Q.   Are you referring to less
15  temptation for you to stay if you don't get
16  promoted?
17     A.   Less temptation, yeah, because I
18  was getting calls from recruiters and other
19  competitors, and if they offer me associate,
20  then that would be a better option for me to
21  go to if Citi doesn't want me around, if they
22  are not committed to me or the housing group.
23     Q.   So by July of 2008 you were
24  already thinking of leaving, correct?
25     A.   Well, I was concerned about my job

                                                130
1           C. SIU
2   security still, because my initial offer was a
3   two-year term from '07 to end of July -- I
4   mean, June of '08, and I didn't receive my
5   offer yet.
6           So I was concerned that, like, all
7   of a sudden one day they will just tell me to
8   pack up because they didn't give me an offer
9   to stay.  Because normally it will happen
10  before July 2008 if they -- yeah.
11     Q.   And so if they --
12     A.   So if I was --
13     Q.   I'm sorry, are you finished?
14     A.   Sorry, yeah.
15     Q.   So if they didn't offer you a
16  promotion, you wouldn't be tempted to stay at
17  Citigroup, that's what you were telling Mr.
18  Chen, correct?
19          MR. DATOO:  Objection.
20          You can answer.
21     A.   Yes.  If like if another firm
22  offer me a better position and if Citi wasn't
23  committed to housing, because they let Nick
24  go.
25     Q.   Your e-mail, though, doesn't talk

                                                131
1           C. SIU
2   about the commitment to housing.  It talks
3   about your promotion, right?
4      A.   Yeah, and myself.
5      Q.   And it says:  "I doubt I will get
6   promoted this year."
7      A.   Um-hum.
8      Q.   And then you say "Less temptation
9   for me if it doesn't happen."
10     A.   Um-hum.
11     Q.   And you are referring to the
12  promotion, correct?
13     A.   Yes.
14     Q.   And if you don't get promoted, you
15  will be less tempted to stay?
16     A.   Um-hum.
17     Q.   Right?
18     A.   Yeah, if I get another offer.
19     Q.   And you were looking for other
20  jobs at that time, right?
21     A.   I was getting calls from banks and
22  recruiters.
23     Q.   And you were considering other
24  options at that point, right?
25     A.   Yes, because I didn't have a

                                                132
1           C. SIU
2   third-year offer so I wasn't sure if my job
3   was on the line.
4      Q.   You did receive an offer to stay,
5   correct?
6      A.   Yeah, it wasn't until like towards
7   the end or middle of July when I already
8   became a third-year.
9      Q.   And who gave you that offer to
10  stay for a third year?
11     A.   I forgot who hand it to me
12  directly, but probably someone from HR.
13     Q.   Do you recall that in June of 2008
14  it wasn't just that you were getting offers,
15  but you were actually affirmatively sending
16  out your resume seeking other jobs?
17     A.   Yeah, I think it was around that,
18  the end of that layoff.
19     Q.   After --
20     A.   Yeah, because it was so close to
21  July 1st, like I don't know if July 1st I have
22  to pack up and leave because that was the time
23  of the original letter.
24     Q.   And so you recall applying to --
25  well, let me just show you a series of



CHIA SIU                                                                June 12, 2012

                                          133
          C. SIU
 1
 2   documents.
 3          MR. TURNBULL: Let me have this
 4      marked as Siu Exhibit 8. It is an
 5      e-mail from you to eFinancial Careers.
 6          (Siu Exhibit 8, e-mail from
 7          Chia Siu to eFinancial Careers
 8          marked for identification, as of
 9          this date.)
10      Q.   Do you recall applying for this
11   job?
12      A.   Yeah, I probably just sent my
13   resume. I just randomly click on it without
14   really thinking, because it was right after, I
15   believe right after the layoff, and July 1st
16   was approaching and I was concerned about --
17   like, I wasn't sure if they were going to ask
18   me to pack up on July 1st.
19      Q.   Let me ask you about that. After
20   the layoffs you spoke to Ping, correct?
21      A.   Yeah, that was like end of July.
22      Q.   You spoke to Ping at the end of
23   July?
24      A.   Yeah.
25      Q.   Do you recall speaking with Marty

                                          134
          C. SIU
 1
 2   Feinstein in June?
 3      A.   After the layoff?
 4      Q.   Yes.
 5      A.   Yeah, yeah. Yes. I think so,
 6   yes.
 7      Q.   And you expressed your concerns to
 8   Mr. Feinstein, correct?
 9      A.   Yeah, like, I think I was
10   concerned about why they let like two people
11   in my group go, because it didn't make sense
12   to me when we were short-staffed. It was
13   confusing.
14      Q.   And what did Mr. Feinstein say to
15   you in this meeting?
16      A.   I don't really remember, but it
17   was for cost-savings purposes.
18      Q.   That that's why the layoffs had
19   occurred?
20      A.   Yeah.
21      Q.   Did you talk to Mr. Feinstein
22   about your position and whether you were going
23   to have to leave at the end of the month?
24      A.   I didn't bring that up, but I did
25   talk about like why my bonus was lower. So I

                                          135
          C. SIU
 1
 2   was concerned that like if they were on the
 3   same page as the head of my group, like why I
 4   got a small bonus in the prior year.
 5      Q.   And you testified about that
 6   earlier, right?
 7      A.   Yeah.
 8      Q.   And he told you it is because of
 9   the --
10      A.   The market.
11      Q.   The market?
12      A.   Or even though -- yeah. Or the
13   firm.
14      Q.   Did Mr. Feinstein say that your
15   contract's up at the end of the month and you
16   have to leave, during this meeting?
17          MR. DATOO: Objection.
18          You can answer.
19      A.   We didn't talk about that.
20      Q.   In fact, you talked about what was
21   going to happen going forward, right?
22      A.   We mainly talk about the group,
23   like why, like the outcome of the reduction,
24   why it occurred because it didn't make sense
25   for me.

                                          136
          C. SIU
 1
 2      Q.   And do you recall when this
 3   conversation with Mr. Feinstein occurred?
 4      A.   I think, I know it happened, it
 5   happened after the layoff in June, but I, June
 6   or maybe beginning of July. I don't remember.
 7   Because I mean it was, the layoff was end of
 8   June, so it is sort of like July.
 9      Q.   And so you were speaking with him
10   at a time when your contract was either
11   expired or about to expire?
12      A.   Yeah.
13      Q.   And he never told you that he
14   expected you to leave, did he?
15      A.   No. We were just talking about
16   the reasoning behind the layoff.
17      Q.   And you also spoke to Mike Koessel
18   around this time, correct?
19      A.   Yeah, I think it was around end of
20   June or July. I don't know.
21          MR. TURNBULL: Let me show you an
22      e-mail dated June 27. Wait. This might
23      not be it.
24      Q.   I'm sorry, you said you recall
25   speaking to Mr. Koessel about your concerns?



CHIA SIU                                                                June 12, 2012

```
                                    137
 1              C. SIU
 2      A.   It might be after Ping. I forgot.
 3   It was like, everything happened so fast like
 4   in June, July.
 5      Q.   Do you recall speaking to Mr.
 6   Koessel on the same day you spoke to Mr.
 7   Feinstein about your concerns?
 8      A.   I -- I don't remember.
 9      Q.   Did you tell Mr. Koessel -- you do
10   recall meeting with him, you just can't recall
11   the date, right?
12      A.   Yeah, when.
13      Q.   So putting the date aside, do you
14   recall telling him you were concerned about
15   the future of the group?
16      A.   Yeah.
17      Q.   And do you recall telling him you
18   were concerned about your own future?
19      A.   I might have mentioned it. I
20   don't remember if I talked to him.
21      Q.   Do you know whether Mr. Koessel
22   was concerned that you might leave?
23           MR. DATOO:  Objection.
24      A.   I wasn't sure what he was
25   thinking.
```

```
                                    138
 1              C. SIU
 2      Q.   How about Ms. Bartoletti, do you
 3   know whether she was concerned that you might
 4   leave?
 5           MR. DATOO:  Objection.
 6      A.   After the Ping conversation?
 7      Q.   At any point after the June
 8   layoffs.
 9      A.   I don't know what she was thinking
10   at that time.
11      Q.   And how about Mr. Feinstein, do
12   you know whether he was concerned that you
13   might leave?
14           MR. DATOO:  Objection.
15      A.   No, I didn't talk to him about it.
16      Q.   Did you talk to Mr. Brownstein
17   about your concerns?
18      A.   Yes.
19      Q.   And what did you tell him?
20      A.   We mainly talk about the reasoning
21   behind the layoff and the future of the
22   housing group.
23      Q.   And let's take each of those, one
24   at a time.
25           What did Mr. Brownstein say about
```

```
                                    139
 1              C. SIU
 2   the reasoning of the layoffs?
 3      A.   I believe it's due to cost-saving.
 4      Q.   That's what you recall Mr.
 5   Brownstein saying?
 6      A.   Yeah.  Purpose.
 7      Q.   Do you recall him saying anything
 8   else about the layoffs?
 9      A.   Maybe that it wasn't necessary for
10   Nick to be around to, for the group to
11   continue since, like, Amy and Koessel have the
12   ability to run the group.
13      Q.   Anything else that you recall him
14   saying about the layoffs?
15      A.   No, not -- you know, I can't
16   recall.
17      Q.   And then you also said that you
18   spoke to him about the future of the group?
19      A.   Yes.
20      Q.   And what did Mr. Brownstein say
21   about that?
22      A.   He tried to reassure me that they
23   are committed to the group, but then -- yeah,
24   but I didn't understand why Henry was let go
25   since they replaced him with a less qualified
```

```
                                    140
 1              C. SIU
 2   male in July. So it didn't make sense to me.
 3      Q.   Did you raise that with Mr.
 4   Brownstein?
 5      A.   No.
 6      Q.   Did you raise that with anybody?
 7      A.   No.
 8      Q.   So we looked at one application
 9   that you sent in June of 2008?
10      A.   This one?
11      Q.   Yes. Do you recall sending other
12   applications out in June of 2008?
13      A.   I might have because I was
14   concerned about my job and the term was coming
15   up and it was approaching the end of my term.
16      Q.   Do you recall looking at jobs that
17   were posted on Craigslist?
18      A.   Yeah, I would just -- yeah. But I
19   know the chances is nothing because it is more
20   like I just sent it out, but I never followed
21   up.
22      Q.   So you sent out your resume. Do
23   you recall how many resumes you sent out after
24   the June RIF?
25      A.   Maybe a few.
```



Toll Free: 800.211.DEPO
Facsimile: 212.557.5972

1384 Broadway - 19th Floor
New York, NY 10018
www.esquiresolutions.com