# EXHIBIT 26

CHIA SIU                                                                June 12, 2012

Page 149

```
 1            C. SIU
 2    A.   Or Frank Chin, I guess.
 3    Q.   Or both of them?
 4    A.   Yeah, I don't know.
 5    Q.   So when you received this offer
 6  for the third-year analyst position, did you
 7  talk to anyone about it?
 8    A.   Yes. I talked to Ping about it
 9  and I also talked to, I believe it was either
10  or maybe both, like HR or Brown -- I mean,
11  Marty Feinstein who is the head of the analyst
12  associate, about like if I needed to sign it
13  since I got it after I already became a third
14  year, so, it is kind of weird.
15    Q.   So because it was after July 1st?
16    A.   Yeah, like I should have received
17  this before.
18    Q.   So let's take those three
19  individuals one at a time, who you recall
20  speaking with about this. First you said you
21  spoke to Ping about this.
22    A.   Yeah.
23    Q.   What did you and Ping discuss?
24    A.   I told her like I'm not sure -- I
25  just wanted to let her know that it wasn't
```

Page 150

```
 1            C. SIU
 2  necessary for me to sign it in case like she
 3  would find out later how come I didn't sign
 4  the offer. So I wanted to let her know that,
 5  and I was concerned about my, like the future
 6  of the housing group. And my job security,
 7  too, like whether management is committed to
 8  me and the group.
 9    Q.   So you told this to Ping?
10    A.   Yeah, and -- yeah, and whether I
11  should consider other option if the group was
12  going to be disbanded since I was getting
13  offers, like interviews, or calls from
14  recruiter, like I don't know if it would be
15  dumb for me, too, like not return their calls.
16    Q.   And what did Ping say in response?
17    A.   Like she offered, she suggested
18  that if they could secure a promotion for me,
19  if Citi would give me a promotion, if that
20  would make me feel better, or like secure
21  about my position, yeah. And to me I felt
22  like it would show a commitment to me and the
23  group because they are taking a step.
24    Q.   Do you recall telling Ping that
25  you weren't sure that you wanted to commit to
```

Page 151

```
 1            C. SIU
 2  Citigroup for another year?
 3    A.   I told her I wasn't sure if I
 4  could commit, if the group was going to be
 5  disbanded, like. Like it wouldn't be -- yeah,
 6  if the group was going to be disbanded, like I
 7  don't want to wait around and then for them to
 8  let me go without a job, when I have like
 9  calls from recruiters and from other
10  competitors. Like I wasn't sure if I should
11  return their calls if like Citi wasn't
12  committed to me.
13    Q.   Did you tell Ping that you had
14  sent out resumes on your own?
15    A.   No. That was before this. I
16  talked to her after this.
17    Q.   I understand. So you didn't tell
18  her you had sent out resumes?
19    A.   No.
20    Q.   Did you tell her that you didn't
21  want to sign this agreement because you
22  weren't sure you wanted to stay at Citi?
23         MR. DATOO: Objection.
24    A.   I just wanted to let her know that
25  it wasn't necessary for me to sign it, and I
```

Page 152

```
 1            C. SIU
 2  wasn't sure, like, if the group, the future of
 3  the group was safe.
 4    Q.   Let me just restate the question.
 5         Did you tell Ping that you weren't
 6  sure whether you wanted to sign what's been
 7  marked as Siu Exhibit 10 because you weren't
 8  sure you wanted to remain at Citigroup?
 9    A.   Yeah, at that time, given my other
10  options.
11    Q.   And did you tell Marty Feinstein
12  the same thing?
13    A.   No.
14    Q.   Did you ask Mr. Feinstein about
15  this third-year analyst offer?
16    A.   I don't believe I talked to him
17  about this.
18    Q.   And you said you talked to Mr.
19  Brownstein, correct?
20    A.   I talked to Mr. Brownstein about
21  the layoff that happened in June 2008.
22    Q.   I'm sorry, this could be, maybe I
23  misunderstood. I thought you had said earlier
24  that you spoke to Ping about this offer?
25    A.   Yes. Like at the end of July.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 212.557.5972

1384 Broadway - 19th Floor
New York, NY 10018
www.esquiresolutions.com

---

Page 153

    1                   C. SIU
    2       Q.   And I thought you said you also
    3   spoke to Mr. Feinstein and Mr. Brownstein
    4   about this offer.
    5       A.   No.
    6       Q.   So other than Ping, did you talk
    7   to anybody else about this offer, what's been
    8   marked as Exhibit 10?
    9       A.   I think Ping talked to Amy and
   10   then Amy followed up with me about my
   11   conversation with Ping that day.
   12       Q.   And so what did Ms. Bartoletti say
   13   and what did you say in that conversation?
   14       A.   Basically restating my concern
   15   about my, the future of the group and whether
   16   my job is safe, and that if getting a
   17   promotion would make me feel better and more
   18   secure -- and secure about my position.
   19       Q.   Well, you had received an offer to
   20   stay as a third-year analyst, correct?
   21       A.   Yes.
   22       Q.   And did that give you any comfort
   23   that your job was safe?
   24       A.   It just gave me a little bit.  It
   25   is more like the norm, but by giving me the

Page 154

    1                   C. SIU
    2   promotion, it is actually taking an active
    3   step to show their commitment to me.  First --
    4   ever since this is more like a passive action.
    5       Q.   So you had that, you conveyed that
    6   to Ms. Bartoletti, what you just testified,
    7   what you testified to a minute ago.
    8            And what did Ms. Bartoletti say in
    9   response?
   10       A.   That she will work with management
   11   to get me my -- to get a promotion for me.
   12       Q.   But you had spoken to her earlier
   13   about the possible promotion, correct?
   14       A.   Earlier?
   15       Q.   Before you received this --
   16       A.   Yeah, I think, yeah, I think --
   17            MR. DATOO:  Let --
   18       Q.   Before you received this offer?
   19       A.   Yes.  I think it was like after
   20   the June layoff she, I guess -- or like my
   21   spirit was pretty down after Nick was gone,
   22   she tried to tell me that they tried to get a
   23   promotion for me.
   24       Q.   So other than Ping and that
   25   discussion you just referred to with Ms.

Page 155

    1                   C. SIU
    2   Bartoletti, did you talk to anybody else about
    3   this offer?
    4       A.   Like, I don't remember.  I might
    5   have talked to Koessel because he was the head
    6   of the -- co-head of the group.  So Amy might
    7   have mentioned something to him.
    8       Q.   And what do you remember talking
    9   to Koessel about?
   10       A.   Like similar things, like my
   11   concern and getting the promotion would show,
   12   like signal to me that the firm is committed
   13   to me and the group.
   14       Q.   Did you tell anybody that if you
   15   were not offered a promotion, you would leave?
   16       A.   No.
   17       Q.   Did you tell Ms. Bartoletti that
   18   you were thinking of leaving?
   19       A.   I never thought of leaving.
   20       Q.   Did you tell Mr. Koessel that you
   21   were thinking of leaving?
   22       A.   No.
   23       Q.   Let me show you an e-mail exchange
   24   on July 24th and 25th, Bates stamped CGMI BART
   25   012477 and 012478.

Page 156

    1                   C. SIU
    2            MR. TURNBULL:  I'll have this
    3       marked as Siu 11.
    4            (Siu Exhibit 11, e-mail
    5       exchange on July 24th and 25th,
    6       Bates stamped CGMI BART 012477-478
    7       marked for identification, as of
    8       this date.)
    9       Q.   Ms. Siu, I want to direct your
   10   attention to the second page of the e-mail.
   11       A.   Um-hum.
   12       Q.   And there is an e-mail from Ping
   13   to Amy Bartoletti on July 24.  Do you see
   14   that?
   15       A.   Yes.
   16       Q.   And Ping says: "Amy, I just had a
   17   very lengthy conversation with Chia.  There's
   18   a chance we may lose her.  She was given a
   19   contract to stay for another year as an
   20   analyst and she is not sure if she wants to
   21   sign it."
   22            Did you tell Ping that you weren't
   23   sure if you wanted to sign that contract?
   24            MR. DATOO:  Objection.
   25       A.   Yeah, I told her I wasn't sure



Page 161

1      C. SIU
2  an associate level. So it would make sense
3  for me to have that.
4      Q.   Did anyone, did Mr. Koessel or
5  Ping tell you they would support promoting
6  you?
7      A.   Based on our conversation it was
8  the impression that I got. Maybe they didn't
9  use the word support promotion, but after my,
10 the end of my conversation with Ping she asked
11 if getting a promotion would make me feel like
12 better and secure at Citi. I told her yes.
13         And then she talked to Amy and
14 then Amy followed up with me.
15         So I don't see why she wouldn't
16 support me. And the same with Koessel because
17 he was pretty satisfied with my performance
18 and that I was already performing above an
19 analyst level.
20         And it is not -- and they do
21 promote people after two years. Like the year
22 before me, they promoted a guy after two
23 years, so.
24      Q.   And who --
25      A.   I don't see why they wouldn't make

Page 162

1      C. SIU
2  an exception for me, especially since I have
3  an additional year of experience like when I
4  interned there for a whole year.
5      Q.   Well, you interned at Citigroup
6  for half a year?
7      A.   Half a year and half a year at the
8  New York State Housing agency which is
9  relevant because that's one of our client. So
10 I got, you know, experience at both sides.
11     Q.   And who was the analyst who was
12 promoted earlier, or promoted after two years
13 in 2007?
14     A.   He -- I think his name is Joe
15 Drumm, Jerome Drumm.
16     Q.   Drumm?
17     A.   Gerard Drumm.
18     Q.   D-R-U-M?
19     A.   Yeah, something like that, yeah.
20     Q.   And he was an analyst in public
21 finance?
22     A.   Yeah, he joined I believe like
23 July of 2005. We were actually in the same
24 training class.
25     Q.   You were training for the

Page 163

1      C. SIU
2  internship?
3      A.   Yes, yes. Like I participated --
4  I pretty much did the same thing as analyst,
5  it was just a title of internist instead of
6  analyst. So I felt like I have as much
7  experience as he did, but he was promoted
8  after two years, so. I don't see why they
9  couldn't promote me, especially I did have
10 another year of experience.
11     Q.   Other than this gentleman and
12 Sara, do you know of any other analysts who
13 were promoted in public finance after two
14 years?
15     A.   I don't know, because like he was
16 in my training class so that was the only one
17 I remember, but -- and I didn't attend the
18 training class in 2006 because I already
19 attended one in 2005.
20     Q.   So other than those two, you are
21 not aware of any other analyst being promoted
22 after two years?
23     A.   Yeah. I mean, I didn't ask.
24     Q.   Did you talk to Mr. Feinstein
25 about a promotion?

Page 164

1      C. SIU
2      A.   I don't remember talking to him
3  about.
4      Q.   Did you ask anyone about what it
5  would mean if you were promoted?
6      A.   I tried to ask Amy like what is,
7  like in terms of compensation if I would get
8  like a sign-on bonus or, like, basically the
9  details of compensation because I, my job
10 responsibility is pretty much similar since I
11 was already performing it.
12     Q.   And what did Ms. Bartoletti say in
13 response to your question?
14     A.   She -- I think she tried to reach
15 out to management, either Brownstein or Chin
16 and they tried to find out about it and I
17 think at that time they didn't know because HR
18 still hasn't -- like decided on the numbers
19 yet or they haven't determined the number.
20 They didn't -- yeah.
21     Q.   So was it your impression as you
22 were having these discussions with your
23 colleagues in the housing group, including the
24 co-head of public finance, David Brownstein,
25 in June and July of 2008, was it your



**Page 165**

```
 1              C. SIU
 2  impression that everyone wanted you to stay?
 3      A.    After my conversation in July,
 4  yeah, like by giving me an offer as an
 5  associate.
 6      Q.    I mean, certainly if they wanted
 7  you to leave, they could have just let you
 8  leave, right?
 9      A.    Yeah.
10      Q.    They could have said, look, we're
11  not going to give you a promotion early,
12  right?
13      A.    Yes.
14      Q.    And David Brownstein didn't have
15  to become involved in trying to get an
16  approval for you a half year early for a
17  promotion, right?
18            MR. DATOO: Objection.
19      A.    Yeah, if he was the one involved.
20      Q.    And do you think you were misled
21  about the promotion?
22      A.    What do you mean?
23      Q.    Do you think, at the time you were
24  informed by Ms. Bartoletti that the public
25  finance group intended to promote you, either
```

**Page 166**

```
 1              C. SIU
 2  at the end of '08 or the beginning of '09, do
 3  you think she was being honest with you?
 4      A.    I thought she was honest with me,
 5  yeah.
 6      Q.    And do you think the housing group
 7  and public finance intended to promote you
 8  when they told you they were?
 9      A.    That was my impression at that
10  time that they intended to.
11      Q.    And of course you never got that
12  promotion, correct?
13            MR. DATOO: Objection.
14      A.    The actual offer letter?
15      Q.    The actual -- you never became an
16  associate, correct?
17      A.    Yeah, because I got terminated
18  before January, that's when I was about to,
19  like, become or like with that title,
20  associate.
21      Q.    And you mentioned earlier that you
22  had asked questions about compensation. Did
23  anyone tell you what your compensation would
24  be upon promotion to associate?
25      A.    I don't remember, but I think
```

**Page 167**

```
 1              C. SIU
 2  eventually I found out like probably on line
 3  or something.
 4      Q.    And what would your compensation
 5  have been had you become an associate?
 6      A.    I think it was like around 90
 7  something.
 8      Q.    Base salary?
 9      A.    Yeah.
10      Q.    And then you would have been
11  eligible for a discretionary bonus?
12      A.    Yes. And a sign-on bonus, too.
13      Q.    I'm sorry, and a sign-on bonus?
14      A.    Yeah.
15      Q.    What do you mean by that?
16      A.    I think that's like a stub for
17  half the year I work as an analyst from June
18  to December.
19      Q.    And who told you you would be
20  eligible for a sign-on or a stub bonus?
21      A.    It was general knowledge that
22  people usually get a stub for that year, for
23  July to December.
24      Q.    So no one told you that?
25      A.    Yeah. It was like general, like
```

**Page 168**

```
 1              C. SIU
 2  knowledge, like, yeah.
 3      Q.    But no one told you that?
 4      A.    Yeah, specifically -- yeah. Well,
 5  I did ask Amy what it would be, and then she
 6  asked, I think she asked Brownstein or Chin,
 7  and then he asked HR. And I think they said
 8  that they haven't figured it out because it's
 9  an unusual case. Like for me to be promoted
10  around that time, August.
11      Q.    At year end, you mean?
12      A.    Around August, yeah.
13      Q.    Well, the promotion wasn't going
14  to be effective in August, correct?
15      A.    Yeah, yeah.
16      Q.    It was going to be effective at
17  the end of the year?
18      A.    Yes, yes, so I guess it is too
19  early to tell, maybe.
20      Q.    Did anyone tell you they have to
21  wait to see what happens for the rest of the
22  year with the firm and it's performance?
23            MR. DATOO: Objection.
24      A.    I don't remember.
25      Q.    What was your base salary in 2008
```



Page 169

```
 1                C. SIU
 2   as a third-year analyst?
 3     A.   Third year, 80.
 4     Q.   $80,000?
 5     A.   Yeah.
 6         MR. TURNBULL: It is probably a
 7   good time for a break.
 8         MR. DATOO: Sure. Lunch?
 9         MR. TURNBULL: Lunch.
10         MR. DATOO: Back at 2?
11         THE VIDEOGRAPHER: The time now is
12   1:20 p.m. Going off the record.
13         (Lunch recess: 1:20 p.m.)
```

Page 170

```
 1                C. SIU
 2        AFTERNOON SESSION
 3              2:12 p.m.
 4         THE VIDEOGRAPHER: The time now is
 5   2:12 p.m. We're back on the record.
 6   CHIA SIU,
 7     having been previously duly sworn, was
 8     examined and testified further as
 9     follows:
10         MR. TURNBULL: I'm going to have
11     marked as Siu Exhibit 12, a one-page
12     document that has an e-mail from Martin
13     Feinstein on June 27, 2008.
14         (Siu Exhibit 12, one-page
15         document with e-mail from Martin
16         Feinstein, June 27, 2008 marked for
17         identification, as of this date.)
18   CONTINUED EXAMINATION
19   BY MR. TURNBULL:
20     Q.   Ms. Siu, you testified earlier
21   that after the layoff of Nick Fluehr, that you
22   had a discussion with a number of people,
23   including Martin Feinstein about the
24   department. Do you recall that?
25     A.   Yes, after the layoff.
```

Page 171

```
 1                C. SIU
 2     Q.   And then this, what's been marked
 3   as Siu Exhibit 12 is an e-mail you see from
 4   Martin Feinstein to Amy Bartoletti, Mike
 5   Koessel, Frank Chin and David Brownstein. Do
 6   you see that?
 7     A.   Yes.
 8     Q.   And on the top it looks like it is
 9   a follow-on e-mail, he says:
10         "I forgot to mention Chia also
11   asked about the bonus number and then last
12   year I talked her through that issue."
13         Do you see that?
14     A.   Yes.
15     Q.   And that, you testified about you
16   questioned why your bonus was lower and he
17   explained why. Right?
18     A.   Yes.
19     Q.   And then below that he lists six
20   things summarizing your thoughts based upon a
21   conversation he had with you. Do you see
22   that?
23     A.   Yes, I see his summary.
24     Q.   And so he lists six different
25   points, the first of which is:
```

Page 172

```
 1                C. SIU
 2         "How could a small group lose two
 3   professionals. Bigger groups would have felt
 4   the pain less."
 5         Do you see that?
 6     A.   Yes.
 7     Q.   Did you talk to Mr. Feinstein
 8   about that, about why your group had lost two?
 9     A.   Yes. Because we were
10   short-staffed already.
11     Q.   So you thought even before the
12   layoffs you were short-staffed?
13     A.   Yes.
14     Q.   And that the group was, in your
15   view was the group too small even before the
16   layoffs?
17     A.   Yes.
18     Q.   And so you asked how could we lose
19   two more?
20     A.   Yes.
21     Q.   And what did he respond?
22     A.   I think -- I believe he said that
23   it was for cost savings, like cost-saving
24   measure, cost-cutting saving measure.
25     Q.   And why did you believe even
```



Toll Free: 800.211.DEPO
Facsimile: 212.557.5972

1384 Broadway - 19th Floor
New York, NY 10018
www.esquiresolutions.com

CHIA SIU                                                                    June 12, 2012

### Page 173

        C. SIU
1  before the layoffs that the group was too
2  small?
3      A.  Because when I joined the housing
4  group, a normal size was, I believe like close
5  to ten, and we already lost people since the
6  beginning of the year.
7      Q.  In the earlier layoff?
8      A.  Yeah, like when I -- yeah, and we,
9  like our deal floor was pretty consistent and
10 growing.
11     Q.  I just want to make sure I heard
12 you correctly. You said normal size. Did you
13 say our normal size was ten, or did you say a
14 normal size is ten?
15     A.  Like, when I joined the group, I
16 think the housing group usually, when I first
17 joined or when I interned there it was around
18 five -- I mean, ten people, around.
19     Q.  Understood.
20     A.  It was much bigger. And we lost a
21 few people since the beginning of the year.
22     Q.  Right. Including this layoff in
23 June of 2008, it would have been at least four
24 people that you lost, right?

### Page 174

        C. SIU
1      A.  Yes.
2      Q.  So it would have brought you down
3  to six or so?
4      A.  Yeah. I forgot how many people
5  were left. Yeah, it was like Tian and me
6  and....
7      Q.  And then two, Mr. Feinstein says:
8          "Adding one associate and one
9  analyst still puts us below their original
10 staffing."
11         Do you see that?
12     A.  Yes.
13     Q.  So is that what you were referring
14 to, that even if you add an associate and an
15 analyst, we're still below ten?
16     A.  Yes.
17         MR. DATOO: Chia, let him finish
18 the question.
19         THE WITNESS: Sorry.
20     Q.  And did you and Mr. Feinstein talk
21 about possibly adding an associate and an
22 analyst?
23     A.  I don't remember, but I believe he
24 said that our group is expected to get an

### Page 175

        C. SIU
1  associate or an -- and an analyst.
2      Q.  Do you know what the size of the
3  housing groups at your competitors were?
4      A.  I don't really know.
5      Q.  And in No. 3, Mr. Feinstein says:
6  How are they, how was your group and a fine
7  time to train the new staff when the group is
8  this busy.
9          Did you discuss that with Mr.
10 Feinstein?
11     A.  I believe so.
12     Q.  Do you recall what he said on that
13 point?
14     A.  I don't I believe he comment. We
15 just had to allocate time to train them.
16     Q.  And then 4 talks about Nick.
17 That's Nick Fleuhr, right?
18     A.  Yes.
19     Q.  And you raised the issue about how
20 are we going to keep accounts?
21     A.  Um-hum.
22     Q.  I'm sorry, if you could say yes or
23 no.
24     A.  Yes.

### Page 176

        C. SIU
1      Q.  And what did Mr. Feinstein say
2  about that point?
3      A.  I don't really remember if it was
4  him or Brownstein saying that Amy and Koessel
5  could take over his account, like continue the
6  coverage.
7      Q.  And keep the accounts?
8      A.  Yes, maintain the account.
9      Q.  And then I think you testified
10 about this UBS going out of business earlier,
11 but do you recall discussing with Mr.
12 Feinstein the fact that UBS had gone out of
13 business?
14     A.  Yes, it was general market
15 knowledge that they closed down their public
16 finance department and it would have been a
17 great opportunity for the housing group to get
18 accounts because UBS was senior manager for a
19 lot of major accounts so.
20     Q.  Did Mr. Feinstein say he thought
21 the group, even without Nick, could get those
22 accounts?
23     A.  I don't remember, but, probably
24 yes. I don't see why not.



Toll Free: 800.211.DEPO
Facsimile: 212.557.5972

1384 Broadway - 19th Floor
New York, NY 10018
www.esquiresolutions.com

**Page 177**

1      C. SIU
2    Q.  And then his last point that he
3  writes about his conversation with you is, you
4  and he discussed what the group dynamics in
5  the future were going to be.
6        Do you recall discussing that with
7  Mr. Feinstein?
8    A.  Yeah, I believe we discussed the,
9  like, my concern about the group, whether the
10 company is committed to the housing group.
11   Q.  Were you concerned that by
12 shrinking the size of the group, the company
13 was showing that they were not committed to
14 the housing business?
15   A.  Yeah, it was showing, especially
16 given that the head of the housing group was
17 let go.
18   Q.  When were you told that your
19 employment would end?
20   A.  Excuse me?
21   Q.  When were you informed that you
22 were going to be let go?
23   A.  In November.
24   Q.  Of 2008?
25   A.  Yes.

**Page 178**

1      C. SIU
2    Q.  And who told you?
3    A.  It was someone from, I think she
4  works for HR department. I forgot her name.
5    Q.  Did anyone else from the group
6  meet with you, from the housing group?
7    A.  Not -- no.
8    Q.  How about anyone from public
9  finance?
10   A.  No, they didn't meet with me.
11 They just say, like -- they were kind of
12 shocked that I was selected and, you know,
13 like wished me luck.
14   Q.  When you say they were shocked,
15 who are you referring to?
16   A.  The people in my group.
17   Q.  So can you be specific.
18   A.  Yes.
19   Q.  Who did you talk to about your
20 termination?
21   A.  After I was notified about the
22 termination?
23   Q.  Yes.
24   A.  I believe Amy, like Ping, Ping
25 Hsieh, Koessel, Raymond I guess, Raymond High.

**Page 179**

1      C. SIU
2    Q.  And what did each of them say to
3  you?
4    A.  Something along the line that they
5  are shocked, and if you need help let them
6  know, something like that. I was like really,
7  like in shock that day.
8    Q.  Let me go back to the meeting that
9  you had. You said it was with someone from
10 human resources, correct, the person who told
11 you you were being terminated?
12   A.  That day. That day, yes.
13   Q.  And you can't remember that
14 person's name?
15   A.  No.
16   Q.  Do you remember whether that
17 person was a male or a female?
18   A.  I believe she was a female.
19   Q.  And was this a face-to-face
20 discussion?
21   A.  Yes.
22   Q.  Where did that take place?
23   A.  In one of the offices at Citi.
24   Q.  On your floor?
25   A.  Yes.

**Page 180**

1      C. SIU
2    Q.  What did the woman from HR say to
3  you in this meeting?
4    A.  I don't really remember. It is
5  such a long time ago. She basically hand me
6  papers telling me to pack up my stuff and that
7  I was no longer needed, so.
8    Q.  Did she tell you why you were
9  being let go?
10   A.  I think like reduction in force.
11   Q.  Did she say anything else about
12 why you were being let go?
13   A.  No, I don't remember.
14   Q.  Did you ask her any questions in
15 this meeting?
16   A.  I don't believe -- I don't
17 remember. I don't believe I did. I was just
18 shocked.
19   Q.  Do you know whether anyone else
20 from the housing group was let go in that
21 November reduction?
22   A.  Ping Hsieh was let go and Amy
23 Bartoletti and Mike Murad I think his last
24 name.
25   Q.  He was the individual that was



Toll Free: 800.211.DEPO
Facsimile: 212.557.5972

1384 Broadway - 19th Floor
New York, NY 10018
www.esquiresolutions.com

189
C. SIU
1
2  decided to let Henry go which didn't make
3  sense when we were already short-staffed, so.
4      Q.   Well, you said that at least when
5  you raised questions about some of the earlier
6  reductions, that you were told it was for
7  cost-savings reasons, correct?
8      A.   Yes.
9      Q.   And do you know whether this
10 November round of layoffs was also for
11 cost-saving reasons?
12     A.   I think that's what I was told.
13     Q.   Up until November of 2008, did you
14 think anyone from the public finance group who
15 had been terminated in 2008, was terminated
16 based on their gender?
17          MR. DATOO: Are you saying the
18     whole public finance department? Okay.
19          MR. TURNBULL: Yes.
20     A.   Like all the layoffs.
21     Q.   Up until November 2008?
22     A.   All the layoffs.
23     Q.   So we had a --
24     A.   January.
25     Q.   January. We had a March and we

190
C. SIU
1
2  had a June.
3      A.   Okay. I didn't see that in my
4  group.
5      Q.   And did you see that anywhere
6  across public finance where gender played a
7  role in a termination decision?
8      A.   Not prior to November 2008.
9      Q.   And when you said to your roommate
10 "you might need to support me," did you think
11 at that point that you might be terminated
12 because of your gender?
13     A.   It could be one of the reasons,
14 yeah. It's one of the reasons.
15     Q.   And what's the basis for that
16 belief?
17     A.   Because I guess I read articles
18 that people sometimes use a mass layoff to
19 mask gender discrimination. So it's less
20 hidden -- I mean, it's hidden.
21     Q.   So you had read articles about
22 that prior to your layoff?
23     A.   I've seen it, yeah.
24     Q.   Before your layoff?
25     A.   Yeah.

191
C. SIU
1
2      Q.   Where did you see any articles on
3  that topic?
4      A.   Like online or something.
5      Q.   And do you recall any of the
6  publications that they appeared in?
7      A.   I don't remember.
8      Q.   Did you print any of those out?
9      A.   No.
10     Q.   Any other basis for your belief
11 that one reason you might be terminated was
12 because of your gender?
13     A.   No.
14     Q.   Now, you had earlier raised
15 concerns about staying with Citigroup,
16 correct?
17     A.   Yeah, about my, the future of the
18 group and my job security, whether they would
19 let me go.
20     Q.   And you had raised concerns about
21 the size of the group?
22     A.   Yes.
23     Q.   And the group shrinking was a
24 concern of yours?
25     A.   Yeah, because it shows that the

192
C. SIU
1
2  management is not committed, it looks like
3  they are trying to eliminate the group.
4      Q.   And there was concern among people
5  within your group that you might leave after
6  the June layoffs, correct?
7           MR. DATOO: Objection.
8      A.   I guess, I don't know if they got
9  that impression based on my conversation
10 because I got other calls from recruiters and
11 other companies, so I just want to make sure
12 that my position at Citi is secure and that I
13 felt secure, like not reaching out back to
14 them.
15     Q.   But you were aware that at least
16 the others in your group -- Ping, Amy, Mike
17 Koessel, David Brownstein -- that they were
18 concerned after the June layoffs that you
19 might leave?
20          MR. DATOO: Objection.
21     Q.   You can answer.
22     A.   It might have occurred to them,
23 but they gave me the promotion as a way to
24 show me that they are committed, so it kind of
25 alleviated my concern.



Toll Free: 800.211.DEPO
Facsimile: 212.557.5972

1384 Broadway - 19th Floor
New York, NY 10018
www.esquiresolutions.com

CHIA SIU                                                    June 12, 2012

**Page 193**

1          C. SIU
2     Q.   And, in fact, Ping communicated to
3  Ms. Bartoletti that you might leave after you
4  and she met, right?
5     A.   I guess that's the impression
6  that -- from our conversation.
7     Q.   Right. And so she communicated
8  that, correct?
9     A.   Yeah, I guess she communicated to
10 Amy.
11    Q.   And that was communicated to
12 others in the group as well, right?
13    A.   Koessel I believe.
14    Q.   And Brownstein as well?
15    A.   Yes, I believe so.
16    Q.   And do you know whether anybody
17 within the group in November of 2008 would
18 think that if we did additional layoffs and
19 you remained, that you might leave?
20         MR. DATOO:  Objection.
21    A.   No, I never raised any more
22 concern after, after they gave me the
23 promotion.
24    Q.   Do you know whether David
25 Brownstein had a concern that if he kept you

**Page 194**

1          C. SIU
2  and laid off others in November of 2008 that
3  you might leave?
4          MR. DATOO:  Objection.
5     Q.   You can answer.
6     A.   I wasn't aware. If I knew, I
7  would have, like, told him that I wouldn't,
8  because I'm committed to my words. Like, if
9  I'm going to take this offer, I'm going to
10 stay until the end of the term, yeah.
11    Q.   Well, you never signed the
12 contract, the offer to be a third-year
13 analyst, right?
14    A.   Yes, because they were working on
15 the analyst position offer.
16    Q.   You mean the associate?
17    A.   Yes, I'm sorry, the associate.
18    Q.   So you never signed the analyst
19 offer letter, correct?
20    A.   Yes, because they say it's not
21 necessary and that --
22    Q.   Who said that?
23    A.   I believe it was either Marty
24 Feinstein or HR.
25    Q.   So somebody told you it was not

**Page 195**

1          C. SIU
2  necessary to sign that letter?
3     A.   Yes.
4     Q.   And that's why you didn't sign it?
5     A.   Yes. And the other reason is that
6  they were working on the associate offer.
7     Q.   And you know that, or at least you
8  testified that one of the reasons they offered
9  you that promotion was to try to convince you
10 to stay, correct?
11         MR. DATOO:  Objection.
12    A.   Yes, to address my concern to feel
13 comfortable giving up other opportunities.
14    Q.   Do you think, do you know whether
15 anyone was concerned that if the group had
16 shrunk to three people, and you were one of
17 the three, that you might leave because you
18 thought the group was too small?
19         MR. DATOO:  Objection.
20    Q.   You can answer.
21    A.   It never occurred to me that that
22 would be an issue.
23    Q.   Do you think that would be a
24 reasonable concern that someone might have --
25         MR. DATOO:  Objection.

**Page 196**

1          C. SIU
2     Q.   -- given your prior expressions
3  and concerns about the size of the group?
4          MR. DATOO:  Objection.
5     A.   What was the first half, if
6  someone would get --
7     Q.   That it would be reasonable for
8  someone to think that if the group shrunk to
9  three, from seven to three, and you were one
10 of the three, that you might leave?
11         MR. DATOO:  Objection.
12    A.   Well, I don't know how other
13 people think, but that could be a reason. But
14 like based on my performance, I'm more
15 efficient than the rest. So if anything, they
16 should have retained me because I could do
17 things, accomplish more in a shorter time
18 frame.
19    Q.   Well, when you say you are more
20 efficient than the rest, there was only one
21 other analyst, right?
22    A.   Yes.
23    Q.   And that was Tian?
24    A.   Yes.
25    Q.   When you say you are more



Toll Free: 800.211.DEPO
Facsimile: 212.557.5972

1384 Broadway - 19th Floor
New York, NY 10018
www.esquiresolutions.com

CHIA SIU                                                           June 12, 2012

**Page 205**

C. SIU

  2   A.   I can't really think of any other
  3   reasons. Because my performance review is
  4   superior.
  5   Q.   And, again, you don't know whether
  6   his was superior?
  7   A.   Yeah, I don't know, but -- well,
  8   first of all, it is impossible to be superior
  9   and I completed more deals, I ran more
 10   transactions than he did.
 11   Q.   Is an individual in the group
 12   evaluated solely on the number of transactions
 13   they complete, or are there other bases for
 14   evaluation?
 15   A.   It is sort of an indication that
 16   if they assign you to more accounts, that they
 17   are more comfortable with that person running
 18   the account.
 19   Q.   And you said earlier that Mr. High
 20   was not assigned to any student loans, right?
 21   A.   He was assigned to student loans.
 22   Q.   I'm sorry. Mr. Koessel was not,
 23   right?
 24   A.   Yes.
 25   Q.   So it was yourself, Ms.

**Page 206**

C. SIU

  2   Bartoletti, Mr. High, and while he was there,
  3   Nick Fluehr, who were doing student loans,
  4   right?
  5   A.   Yes.
  6   Q.   Do you know whether Citigroup was
  7   going to continue to do student loans going
  8   forward after November of 2008?
  9   A.   I don't know, but our main
 10   business was housing. Like student loans was
 11   just an additional revenue base for us.
 12   Q.   Do you know why Mr. Murad was let
 13   go in November of 2008?
 14   A.   Probably because he wanted to
 15   leave the group.
 16   Q.   Why do you say he wanted to leave
 17   the group?
 18   A.   He talked to -- I believe he
 19   talked to Marty stating that he wanted to
 20   transfer out of the housing group.
 21   Q.   Why do you believe that? Did you
 22   overhear that conversation?
 23   A.   Yeah. Or I sit right in front of
 24   Marty so he came out from his office and --
 25   Q.   When was that?

**Page 207**

C. SIU

  2   A.   I don't remember. It is like
  3   probably -- I don't, like, between maybe
  4   around September, October. I don't know.
  5   Around that time frame. Before the layoff.
  6   Q.   Now, Marty was in charge of the
  7   analysts, is that right?
  8   A.   And associate.
  9   Q.   So he had both analysts and
 10   associates?
 11   A.   Yes.
 12   Q.   And do you know why Ms. Bartoletti
 13   was terminated?
 14   A.   I don't know why. Like she was a
 15   great manager. She was basically doing,
 16   performing as Nick when Nick wasn't around,
 17   so.
 18   Q.   Do you know why Mr. Koessel was
 19   retained?
 20   A.   I don't know, like I guess the
 21   only reason is because he's a male.
 22   Q.   So when females were retained in
 23   earlier rounds, yourself, for example, when
 24   you were retained and Mr. Chen was let go,
 25   remember Mr. Chen replaced you on a reduction

**Page 208**

C. SIU

  2   list? Do you remember that?
  3        MR. DATOO: Objection.
  4   Q.   Do you remember that?
  5   A.   Yes, I remember that.
  6   Q.   And do you think that you were
  7   retained at that point because you are a
  8   woman?
  9   A.   No, it is definitely my
 10   performance.
 11   Q.   And do you think that Mr. Chen was
 12   let go at that point because he was a male?
 13   A.   No.
 14   Q.   So are there any males who were
 15   let go that you believe were let go because of
 16   their gender?
 17   A.   No.
 18   Q.   Are there any females who were
 19   retained who you think were retained because
 20   of their gender?
 21   A.   No. In my group. I don't know
 22   about other groups.
 23   Q.   So it is your testimony that it is
 24   only when a female is let go that gender could
 25   be a reason?



Toll Free: 800.211.DEPO
Facsimile: 212.557.5972

1384 Broadway - 19th Floor
New York, NY 10018
www.esquiresolutions.com

CHIA SIU                                                    June 12, 2012

**209**
C. SIU
2  MR. DATOO: Objection.
3  Q. Is that right?
4  MR. DATOO: Objection.
5  You can answer.
6  Q. Is that right?
7  A. I couldn't like think of any other
8  reason for them to retain less qualified male
9  over the female, but in earlier instances they
10 were the least qualified one in the group. So
11 it makes sense to let them go.
12 Q. So Nick Fluehr was the least
13 qualified person in the group when he was let
14 go?
15 A. I meant like the comparable one,
16 like the counterparts. But Nick Fluehr didn't
17 have a counterpart.
18 Q. But they didn't let Ms. Bartoletti
19 go at that point, did they?
20 A. No.
21 Q. Instead they made her a co-head of
22 the group after he was let go, right?
23 A. Yes, they made her co-head after
24 Koessel was, found out about it, about her
25 promotion.

**210**
C. SIU
2  Q. Do you think she was given that
3  position because of her gender?
4  A. No, she gave that position because
5  of her experience, like the fact that she's
6  been at Citi longer and --
7  Q. Could there be, could management
8  have had reasons for their termination
9  decisions related to you, other than your
10 gender?
11 MR. DATOO: Objection.
12 Q. You can answer.
13 A. I don't know why they would let me
14 go, especially after they gave me the
15 promotion.
16 Q. Can you think of any reason other
17 than your gender why they would have let you
18 go?
19 A. No.
20 Q. How about the fact that you had
21 previously indicated your insecurity with the
22 future and the direction of the group, could
23 that have been a reason?
24 A. Yes, but they already addressed
25 that by giving me a promotion.

**211**
C. SIU
2  Q. Right, but in November of 2008 the
3  group was shrinking again, correct?
4  A. Yes.
5  Q. And did you talk to Mr. Brownstein
6  at all about the termination decisions?
7  A. For November?
8  Q. Yes.
9  A. 2008. No, I believe he wasn't
10 even around.
11 Q. Did you talk to Mr. Chin about
12 those decisions?
13 A. No, I don't think they were around
14 at that time.
15 Q. When you say they weren't around?
16 A. Like in the office.
17 Q. Do you know when Ping was informed
18 of her termination?
19 A. When? The same time as mine
20 term -- like the November.
21 Q. Was she told the same day you were
22 told?
23 A. Yes. It usually occurs on the
24 same day.
25 Q. And does the same hold true for

**212**
C. SIU
2  the other two who were let go, they were told
3  the same day as you?
4  A. Yes.
5  Q. Were you given an offer, a
6  severance offer at the time you were told of
7  your termination?
8  A. Yes. They gave me a packet with I
9  guess the severance.
10 Q. Do you recall how much you were
11 offered in severance pay?
12 A. I think it was in the low 10, like
13 10, I don't remember. Two months or
14 something. I don't remember.
15 Q. Did you talk to Mr. Feinstein
16 about your termination?
17 A. I don't remember. I don't think
18 so.
19 Q. Other than your meeting with human
20 resources, did you talk to anybody about the
21 reason for your termination?
22 A. No. I was just so shocked, like I
23 couldn't have any....
24 Q. When you were told about your
25 termination from the woman from human



Toll Free: 800.211.DEPO
Facsimile: 212.557.5972

1384 Broadway - 19th Floor
New York, NY 10018
www.esquiresolutions.com

CHIA SIU                                                           June 12, 2012

### Page 213

```
 1        C. SIU
 2   resources, did you tell her that you thought
 3   that this was because of your gender?
 4       A.   No.
 5       Q.   Up until the day of your
 6   termination, had anything occurred during your
 7   employment at Citigroup that you felt you were
 8   treated differently because of your gender?
 9       A.   No.
10       Q.   And you never complained to anyone
11   at CitiGroup about being treated differently
12   because of your gender, correct?
13       A.   No.
14       Q.   And when you were informed -- you
15   were informed in November of 2008.  Do you
16   recall that you were paid through January 20th
17   of 2009?
18       A.   Yes.
19       Q.   And that was at your base salary
20   late of $80,000?
21       A.   I believe so.  I don't know if it
22   was, should have been the associate's.  It was
23   supposed to start in January.
24       Q.   So if you had remained employed,
25   you would have become an associate in January?
```

### Page 214

```
 1        C. SIU
 2       A.   Yes, that's what they told me.
 3       Q.   And did you ever receive any --
 4   you said at some point earlier they were
 5   working on documentation about this promotion.
 6   Did you ever receive any documentation?
 7       A.   No.  Because they say they are
 8   still working on it.
 9       Q.   And when you say they say, who is
10   they?
11       A.   Amy said that HR is working on it.
12       Q.   Do you think Amy was being honest
13   with you when she said that?
14       A.   I believed her.
15           MR. TURNBULL:  Can we take a
16       short, just a couple minute break.
17           MR. DATOO:  Sure.  Five minutes?
18           THE VIDEOGRAPHER:  The time now is
19       3:02 p.m.  This marks the end of tape
20       No. 3.  Going off the record.
21           (Recess taken.)
22           THE VIDEOGRAPHER:  The time now is
23       3:13 p.m.  This marks the beginning of
24       tape No. 4.  We're back on the record.
25   BY MR. TURNBULL:
```

### Page 215

```
 1        C. SIU
 2       Q.   Ms. Siu, do you know whether Mr.
 3   Fluehr got a job after he left Citigroup?
 4       A.   I heard that he -- yeah, he joined
 5   Bank of America.
 6       Q.   Did you and Mr. Fleuhr continue to
 7   communicate after he was terminated?
 8       A.   No.  I only hear updates about him
 9   through, like his assistant, yeah, or like
10   Amy.
11       Q.   Did you consider moving to Bank of
12   America to join Mr. Fluehr?
13       A.   No, they never approach me to join
14   him.
15       Q.   You are aware that he, Mr. Fluehr
16   took a job with Samuel A. Ramirez, correct?
17       A.   After Bank of America?  Yes.
18       Q.   Do you know when he started there?
19       A.   I'm not sure, maybe 2010 I guess.
20       Q.   And Ms. Bartoletti also went to
21   Ramirez to work, correct?
22       A.   Yes.
23       Q.   Do you have any idea how that came
24   about?
25       A.   I don't really know, but I would
```

### Page 216

```
 1        C. SIU
 2   assume Nick reached out to her about a
 3   position at Ramirez.
 4       Q.   Did you talk to Ms. Bartoletti
 5   about how she came to join Ramirez?
 6       A.   Not really.  I think she might
 7   have -- it was probably through Nick.
 8       Q.   And did you work with Mr. Fluehr
 9   and Ms. Bartoletti at Ramirez?
10       A.   I didn't work for them.  I work
11   with someone else there.  It was actually in
12   the student loan group.
13       Q.   And Ms. Bartoletti and Mr. Fluehr
14   were not working on student loans at Ramirez?
15       A.   They weren't involved.  Someone
16   else was in charge of student loan.
17       Q.   What were they working on at
18   Ramirez?
19       A.   Probably on housing or anything
20   that they could get into accounts because they
21   can't limit their option to housing given that
22   the housing market has been constricting --
23   contracting.
24           MR. DATOO:  Sorry, Ken, can we
25       just take a quick two-minute break.
```



Toll Free: 800.211.DEPO
Facsimile: 212.557.5972

1384 Broadway - 19th Floor
New York, NY 10018
www.esquiresolutions.com