# EXHIBIT 30

# APPENDIX

# TABLES

TABLE 1A
PUBLIC FINANCE DEPARTMENT - DESCRIPTIVE STATISTICS - RIF I

| GROUP | EMPLOYEES AT RISK AS OF 12/17/2007 | | | EMPLOYEES LAID-OFF IN RIF I | | | PERCENT OF TOTAL EMPLOYEES WHO WERE: | |
|---|---|---|---|---|---|---|---|---|
| | WOMEN | MEN | TOTAL | WOMEN | MEN | TOTAL | WOMEN | LAID-OFF |
| CREDIT & FIN PRODUCTS | 7 | 18 | 25 | 2 | 2 | 4 | 28.0% | 16.0% |
| FINANCIAL STRUCTURING | 0 | 7 | 7 | 0 | 0 | 0 | 0.0% | 0.0% |
| SHORT-TERM GROUP | 1 | 1 | 2 | 0 | 0 | 0 | 50.0% | 0.0% |
| AIRPORTS | 2 | 4 | 6 | 1 | 1 | 2 | 33.3% | 33.3% |
| HEALTHCARE | 13 | 27 | 40 | 1 | 1 | 2 | 32.5% | 5.0% |
| HOUSING | 4 | 6 | 10 | 1 | 1 | 2 | 40.0% | 20.0% |
| INFRASTRUCTURE | 4 | 19 | 23 | 0 | 3 | 3 | 17.4% | 13.0% |
| POWER | 0 | 10 | 10 | 0 | 0 | 0 | 0.0% | 0.0% |
| CENTRAL REGION | 1 | 7 | 8 | 0 | 0 | 0 | 12.5% | 0.0% |
| MID-ATLANTIC REGION | 3 | 5 | 8 | 0 | 1 | 1 | 37.5% | 12.5% |
| NORTHEAST | 4 | 14 | 18 | 0 | 0 | 0 | 22.2% | 0.0% |
| PR TRANSFER | 0 | 1 | 1 | 0 | 1 | 1 | 0.0% | 100.0% |
| SOUTHEAST | 4 | 13 | 17 | 0 | 2 | 2 | 23.5% | 11.8% |
| SOUTHWEST | 0 | 9 | 9 | 0 | 1 | 1 | 0.0% | 11.1% |
| WEST | 5 | 12 | 17 | 3 | 1 | 4 | 29.4% | 23.5% |
| OVERALL: | 48 | 153 | 201 | 8 | 14 | 22 | 23.9% | 10.9% |

Note: Employees include Analysts, Associates, Assistant Vice Presidents, Vice Presidents, Directors, and Managing Directors.

Appendix - Page 1 of 14

TABLE 1B
PUBLIC FINANCE DEPARTMENT - DESCRIPTIVE STATISTICS - RIF II

| GROUP | EMPLOYEES AT RISK AS OF 3/16/2008 | | | EMPLOYEES LAID-OFF IN RIF II | | | PERCENT OF TOTAL EMPLOYEES WHO WERE: | |
|---|---|---|---|---|---|---|---|---|
| | WOMEN | MEN | TOTAL | WOMEN | MEN | TOTAL | WOMEN | LAID-OFF |
| CREDIT & FIN PRODUCTS | 5 | 15 | 20 | 0 | 1 | 1 | 25.0% | 5.0% |
| FINANCIAL STRUCTURING | 0 | 7 | 7 | 0 | 0 | 0 | 0.0% | 0.0% |
| SHORT-TERM GROUP | 1 | 1 | 2 | 0 | 0 | 0 | 50.0% | 0.0% |
| AIRPORTS | 1 | 3 | 4 | 0 | 0 | 0 | 25.0% | 0.0% |
| HEALTHCARE | 11 | 27 | 38 | 0 | 0 | 0 | 28.9% | 0.0% |
| HOUSING | 3 | 5 | 8 | 0 | 1 | 1 | 37.5% | 12.5% |
| INFRASTRUCTURE | 4 | 16 | 20 | 0 | 0 | 0 | 20.0% | 0.0% |
| POWER | 0 | 10 | 10 | 0 | 0 | 0 | 0.0% | 0.0% |
| CENTRAL REGION | 1 | 7 | 8 | 0 | 0 | 0 | 12.5% | 0.0% |
| MID-ATLANTIC REGION | 3 | 4 | 7 | 0 | 0 | 0 | 42.9% | 0.0% |
| NORTHEAST | 4 | 14 | 18 | 0 | 0 | 0 | 22.2% | 0.0% |
| SOUTHEAST | 4 | 11 | 15 | 1 | 0 | 1 | 26.7% | 6.7% |
| SOUTHWEST | 0 | 8 | 8 | 0 | 1 | 1 | 0.0% | 12.5% |
| WEST | 2 | 11 | 13 | 0 | 0 | 0 | 15.4% | 0.0% |
| OVERALL: | 39 | 139 | 178 | 1 | 3 | 4 | 21.9% | 2.2% |

Note: Employees include Analysts, Associates, Assistant Vice Presidents, Vice Presidents, Directors, and Managing Directors.

TABLE 1C
PUBLIC FINANCE DEPARTMENT - DESCRIPTIVE STATISTICS - RIF III

| GROUP | EMPLOYEES AT RISK AS OF 6/22/2008 | | | EMPLOYEES LAID-OFF IN RIF III | | | PERCENT OF TOTAL EMPLOYEES WHO WERE: | |
|---|---|---|---|---|---|---|---|---|
| | WOMEN | MEN | TOTAL | WOMEN | MEN | TOTAL | WOMEN | LAID-OFF |
| ADMINISTRATION | 3 | 0 | 3 | 0 | 0 | 0 | 100.0% | 0.0% |
| CREDIT & FIN PRODUCTS | 5 | 14 | 19 | 2 | 1 | 3 | 26.3% | 15.8% |
| FINANCIAL STRUCTURING | 0 | 7 | 7 | 0 | 2 | 2 | 0.0% | 28.6% |
| SHORT-TERM GROUP | 1 | 1 | 2 | 0 | 0 | 0 | 50.0% | 0.0% |
| AIRPORTS | 1 | 3 | 4 | 0 | 1 | 1 | 25.0% | 25.0% |
| HEALTHCARE | 12 | 27 | 39 | 0 | 4 | 4 | 30.8% | 10.3% |
| HOUSING | 3 | 4 | 7 | 0 | 2 | 2 | 42.9% | 28.6% |
| INFRASTRUCTURE | 4 | 16 | 20 | 0 | 0 | 0 | 20.0% | 0.0% |
| POWER | 0 | 10 | 10 | 0 | 1 | 1 | 0.0% | 10.0% |
| CENTRAL REGION | 1 | 7 | 8 | 0 | 1 | 1 | 12.5% | 12.5% |
| MID-ATLANTIC REGION | 3 | 4 | 7 | 0 | 0 | 0 | 42.9% | 0.0% |
| NORTHEAST | 4 | 14 | 18 | 0 | 0 | 0 | 22.2% | 0.0% |
| SOUTHEAST | 3 | 11 | 14 | 0 | 0 | 0 | 21.4% | 0.0% |
| SOUTHWEST | 0 | 7 | 7 | 0 | 0 | 0 | 0.0% | 0.0% |
| WEST | 2 | 11 | 13 | 0 | 1 | 1 | 15.4% | 7.7% |
| OVERALL: | 42 | 136 | 178 | 2 | 13 | 15 | 23.6% | 8.4% |

Note: Employees include Analysts, Associates, Assistant Vice Presidents, Vice Presidents, Directors, and Managing Directors.

TABLE 1D
PUBLIC FINANCE DEPARTMENT - DESCRIPTIVE STATISTICS - RIF IV

| GROUP | EMPLOYEES AT RISK AS OF 11/17/2008 | | | EMPLOYEES LAID-OFF IN RIF IV | | | PERCENT OF TOTAL EMPLOYEES WHO WERE: | |
|---|---|---|---|---|---|---|---|---|
| | WOMEN | MEN | TOTAL | WOMEN | MEN | TOTAL | WOMEN | LAID-OFF |
| ADMINISTRATION | 3 | 0 | 3 | 0 | 0 | 0 | 100.0% | 0.0% |
| CREDIT & FIN PRODUCTS | 2 | 8 | 10 | 0 | 3 | 3 | 20.0% | 30.0% |
| FINANCIAL STRUCTURING | 1 | 4 | 5 | 0 | 0 | 0 | 20.0% | 0.0% |
| SHORT-TERM GROUP | 1 | 1 | 2 | 0 | 0 | 0 | 50.0% | 0.0% |
| AIRPORTS | 2 | 2 | 4 | 0 | 0 | 0 | 50.0% | 0.0% |
| HEALTHCARE | 14 | 22 | 36 | 3 | 1 | 4 | 38.9% | 11.1% |
| HOUSING | 3 | 4 | 7 | 3 | 1 | 4 | 42.9% | 57.1% |
| INFRASTRUCTURE | 3 | 15 | 18 | 3 | 2 | 5 | 16.7% | 27.8% |
| POWER | 0 | 9 | 9 | 0 | 2 | 2 | 0.0% | 22.2% |
| CENTRAL REGION | 1 | 6 | 7 | 1 | 0 | 1 | 14.3% | 14.3% |
| MID-ATLANTIC REGION | 3 | 4 | 7 | 0 | 2 | 2 | 42.9% | 28.6% |
| NORTHEAST | 3 | 15 | 18 | 1 | 2 | 3 | 16.7% | 16.7% |
| SOUTHEAST | 2 | 11 | 13 | 1 | 1 | 2 | 15.4% | 15.4% |
| SOUTHWEST | 0 | 7 | 7 | 0 | 2 | 2 | 0.0% | 28.6% |
| WEST | 2 | 11 | 13 | 1 | 0 | 1 | 15.4% | 7.7% |
| OVERALL: | 40 | 119 | 159 | 13 | 16 | 29 | 25.2% | 18.2% |

Note: Employees include Analysts, Associates, Assistant Vice Presidents, Vice Presidents, Directors, and Managing Directors.

Appendix - Page 4 of 14

TABLE 2A

EMPLOYEES AT RISK AND LAID-OFF IN PLAINTIFFS' GROUPS, BY POSITION AND GENDER - RIF I

| RIF I - Counts as of 12/17/2007 | | HEALTHCARE | | | HOUSING | | | INFRASTRUCTURE | | | SOUTHEAST | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| POSITION | | WOMEN | MEN | TOTAL | WOMEN | MEN | TOTAL | WOMEN | MEN | TOTAL | WOMEN | MEN | TOTAL |
| ANALYST | AT RISK: | 3 | 4 | 7 | 2 | 1 | 3 | 2 | 5 | 7 | 2 | 0 | 2 |
|  | LAID-OFF: | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 1 | 1 | 0 | 0 | 0 |
| ASSOCIATE | AT RISK: | 3 | 3 | 6 | 0 | 1 | 1 | 1 | 4 | 5 | 0 | 2 | 2 |
|  | LAID-OFF: | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| ASST. VICE PRESIDENT | AT RISK: | 1 | 1 | 2 | - | - | - | - | - | - | 0 | 1 | 1 |
|  | LAID-OFF: | 0 | 0 | 0 | - | - | - | - | - | - | 0 | 0 | 0 |
| VICE PRESIDENT | AT RISK: | 2 | 3 | 5 | 1 | 2 | 3 | - | - | - | 2 | 1 | 3 |
|  | LAID-OFF: | 1 | 1 | 2 | 0 | 1 | 1 | - | - | - | 0 | 0 | 0 |
| DIRECTOR | AT RISK: | 2 | 10 | 12 | 1 | 1 | 2 | 1 | 6 | 7 | 0 | 7 | 7 |
|  | LAID-OFF: | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 0 | 1 | 1 |
| MANAGING DIRECTOR | AT RISK: | 2 | 6 | 8 | 0 | 1 | 1 | 0 | 4 | 4 | 0 | 2 | 2 |
|  | LAID-OFF: | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| OVERALL | AT RISK: | 13 | 27 | 40 | 4 | 6 | 10 | 4 | 19 | 23 | 4 | 13 | 17 |
|  | LAID-OFF: | 1 | 1 | 2 | 1 | 1 | 2 | 0 | 3 | 3 | 0 | 2 | 2 |

TABLE 2B
EMPLOYEES AT RISK AND LAID-OFF IN PLAINTIFFS' GROUPS, BY POSITION AND GENDER - RIF II

| RIF II - Counts as of 3/16/2008 | | HEALTHCARE | | | HOUSING | | | INFRASTRUCTURE | | | SOUTHEAST | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| POSITION | | WOMEN | MEN | TOTAL | WOMEN | MEN | TOTAL | WOMEN | MEN | TOTAL | WOMEN | MEN | TOTAL |
| ANALYST | AT RISK: | 3 | 6 | 9 | 1 | 1 | 2 | 2 | 4 | 6 | 2 | 0 | 2 |
| | LAID-OFF: | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ASSOCIATE | AT RISK: | 1 | 3 | 4 | 0 | 1 | 1 | 0 | 3 | 3 | 0 | 1 | 1 |
| | LAID-OFF: | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ASST. VICE PRESIDENT | AT RISK: | 2 | 0 | 2 | - | - | - | 1 | 1 | 2 | 0 | 1 | 1 |
| | LAID-OFF: | 0 | 0 | 0 | - | - | - | 0 | 0 | 0 | 0 | 0 | 0 |
| VICE PRESIDENT | AT RISK: | 1 | 2 | 3 | 1 | 1 | 2 | - | - | - | 1 | 1 | 2 |
| | LAID-OFF: | 0 | 0 | 0 | 0 | 1 | 1 | - | - | - | 1 | 0 | 1 |
| DIRECTOR | AT RISK: | 1 | 10 | 11 | 1 | 1 | 2 | 1 | 3 | 4 | 1 | 5 | 6 |
| | LAID-OFF: | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| MANAGING DIRECTOR | AT RISK: | 3 | 6 | 9 | 0 | 1 | 1 | 0 | 5 | 5 | 0 | 3 | 3 |
| | LAID-OFF: | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| OVERALL | AT RISK: | 11 | 27 | 38 | 3 | 5 | 8 | 4 | 16 | 20 | 4 | 11 | 15 |
| | LAID-OFF: | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 0 | 1 |

TABLE 2C
EMPLOYEES AT RISK AND LAID-OFF IN PLAINTIFFS' GROUPS, BY POSITION AND GENDER - RIF III

| RIF III - Counts as of 6/22/2008 | | HEALTHCARE | | | HOUSING | | | INFRASTRUCTURE | | | SOUTHEAST | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| POSITION | | WOMEN | MEN | TOTAL | WOMEN | MEN | TOTAL | WOMEN | MEN | TOTAL | WOMEN | MEN | TOTAL |
| ANALYST | AT RISK: | 3 | 6 | 9 | 1 | 1 | 2 | 2 | 4 | 6 | 2 | 0 | 2 |
|  | LAID-OFF: | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| ASSOCIATE | AT RISK: | 1 | 3 | 4 | 0 | 1 | 1 | 0 | 3 | 3 | 0 | 1 | 1 |
|  | LAID-OFF: | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ASST. VICE PRESIDENT | AT RISK: | 3 | 0 | 3 | - | - | - | 1 | 1 | 2 | 0 | 1 | 1 |
|  | LAID-OFF: | 0 | 0 | 0 | - | - | - | 0 | 0 | 0 | 0 | 0 | 0 |
| VICE PRESIDENT | AT RISK: | 1 | 2 | 3 | 1 | 0 | 1 | - | - | - | 0 | 1 | 1 |
|  | LAID-OFF: | 0 | 1 | 1 | 0 | 0 | 0 | - | - | - | 0 | 0 | 0 |
| DIRECTOR | AT RISK: | 1 | 10 | 11 | 1 | 1 | 2 | 1 | 3 | 4 | 1 | 5 | 6 |
|  | LAID-OFF: | 0 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| MANAGING DIRECTOR | AT RISK: | 3 | 6 | 9 | 0 | 1 | 1 | 0 | 5 | 5 | 0 | 3 | 3 |
|  | LAID-OFF: | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| OVERALL | AT RISK: | 12 | 27 | 39 | 3 | 4 | 7 | 4 | 16 | 20 | 3 | 11 | 14 |
|  | LAID-OFF: | 0 | 4 | 4 | 0 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 |

TABLE 2D
EMPLOYEES AT RISK AND LAID-OFF IN PLAINTIFFS' GROUPS, BY POSITION AND GENDER - RIF IV

| RIF IV - Counts as of 11/17/2008 | | HEALTHCARE | | | HOUSING | | | INFRASTRUCTURE | | | SOUTHEAST | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| POSITION | | WOMEN | MEN | TOTAL | WOMEN | MEN | TOTAL | WOMEN | MEN | TOTAL | WOMEN | MEN | TOTAL |
| ANALYST | AT RISK: | 5 | 4 | 9 | 1 | 1 | 2 | 1 | 3 | 4 | - | - | - |
| | LAID-OFF: | 1 | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 1 | - | - | - |
| ASSOCIATE | AT RISK: | 1 | 3 | 4 | 0 | 2 | 2 | 0 | 3 | 3 | 1 | 1 | 2 |
| | LAID-OFF: | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| ASST. VICE PRESIDENT | AT RISK: | 3 | 0 | 3 | - | - | - | 1 | 1 | 2 | 0 | 1 | 1 |
| | LAID-OFF: | 1 | 0 | 1 | - | - | - | 1 | 0 | 1 | 0 | 0 | 0 |
| VICE PRESIDENT | AT RISK: | 1 | 1 | 2 | 1 | 0 | 1 | - | - | - | 0 | 1 | 1 |
| | LAID-OFF: | 0 | 0 | 0 | 1 | 0 | 1 | - | - | - | 0 | 0 | 0 |
| DIRECTOR | AT RISK: | 1 | 9 | 10 | 1 | 1 | 2 | 1 | 4 | 5 | 1 | 5 | 6 |
| | LAID-OFF: | 1 | 0 | 1 | 1 | 0 | 1 | 1 | 2 | 3 | 1 | 1 | 2 |
| MANAGING DIRECTOR | AT RISK: | 3 | 5 | 8 | - | - | - | 0 | 4 | 4 | 0 | 3 | 3 |
| | LAID-OFF: | 0 | 1 | 1 | - | - | - | 0 | 0 | 0 | 0 | 0 | 0 |
| OVERALL | AT RISK: | 14 | 22 | 36 | 3 | 4 | 7 | 3 | 15 | 18 | 2 | 11 | 13 |
| | LAID-OFF: | 3 | 1 | 4 | 3 | 1 | 4 | 3 | 2 | 5 | 1 | 1 | 2 |

TABLE 3
CROSS-GROUP REGRESSIONS OF PERCENT RIFFED ON PERCENT WOMEN: RIF I - RIF IV

| ESTIMATION METHOD | RIF I | | | RIF II | | | RIF III | | | RIF IV | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SAMPLE SIZE | COEFFICIENT | P-VALUE | SAMPLE SIZE | COEFFICIENT | P-VALUE | SAMPLE SIZE | COEFFICIENT | P-VALUE | SAMPLE SIZE | COEFFICIENT | P-VALUE |
| (1) ORDINARY LEAST SQUARES | 15 | -0.315 | 0.572 | 14 | -0.01 | 0.926 | 15 | -0.102 | 0.243 | 15 | -0.181 | 0.096 |
| (2) WEIGHTED ORDINARY LEAST SQUARES | 15 | 0.193 | 0.312 | 14 | 0.007 | 0.955 | 15 | -0.032 | 0.807 | 15 | -0.131 | 0.414 |

Note: A $p$-value that is greater than 0.05 corresponds to a t-statistic that is not statistically significant for a two-tail test at the 95 percent level of confidence; $p$-values for the Ordinary Least Squares results above are calculated using robust standard errors.

TABLE 4A
EXACT TEST RESULTS FOR INDEPENDENCE OF GENDER AND RIF
IN PLAINTIFFS' GROUPS AND POSITIONS - BARTOLETTI

| | SAMPLE | RIF I | | RIF II | | RIF III | | RIF IV | |
|---|---|---|---|---|---|---|---|---|---|
| | | TEST | P-VALUE | TEST | P-VALUE | TEST | P-VALUE | TEST | P-VALUE |
| (1) | DIRECTORs in HOUSING GROUP | No RIFs | | No RIFs | | No RIFs | | Fisher's Exact | 1.000 |
| (2) | VICE PRESIDENTs and DIRECTORs in HOUSING GROUP | Fisher's Exact | 1.000 | Fisher's Exact | 1.000 | No RIFs | | Fisher's Exact | 0.333 |
| (3) | DIRECTORs and MANAGING DIRECTORs in HOUSING GROUP | No RIFs | | No RIFs | | Fisher's Exact | 1.000 | Fisher's Exact | 1.000 |
| (4) | ANALYSTs, ASSOCIATEs, ASST. VICE PRESIDENTs, VICE PRESIDENTs, DIRECTORs, MANAGING DIRECTORs in HOUSING GROUP | Exact Test of Conditional Independence | 1.000 | Exact Test of Conditional Independence | 1.000 | Exact Test of Conditional Independence | 1.000 | Exact Test of Conditional Independence | 0.500 |

Note: The Zelen Exact Test for the Homogeneity of Odds Ratios, when computable (i.e., RIF I), does not reject the null hypothesis for Sample (4).

TABLE 4B
EXACT TEST RESULTS FOR INDEPENDENCE OF GENDER AND RIF
IN PLAINTIFFS' GROUPS AND POSITIONS - CONLEY

| | SAMPLE | RIF I | | RIF II | | RIF III | | RIF IV | |
|---|---|---|---|---|---|---|---|---|---|
| | | TEST | P-VALUE | TEST | P-VALUE | TEST | P-VALUE | TEST | P-VALUE |
| (1) | DIRECTORs in HEALTHCARE GROUP | No RIFs | | No RIFs | | Fisher's Exact | 1.000 | Fisher's Exact | 0.100 |
| (2) | VICE PRESIDENTs and DIRECTORs in HEALTHCARE GROUP | Fisher's Exact | 0.427 | No RIFs | | Fisher's Exact | 1.000 | Fisher's Exact | 0.167 |
| (3) | DIRECTORs and MANAGING DIRECTORs in HEALTHCARE GROUP | No RIFs | | No RIFs | | Fisher's Exact | 1.000 | Fisher's Exact | 0.405 |
| (4) | ANALYSTs, ASSOCIATEs, ASST. VICE PRESIDENTs, VICE PRESIDENTs, DIRECTORs, MANAGING DIRECTORs in HEALTHCARE GROUP | Exact Test of Conditional Independence | 1.000 | No RIFs | | Exact Test of Conditional Independence | 0.568 | Exact Test of Conditional Independence | 0.260 |

Note: The Zelen Exact Test for the Homogeneity of Odds Ratios, when computable (i.e., RIF IV), does not reject the null hypothesis for Sample (4).

Appendix - Page 11 of 14

TABLE 4C
EXACT TEST RESULTS FOR INDEPENDENCE OF GENDER AND RIF
IN PLAINTIFFS' GROUPS AND POSITIONS - MENTOR

| | SAMPLE | RIF I TEST | RIF I P-VALUE | RIF II TEST | RIF II P-VALUE | RIF III TEST | RIF III P-VALUE | RIF IV TEST | RIF IV P-VALUE |
|---|---|---|---|---|---|---|---|---|---|
| (1) | VICE PRESIDENTs in SOUTHEAST GROUP | No RIFs | | Not Relevant | | Not Relevant | | Not Relevant | |
| (2) | DIRECTORs in SOUTHEAST GROUP | Not Relevant | | No RIFs | | No RIFs | | Fisher's Exact | 0.333 |
| (3) | VICE PRESIDENTs and DIRECTORs in SOUTHEAST GROUP | Fisher's Exact | 1.000 | Fisher's Exact | 0.250 | No RIFs | | Fisher's Exact | 0.286 |
| (4) | DIRECTORs and MANAGING DIRECTORs in SOUTHEAST GROUP | Not Relevant | | No RIFs | | No RIFs | | Fisher's Exact | 0.222 |
| (5) | ANALYSTs, ASSOCIATEs, ASST. VICE PRESIDENTs, VICE PRESIDENTs, DIRECTORs, MANAGING DIRECTORs in SOUTHEAST GROUP | Exact Test of Conditional Independence not computable | | Exact Test of Conditional Independence | 1.000 | No RIFs | | Exact Test of Conditional Independence | 0.333 |

Note: The Zelen Exact Test for the Homogeneity of Odds Ratios could not be constructed for any of the RIF events in Sample (5).

TABLE 4D
EXACT TEST RESULTS FOR INDEPENDENCE OF GENDER AND RIF
IN PLAINTIFFS' GROUPS AND POSITIONS - SHARPTON

| | SAMPLE | RIF I | | RIF II | | RIF III | | RIF IV | |
|---|---|---|---|---|---|---|---|---|---|
| | | TEST | P-VALUE | TEST | P-VALUE | TEST | P-VALUE | TEST | P-VALUE |
| (1) | ANALYSTs in INFRASTRUCTURE GROUP | Fisher's Exact | 1.000 | No RIFs | | No RIFs | | Fisher's Exact | 0.250 |
| (2) | ANALYSTs and ASSOCIATEs in INFRASTRUCTURE GROUP | Fisher's Exact | 1.000 | No RIFs | | No RIFs | | Fisher's Exact | 0.143 |
| (3) | ANALYSTs, ASSOCIATEs, ASST. VICE PRESIDENTs, VICE PRESIDENTs, DIRECTORs, MANAGING DIRECTORs in INFRASTRUCTURE GROUP | Exact Test of Conditional Independence | 1.000 | No RIFs | | No RIFs | | Exact Test of Conditional Independence | 0.075 |

Note: The Zelen Exact Test for the Homogeneity of Odds Ratios could not be constructed for any of the RIF events in Sample (3).

TABLE 4E
EXACT TEST RESULTS FOR INDEPENDENCE OF GENDER AND RIF
IN PLAINTIFFS' GROUPS AND POSITIONS - SIU

| | SAMPLE | RIF I | | RIF II | | RIF III | | RIF IV | |
|---|---|---|---|---|---|---|---|---|---|
| | | TEST | P-VALUE | TEST | P-VALUE | TEST | P-VALUE | TEST | P-VALUE |
| (1) | ANALYSTs in HOUSING GROUP | Fisher's Exact | 1.000 | No RIFs | | Fisher's Exact | 1.000 | Fisher's Exact | 1.000 |
| (2) | ANALYSTs and ASSOCIATEs in HOUSING GROUP | Fisher's Exact | 1.000 | No RIFs | | Fisher's Exact | 1.000 | Fisher's Exact | 1.000 |
| (3) | ANALYSTs, ASSOCIATEs, ASST. VICE PRESIDENTs, VICE PRESIDENT, DIRECTORs, MANAGING DIRECTORs in HOUSING GROUP | Exact Test of Conditional Independence | 1.000 | Exact Test of Conditional Independence | 1.000 | Exact Test of Conditional Independence | 1.000 | Exact Test of Conditional Independence | 0.500 |

Note: The Zelen Exact Test for the Homogeneity of Odds Ratios, when computable (i.e., RIF I), does not reject the null hypothesis for Sample (3).

Appendix - Page 14 of 14