# EXHIBIT 33



Thomas H. Green
Managing Director
Public Finance Department
Municipal Securities Division
Tel 617 346 9253
thomas.h.green@citigroup.com

REDACTED



| 1st Year | | 70 | 70 | 40,000 |
|---|---|---|---|---|



| ① M. Chinn | 60 | 43,600 / 47 / 34,61.54 | 107,061.54 / 107 | +10 70 |
| ② Brittany | 60 | 40,600 bonus / 47 / 490.38 / OT / Summer-training | 107,902 / 107,.38 | +10 70 July |



REDACTED

Citigroup Global Markets Inc.
2 International Place 10th Floor, Boston, MA 02110  Fax 617 346 9255

PLAINTIFF'S
EXHIBIT
471
ALL-STATE LEGAL®

SM 6/17/08 Analysts          V

Britty

— attention to detail
— "agency" vs "authority" consistency
— some improvement

— development → understand the context
           → ask Q's
           — use the transaction to learn

CGMI_BART001219

6/16/08 DLmA

Matt Chin                    Synagro              — Ambassador
— Jason's side hick                                 DBC
— Water Chemistry; CO2 tax issue                    was in
— Denver RTD Pro to Lang/Hitshift                   refuge
— #'s, modeling Excel
— CRRA RFP proposal
— good attention to detail
— works with Carrado
— quiet, shy, narrow
— client - network limited



REDACTED

CONFIDENTIAL

Jason Baron

1) Matt Chin
   — Freedom Tower model
   — very smart
   — works very hard
   — ⎧ $CO_2$ ZONE            Matt can handle it
     ⎨ S Parties            Shan couldn't handle it
     ⎪ FT                   replaced Shan on Sparts
     ⎩ Synagro - Carlyle; sewage sludge

   — very good analyst
   — Strong quantitative; does the modelling
   — attention to detail very strong
   — good attitude
   — will do the basic stuff — TNC
   — development goals:
                    (1) understand the deals better
                    (2)

   — Matt always seeks Feedback