# EXHIBIT 34

To:         Green, Thomas H [CMB-MSDB][]
From:       Corrado, William M [CMB-MSDB]
Sent:       Wed 5/28/2008 12:24:02 PM
Importance: Low
Sensitivity: None
Subject:    RE: Analyst Grades
Categories: urn:content-classes:message

Analyst Ratings.doc

Tom - here are the final ratings that I will provide to Marty this morning. Bill

William M. Corrado
Director
Citigroup Global Markets Inc.
390 Greenwich Street
New York, NY 10013
(212) 723-4879
(212) 723-8581 fax
william.m.corrado@citigroup.com

The information in this message and attachments ("Message") may be confidential or otherwise protected by law. If you are not an intended recipient, please immediately notify the sender, delete all copies of the Message, and do not disclose or make improper use of it. Electronic messages are not secure or error free, may contain viruses and may be delayed or tampered with, and the sender is not liable for any such occurrences. The sender reserves the right to monitor, record and retain electronic messages.

-----Original Message-----
From: Green, Thomas H [CMB-MSDB]
Sent: Tuesday, May 27, 2008 10:17 AM
To: Corrado, William M [CMB-MSDB]
Subject: Re: Analyst Grades

Bill, here are my thoughts:

A - [Redacted]
B - [Redacted] B. Sharpton, M. Chin

----- Original Message -----
From: Corrado, William M [CMB-MSDB]
To: Green, Thomas H [CMB-MSDB]; Bradshaw, Tom [CMB-MSDB]; Feheley, Jamison [CMB-MSDB]; Livingstone, David [CMB-MSDB]; Marino, Ronald J [CMB-MSDB]; Swain, Kimberly [CMB-MSDB]; Wood, Stephen [CMB-MSDB]
Sent: Tue May 27 09:43:22 2008
Subject: Analyst Grades



CGMI_BART020498

CONFIDENTIAL

Infrastructure Group Officers -- I am delinquent (due last Friday) in gathering grades for our five analysts. Please see information below and let me know your thoughts today. Thanks. Bill.

William M. Corrado
Director
Citigroup Global Markets Inc.
390 Greenwich Street
New York, NY 10013
(212) 723-4879
(212) 723-8581 fax
william.m.corrado@citigroup.com

The information in this message and attachments ("Message") may be confidential or otherwise protected by law. If you are not an intended recipient, please immediately notify the sender, delete all copies of the Message, and do not disclose or make improper use of it. Electronic messages are not secure or error free, may contain viruses and may be delayed or tampered with, and the sender is not liable for any such occurrences. The sender reserves the right to monitor, record and retain electronic messages.

Copy e-mail

The department will soon be starting the analyst year-end (analyst year end is July) review process.

Just to remind you:

    1.    The analyst should have already filled in their goals. You should be able to review/print them through the GTMS system (accessible through your Citi employee portal). If you do not have access to your analyst goals, please call me immediately.

    2.    Each analyst must be graded using the following grading scale:

        A -    Superior Candidate - The candidate has shown superior skills in (1) final work product, (2) time management, (3) multi-tasking, and (4) meeting deadlines. The candidate has consistently been ranked outstanding on each project they have participated in.

        B -    Average Candidate - The candidate has done all they have been asked to do. Their work product is good but not excellent. This person is not on track to be asked to remain as an associate.

        C -    Below Average Candidate - The candidate has not improved to the level of average candidate. Their work is at the acceptable level and they do show signs of improving.

    + / - should try to be avoided when grading.

Like last year, there will be a considerable

CONFIDENTIAL

CGMI_BART020499

|  |  | Chin | Sharpton |
|---|---|---|---|
| Green |  | B | B |
| Bradshaw |  | - | - |
| Livingstone |  | B | - |
| Marino | Redacted | - | - |
| Corrado |  | B | B |
| Feheley |  | - | - |
| Swain |  | - | - |
| Wood |  | A | B |
|  |  |  |  |
| RATING |  | B | B |



CONFIDENTIAL

CGMI_BART020502