# EXHIBIT 35

| | | |
|---|---|---|
| From: | Pond, Sherrise [CMB-MSDB] | |
| Sent: | Monday, December 03, 2007 11:39 PM | |
| To: | Sharpton, Brittany [CMB-MSDB] | |
| Subject: | RE: K.S. and M.B. are in her office | |
| Importance: | Low | |



You won't be cut out of the deal! I was just joking. Don't stress. I think for K.S. she just wants to see that you are improving. So just think about what mistakes you made last time and try to avoid making them.

Sherrise Pond
Municipal Securities Division
Citigroup Global Markets Inc.
390 Greenwich Street, 2nd Floor
New York, NY 10013
Tel: (212) 723-4539
Fax: (212) 723-8939
sherrise.pond@citigroup.com

The information in this message and attachments ("Message") may be confidential or otherwise protected by law. If you are not an intended recipient, please immediately notify the sender, delete all copies of the Message, and do not disclose or make improper use of it. Electronic messages are not secure or error free, may contain viruses and may be delayed or tampered with, and the sender is not liable for any such occurrences. The sender reserves the right to monitor, record and retain electronic messages.

> _____
> From:       Sharpton, Brittany [CMB-MSDB]
> Sent: Monday, December 03, 2007 6:36 PM
> To:    Pond, Sherrise [CMB-MSDB]
> Subject:     RE: K.S. and M.B. are in her office
>
> I've been to Taz's place twice. They are pretty good. I have stray
> hairs growing in, but I'm going to wait a little longer.
>
> Ok. I'll order now and let you know..
>
> Thanks.
>
> P.S. Do you think that if I'm cut out of the deal, my review will
> suffer?
>
>
> Brittany Sharpton
> Citi | Municipal Securities Division
> 390 Greenwich St., 2nd Fl | New York, NY 10013
> Tel: (212) 723-4093 | Fax: (212) 723-8939

1

> 
> 
> This message may contain confidential or legally privileged
> information. If you are not the intended recipient please notify me
> and delete this message from your computer. Citi may monitor, record,
> and retain e-mail messages.
> 
> IRS Circular 230 Disclosure: Citi is not in the business of providing
> tax or legal advice. This email is not intended and cannot be used or
> relied upon for tax or legal advice.
> 
> 
> 
> _____

> From:           Pond, Sherrise [CMB-MSDB]
> Sent:   Monday, December 03, 2007 6:34 PM
> To:     Sharpton, Brittany [CMB-MSDB]
> Subject:        RE: K.S. and M.B. are in her office
>
> I just ordered a salad from Greenwich since they are quick.
>
> I wanted to check out the threading place Tazreen suggested, but they
> close at 7:30 and I don't want to have to rush. Plus my nails are in
> pretty poor shape. Yuya's closes at 8:30, so if we could get there by
> 7:30, 7:45, we should have plenty o' time.
>
> If they cut you out the deal then we can leave earlier :)
>
> Can you order your food now if possible? I'll pick it up if you need
> me to.
>
> Sherrise Pond
> Municipal Securities Division
> Citigroup Global Markets Inc.
> 390 Greenwich Street, 2nd Floor
> New York, NY 10013
> Tel: (212) 723-4539
> Fax: (212) 723-8939
> sherrise.pond@citigroup.com
>

> The information in this message and attachments ("Message") may be
> confidential or otherwise protected by law. If you are not an
> intended recipient, please immediately notify the sender, delete all
> copies of the Message, and do not disclose or make improper use of it.
> Electronic messages are not secure or error free, may contain viruses
> and may be delayed or tampered with, and the sender is not liable for
> any such occurrences. The sender reserves the right to monitor,
> record and retain electronic messages.
> 
> 
> 
> _____

CONFIDENTIAL

CGMI_BART021328

> From:           Sharpton, Brittany [CMB-MSDB]
> Sent: Monday, December 03, 2007 6:31 PM
> To:    Pond, Sherrise [CMB-MSDB]
> Subject:        RE: K.S. and M.B. are in her office
>
> Yeah, I need a manicure too. I guess this will be over by 7? Then she
> is prob going to want to talk to us (unless they cut me out the
> deal...remember the time she/they screamed at me for moving too slow
> and making errors...the time I had to tell mb about herself?...lol,
> well, that was the time). I'm hungry. What are you ordering?
>
>
> Brittany Sharpton
> Citi | Municipal Securities Division
> 390 Greenwich St., 2nd Fl | New York, NY 10013
> Tel: (212) 723-4093 | Fax: (212) 723-8939
>
>
> This message may contain confidential or legally privileged
> information. If you are not the intended recipient please notify me
> and delete this message from your computer. Citi may monitor, record,
> and retain e-mail messages.
>
> IRS Circular 230 Disclosure: Citi is not in the business of providing
> tax or legal advice. This email is not intended and cannot be used or
> relied upon for tax or legal advice.
>
>
>
> _____
> From:           Pond, Sherrise [CMB-MSDB]
> Sent: Monday, December 03, 2007 6:27 PM
> To:    Sharpton, Brittany [CMB-MSDB]
> Subject:        RE: K.S. and M.B. are in her office
>
> Yeah, that's kind of weird that MB didn't suggest you guys walk over
> there together. But it's not a big deal. And you can't hang up now, so
> you have to stay on the phone.
>
> When will you be done. I was going to order something really quick
> then go to Yuya's Nails to get my eyebrows done and a mani. You in?
>
> Sherrise Pond
> Municipal Securities Division
> Citigroup Global Markets Inc.
> 390 Greenwich Street, 2nd Floor
> New York, NY 10013
> Tel: (212) 723-4539
> Fax: (212) 723-8939
> sherrise.pond@citigroup.com
>
> The information in this message and attachments ("Message") may be

CONFIDENTIAL

CGMI_BART021329

> confidential or otherwise protected by law. If you are not an
> intended recipient, please immediately notify the sender, delete all
> copies of the Message, and do not disclose or make improper use of it.
> Electronic messages are not secure or error free, may contain viruses
> and may be delayed or tampered with, and the sender is not liable for
> any such occurrences. The sender reserves the right to monitor,
> record and retain electronic messages.
>
>
>
> _____
> From:        Sharpton, Brittany [CMB-MSDB]
> Sent: Monday, December 03, 2007 6:24 PM
> To:    Pond, Sherrise [CMB-MSDB]
> Subject:        RE: K.S. and M.B. are in her office
>
> Yeah...I just would thought that she would ask me and MB to come into
> her office if that's what she wanted. The last 2 times we met, she
> asked us to come in. I feel left out ;-(
>
>
> Brittany Sharpton
> Citi | Municipal Securities Division
> 390 Greenwich St., 2nd Fl | New York, NY 10013
> Tel: (212) 723-4093 | Fax: (212) 723-8939
>
>
> This message may contain confidential or legally privileged
> information. If you are not the intended recipient please notify me
> and delete this message from your computer. Citi may monitor, record,
> and retain e-mail messages.
>
> IRS Circular 230 Disclosure: Citi is not in the business of providing
> tax or legal advice. This email is not intended and cannot be used or
> relied upon for tax or legal advice.
>
>
>
> _____
> From:         Pond, Sherrise [CMB-MSDB]
> Sent: Monday, December 03, 2007 6:22 PM
> To:    Sharpton, Brittany [CMB-MSDB]
> Subject:        RE: K.S. and M.B. are in her office
>
> Are you on the phone with them?
>
> Sherrise Pond
> Municipal Securities Division
> Citigroup Global Markets Inc.
> 390 Greenwich Street, 2nd Floor
> New York, NY 10013
> Tel: (212) 723-4539

4

CONFIDENTIAL

CGMI_BART021330

> Fax: (212) 723-8939
> sherrise.pond@citigroup.com
>
> The information in this message and attachments ("Message") may be
> confidential or otherwise protected by law. If you are not an
> intended recipient, please immediately notify the sender, delete all
> copies of the Message, and do not disclose or make improper use of it.
> Electronic messages are not secure or error free, may contain viruses
> and may be delayed or tampered with, and the sender is not liable for
> any such occurrences. The sender reserves the right to monitor,
> record and retain electronic messages.
>
>
>
> _____
> From:          Sharpton, Brittany [CMB-MSDB]
> Sent: Monday, December 03, 2007 6:16 PM
> To:    Pond, Sherrise [CMB-MSDB]
> Subject:       K.S. and M.B. are in her office
>
> Ummm....I guess I was not invited? Should I go in there too?
>
>
>
>
> Brittany Sharpton
> Citi | Municipal Securities Division
> 390 Greenwich St., 2nd Fl | New York, NY 10013
> Tel: (212) 723-4093 | Fax: (212) 723-8939
>
>
> This message may contain confidential or legally privileged
> information. If you are not the intended recipient please notify me
> and delete this message from your computer. Citi may monitor, record,
> and retain e-mail messages.
>
> IRS Circular 230 Disclosure: Citi is not in the business of providing
> tax or legal advice. This email is not intended and cannot be used or
> relied upon for tax or legal advice.
>
>

5

CONFIDENTIAL

CGMI_BART021331