# EXHIBIT 36

| | |
|---|---|
| From: | Sharpton, Brittany [CMB-MSDB] |
| To: | Pond, Sherrise [CMB-MSDB] |
| Sent: | 1/22/2008 9:35:13 PM |
| Subject: | RE: |



Yes, that's a no. This is taking me entirely too long and she is not happy at all. This job is not for me. Period.


Brittany Sharpton
Citi | Municipal Securities Division
390 Greenwich St., 2nd Fl | New York, NY 10013
Tel: (212) 723-4093 | Fax: (212) 723-8939


This message may contain confidential or legally privileged information. If you are not the intended recipient please notify me and delete this message from your computer. Citi may monitor, record, and retain e-mail messages.

>IRS Circular 230 Disclosure: Citi is not in the business of providing tax or legal advice. This email is not intended and cannot be used or relied upon for tax or legal advice.
>

-----Original Message-----
From: Pond, Sherrise [CMB-MSDB]
Sent: Tuesday, January 22, 2008 4:35 PM
To: Sharpton, Brittany [CMB-MSDB]
Subject: RE:

 o you're not. Don't stress! So is that a no to the coffee :)


Sherrise Pond
Municipal Securities Division
Citigroup Global Markets Inc.
390 Greenwich Street, 2nd Floor
New York, NY 10013
Tel: (212) 723-4539
Fax: (212) 723-8939
sherrise.pond@citigroup.com

The information in this message and attachments ("Message") may be confidential or otherwise protected by law. If you are not an intended recipient, please immediately notify the sender, delete all copies of the Message, and do not disclose or make improper use of it. Electronic messages are not secure or error free, may contain viruses and may be delayed or tampered with, and the sender is not liable for any such occurrences. The sender reserves the right to monitor, record and retain electronic messages.

-----Original Message-----
From: Sharpton, Brittany [CMB-MSDB]
Sent: Tuesday, January 22, 2008 4:34 PM
To: Pond, Sherrise [CMB-MSDB]
Subject: RE:

I'm about to get fired. =/


 rittany Sharpton
 iti | Municipal Securities Division

CONFIDENTIAL                                                                                                                  CGMI_BART013611

390 Greenwich St., 2nd Fl | New York, NY 10013
Tel: (212) 723-4093 | Fax: (212) 723-8939

This message may contain confidential or legally privileged information. If you are not the intended recipient please notify me and delete this message from your computer. Citi may monitor, record, and retain e-mail messages.

>IRS Circular 230 Disclosure: Citi is not in the business of providing tax or legal advice. This email is not intended and cannot be used or relied upon for tax or legal advice.
>

-----Original Message-----
From: Pond, Sherrise [CMB-MSDB]
Sent: Tuesday, January 22, 2008 4:34 PM
To: Sharpton, Brittany [CMB-MSDB]
Subject:

About to pass out. Want to get coffee?

Sherrise Pond
Municipal Securities Division
Citigroup Global Markets Inc.
390 Greenwich Street, 2nd Floor
New York, NY 10013
Tel: (212) 723-4539
Fax: (212) 723-8939
sherrise.pond@citigroup.com

The information in this message and attachments ("Message") may be confidential or otherwise protected by law. If you are not an intended recipient, please immediately notify the sender, delete all copies of the Message, and do not disclose or make improper use of it. Electronic messages are not secure or error free, may contain viruses and may be delayed or tampered with, and the sender is not liable for any such occurrences. The sender reserves the right to monitor, record and retain electronic messages.