# EXHIBIT 37

| | |
|---|---|
| From: | Sharpton, Brittany [CMB-MSDB] |
| To: | Lin, Kathy1 [CMB-MSDB] |
| Sent: | 1/17/2008 4:51:51 PM |
| Subject: | RE: |



No, tazreen, but you can't react or start telling everyone. I was told not to tell. Ok? When it gets out publicaly then you can, I guess. I don't know. I just have a bad feeling that im next. No joke. I don't rank high on the list and am not as analytically talented as the others in my group.


Brittany Sharpton
Citi | Municipal Securities Division
390 Greenwich St., 2nd Fl | New York, NY 10013
Tel: (212) 723-4093 | Fax: (212) 723-8939


This message may contain confidential or legally privileged information. If you are not the intended recipient please notify me and delete this message from your computer. Citi may monitor, record, and retain e-mail messages.

> IRS Circular 230 Disclosure: Citi is not in the business of providing
> tax or legal advice. This email is not intended and cannot be used or
> relied upon for tax or legal advice.
>
>
>
>
> _____
> From: Lin, Kathy1 [CMB-MSDB]
> Sent: Thursday, January 17, 2008 11:51 AM
> To: Sharpton, Brittany [CMB-MSDB]
> Subject:
>
> M is gone?
>
>
>
>

CONFIDENTIAL

CGMI_BART015012