# EXHIBIT 39

| | |
|---|---|
| From: | Sharpton, Brittany [CMB-MSDB] |
| To: | Mathews, Marlon [CMB-GBKG] |
| Sent: | 1/17/2008 11:09:35 PM |
| Subject: | RE: Hey |

They cut about 15 from municipal securities as a whole, (so far) 5 in Public Finance, and unfortunately, there will be more tomorrow. My subgroup (Infrastructure Finance) won't find out until tomorrow since our group head is traveling. I'm so scared. I didn't think they would touch analysts, but they let go of the second year who sits right in front of me :-/

I guess if worst comes to worst, I'll have to move back to Miami and work with my pops...

::sigh::

-----Original Message-----
From: Mathews, Marlon [CMB-GBKG]
Sent: Thursday, January 17, 2008 6:02 PM
To: Sharpton, Brittany [CMB-MSDB]
Subject: Re: Hey

2 people from my group. How many from yours?


-----Original Message-----
From: Sharpton, Brittany [CMB-MSDB]
To: Mathews, Marlon [CMB-GBKG]
Sent: Thu Jan 17 17:57:18 2008
Subject: Hey

Hey Marlon -

It was pretty brutal in our department. Never thought I'd be so down about this. How did you guys make out?


Brittany Sharpton
Citi | Municipal Securities Division
390 Greenwich St., 2nd Fl | New York, NY 10013
Tel: (212) 723-4093 | Fax: (212) 723-8939


This message may contain confidential or legally privileged information. If you are not the intended recipient please notify me and delete this message from your computer. Citi may monitor, record, and retain e-mail messages.

IRS Circular 230 Disclosure: Citi is not in the business of providing tax or legal advice. This email is not intended and cannot be used or relied upon for tax or legal advice.

Case 1:10-cv-07820-LGS   Document 59-39   Filed 06/07/13   Page 3 of 9

| | |
|---|---|
| From: | Sharpton, Brittany [CMB-MSDB] |
| To: | Pond, Sherrise [CMB-MSDB] |
| Sent: | 1/22/2008 9:34:15 PM |
| Subject: | RE: |

I'm about to get fired. =/

Brittany Sharpton
Citi | Municipal Securities Division
390 Greenwich St., 2nd Fl | New York, NY 10013
Tel: (212) 723-4093 | Fax: (212) 723-8939

This message may contain confidential or legally privileged information. If you are not the intended recipient please notify me and delete this message from your computer. Citi may monitor, record, and retain e-mail messages.

>IRS Circular 230 Disclosure: Citi is not in the business of providing tax or legal advice. This email is not intended and cannot be used or relied upon for tax or legal advice.
>

-----Original Message-----
From: Pond, Sherrise [CMB-MSDB]
Sent: Tuesday, January 22, 2008 4:34 PM
To: Sharpton, Brittany [CMB-MSDB]
Subject:

About to pass out. Want to get coffee?

Sherrise Pond
Municipal Securities Division
Citigroup Global Markets Inc.
390 Greenwich Street, 2nd Floor
New York, NY 10013
Tel: (212) 723-4539
Fax: (212) 723-8939
sherrise.pond@citigroup.com

The information in this message and attachments ("Message") may be confidential or otherwise protected by law. If you are not an intended recipient, please immediately notify the sender, delete all copies of the Message, and do not disclose or make improper use of it. Electronic messages are not secure or error free, may contain viruses and may be delayed or tampered with, and the sender is not liable for any such occurrences. The sender reserves the right to monitor, record and retain electronic messages.

CONFIDENTIAL

CGMI_BART013879

| | | |
|---|---|---|
| From: | Sharpton, Brittany [CMB-MSDB] | |
| To: | Pond, Sherrise [CMB-MSDB] | |
| Sent: | 6/23/2008 6:03:44 PM | |
| Subject: | RE: | |

Exhibit

Sharpton 16

Why did they let go of those 2 and keep my old neighbor's best friend?


Brittany Sharpton
Citi | Municipal Securities Division
390 Greenwich St., 2nd Fl | New York, NY 10013
Tel: (212) 723-4093 | Fax: (212) 723-8939


This message may contain confidential or legally privileged information.
If you are not the intended recipient please notify me and delete this
message from your computer. Citi may monitor, record, and retain e-mail
messages.

> IRS Circular 230 Disclosure: Citi is not in the business of providing
> tax or legal advice. This email is not intended and cannot be used or
> relied upon for tax or legal advice.
>
>
>
> _____
> From: Pond, Sherrise [CMB-MSDB]
> Sent: Monday, June 23, 2008 2:01 PM
> To: Sharpton, Brittany [CMB-MSDB]
> Subject: RE:
>
> That one just wasn't fair. But none of this is I guess. I still don't
> know what's going on with my neighbor. They say him also, but he was
> still over here talking to clients. I don't know what's going on.
>
> So I guess no lunch. You want to wait to hear about your group?
>
> Sherrise Pond
> Municipal Securities Division
> Citigroup Global Markets Inc.
> 390 Greenwich Street, 2nd Floor
> New York, NY 10013
> Tel: (212) 723-4539
> Fax: (212) 723-8939
> sherrise.pond@citigroup.com
>
> The information in this message and attachments ("Message") may be
> confidential or otherwise protected by law. If you are not an
> intended recipient, please immediately notify the sender, delete all
> copies of the Message, and do not disclose or make improper use of it.
> Electronic messages are not secure or error free, may contain viruses
> and may be delayed or tampered with, and the sender is not liable for
> any such occurrences. The sender reserves the right to monitor,
> record and retain electronic messages.
>
>
>
> _____
> From: Sharpton, Brittany [CMB-MSDB]
> Sent: Monday, June 23, 2008 1:50 PM
> To: Pond, Sherrise [CMB-MSDB]
> Subject: RE:
>
> Awww, Sherrise, I know he was like one of your favorites. Actually 2
> of your favorites. I cannot even focus. If they did this to you guys

```
> FOR SURE, they are doing us next. I just want it over with already.
> Jerry just said it's coming very soon. I don't know whether to work or
> stop. This is a worst feeling than getting cursed out by chronic...
>
>
> Brittany Sharpton
> Citi | Municipal Securities Division
> 390 Greenwich St., 2nd Fl | New York, NY 10013
> Tel: (212) 723-4093 | Fax: (212) 723-8939
>
>
> This message may contain confidential or legally privileged
> information. If you are not the intended recipient please notify me
> and delete this message from your computer. Citi may monitor, record,
> and retain e-mail messages.
>
> IRS Circular 230 Disclosure: Citi is not in the business of providing
> tax or legal advice. This email is not intended and cannot be used or
> relied upon for tax or legal advice.
>
>
>
>
> _____
> From: Pond, Sherrise [CMB-MSDB]
> Sent: Monday, June 23, 2008 1:18 PM
> To: Sharpton, Brittany [CMB-MSDB]
> Subject: RE:
>
> 1:30pm is fine or whenever you have time to go.
>
> This is soo frustrating.
>
> Sherrise Pond
> Municipal Securities Division
> Citigroup Global Markets Inc.
> 390 Greenwich Street, 2nd Floor
> New York, NY 10013
> Tel: (212) 723-4539
> Fax: (212) 723-8939
> sherrise.pond@citigroup.com
>
> The information in this message and attachments ("Message") may be
> confidential or otherwise protected by law. If you are not an
> intended recipient, please immediately notify the sender, delete all
> copies of the Message, and do not disclose or make improper use of it.
> Electronic messages are not secure or error free, may contain viruses
> and may be delayed or tampered with, and the sender is not liable for
> any such occurrences. The sender reserves the right to monitor,
> record and retain electronic messages.
>
>
>
> _____
> From: Sharpton, Brittany [CMB-MSDB]
> Sent: Monday, June 23, 2008 12:57 PM
> To: Pond, Sherrise [CMB-MSDB]
> Subject:
>
> Lordy, I'm scared now. Can we wait til 1:30 pm now? I don't want to
> delay this turn around and have my behind on the chopping board. Can
> you wait? :-/
>
>
> Brittany Sharpton
> Citi | Municipal Securities Division
> 390 Greenwich St., 2nd Fl | New York, NY 10013
> Tel: (212) 723-4093 | Fax: (212) 723-8939
>
```

CONFIDENTIAL

CGMI_BART014975

Case 1:10-cv-07820-LGS Document 59-39 Filed 06/07/13 Page 8 of 9

| | |
|---|---|
| From: | Sharpton, Brittany [CMB-MSDB] |
| To: | Pond, Sherrise [CMB-MSDB] |
| Sent: | 7/15/2008 3:16:11 PM |
| Subject: | Re: |

Exhibit
Sharpton 17
ESQUIRE 10/4/12

You told him abt my "stalker skills" grrrreeeatttt. Oh lord, I'm def gonna be fired today btw. 2 tines in a row this happened. Jesussss

------Original Message------
From: Pond, Sherrise [CMB-MSDB]
To: Sharpton, Brittany [CMB-MSDB]
Sent: Jul 15, 2008 9:15 AM
Subject: RE:

I think he has a fb page. I tried looking him up and couldn't find anything.. He was offended that I hadn't googled him before we met up. Haha boy wasn't worth it before and he actually isn't anymore. I told him about your stalker skills, and that's when he mentioned his website, but I can't remember what it was called. And I for d@mn sure won't call him for it.

P.S. why are you here so early and in a suit. Trying to catch a man?


Sherrise Pond
Municipal Securities Division
Citigroup Global Markets Inc.
390 Greenwich Street, 2nd Floor
New York, NY 10013
Tel: (212) 723-4539
Fax: (212) 723-8939
sherrise.pond@citigroup.com

The information in this message and attachments ("Message") may be confidential or otherwise protected by law. If you are not an intended recipient, please immediately notify the sender, delete all copies of the Message, and do not disclose or make improper use of it. Electronic messages are not secure or error free, may contain viruses and may be delayed or tampered with, and the sender is not liable for any such occurrences. The sender reserves the right to monitor, record and retain electronic messages.

-----Original Message-----
From: Sharpton, Brittany [CMB-MSDB]
Sent: Tuesday, July 15, 2008 7:22 AM
To: Pond, Sherrise [CMB-MSDB]
Subject: Re:

P.s. I'll get to carmen'ing tmrw afternoon. Does he have a fb page? I can get that info too. I wanna see what just 60 seconds vienna sausage is all abt! Lol ------Original Message------

-------Original Message Truncated------