# EXHIBIT 41





## Fixed Income Capital Markets
## 2008 Financial Analyst Year-End Performance Review

| | | | |
|---|---|---|---|
| Financial Analyst: | Matthew Chin | Group: | Infrastructure Group |
| Manager Name: | Thomas H. Green | Date: | 06/17/2008 |

*Performance Skill Standards:*
*(Rating Description: 1= Superior, 2= Exceeds, 3= Meets, 4= Partially Met, 5 = Major Development Needed)*

### SHARED RESPONSIBILITIES / WORK ETHIC /ATTITUDE

Responsibility to Our Clients
- Provides references to other businesses where appropriate.     *N/A*
- Demonstrates integrity, judgment and ethics in business solutions provided to clients.     *N/A*

Responsibility to Each Other
- Shares credit for successes; accepts responsibility for mistakes; quickly corrects them.     *N/A*
- Establishes an inclusive and positive team oriented work environment and treats managers, peers and subordinates with respect.     *2*

Responsibility to Our Franchise
- Respects local cultures and takes an active role in the community.     *N/A*
- Strives for "best in class" practices to be industry and market leader.     *N/A*
- Demonstrates ethics and integrity in decisions and actions.     *2*

**OVERALL SHARED RESPONSIBILITIES RATING**     *2*

### QUANTITATIVE SKILLS

Product Knowledge
- Possesses strong quantitative skills and expert knowledge of products and institutional features of relevant markets.     *2*

Technical Skills
- Demonstrates a working knowledge of technology and leverages to enhance job performance.     *1*

Problem Solving
- Confronts problems in an honest, direct, and constructive manner.     *2*

Other: __capacity to independently model complex transactions, such as turbo bond structures_____     *1*

**OVERALL QUANTITATIVE SKILLS RATING**     *1*

### QUALITY OF WORK PRODUCED

Teamwork
- Cooperates and supports others. Shares ideas and resources. Open and candid when communicating with colleagues. Interacts well within the department and the Firm. Willing to incorporate feedback that improves own work.     *2*

Takes Initiative
- Proactively responds to challenges and issues. Completes projects expeditiously; grasps concepts and solution methods quickly. Responds well to pressure; demonstrates flexibility.     *2*

Other: ___Cooperates and supports others with whom he works less frequently     *3*

**OVERALL QUALITY OF WORK PRODUCED RATING**     *2*

PLAINTIFF'S EXHIBIT
ALL-STATE LEGAL®
457

**CONFIDENTIAL**

1

CGMI_BART001149

citi

## COMMENTS

### Strengths:

Matt has received very high praise from several account officers for his quantitative modeling skills. His work assuming the financial modeling and bond structuring work on the Sparks project has merited particular praise, given that the model involves multiple liens and turbo bond amortization features that are challenging to model, as well as a large and difficult working group environment. He also did some excellent recent work developing a base model for the Freedom Tower financing on a short deadline. Generally, Matt has done an excellent job on his deal and presentation work in the project finance area, including assignments relating to the Lake Charles GOZONE bonds, CRRA, Denver RTD and Synagro, among others. The bankers with whom Matt works most frequently give him high marks for work ethic and for his ability to work well as a member of a larger team.

### Developmental Needs:

During his second year, Matt will be expected to play a larger role in supporting his fellow bankers by interacting directly with other client deal team members, including third party professionals involved in the financings he works on, such as bond and underwriter counsel, trustees, FAs and other client advisers.

As Matt gets more familiar with the nature and typical business terms of the transactions and presentation assignments on which he works, his second year is also an opportunity for him to take more initiative to develop the first drafts of proposals and term sheets and begin to support his more senior colleagues in a broader role beyond the structuring and modeling aspects of his assignments (e.g. document and term sheet reviews).

Matt deserves credit for bringing to the attention of his managers early during his first year certain work assignment situations that were not working well in terms of team interpersonal dynamics, so that management could then address the situations in a proactive way. At the same time, Matt needs to understand that, while he may work most frequently with a certain more limited group of bankers within Infrastructure, he is also part of the larger group and that it is not his job to choose which bankers' projects and assignments he will agree to work on.

### Overall:

Matt has had a strong first year in the Infrastructure Group, particularly during the last 6 to 8 months of his year when he worked more intensively on specific project finance transactions and related modeling assignments.

## OVERALL RATING                                                          2

I have shown and discussed this review with the Financial Analyst.

Manager ___Thomas H. Green___ Signature _____ Date _8/17/08_
        (Please PRINT)

Appraisers _____
                              (Please list all individuals who provided feedback for this employee's review.)

Financial
Analyst ___Matthew Chin___ Signature* _____ Date _8/17/08_
        (Please PRINT)

* The financial analyst's signature acknowledges that a year-end review discussion has taken place. The financial analyst's signature does not indicate that the financial analyst necessarily agrees with the performance review. Financial analysts should feel free to attach any comments relating to this review.

CONFIDENTIAL

2

CGMI_BART001150