# EXHIBIT 42

Exhibit

Siu 8
6/12/12

From: eFinancialCareers [advertapplications@efinancialcareers.com]
Sent: Sunday, June 29, 2008 11:26 PM
To: chiasiu@gmail.com
Subject: Your application for: Bank Debt Strategist
Attachments: 7862334_CV.doc

Dear CHIA,

Here are the job application details that you sent for Bank Debt Strategist.

DATE SENT: 30 June 2008 03:26 GMT

JOB DETAILS
Job Title:   Bank Debt Strategist
Your Ref:   MLG334
Posted: Apr 03 2008
eFC Job No:   401081

APPLICATION SENT TO
Name: Mary Lou Giaquint
Company: Comprehensive Recruiting
Email: Not specified
Tel: Not specified
Fax: Not specified
Address: None Specified

YOUR DETAILS
Name: Ms Chia Siu
Email: chiasiu@gmail.com
Tel: N/A
Location: New York City, USA
Zip code 10013

YOUR COVER LETTER
I would like to apply for the following job, which I saw advertised on eFinancialCareers.com:

Job Title: Bank Debt Strategist

Rec Ref: MLG334

I have attached my Résumé...

YOUR Résumé
Résumé is attached.

*****************************************

Thank you for using eFinancialCareers.com - good luck with your application.

Promote your skills and experience anonymously to relevant recruiters by posting your resume on eFinancialCareers.com.

CONFIDENTIAL

PL 08489

eFinancialCareers
help-usa@efinancialcareers.com
www.eFinancialCareers.com

CONFIDENTIAL

PL 08490

Case 1:10-cv-07820-LGS   Document 59-42   Filed 06/07/13   Page 4 of 5

Exhibit

Siu 9
6/12/12

**From:** Chia Siu [chiasiu@gmail.com]
**Sent:** Monday, June 30, 2008 10:31 PM
**To:** recruiting@catalystfinancialsearch.com
**Subject:** Hedge Fund Positions
**Attachments:** Chia Siu08.doc

My name is Chia Siu. I am writing in response to the hedge fund positions, particularly the quantitative analysts and the portfolio manager positions, that was posted on Craigslist.com. I have over three years of experience working at an investment bank and currently am enrolled in the CFA program. I've attached my resume for your review. Please contact me either at chiasiu@gmail.com or via phone at 646-286-4583 if you have any questions and would like to further discuss the position with me.

Sincerely,
Chia Siu

CONFIDENTIAL

PL 09916