# EXHIBIT 43

Exhibit

| | |
|---|---|
| From: | Hsieh, Ping [CMB-MSDB] |
| To: | Bartoletti, Amy L [CMB-MSDB] |
| ent: | 7/25/2008 4:44:50 AM |
| Subject: | Re: |

She told me she thought she was going to be laid off and actually started to pack up that morning. She had no idea how much we'll do to protect her!


----- Original Message -----
From: Bartoletti, Amy L [CMB-MSDB]
To: Hsieh, Ping [CMB-MSDB]
Sent: Fri Jul 25 00:41:11 2008
Subject: Re:

Let's talk in the am.

Amy Bartoletti
Citigroup Global Markets Inc.
390 Greenwich Street, 2nd Floor
New York, NY 10013
Phone: 212-723-5565
Fax: 212-723-8939
E-mail: amy.l.bartoletti@citi.com

The information in this message and attachments ("Message") may be confidential or otherwise protected by law. If you are not an intended recipient, please immediately notify the sender, delete all copies of the Message, and do not disclose or make improper use of it. Electronic messages are not secure or error free, may contain viruses and may be delayed or tampered with, and the sender is not liable for any such occurrences. The sender reserves the right to monitor, record and retain electronic messages.

S Circular 230 Disclosure: Citigroup, Inc., its affiliates, and its employees are not in the ᴊsiness of providing tax or legal advice to any taxpayer outside of Citigroup, Inc. and its affiliates. This email and any attachments are not intended or written to be used, and cannot be used or relied upon, by any such taxpayer for the purpose of avoiding tax penalties. Any such taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.


----- Original Message -----
From: Hsieh, Ping [CMB-MSDB]
To: Bartoletti, Amy L [CMB-MSDB]
Sent: Fri Jul 25 00:40:30 2008
Subject: Re:

Call me on cell if you like to chat now. Otherwise I'll talk to you tomorrow am.


----- Original Message -----
From: Bartoletti, Amy L [CMB-MSDB]
To: Hsieh, Ping [CMB-MSDB]
Sent: Fri Jul 25 00:33:41 2008
Subject: Re:

Oh no...

Amy Bartoletti
Citigroup Global Markets Inc.
390 Greenwich Street, 2nd Floor
New York, NY 10013
Phone: 212-723-5565
Fax: 212-723-8939
E-mail: amy.l.bartoletti@citi.com

CONFIDENTIAL                                                                                      CGMI_BART012477

The information in this message and attachments ("Message") may be confidential or otherwise protected by law. If you are not an intended recipient, please immediately notify the sender, delete all copies of the Message, and do not disclose or make improper use of it. Electronic messages are not secure or error free, may contain viruses and may be delayed or tampered with, and the sender is not liable for any such occurrences. The sender reserves the right to monitor, record and retain electronic messages.

IRS Circular 230 Disclosure: Citigroup, Inc., its affiliates, and its employees are not in the business of providing tax or legal advice to any taxpayer outside of Citigroup, Inc. and its affiliates. This email and any attachments are not intended or written to be used, and cannot be used or relied upon, by any such taxpayer for the purpose of avoiding tax penalties. Any such taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

----- Original Message -----
From: Hsieh, Ping [CMB-MSDB]
To: Bartoletti, Amy L [CMB-MSDB]
Sent: Thu Jul 24 23:52:55 2008
Subject:

Amy, I just had a very lengthy conversation w/ Chia. There is a chance we may lose her. She was given a contract to stay for another year as an analyst and she is not sure if she wants to sign it. Will fill you in 1st thing tomorrow morning.

Tsai-Ping Hsieh
Vice President
Citi
Municipal Securities Division
390 Greenwich Street, 2nd Floor
New York, NY 10013
Tel: 212-723-5249 Fax: 212-723-8939
Email: ping.hsieh@citi.com

The information in this message and attachments ("Message") may be confidential or otherwise protected by law. If you are not an intended recipient, please immediately notify the sender, delete all copies of the Message, and do not disclose or make improper use of it. Electronic messages are not secure or error free, may contain viruses and may be delayed or tampered with, and the sender is not liable for any such occurrences. The sender reserves the right to monitor, record and retain electronic messages.

IRS Circular 230 Disclosure: Citigroup, Inc., its affiliates, and its employees are not in the business of providing tax or legal advice to any taxpayer outside of Citigroup, Inc. and its affiliates. This email and any attachments are not intended or written to be used, and cannot be used or relied upon, by any such taxpayer for the purpose of avoiding tax penalties. Any such taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

CONFIDENTIAL

CGMI_BART012478