# EXHIBIT 44

| From: | Feinstein, Martin A [CMB-MSDB] |
|---|---|
| To: | Bartoletti, Amy L [CMB-MSDB]; Koessel, Michael D [CMB-MSDB] |
| C: | Chin, Frank [CMB-MSDB]; Brownstein, David M [CMB-MSDB] |
| Sent: | 6/27/2008 6:57:26 PM |
| Subject: | RE: Promotion - Chia |

Exhibit

5lu 12
6/12/12   (A)

Forgot to mention Chia also asked about lower bonus number then last
year. I talked her through that issue.

Just had a long conversation with Chia. If I can summarize her thoughts:

1. How could a small group lose 2 professionals? Bigger groups would
have felt the pain less.
2. Adding 1 associate and 1 analyst still puts housing group below their
original staffing.
3. How are they going to find the time to train the new staff when the
group is this busy?
4. Nick was an important part of group, how are we going to keep
accounts?
5. With UBS out of business, there are accounts to get. Instead, we are
going to possible lose accounts?
6. What is group dynamics in the future going to be?

To summarize my answer: "only time will tell if management was made the
correct decisions. If not, I am sure adjustments will be made in the
future." (maybe I said it a little more eloquently and definitely more
wordy).


arty

..artin Feinstein
Director and Manager, Financial Structuring
Municipal Securities Division
Citi
390 Greenwich Street, 2nd Floor
New York, NY 10013
Telephone 212-723-5663
Facsimile 212-723-8763
Cell: 516-317-2510


The information in this message and attachments ("Message") may be
confidential or otherwise protected by law. If you are not an intended
recipient, please immediately notify the sender, delete all copies of
the Message, and do not disclose or make improper use of it. Electronic
messages are not secure or error free, may contain viruses and may be
delayed or tampered with, and the sender is not liable for any such
occurrences. The sender reserves the right to monitor, record and
retain electronic messages.

IRS Circular 230 Disclosure: Citigroup, Inc., its affiliates, and its
employees are not in the business of providing tax or legal advice to
any taxpayer outside of Citigroup, Inc. and its affiliates. This email
and any attachments are not intended or written to be used, and cannot
be used or relied upon, by any such taxpayer for the purpose of avoiding
tax penalties. Any such taxpayer should seek advice based on the
taxpayer's particular circumstances from an independent tax advisor.