# EXHIBIT 45

**Exhibit**

Bartoletti 4
6/14/13

| | |
|---|---|
| From: | Bartoletti, Amy L [amy.l.bartoletti@citi.com] |
| Sent: | Wednesday, November 19, 2008 10:59 AM |
| To: | teamhype@verizon.net; discolemonade@verizon.net |
| Subject: | FW: |

```
Amy Bartoletti
Citi
390 Greenwich St., 2nd Floor
New York, NY 10013
Phone: 212-723-5565
Fax: 212-723-8939
E-mail: amy.l.bartoletti@citi.com

CONFIDENTIAL COMMUNICATION
The information in this message and attachments ("Message") may be confidential or
otherwise protected by law.  If you are not an intended recipient, please immediately
notify the sender, delete all copies of the Message, and do not disclose or make improper
use of it.  Electronic messages are not secure or error free, may contain viruses and may
be delayed or tampered with, and the sender is not liable for any such occurrences.  The
sender reserves the right to monitor, record and retain electronic messages.

IRS Circular 230 Disclosure:  Citigroup, Inc., its affiliates, and its employees are not
in the business of providing tax or legal advice to any taxpayer outside of Citigroup,
Inc. and its affiliates.  This email and any attachments are not intended or written to be
used, and cannot be used or relied upon, by any such taxpayer for the purpose of avoiding
tax penalties.  Any such taxpayer should seek advice based on the taxpayer's particular
circumstances from an independent tax advisor.
-----Original Message-----
From: Brownstein, David M [CMB-MSDB]
Sent: Friday, August 01, 2008 11:39 AM
To: Bartoletti, Amy L [CMB-MSDB]
Subject: Re:

I never take anything for granted.  I want you here.  I like having you here.  I look
forward to helping making you a major force in our business.

IRS Circular 230 Disclosure:  Citigroup, Inc., its affiliates, and its employees are not
in the business of providing tax or legal advice to any taxpayer outside of Citigroup,
Inc. and its affiliates.  This email and any attachments are not intended or written to be
used, and cannot be used or relied upon, by any such taxpayer for the purposes of avoiding
tax penalties.  Any such taxpayer should seek advice based on the taxpayer's particular
circumstances from an independent tax advisor.

----- Original Message -----
From: Bartoletti, Amy L [CMB-MSDB]
To: Brownstein, David M [CMB-MSDB]
Sent: Fri Aug 01 11:33:46 2008
Subject: RE:

I've heard many rumors regarding this over the past few weeks, all of which are not true.
As far as I know, Nick doesn't even have a job there yet.  I can tell you that I wouldn't
be working this hard if I was planning to leave!


Amy Bartoletti
Citi
390 Greenwich St., 2nd Floor
New York, NY 10013
Phone: 212-723-5565
```

1

PL 01709

Fax: 212-723-8939
E-mail: amy.l.bartoletti@citi.com

CONFIDENTIAL COMMUNICATION
The information in this message and attachments ("Message") may be confidential or otherwise protected by law. If you are not an intended recipient, please immediately notify the sender, delete all copies of the Message, and do not disclose or make improper use of it. Electronic messages are not secure or error free, may contain viruses and may be delayed or tampered with, and the sender is not liable for any such occurrences. The sender reserves the right to monitor, record and retain electronic messages.

IRS Circular 230 Disclosure: Citigroup, Inc., its affiliates, and its employees are not in the business of providing tax or legal advice to any taxpayer outside of Citigroup, Inc. and its affiliates. This email and any attachments are not intended or written to be used, and cannot be used or relied upon, by any such taxpayer for the purpose of avoiding tax penalties. Any such taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.
-----Original Message-----
From: Brownstein, David M [CMB-MSDB]
Sent: Friday, August 01, 2008 11:31 AM
To: Bartoletti, Amy L [CMB-MSDB]
Subject:

Rumor has it that you are going to BofA with Nick now. I hope its not true.

IRS Circular 230 Disclosure: Citigroup, Inc., its affiliates, and its employees are not in the business of providing tax or legal advice to any taxpayer outside of Citigroup, Inc. and its affiliates. This email and any attachments are not intended or written to be used, and cannot be used or relied upon, by any such taxpayer for the purposes of avoiding tax penalties. Any such taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

2

PL 01710