# EXHIBIT 46

ORACLE

Menu
Search:

- My Favorites
- Manage HROne Warehouse
- Worker Inquiry
  - Inquire
  - Job Data
  - (redacted) Comp Data
- Financial Services Industries
- Worklist
- Tree Manager
- Reporting Tools
- PeopleTools
  - My Personalizations
  - My Dictionary

Reporting Tools
- PeopleTools
  - My Personalizations
  - My Dictionary

Reporting Tools
- PeopleTools
  - My Personalizations
  - My Dictionary

Reporting Tools
- PeopleTools
  - My Personalizations
  - My Dictionary

Reporting Tools
- PeopleTools
  - My Personalizations
  - My Dictionary

- My Dictionary

New Window | Help | Customize Page

Job Data | Contact Data | Employment Data | Salary Data | **VC Data** | Stock Award Data | Stock Option Data

### HROne Global Data Warehouse

**GEID:** 0002538127   **Soe Id:** AB21490   **RITS ID:** 0000021490   **Information as of:** REDACTED

**Last Name:** Bartoletti   **First Name:** Amy
**2nd Last Name:**   **Email:**
**Source HRMS:** NAM   **Telephone:** +1 212 7235565

**VARIABLE COMPENSATION AWARD DATA**   Find | First 1-6 of 6 Last

| Perf Yr | Award Dt | Ccy | Plan ID | Description | Award Status |
|---|---|---|---|---|---|
| 2007 | 01/31/2008 | USD | AIP | Annual Incentive Plan | Paid/Granted |

Orig (Nominal) Award Value   Actual Award Value (Cash)
   580,000.00      406,000.00
Orig Award Value (USD)   Actual Award Value (USD)
   $580,000.00      $406,000.00

| Perf Yr | Award Dt | Ccy | Plan ID | Description | Award Status |
|---|---|---|---|---|---|
| 2006 | 01/25/2007 | USD | AIP | Annual Incentive Plan | Paid/Granted |

Orig (Nominal) Award Value   Actual Award Value (Cash)
   725,000.00      507,500.00
Orig Award Value (USD)   Actual Award Value (USD)
   $725,000.00      $507,500.00

| Perf Yr | Award Dt | Ccy | Plan ID | Description | Award Status |
|---|---|---|---|---|---|
| 2005 | 01/26/2006 | USD | AIP | Annual Incentive Plan | Paid/Granted |

Orig (Nominal) Award Value   Actual Award Value (Cash)
   650,000.00      455,000.00
Orig Award Value (USD)   Actual Award Value (USD)
   $650,000.00      $455,000.00

| Perf Yr | Award Dt | Ccy | Plan ID | Description | Award Status |
|---|---|---|---|---|---|
| 2004 | 01/27/2005 | USD | AIP | Annual Incentive Plan | Paid/Granted |

Orig (Nominal) Award Value   Actual Award Value (Cash)
   662,500.00      463,750.00
Orig Award Value (USD)   Actual Award Value (USD)
   $662,500.00      $463,750.00

| Perf Yr | Award Dt | Ccy | Plan ID | Description | Award Status |
|---|---|---|---|---|---|
| 2003 | 02/28/2004 | USD | PERFORMNCE | Performance | |

Orig (Nominal) Award Value   Actual Award Value (Cash)
   380,000.00      380,000.00
Orig Award Value (USD)   Actual Award Value (USD)
   $380,000.00      $380,000.00

| Perf Yr | Award Dt | Ccy | Plan ID | Description | Award Status |
|---|---|---|---|---|---|
| 2002 | 02/28/2003 | USD | PERFORMNCE | Performance | |

Orig (Nominal) Award Value   Actual Award Value (Cash)
   270,000.00      270,000.00
Orig Award Value (USD)   Actual Award Value (USD)
   $270,000.00      $270,000.00

Return to Search | Notify    Update/Display

Job Data | Contact Data | Employment Data | Salary Data | VC Data | Stock Award Data | Stock Option Data | Deferred Cash - Award Plan | Deferred Cash - Stock Unit

**CONFIDENTIAL**                                                                                                                    CGMI_BART000864