# EXHIBIT 47

List of documents consulted for expert report (12/17/2012) by Dr. Mark R. Killingsworth

PL 00494-95
PL 01647-49
PL 01638,
PL 01636,
PL 01637
PL 01639
PL 01949
PL 04546
PL 04561-62
PL 04585-86
PL 04598
PL 04599-600
PL 04596-97
PL 04607
PL 04613
PL 04614-15
PL 04762
PL 04945-48
PL 04949
PL 16101
PL 16213

BART_SUB003
BART_SUB0339
BART_SUB0447
BART_SUB0672
SUB_BART0118

CGMI_BART000863-72
CGMI_BART001204-07
CGMI_BART001209-10
CGMI_BART001212-13
CGMI_BART022085-87
CGMI_BART022095-96
CGMI_BART022098-100,
CGMI_BART022102-04,
CGMI_BART022109-11
CGMI_BART022113-15
CGMI_BART022121-23
CGMI_BART022388
CGMI_BART022392
CGMI_BART022394
CGMI_BART022401
CGMI_BART022407-08

Nadine Mentor Deposition Transcript, June 28, 2012
Brittany Sharpton Deposition Transcript, October 4, 2012
Chia Siu Deposition Transcript, June 12, 2012

tabulations from Occupational Employment Statistics (OES), US Department of Labor:
    2001:   national_2001_dl.xls    2011:   national_M2011_dl.xls

IPUMS extract for CT, NJ and NY from 2000 5% Public Use Microdata Sample

Exhibit
Killingsworth 3
4/4/13