# Exhibit 26

DAVID BROWNSTEIN
AMY BARTOLETTI vs CITIGROUP INC.

August 30, 2012
173–176

Page 173

D. BROWNSTEIN
1
2  him on this transaction?
3      A.   I can't tell you timing.
4      Q.   What did you think about his work
5  performance?
6      A.   I thought Ray was very good.  I
7  think he is very good.
8      Q.   Did you ever work with Ping?
9      A.   Yes, I did.
10     Q.   On a transaction?
11     A.   There were a couple of times Ping
12 needed help with things that she would come to
13 me for assistance with.  So I had the
14 opportunity to work with her as well.
15     Q.   What did you think about her work
16 performance?
17     A.   I thought she was very, very good.
18     Q.   Do you know who Jian Yang is?
19     A.   I know the name and that was a
20 member of the housing group at some point.  I
21 don't know when.
22     Q.   Do you know him as Jian Yang?
23     A.   Yes.
24     Q.   Did you ever have the opportunity
25 to work with Jian Yang?

Page 174

D. BROWNSTEIN
1
2      A.   No.
3      Q.   Did you know anything about his
4  work performance?
5      A.   I didn't.
6      Q.   And other than the time or times
7  he worked with Raymond Hsieh, did you know
8  anything about his work performance?
9      A.   Well, I heard from both Amy and
10 Mike as well that he was very, very good.
11 They were very happy with almost everyone in
12 that group.
13     Q.   Was there someone they were not
14 happy with?
15     A.   They just didn't comment on
16 everybody.  So when I say very, very happy, it
17 is because they would tell me they were very
18 happy with them.
19     Q.   Did you ever in 2008, did you ever
20 review any analyst or associates performance
21 evaluations?
22     A.   No.
23     Q.   Did you ever participate in any of
24 their performance reviews?
25     A.   No.

Page 175

D. BROWNSTEIN
1
2      Q.   Did you ever participate in any
3  way?
4      A.   I am sorry?
5      Q.   Did you ever comment on their
6  performance evaluations, make any comments in
7  their evaluations?
8      A.   No.
9      Q.   Now did there come a time when you
10 were involved in discussions about promoting
11 Chia?
12     A.   Yes.
13     Q.   When was that?
14     A.   Right after Nick was let go in
15 RIF.
16     Q.   Can you tell me about those
17 conversations?
18     A.   What I could tell you is that Amy
19 and Mike were both concerned that Chia would
20 leave and they wanted to see -- they wanted
21 two things.  One, they wanted me to talk with
22 her about where we were headed as a business.
23 And two, they wanted to find out whether we
24 would could promote her to associate to try
25 and give her incentive to stay.

Page 176

D. BROWNSTEIN
1
2      Q.   And did you talk to Chia?
3      A.   Yes.
4      Q.   How long after this conversation
5  with Amy and Mike?
6          MR. TURNBULL:  Objection to the
7      form.
8      A.   I believe it was the next day.
9      Q.   Did you have a conversation with
10 Amy -- strike that.  Did you have a
11 conversation about Chia with Amy and Mike
12 together?
13     A.   I don't know.
14     Q.   What did you talk to Chia about?
15     A.   As I said, Chia's concern was as
16 much as anything, whether we were committed to
17 being in the housing business.  And what I
18 told her was that this was clearly a very
19 challenging time, not just for the industry
20 but for also particularly for Citi.  And that
21 while we hoped we would continue to be in that
22 business, I couldn't give her any guarantees
23 as to whether we would be or not.
24     Q.   Did you say anything else to her?
25     A.   I told her that I heard that her



DAVID BROWNSTEIN
AMY BARTOLETTI vs CITIGROUP INC.

August 30, 2012
185–188

Page 185

D. BROWNSTEIN
2    Q.   And you don't recall if you had
3 one or two conversations with Chia?
4    A.   I don't.
5    Q.   Do you recall telling Chia that
6 you were going to seek a promotion for her?
7    A.   I don't. But it is quite possible
8 then that there were two discussions, one
9 where I said we will seek it and one where we
10 hadn't, right, but I don't recall the timing.
11 There is just -- there were too many other
12 things going on for me to remember this one
13 event.
14    Q.   And now after Chia was told she
15 was going to be promoted, did you ever hear,
16 after you had that discussion with her, did
17 you ever hear anything about her being unhappy
18 at Citigroup?
19    A.   I did hear she hadn't decided
20 whether she was going to stay irrespective.
21    Q.   This was subsequent to the
22 conversation?
23    A.   Correct.
24    Q.   The second conversation you may
25 have had with her?

Page 186

D. BROWNSTEIN
2    A.   Correct.
3    Q.   And who did you hear that from?
4    A.   Both Amy and Mike.
5    Q.   So Amy told you that Chia still
6 wasn't sure she wanted to stay, even after you
7 told her that she was going to be promoted
8 effective December?
9    A.   Correct.
10    Q.   And Mike said the same thing?
11    A.   Correct.
12    Q.   Did you hear anything else from
13 anybody else?
14    A.   I heard that she -- once she
15 received again the promotion letter, that we
16 hadn't received a signed copy back.
17    Q.   Do you know if it was a letter
18 regarding her being a third year analyst or
19 her being promoted?
20    A.   I don't. It could have been her
21 third year analyst letter that she didn't
22 sign. I don't know which. I know that -- I
23 recall that she didn't sign a letter that was
24 -- would have been her contract for continued
25 service to the firm.

Page 187

D. BROWNSTEIN
2    Q.   Do you know when she didn't sign
3 this letter?
4    A.   I don't.
5       MR. TURNBULL:  Objection to the
6    form.
7       MR. DATOO:  Point taken.
8    Q.   Do you know when this letter was
9 presented to her?
10    A.   I don't.
11    Q.   Do you know when she had to sign
12 it by?
13    A.   I don't.
14    Q.   Could she have worked at Citigroup
15 without signing this letter?
16    A.   Yes.
17    Q.   Do you recall telling her that she
18 is being promoted after she didn't sign this
19 letter? I am sorry, after the letter was
20 presented to her.
21    A.   I don't know.
22    Q.   So you don't know if the letter
23 was presented to her after you told her she
24 was being promoted?
25    A.   I don't.

Page 188

D. BROWNSTEIN
2    Q.   And you don't recall the date you
3 told her when she was being promoted?
4    A.   No.
5    Q.   Do you know how long the process
6 was between the time Amy and Mike approached
7 you about promoting Chia and the time it took
8 for her to be promoted?
9       MR. TURNBULL:  Objection to the
10    form.
11    A.   I don't.
12    Q.   Do you know if it was more than a
13 month?
14       MR. TURNBULL:  Objection to the
15    form.
16    A.   I don't.
17    Q.   Do you recall having more than one
18 conversation with Amy about promoting Chia
19 before you told her she was being promoted?
20    A.   I don't recall.
21    Q.   The same question for Mike.
22    A.   I don't recall.
23    Q.   Who was Raymond Hsieh job title?
24    A.   I believe he was an associate.
25    Q.   And what were his job duties?



DAVID BROWNSTEIN
AMY BARTOLETTI vs CITIGROUP INC.

August 30, 2012
197–200

Page 197

D. BROWNSTEIN
1
2    A.    Yes.
3    Q.    Were you involved in the decision
4  to select Chia for layoff?
5    A.    Yes, correct.
6    Q.    How were you involved?
7    A.    I was the one who put everyone's
8  name on the RIF list who was on there from the
9  housing group.
10    Q.    And why did you select Chia for
11  RIF?
12    A.    Because my concern as I noted
13  earlier for other people is that if we let
14  other people in that group go that was more
15  likely than not at this point that Chia would
16  choose to leave. And I needed to make sure
17  that the people we kept, that I could do the
18  best job I could to keep them, so that we
19  wouldn't lose more staff than we were already
20  being challenged to lose through the RIF
21  process.
22    Q.    So did you select Chia for
23  inclusion in the RIF because you thought she
24  was going to leave?
25    A.    Because of the number of people we

Page 198

D. BROWNSTEIN
1
2  were going to let go, I was concerned that
3  given the history with Chia over the past six
4  months, that yes, Chia would leave as soon as
5  the other people were RIFed.
6    Q.    What do you mean because of the
7  number of people you were going to let go?
8    A.    In the housing group, we let four
9  people out of seven go. So if she wasn't in
10  that four and was one of the three remaining,
11  that since she was already concerned when all
12  we got rid of was one person, that we weren't
13  committed to the housing business any longer.
14  And she was concerned about staying. That it
15  was clear to me that she would choose to leave
16  when the group was cut so dramatically through
17  the fourth RIF.
18    Q.    Even though she was going to be
19  promoted two months from then?
20    A.    Again, I never was given an
21  indication that she had chosen to stay at the
22  firm, irrespective of the fact that we had
23  notified her that we were going to promote
24  her.
25    Q.    And if she gave an indication

Page 199

D. BROWNSTEIN
1
2  after you told her she was going to be
3  promoted and she was going to stay at the
4  firm, would you still have selected her for
5  layoff?
6        MR. TURNBULL: Objection to the
7    form.
8    A.    I don't know since she didn't. I
can't answer that question.
10    Q.    So was Chia more qualified than
11  any of the people that were retained in the
12  housing group?
13        MR. TURNBULL: Objection to the
14    form.
15        MR. DATOO: What's wrong with the
16    form?
17        MR. TURNBULL: I don't know what
18    you mean by "more qualified."
19    Q.    Was Chia qualified, more qualified
20  than anybody else that remained in the housing
21  group?
22        MR. TURNBULL: Objection to the
23    form.
24    A.    Again, this isn't about anything
25  more than making sure we maintained staffing

Page 200

D. BROWNSTEIN
1
2  and that what we had were people who would
3  continue to work at the firm.
4        My decision process wasn't about
5  whether one employee was more qualified than
6  another at that point.
7    Q.    But my question is: Was Chia a
8  better performer than other people you were
9  retained?
10    A.    Again, I can't say whether she was
11  a better performer or not because of my direct
12  experience, but that wasn't the decision
13  process I went through.
14    Q.    So you don't know who were better
15  performers in the group?
16    A.    I think both Ray and Mike are
17  stellar performers and were. And they were
18  the important components of what we kept.
19    Q.    How about Ping?
20    A.    I think that he was a very junior
21  analyst, and what he could do for us at that
22  point was very simple presentation books,
23  which Mike would need to help him get out
24  there in front of clients and talk about the
25  market.