# Exhibit 29

# 2000 – 2006 Diversity Analysis

Internal Use Only

July 20, 2006

citigroup
corporate and investment banking

CONFIDENTIAL

PL14751

# Table of Contents

1. Total MSD Population

2. Total MSD Professional Population

3. Breakdown of Male and Female

4. Breakdown of Ethnicity

Appendix - Data from Human Resources

Internal Use Only

1

# Total MSD Population



## MSD Total Male vs Female 2000-2006

| Year | Total | Male | Male % | Female | Female % |
|---|---|---|---|---|---|
| 2000 | 326 | 197 | 60% | 129 | 40% |
| 2001 | 351 | 209 | 60% | 142 | 40% |
| 2002 | 374 | 226 | 60% | 148 | 40% |
| 2003 | 387 | 247 | 64% | 140 | 36% |
| 2004 | 408 | 263 | 64% | 145 | 36% |
| 2005 | 420 | 277 | 66% | 143 | 34% |
| 2006* | 407 | 271 | 67% | 136 | 33% |

*All information for 2006 is through 6/30/06

Internal Use Only

2

CONFIDENTIAL                                                                                     PL14753



# Male/Female Breakdown % of Professionals



Internal Use Only

CONFIDENTIAL                                                                                                                                          PL14755

# Male/Female Breakdown by Title - Headcount



CONFIDENTIAL

PL14756