# Exhibit 36

## Municipal Securities Division
## Public Finance Department
## 2004 Year End Performance Review

Employee Name: *Amy Bortoletti*  Group: *Housing*

Manager Name: *Nick Flohr*  Date: *12/9/09*

**Rate the employee on each performance criteria using the following rating scale:**

| | |
|---|---|
| OUTSTANDING | All-star; sets new standards for high performance. |
| VERY GOOD | Contribution is above expectations overall; performance often exceeds Citigroup standards. |
| GOOD | Performance consistently meets standards and occasionally exceeds standards. |
| MARGINAL | Performance is inconsistent and sometimes below Citigroup standards. |
| UNSATISFACTORY | Contributions fall short of expectations; performance is below acceptable Citigroup standards. |
| N/A | Not Applicable - does not apply OR employee is too new to evaluate. |

*Guide to using the rating scale:* *Citigroup* standards are characterized by high performance, continuous improvement, and the pursuit of new initiatives. While areas of improvement should always be pointed out, it is important that this is done for employees receiving a *Marginal* or *Unsatisfactory* rating on individual criteria, or as an overall evaluation. *Please note: It is important to support your ratings with additional comments.*

### PRODUCTION

| | O | VG | G | M | U | N/A |
|---|---|---|---|---|---|---|
| **Revenue Generation:** Contributes directly to a consistent, dependable revenue flow for the Firm. | | ✔ | | | | |
| **Revenue Performance Relative to Overall Opportunity:** Maximizes returns relative to revenue potential of client/product base. | | ✔ | | | | |
| **Quality of Business:** Focuses on Firm priorities. Creates additional revenue opportunity by virtue of client relationship or idea generation. | | ✔ | | | | |
| **Revenue Contribution:** Actively supports overall revenue generation effort of Firm, outside of specific department when and wherever possible. | | ✔ | | | | |
| **Creation of Revenue Opportunity:** Regardless of actual revenue, generates opportunities for priority business. | | ✔ | | | | |

Comments: *Amy has a great balance between maximizing revenues while being sensitive to long term client trust.*

### CLIENT DEVELOPMENT

| | O | VG | G | M | U | N/A |
|---|---|---|---|---|---|---|
| **Long-term Client Relationship Forces:** Cultivates broad and deep relationships. Integrates coverage effort with other areas of Firm in order to institutionalize relationships. | ✔ | | | | | |
| **Responsiveness to Client Needs:** Seeks out and proactively responds to client needs and concerns. | | ✔ | | | | |
| **Client Prospecting:** Consistently sources new clients or new areas of existing clients. Seeks to uncover new business opportunities for the Firm. | | | ✔ | | | |

Comments: *Great job w/ existing clients. Next step is growing our business.*

## PERSONAL EFFECTIVENESS & INTERPERSONAL SKILLS

| | Rating | | | | | |
|---|:---:|:---:|:---:|:---:|:---:|:---:|
| | O | VG | G | M | U | N/A |
| **Product Knowledge:** Possesses strong quantitative skills and expert knowledge of products and institutional features of relevant markets. | | ✓ | | | | |
| **Creativity/Innovation:** Shows originality and creativity in responding to client challenges. Lateral thinker. | | ✓ | | | | |
| **Cultivation of Internal Network:** Proactive in cultivating positive and beneficial relationships with investment bankers, traders and sales force. | | ✓ | | | | |
| **Work Ethic:** Demonstrates a high degree of integrity, loyalty, honesty and sound judgment. Approaches job with a positive attitude and creative energy. Manages time effectively. | ✓ | | | | | |
| **Business Ethics:** Establishes and supports systems and procedures that ensure a high level of integrity in all business practices. Takes initiative to comply with rules and procedures within the firm and the industry. Demonstrates good judgment in evaluating the franchise and reputational risks associated with transactions. | | | ✓ | | | |
| **Leading & Championing Diversity:** Actively promotes diversity by acting as a role model. Treats all staff with dignity and respect. Challenges those who are not committed to diversity. Creates an environment that is inclusive. Participates in a lead role in the diversity recruiting effort. Consistently communicates the firm's and department's diversity efforts. | | ✓ | | | | |
| **Teamwork:** Cooperates with and supports others. Shares ideas and resources with others. Brings full resources of Firm to bear for benefit of client relationship. | ✓ | | | | | |
| **Awareness and Understanding of Diversity:** Understands the definition of diversity. Demonstrates the awareness of the business case for diversity. Recognizes own motivations and biases. Values creativity and differences in others. | | | ✓ | | | |

*Comments:* Outstanding team player - networks well in PFD & firm-wide - Great product knowledge.

## OVERALL FEEDBACK

**Major Strengths and Contributions:**

Strong client support, great revenue sense, very competent.

**Areas for Improvement/Development:**

Grow our client list!

## OVERALL PERFORMANCE (NOT AN AVERAGE OF THE ABOVE RATINGS)

| OUTSTANDING | VERY GOOD | GOOD | MARGINAL | UNSATISFACTORY |
|:---:|:---:|:---:|:---:|:---:|
| ☑ | ☑ | ☐ | ☐ | ☐ |

I have shown and discussed this review with the employee.

Manager  Nick Flude  (Please PRINT)   Signature _____   Date 12/9/04

Appraisers _____

(Please list all individuals who provided feedback for this employee's review.)

Employee  Amy Bartoletti  (Please PRINT)   Signature* _____   Date 12/10/04

\* Employee signature acknowledges that a discussion of this document has taken place, however, does not indicate that the employee necessarily agrees with the performance review. The employee should feel free to attach any comments relating to this review.

PL14705

**Capital Markets & Banking**
**Performance Appraisal - Year End 2005**

citigroup**T**

**Employee Name:** Amy Bonfeild

| Part I - Business Specific Competencies - Capital Markets & Banking | | Rating | | | | | |
|---|---|---|---|---|---|---|---|
| To be completed by manager and a copy provided to the employee at time of review discussion | | 1 | 2 | 3 | 4 | 5 | NA |
| Communication | Communicates ideas clearly, concisely, and persuasively. | | x | | | | |
| Client Relationships | Cultivates broad and deep relationships. Integrates coverage effort with other areas of Firm in order to institutionalize relationships. Seeks out and proactively responds to client needs and concerns. | x | | | | | |
| Product Knowledge | Possesses strong quantitative skills and expert knowledge of products and institutional features of relevant markets. | | x | | | | |
| Technical Skills | Demonstrates a working knowledge of technology and leverages to enhance job performance. | | x | | | | |
| Problem Solving | Shows originality and creativity in responding to client challenges. Lateral thinker. | x | | | | | |
| Teamwork | Cooperates with and supports others. Shares ideas and resources with others. Proactive in cultivating positive and beneficial relationships with investment bankers, traders and sales force. | x | | | | | |
| Diversity Awareness | Demonstrates the awareness of the business case for diversity. Recognizes own motivations and biases while valuing creativity and differences in others. Generates an inclusive environment. | | x | | | | |
| Motivation/Professional | Demonstrates a high degree of integrity, loyalty, honesty and sound judgment. Approaches job with a positive attitude and creative energy. Manages time effectively. | | x | | | | |
| Takes Initiative | Proactively responds to challenges and issues. Completes projects expeditiously; grasps concepts and solution methods quickly. Responds well to pressure; demonstrates flexibility. | | x | | | | |
| Business Ethics/Compliance | Establishes and supports systems and procedures that ensure a high level of integrity in all business practices. Takes initiative to comply with rules and procedures within the firm and the industry. | | x | | | | |
| Builds Partnerships | Partners with Citigroup colleagues across product lines and regions in an effort to improve client coverage and cross-business initiatives. | | | x | | | |
| Revenue Generation | Contributes directly to a consistent, dependable revenue flow for the Firm. Maximizes returns relative to revenue potential of client/product base. Actively supports overall revenue generation effort of Firm, outside of specific department when and wherever possible. | | x | | | | |
| Market Share | Consistently sources new clients or new areas of existing clients. Seeks to uncover new business opportunities for the Firm. | | x | | | | |
| Protects the Firm | Demonstrates good judgment in evaluating the franchise and reputational risks associated with transactions. | | x | | | | |

**MANAGER RATIONALE:**

| Management Specific Competencies | | Rating | | | | | |
|---|---|---|---|---|---|---|---|
| To be completed for employees with management responsibilities | | 1 | 2 | 3 | 4 | 5 | NA |
| Career Development | Provides training, career development and skill-building opportunities for staff. | x | | | | | |
| Performance Management | Establishes clear, specific performance goals for employees. Provides ongoing meaningful feedback including comprehensive reviews. | | x | | | | |
| Leading Diversity | Actively promotes diversity by acting as a role model. Treats all staff with dignity and respect, while creating an inclusive environment. Challenges those not committed to diversity and communicates the Firm's and Department's diversity efforts. | | x | | | | |
| Delegation | Delegates appropriate responsibility and authority for tasks, while keeping abreast of key activities as appropriate. Uses delegation tool to help employees develop. | | x | | | | |
| Conflict Management | Confronts conflict in honest, direct and constructive manner in managing staff. | | x | | | | |
| Motivation | Motivates individuals to push themselves beyond their normal comfort. Pools individual strengths to yield high performance teams committed to working together and meeting or exceeding business goals. | | x | | | | |

Rating Key
1- Far Exceeded Expectations
2- Exceeded Expectations
3- Met Expectations
4- Partly Met Expectations
5- Did Not Meet Expectations
NA- Not Applicable/Too Soon to Rate

All-star, sets new standards for high performance
Contribution is above expectations overall; performance often exceeds
Performance consistently meets standards
Performance is inconsistent and often below Citigroup standards
Contributions consistently fall short of expectations; performance is below
Does not apply OR employee is too new to rate

CONFIDENTIAL

CGMI_BART000303

**Capital Markets & Banking**
Performance Appraisal - Year End 2005

citigroup

Employee Name:   Amy Bartoletti

| Part II - 2006 Business Specific Competencies - What Business We Do |
|---|
| Amy does an excellent job with clients, work assignments, presentations, and IPA's.  She works well with people and is a great team member.  Her work quality is consistently high and she is very dependable. |

| Part III - Overall Performance Summary And Rating | | |
|---|---|---|
| Manager Overall Comments | Keep up the great work! | Manager Overall Rating   1-8   (2) |
| Development Needs & Plans | Work to leverage other business opportunities. | |
| Manager Signature | | Date   11/21/2005 |
| | I have shown and discussed this review with the employee. | |
| Appraisers | Koessel, Finch, Gloepper, Hsioh, Livolsi (Marc), Clon, Kucher, Lo, High | |
| | List all individuals who provided feedback for this employee review. | |
| Employee Signature | | Date |
| | Employee signature acknowledges that a discussion has taken place, however, does not indicate that the employee necessarily agrees with the performance review. | |

Rating Key

1- Far Exceeded Expectations
2- Exceeded Expectations
3- Met Expectations
4- Partly Met Expectations
5- Did Not Meet Expectations
NA- Not Applicable/Too Soon to Rate

All-star, sets new standards for high performance
Contribution to one's expectations overall; performance often exceeds standards
Performance consistently meets standards
Performance is inconsistent and often below Citigroup standards
Contributions consistently fall short of expectations; performance is below
Does not apply OR employee is too new to rate

CONFIDENTIAL

CGMI_BART000304

# Combined Assessment
## Year End: 2006

**Employee:** Amy L. Bartoletti
**Direct Manager:** Nicholas G. Fluehr
**Completed By:** Nicholas G. Fluehr



REDACTED

| Part I - "How We Do Business" |
| --- |

| RESPONSIBILITY TO OUR CLIENTS | Employee Rating | Manager Rating |
| --- | --- | --- |
| Builds Client Relationships<br>• Puts clients first; anticipates, understands and exceeds client expectations and needs.<br>• Gains the trust and respect of clients.<br>• Solicits, listens and responds to client feedback. | 1 - Exceptional | 1 - Exceptional |
| Delivers Client Solutions<br>• Continuously delivers superior advice, products and services; leverages internal expertise.<br>• Identifies opportunities to improve products and services.<br>• Recognizes and encourages cross business opportunities to meet client needs; provides references to other businesses where appropriate. | 2 - Highly Effective | 1 - Exceptional |
| Leverages Functional and Business Knowledge<br>• Knows how the business works; understands the company's products, services and policies.<br>• Keeps abreast of industry trends and marketplace strategies.<br>• Keeps current on developments in his/her area of functional expertise.<br>• Applies functional and business knowledge to maximize effectiveness. | 2 - Highly Effective | 2 - Highly Effective |

**Employee Comments:**
I pride myself on my abililty to listen to what our clients want and satisfy their objectives with consistently superior products and service.  The relationship I have with clients is one of mutual respect.

**Manager Comments:**
Excellent rapport with clients.   Great attention to detail

| RESPONSIBILITY TO EACH OTHER | Employee Rating | Manager Rating |
|---|---|---|
| Manages Performance (People Managers Only)<br>• Sets clear and measurable goals.<br>• Provides ongoing, candid and constructive feedback.<br>• Recognizes and rewards based on merit. | 2 - Highly Effective | 2 - Highly Effective |
| Recruits, Develops and Retains Talent (People Managers Only)<br>• Attracts and hires top tier talent.<br>• Encourages effective development plans are created and executed.<br>• Coaches and mentors others to improve performance.<br>• Moves individuals into challenging, developmental assignments and supports cross business mobility.<br>• Builds a diverse talent pipeline at all levels.<br>• Ensures leadership succession. | 3 - Effective | 3 - Effective |
| Builds Partnerships and Values Diversity<br>• Establishes an inclusive and positive team oriented work environment and treats all employees with dignity and respect.<br>• Values and leverages diverse perspectives.<br>• Collaborates with others to achieve common goals and breaks down silos.<br>• Shares ideas and best practices across businesses, products and geographies. | 1 - Exceptional | 1 - Exceptional |
| Communicates Effectively<br>• Communicates clearly and concisely, both orally and in writing.<br>• Influences the decisions and opinions of | 2 - Highly Effective | 1 - Exceptional |

others without having direct authority.
• Keeps others informed by passing on relevant information in a timely manner.
• Remains objective and resolves conflicts when they arise.

**Employee Comments:**
One of my strengths is that I embrace a team philosophy. I think that other members of our group recognize this and it promotes a positive and highly effective work environment.

**Manager Comments:**

| RESPONSIBILITY TO OUR FRANCHISE | Employee Rating | Manager Rating |
|---|---|---|
| Drives Results<br>• Leads by example, demonstrating ethics, judgment and integrity in decisions and actions.<br>• Strives for "best in class" practices to be industry and market leader; demonstrates a desire to win.<br>• Gets things done; overcomes obstacles and minimizes bureaucracy.<br>• Holds self and others accountable for results.<br>• Translates vision into clear strategies and specific priorities. | 2 - Highly Effective | 2 - Highly Effective |
| Uses Sound Judgment<br>• Puts long-term interests above short term gains; thinks and acts like an owner.<br>• Escalates issues when necessary and appropriate.<br>• Probes beyond symptoms to determine the underlying causes of problems.<br>• Seeks input and advice from others before making decisions.<br>• Makes decisions in a timely manner, balancing a need for action with a need for analysis.<br>• Develops strategies that contribute to sustainable business growth. | 1 - Exceptional | 1 - Exceptional |
| Innovates and Manages Change | 3 - Effective | 2 - Highly Effective |

CGML BART000671

| | | |
|---|---|---|
| • Inspires creativity and encourages others to continuously improve.<br>• Develops innovative solutions that enhance our products, services and processes.<br>• Challenges the status quo and traditional thinking.<br>• Works effectively in the face of ambiguity and adapts to change.<br>• Communicates the need for change and inspires action. | | |
| Manages Risk and Control<br>• Takes responsibility for strong control environment; effectively uses Risk Control Self Assessment as a reliable framework for managing control structure.<br>• Proactively manages risk; considers risk and control issues when developing new products and executing transactions.<br>• Ensures transparency and candor in dealing with risk and control issues.<br>• Incorporates risk and control perspectives in strategic plans and budgets.<br>• (For Control Staff Only) Collaborates with business staff to find solutions to control issues; willing to accept measured and transparent risk-taking where appropriate. | 2 - Highly Effective | 2 - Highly Effective |
| Pursues Learning and Self Development<br>• Recognizes personal strengths and development needs and is committed to self-improvement.<br>• Learns from and accepts responsibility for mistakes.<br>• Pursues continuous learning by seeking feedback from others. | 2 - Highly Effective | 2 - Highly Effective |

**Employee Comments:**

**Manager Comments:**

CONFIDENTIAL

| Overall "How We Do Business" Rating | Employee Rating | Manager Rating |
|---|---|---|
| | 2 - Highly Effective | 2 - Highly Effective |

## Part II - Goals - What Business We Do

| Goal 1 | Published to Directs:  No |
|---|---|

Focus more on new business development, including our municipal student loan business.

| Employee Rating | 2 - Highly Effective |
|---|---|
| Manager Rating | 2 - Highly Effective |

**Employee Comments:**
I have consistently devoted more time to new business efforts, despite a heavy transaction calendar in 2006.  I believe that I accomplished this partially by giving more responsibility to other members of our group.  Successes included being added as a co-manager to the MassHousing account and as senior manager to ASLC.  As a group, we are well positioned to be added to the Tennessee HDA account next time they RFP.  We have many potential prospects and I will continue focusing my efforts on add'l state HFA accounts as well as student loan accounts as soon as we have approval to do so.

**Manager Comments:**
It is always hard to balance transaction processing, client service, and new business development.  Amy does a great job balancing these competing demands

| Goal 2 | Published to Directs:  No |
|---|---|

Increase derivative use for our clients through existing and new products.

| Employee Rating | 2 - Highly Effective |
|---|---|
| Manager Rating | 2 - Highly Effective |

**Employee Comments:**
Although I devoted considerable time early in 2006 to the development of a matched amortization swap with a desk in fixed income, the market moved away from us.  The deal was still successfully completed for Texas DHCA, however, by placing the bonds directly with Freddie Mac.  We were the sole underwriter on these bonds and the structure may be able to be translated to other housing applications given the environment of a flat yield curve.

**Manager Comments:**

| Goal 3 | Published to Directs:  No |
|---|---|
| Work on development of junior bankers to further their career path and enhance our team. | |
| Employee Rating | 2 – Highly Effective |
| Manager Rating | 1 – Exceptional |
| Employee Comments: As mentioned in my comment to the first goal above, I have been giving more responsibility to our junior bankers.  This has been good from both the perspective of their development as well as letting me focus more time on new business efforts.  I have been trying to encourage the junior bankers to be more proactive in developing business ideas. | |
| Manager Comments: great rapport and respect from junior staff | |

| Overall Goal Comments | |
|---|---|
| Employee Overall Goal Comments: | |
| Manager Overall Goal Comments: | |

| Overall Goals Rating | Employee Rating | Manager Rating |
|---|---|---|
| | 2 – Highly Effective | 2 – Highly Effective |

| Part III – Manager Overall Rating and Comments | |
|---|---|
| Manager Overall Rating | 1 – Exceptional |
| Manager Overall Comments | Amy is very accomplished, has a great attitude, great attention to detail, and is a vital part of the group. |
| Employee Final Comments | It's been a fulfilling year in terms of housing work and attaining responsibility for select muni student loan coverage.  2007 is going to be both busy and exciting. |

| Employee | Signature: | Date: |
|---|---|---|

CONFIDENTIAL

# Combined Assessment
## Year End: 2007

**Employee:** Amy L. Bartoletti
**Direct Manager:** Nicholas G. Fluehr
**Completed By:** Nicholas G. Fluehr



REDACTED

---

### Part I - "How We Do Business"

---

| RESPONSIBILITY TO OUR CLIENTS | Employee Rating | Manager Rating |
|---|---|---|
| Builds Client Relationships<br>• Puts clients first; anticipates, understands and exceeds client expectations and needs.<br>• Gains the trust and respect of clients.<br>• Solicits, listens and responds to client feedback. | 1 - Exceptional | 1 - Exceptional |
| Delivers Client Solutions<br>• Continuously delivers superior advice, products and services; leverages internal expertise.<br>• Identifies opportunities to improve products and services.<br>• Recognizes and encourages cross business opportunities to meet client needs; provides references to other businesses where appropriate. | 2 - Highly Effective | 2 - Highly Effective |
| Leverages Functional and Business Knowledge<br>• Knows how the business works; understands the company's products, services and policies.<br>• Keeps abreast of industry trends and marketplace strategies.<br>• Keeps current on developments in his/her area of functional expertise.<br>• Applies functional and business knowledge to maximize effectiveness. | 2 - Highly Effective | 1 - Exceptional |

**Employee Comments:**

I always try my best to put clients first and deliver superior products, advice and service.  Given our team approach philosophy, I cannot single-handedly take credit for any of our group's accomplishments, but I was an integral team member in achieving each of the following.

In single family housing:
- Re-hired as senior manager by Georgia HFA
- Helped to solidify relationship with Alaska HFC – saved them over $33 million (PV) in excess interest liability on last financing
- Added as a co-manager by MassHousing outside of a hiring cycle
- Rehired by Connecticut HFA as a senior manager
- Led a team to complete $160 million issue for Texas DHCA

On the student loan front:
- Appointed senior manager to Alaska SLC
- Hired by Illinois SAC to put in place a warehousing line
- Added as a co-broker dealer by Kentucky HESLC
- Re-hired by Montana HESAC as senior manager; spent a significant amount of time last year helping to educate their Board about student loan finance

In addition, I worked with the derivatives group to develop a student loan pitch on TED swaps.

**Manager Comments:**

| RESPONSIBILITY TO EACH OTHER | Employee Rating | Manager Rating |
|---|---|---|
| Manages Performance (People Managers Only) • Sets clear and measurable goals. • Provides ongoing, candid and constructive feedback. • Recognizes and rewards based on merit. | 2 – Highly Effective | 2 – Highly Effective |
| Recruits, Develops and Retains Talent (People Managers Only) • Attracts and hires top tier talent. • Encourages effective development plans are created and executed. • Coaches and mentors others to improve performance. • Moves individuals into challenging, developmental assignments and supports cross business mobility. • Builds a diverse talent pipeline at all levels. | 3 – Effective | 3 – Effective |

CONFIDENTIAL

- Ensures leadership succession.

| | Employee Rating | Manager Rating |
|---|---|---|
| **Builds Partnerships and Values Diversity**<br>• Establishes an inclusive and positive team oriented work environment and treats all employees with dignity and respect.<br>• Values and leverages diverse perspectives.<br>• Collaborates with others to achieve common goals and breaks down silos.<br>• Shares ideas and best practices across businesses, products and geographies. | 1 - Exceptional | 1 - Exceptional |
| **Communicates Effectively**<br>• Communicates clearly and concisely, both orally and in writing.<br>• Influences the decisions and opinions of others without having direct authority.<br>• Keeps others informed by passing on relevant information in a timely manner.<br>• Remains objective and resolves conflicts when they arise. | 2 - Highly Effective | 1 - Exceptional |

**Employee Comments:**
In dealing with others, my first priority is to treat everyone with respect. Because of this, I have a very good rapport with my manager, peers and subordinates. I truly believe in and embrace the "team" philosophy that lends itself to success. In addition, I am in the process of arranging a meeting with CCC on how our groups can better work together.

**Manager Comments:**

| RESPONSIBILITY TO OUR FRANCHISE | Employee Rating | Manager Rating |
|---|---|---|
| **Drives Results**<br>• Leads by example, demonstrating ethics, judgment and integrity in decisions and actions.<br>• Strives for "best in class" practices to be industry and market leader; demonstrates a desire to win.<br>• Gets things done; overcomes obstacles and minimizes bureaucracy.<br>• Holds self and others accountable for results. | 1 - Exceptional | 1 - Exceptional |

| | | |
|---|---|---|
| • Translates vision into clear strategies and specific priorities. | | |
| Uses Sound Judgment<br>• Puts long-term interests above short term gains; thinks and acts like an owner.<br>• Escalates issues when necessary and appropriate.<br>• Probes beyond symptoms to determine the underlying causes of problems.<br>• Seeks input and advice from others before making decisions.<br>• Makes decisions in a timely manner, balancing a need for action with a need for analysis.<br>• Develops strategies that contribute to sustainable business growth. | 1 - Exceptional | 1 - Exceptional |
| Innovates and Manages Change<br>• Inspires creativity and encourages others to continuously improve.<br>• Develops innovative solutions that enhance our products, services and processes.<br>• Challenges the status quo and traditional thinking.<br>• Works effectively in the face of ambiguity and adapts to change.<br>• Communicates the need for change and inspires action. | 3 - Effective | 2 - Highly Effective |
| Manages Risk and Control<br>• Takes responsibility for strong control environment; effectively uses Risk Control Self Assessment as a reliable framework for managing control structure.<br>• Proactively manages risk; considers risk and control issues when developing new products and executing transactions.<br>• Ensures transparency and candor in dealing with risk and control issues.<br>• Incorporates risk and control perspectives in strategic plans and budgets.<br>• (For Control Staff Only) Collaborates with business staff to find solutions to control issues; willing to accept measured and | N/A - Not Applicable | N/A - Not Applicable |

| transparent risk-taking where appropriate. | | |
|---|---|---|
| Pursues Learning and Self Development<br>• Recognizes personal strengths and development needs and is committed to self-improvement.<br>• Learns from and accepts responsibility for mistakes.<br>• Pursues continuous learning by seeking feedback from others. | 2 - Highly Effective | 2 - Highly Effective |

**Employee Comments:**
Leading by example is often the best way to achieve positive results from your team.  I am committed to long-term success in this business and hope that is conveyed by my actions.  Recently, I have participated in several self-development programs, including:
        Completed Leadership Training Program – Reviews from those in the Housing Group as well as non-housing peers were extremely positive
        Participated in Diversity Pilot Program – Coaching for Success; As part of this program, I did the bulk of the work for our team on the business topic of MSD and CCC: The Compelling Business Model; made presentation to Ward, his direct reports and several other MD's in the Division
Attended the following CMB Learning and Development seminar: The Three R's of Career Success: Research, Reinvention, and Resilience

**Manager Comments:**


| Overall "How We Do Business" Rating | Employee Rating | Manager Rating |
|---|---|---|
| | 2 - Highly Effective | 1 - Exceptional |

---

## Part II - Goals - What Business We Do

There are no goals.

**Overall Goal Comments**

**Employee Overall Goal Comments:**

CONFIDENTIAL