# Exhibit 37

# citi

## PFD Net Revenue Report - Summary

Bartoletti, Amy L - Director
Run Date: 12/20/07
Period: 01/01/07 - 12/31/07
Page: 17 of 257

| Transaction Description | Transaction Details | Mgmt Fee | Selling | Other Bond | Deriv | Reinv | Fin Adv | Other | Misc | Total Rev |
|---|---|---|---|---|---|---|---|---|---|---|
| $157,060,000 Texas Dept of Housing and Comm Affairs (TX), Single Family Mortgage | 09/05/07; #47PA4241; Co-Sr (books); Long-Term Fixed (>13 n | 35,339 | 433,576 | 75,000 | 0 | 0 | 0 | 0 | 0 | 543,914 |
| Higher Education Student Assistance Auth (NJ), Swap | 05/16/07; ***Dafi; No Mgr; Mode Not Applicable | 0 | 0 | 0 | 450,000 | 0 | 0 | 0 | (90,000) | 360,000 |
| $85,000,000 North Dakota Housing Finance Agency (ND), Housing Finance Program | 02/14/07; #47PA3752; Sr Mgr; Long-Term Fixed (>13 mo) | 68,304 | 259,503 | 0 | 0 | 27,615 | 0 | 0 | 0 | 355,421 |
| $100,000,000 South Dakota Housing Dev Auth (SD), Homeownership Mortgage Bond | 04/18/07; #47PA4043; Co-Sr (books); Long-Term Fixed (<13 n | 40,000 | 257,057 | 24,687 | 0 | 0 | 0 | 0 | 0 | 321,743 |
| $85,000,000 North Dakota Housing Finance Agency (ND), Housing Finance Program | 08/16/07; #47PA4268; Sr Mgr; Long-Term Fixed (>13 mo) | 68,304 | 238,296 | 0 | 0 | 0 | 0 | 0 | 0 | 306,600 |
| $175,000,000 Montana Higher Educ Student Assist Corp (MT), Student Loan Revenu | 12/20/07; #47PA4425; Sr Mgr; Long-Term Variable (>13 mo) | 175,000 | 157,500 | 0 | 0 | 0 | 0 | 0 | (78,750) | 253,750 |
| $87,500,000 Alaska Student Loan Corporation (AK), Education Loan Revenue Bonds, | 05/15/07; #47PA4086; Sole Mgr; Long-Term Fixed (>13 mo) | 16,875 | 232,160 | 0 | 0 | 0 | 0 | 0 | 0 | 249,035 |
| $240,275,000 Ohio Housing Finance Agency (OH), Residential Mtg Rev Bonds (Mtg-E | 03/14/07; #47PA3902; Co-Sr (no books); Long-Term Fixed (>1 | 107,889 | 129,132 | 0 | 0 | 0 | 0 | 0 | 0 | 237,020 |
| $60,000,000 Georgia Housing Finance Authority (GA), Single Family Mortgage Bonds | 11/29/07; #47PA4457; Co-Sr (books); Long-Term Fixed (>13 n | 45,000 | 162,056 | 0 | 0 | 0 | 0 | 0 | 0 | 207,056 |
| $100,000,000 South Dakota Housing Dev Auth (SD), Homeownership Mortgage Bond | 07/24/07; #47PA4245; Co-Sr (no books); Long-Term Fixed (>1 | 30,500 | 169,545 | 0 | 0 | 0 | 0 | 0 | 0 | 200,045 |
| $50,000,000 Georgia Housing Finance Authority (GA), Single Family Mortgage Bonds | 05/10/07; #47PA4048; Co-Sr (books); Long-Term Fixed (>13 n | 46,000 | 146,694 | 0 | 0 | 0 | 0 | 0 | 0 | 192,694 |
| $66,000,000 South Dakota Housing Dev Auth (SD), Homeownership Mortgage Bonds | 10/16/07; #47PA4397; Co-Sr (books); Long-Term Fixed (>13 n | 26,400 | 156,143 | 0 | 0 | 0 | 0 | 0 | 0 | 182,543 |
| $60,000,000 Georgia Housing Finance Authority (GA), Single Family Mortgage Bonds | 07/25/07; #47PA4196; Co-Sr (no books); Long-Term Fixed (>1 | 55,554 | 80,658 | 0 | 0 | 0 | 0 | 0 | 0 | 136,212 |
| $137,310,000 Connecticut Housing Finance Authority (CT), Housing Mtg Fin Prog Bor | 06/21/07; #47PA4198; Co-Sr (no books); Long-Term Fixed (>1 | 11,789 | 85,538 | 0 | 0 | 0 | 0 | 0 | 0 | 97,327 |
| Pennsylvania Higher Educ Assist Agency (PA), Swap | 03/30/07; ***Dafi; No Mgr; Mode Not Applicable | 0 | 0 | 0 | 117,250 | 0 | 0 | 0 | (23,450) | 93,800 |
| $100,000,000 Delaware State Housing Authority (DE), Senior Single Family Mortgage | 02/22/07; #47PA3764; Co-Mgr; Long-Term Fixed (>13 mo) | 0 | 92,595 | 0 | 0 | 0 | 0 | 0 | 0 | 92,595 |
| $100,000,000 North Carolina Housing Finance Agency (NC), Home Ownership Reven | 05/10/07; #47PA4098; Co-Mgr; Long-Term Fixed (>13 mo) | 11,032 | 80,925 | 0 | 0 | 0 | 0 | 0 | 0 | 91,957 |
| $83,000,000 South Carolina State Hsg Fin and Dev Auth (SC), Mortgage Revenue Bo | 08/22/07; #47PA4213; Co-Mgr; Long-Term Fixed (>13 mo) | 0 | 89,500 | 0 | 0 | 0 | 0 | 0 | 0 | 89,500 |
| $75,000,000 Alaska Housing Finance Corporation (AK), Home Mortgage Revenue Bo | 05/30/07; #47PA3084; Sole Mgr; Long-Term Variable (>13 mo) | 0 | 112,500 | 25,000 | 0 | 0 | 0 | 0 | (56,250) | 81,250 |
| $100,000,000 Delaware State Housing Authority (DE), Senior Single Family Mtg Rev 1 | 05/17/07; #47PA4113; Co-Mgr; Long-Term Fixed (>13 mo) | 0 | 75,495 | 0 | 0 | 0 | 0 | 0 | 0 | 75,495 |
| $85,000,000 North Dakota Housing Finance Agency (ND), Housing Finance Program | 02/14/07; #47PA3753; Sr Mgr; Short-Term Fixed/Var (<13 mo | 0 | 85,000 | 0 | 0 | 32,000 | 0 | 0 | (42,500) | 74,500 |
| $41,500,000 Alaska Student Loan Corporation (AK), Education Loan Revenue Bonds, | 06/05/07; #47PA3558; Sole Mgr; Long-Term Variable (>13 mo | 10,375 | 103,750 | 0 | 0 | 0 | 0 | 0 | (51,875) | 62,250 |
| $62,500,000 Nebraska Investment Finance Authority (NE), Single Family Housing Rev | 06/21/07; #47PA4183; Co-Mgr; Long-Term Fixed (>13 mo) | 26,648 | 31,549 | 0 | 0 | 0 | 0 | 0 | 0 | 58,197 |
| $89,765,000 Iowa Finance Authority (IA), Single Family Mortgage Bonds, Srs 07H-J | 08/16/07; #47PA4286; Co-Mgr; Long-Term Fixed (>13 mo) | 0 | 57,384 | 0 | 0 | 0 | 0 | 0 | 0 | 57,384 |
| $222,370,000 Ohio Housing Finance Agency (OH), Residential Mtg Rev Bonds, Srs 0 | 07/11/07; #47PA4219; Co-Mgr; Long-Term Fixed (>13 mo) | 0 | 52,182 | 0 | 0 | 0 | 0 | 0 | 0 | 52,182 |
| $123,975,000 Connecticut Housing Finance Authority (CT), Housing Mtg Finance Proc | 10/24/07; #47PA4408; Co-Sr (no books); Long-Term Fixed (>1 | 0 | 49,110 | 0 | 0 | 0 | 0 | 0 | 0 | 49,110 |
| $85,000,000 North Dakota Housing Finance Agency (ND), Housing Finance Program | 08/15/07; #47PA4269; Sole Mgr; Short-Term Fixed/Var (<13 m | 0 | 85,000 | 0 | 0 | 0 | 0 | 0 | (42,500) | 42,500 |
| $220,000,000 Colorado Housing Finance Auth (CO), Single Family Mortgage Bonds, S | 10/17/07; #47PA4349; Co-Mgr; Long-Term Variable (>13 mo) | 28,000 | 27,500 | 0 | 0 | 0 | 0 | 0 | (13,750) | 41,750 |
| $100,000,000 Missouri Housing Development Commission (MO), Single Family Mortg | 04/25/07; #47PA4062; Co-Mgr; Long-Term Fixed (>13 mo) | 0 | 39,625 | 0 | 0 | 0 | 0 | 0 | 0 | 39,625 |
| $40,000,000 Arkansas Development Finance Authority (AR), Single Family Mortgage | 09/26/07; #47PA4333; Co-Sr (no books); Long-Term Fixed (>1 | 5,000 | 34,410 | 0 | 0 | 0 | 0 | 0 | 0 | 39,410 |
| $34,000,000 South Dakota Housing Dev Auth (SD), Homeownership Mortgage Bonds | 11/05/07; #47PA4398; Sole Mgr; Long-Term Variable (>13 mo | 22,100 | 34,000 | 0 | 0 | 0 | 0 | 0 | (17,000) | 39,100 |
| $65,000,000 North Carolina Housing Finance Agency (NC), Home Ownership Revenu | 09/20/07; #47PA4280; Co-Mgr; Long-Term Fixed (>13 mo) | 6,274 | 31,681 | 0 | 0 | 0 | 0 | 0 | 0 | 37,956 |
| North Dakota Housing Finance Agency (ND), Reinvestment Fee - Srs 07C&D | 09/12/07; ***Dafi; No Mgr; Mode Not Applicable | 0 | 0 | 0 | 0 | 37,875 | 0 | 0 | 0 | 37,875 |
| $65,000,000 North Carolina Housing Finance Agency (NC), Home Ownership Revenu | 03/28/07; #47PA3980; Co-Mgr; Long-Term Fixed (>13 mo) | 7,171 | 29,047 | 0 | 0 | 0 | 0 | 0 | 0 | 36,218 |
| $59,725,000 Ohio Housing Finance Agency (OH), Residential Mtg Rev Bonds, Srs 071 | 04/10/07; #47PA3903; Co-Sr (no books); Long-Term Variable ( | 20,904 | 26,130 | 0 | 0 | 0 | 0 | 0 | (13,065) | 33,969 |
| $50,625,000 Iowa Finance Authority (IA), Single Family Mortgage Bonds, Srs 07D-F | 06/19/07; #47PA4069; Co-Mgr; Long-Term Fixed (>13 mo) | 0 | 33,450 | 0 | 0 | 0 | 0 | 0 | 0 | 33,450 |
| North Dakota Housing Finance Agency (ND), Reinvestment Fee - Srs 07D | 09/12/07; ***Dafi; No Mgr; Mode Not Applicable | 0 | 0 | 0 | 0 | 33,000 | 0 | 0 | 0 | 33,000 |
| $25,000,000 Maine State Housing Authority (ME), Mortgage Purchase Bonds, Srs 07C | 06/13/07; #47PA4185; Co-Mgr; Long-Term Fixed (>13 mo) | 0 | 31,250 | 0 | 0 | 0 | 0 | 0 | 0 | 31,250 |
| $66,000,000 Missouri Housing Development Commission (MO), Single Family Mortga | 10/03/07; #47PA4348; Co-Mgr; Long-Term Fixed (>13 mo) | 0 | 30,884 | 0 | 0 | 0 | 0 | 0 | 0 | 30,884 |
| $89,370,000 Alaska Housing Finance Corporation (AK), Home Mortgage Revenue Bo | 01/17/07; #47PA3634; Co-Sr (no books); Long-Term Fixed (>1 | 1,434 | 29,330 | 0 | 0 | 0 | 0 | 0 | 0 | 30,764 |
| $35,000,000 Colorado Housing Finance Auth (CO), Single Family Mortgage Bonds; C | 04/18/07; #47PA4060; Co-Mgr; Long-Term Fixed (>13 mo) | 12,541 | 17,500 | 0 | 0 | 0 | 0 | 0 | 0 | 30,041 |
| $100,000,000 South Dakota Housing Dev Auth (SD), Homeownership Mortgage Bond | 04/17/07; #47PA4044; Sole Mgr; Short-Term Fixed/Var (<13 m | 0 | 60,000 | 0 | 0 | 0 | 0 | 0 | (30,000) | 30,000 |

For Internal Use Only

## PFD Net Revenue Report - Summary

**citi**

Bartoletti, Amy L - Director
Run Date: 12/20/07
Period: 01/01/07 - 12/31/07
Page: 18 of 257

| Transaction Description | Transaction Details | Mgmt Fee | Selling | Other Bond | Deriv | Reinv | Fin Adv | Other | Misc | Total Rev |
|---|---|---|---|---|---|---|---|---|---|---|
| $80,000,000 North Carolina Housing Finance Agency (NC), Home Ownership Revenue | 09/20/07; #47PA4335; Co-Mgr; Long-Term Fixed (>13 mo) | 7,722 | 20,050 | 0 | 0 | 0 | 0 | 0 | 0 | 27,772 |
| $275,000,000 Higher Education Student Assistance Auth (NJ), Student Loan Rev Bds | 05/16/07; #47PA4096; Co-Mgr; Long-Term Variable (>13 mo) | 0 | 55,000 | 0 | 0 | 0 | 0 | 0 | (27,500) | 27,500 |
| $242,855,000 Arkansas, State of (AR), Higher Education GO Bonds, Srs 07A-C | 05/03/07; #47PA4099; Co-Mgr; Long-Term Fixed (>13 mo) | 0 | 26,298 | 0 | 0 | 0 | 0 | 446 | 0 | 26,744 |
| $36,000,000 Idaho Housing and Finance Association (ID), Single Family Mortgage Bo | 08/29/07; #47PA4306; Co-Mgr; Long-Term Fixed (>13 mo) | 5,512 | 20,750 | 0 | 0 | 0 | 0 | 0 | 0 | 26,262 |
| $50,000,000 Nebraska Investment Finance Authority (NE), Single Family Housing Rev | 05/02/07; #47PA4073; Co-Mgr; Long-Term Fixed (>13 mo) | 21,318 | 1,500 | 0 | 0 | 0 | 0 | 0 | 0 | 22,818 |
| $45,000,000 Idaho Housing and Finance Association (ID), Single Family Mortgage Bo | 10/04/07; #47PA4387; Co-Mgr; Long-Term Fixed (>13 mo) | 0 | 20,000 | 0 | 0 | 0 | 0 | 0 | 0 | 20,000 |
| $35,000,000 Iowa Finance Authority (IA), Single Family Mortgage Bonds, Srs 07A-B | 02/14/07; #47PA3714; Co-Mgr; Long-Term Fixed (>13 mo) | 0 | 17,170 | 0 | 0 | 0 | 0 | 0 | 0 | 17,170 |
| $14,680,000 Georgia Housing Finance Authority (GA), Single Family Mortgage Bonds | 05/11/07; #47PA4101; Co-Sr (books); Long-Term Variable (>1 | 7,340 | 18,350 | 0 | 0 | 0 | 0 | 0 | (9,175) | 16,515 |
| $50,000,000 Missouri Housing Development Commission (MO), Single Family Mortga | 01/24/07; #47PA3733; Co-Mgr; Long-Term Fixed (>13 mo) | 0 | 14,825 | 0 | 0 | 0 | 0 | 0 | 0 | 14,825 |
| $17,000,000 Maine State Housing Authority (ME), Mortgage Purchase Bonds, Srs 07E | 08/28/07; #47PA4282; Co-Mgr; Long-Term Fixed (>13 mo) | 0 | 14,138 | 0 | 0 | 0 | 0 | 0 | 0 | 14,138 |
| $103,745,000 Colorado Housing Finance Auth (CO), Multi-Family Project Bonds, Srs | 08/28/07; #47PA4218; Co-Mgr; Long-Term Variable (>13 mo) | 4,000 | 20,000 | 0 | 0 | 0 | 0 | 0 | (10,000) | 14,000 |
| $95,525,000 Alaska Housing Finance Corporation (AK), State Capital Project Bonds, S | 09/12/07; #47PA4320; Co-Mgr; Long-Term Fixed (>13 mo) | 0 | 13,175 | 0 | 0 | 0 | 0 | 0 | 0 | 13,175 |
| $50,000,000 Nebraska Investment Finance Authority (NE), Single Family Housing Rev | 12/05/07; #47PA4452; Co-Mgr; Long-Term Fixed (>13 mo) | 0 | 13,125 | 0 | 0 | 0 | 0 | 0 | 0 | 13,125 |
| $41,250,000 Idaho Housing and Finance Association (ID), Single Family Mortgage Bo | 10/31/07; #47PA4420; Co-Mgr; Long-Term Fixed (>13 mo) | 0 | 13,000 | 0 | 0 | 0 | 0 | 0 | 0 | 13,000 |
| $46,250,000 Idaho Housing and Finance Association (ID), Single Family Mortgage Bo | 07/12/07; #47PA4231; Co-Mgr; Long-Term Fixed (>13 mo) | 0 | 12,516 | 0 | 0 | 0 | 0 | 0 | 0 | 12,516 |
| $17,500,000 Ohio Housing Finance Agency (OH), Residential Mtg Rev Bonds, Srs 07I | 09/25/07; #47PA4352; Co-Mgr; Long-Term Fixed (>13 mo) | 0 | 11,000 | 0 | 0 | 0 | 0 | 0 | 0 | 11,000 |
| $50,000,000 Missouri Housing Development Commission (MO), Single Family Mortga | 07/18/07; #47PA4234; Co-Mgr; Long-Term Fixed (>13 mo) | 0 | 10,810 | 0 | 0 | 0 | 0 | 0 | 0 | 10,810 |
| $35,000,000 Missouri Housing Development Commission (MO), Single Family Mortga | 03/14/07; #47PA3959; Co-Mgr; Long-Term Fixed (>13 mo) | 0 | 10,075 | 0 | 0 | 0 | 0 | 0 | 0 | 10,075 |
| $33,000,000 Idaho Housing and Finance Association (ID), Single Family Mortgage Bo | 12/12/07; #47PA4490; Co-Mgr; Long-Term Fixed (>13 mo) | 0 | 10,000 | 0 | 0 | 0 | 0 | 0 | 0 | 10,000 |
| $60,455,000 Massachusetts Housing Finance Agency (MA), Single Family Housing Re | 04/12/07; #47PA4036; Co-Mgr; Long-Term Fixed (>13 mo) | 0 | 9,513 | 0 | 0 | 0 | 0 | 0 | 0 | 9,513 |
| $37,500,000 Idaho Housing and Finance Association (ID), Single Family Mortgage Bo | 06/14/07; #47PA4175; Co-Mgr; Long-Term Fixed (>13 mo) | 6,891 | 625 | 0 | 0 | 0 | 0 | 0 | 0 | 7,516 |
| $30,000,000 Idaho Housing and Finance Association (ID), Single Family Mortgage Bo | 05/17/07; #47PA4117; Co-Mgr; Long-Term Fixed (>13 mo) | 5,513 | 1,150 | 0 | 0 | 0 | 0 | 0 | 0 | 6,663 |
| $25,000,000 Idaho Housing and Finance Association (ID), Single Family Mortgage Bo | 04/19/07; #47PA4066; Co-Mgr; Long-Term Fixed (>13 mo) | 4,594 | 1,800 | 0 | 0 | 0 | 0 | 0 | 0 | 6,394 |
| $83,705,000 Massachusetts Housing Finance Agency (MA), Single Family Housing Re | 08/16/07; #47PA4258; Co-Mgr; Long-Term Fixed (>13 mo) | 0 | 6,350 | 0 | 0 | 0 | 0 | 0 | 0 | 6,350 |
| $50,000,000 Nebraska Investment Finance Authority (NE), Single Family Housing Rev | 08/28/07; #47PA4304; Co-Mgr; Long-Term Fixed (>13 mo) | 0 | 5,688 | 0 | 0 | 0 | 0 | 0 | 0 | 5,688 |
| $17,500,000 Idaho Housing and Finance Association (ID), Single Family Mortgage Bo | 01/25/07; #47PA3747; Co-Mgr; Long-Term Fixed (>13 mo) | 3,216 | 2,225 | 0 | 0 | 0 | 0 | 0 | 0 | 5,441 |
| $20,000,000 Idaho Housing and Finance Association (ID), Single Family Mortgage Bo | 03/08/07; #47PA3906; Co-Mgr; Long-Term Fixed (>13 mo) | 3,675 | 1,575 | 0 | 0 | 0 | 0 | 0 | 0 | 5,250 |
| $20,000,000 Idaho Housing and Finance Association (ID), Single Family Mortgage Bo | 03/29/07; #47PA4024; Co-Mgr; Long-Term Fixed (>13 mo) | 3,675 | 1,375 | 0 | 0 | 0 | 0 | 0 | 0 | 5,050 |
| $12,845,000 Iowa Finance Authority (IA), Single Family Mortgage Bonds, Srs 07K-L | 11/29/07; #47PA4456; Co-Mgr; Long-Term Fixed (>13 mo) | 0 | 4,500 | 0 | 0 | 0 | 0 | 0 | 0 | 4,500 |
| $103,575,000 Massachusetts Housing Finance Agency (MA), Revenue Bonds, Srs 07 | 11/01/07; #47PA4415; Co-Mgr; Long-Term Fixed (>13 mo) | 0 | 4,300 | 0 | 0 | 0 | 0 | 0 | 0 | 4,300 |
| $25,000,000 Maine State Housing Authority (ME), Mortgage Purchase Bonds, Srs 07/ | 04/19/07; #47PA4049; Co-Mgr; Long-Term Fixed (>13 mo) | 0 | 4,039 | 0 | 0 | 0 | 0 | 0 | 0 | 4,039 |
| $45,000,000 Nebraska Investment Finance Authority (NE), Single Family Housing Rev | 02/28/07; #47PA3808; Co-Mgr; Long-Term Fixed (>13 mo) | 0 | 3,250 | 0 | 0 | 0 | 0 | 0 | 0 | 3,250 |
| North Dakota Housing Finance Agency (ND), Reinvestment Fee - Srs 07D | 09/12/07; ***Deri; No Mgr; Mode Not Applicable | 0 | 0 | 0 | 0 | 3,000 | 0 | 0 | 0 | 3,000 |
| $64,925,000 Massachusetts Housing Finance Agency (MA), Single Family Housing Ri | 06/06/07; #47PA4138; Co-Mgr; Long-Term Fixed (>13 mo) | 0 | 613 | 0 | 0 | 0 | 0 | 0 | 0 | 613 |
| $23,300,000 Alaska Housing Finance Corporation (AK), Governmental Purpose Bond: | 01/01/07; #47PA3685; No Mgr; Long-Term Variable (>13 mo) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

For Internal Use Only

CONFIDENTIAL



CGMI_BART016972

# PFD Net Revenue Report – Summary

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Transaction Description** | | | **Transaction Details** | | | Mgmt Fee | Selling | Other Bond | Deriv | Reinv | Fin Adv | Other | Misc | Total Rev |

Bartoletti, Amy L - Director
Run Date: 12/20/07
Period: 01/01/07 - 12/31/07
Page: 19 of 257

$83,500,000 Alaska Housing Finance Corporation (AK), Governmental Purpose Bond: 01/01/07; #47PA3686; No Mgr; Long-Term Variable (>13 mo)

**Bartoletti, Amy L - Director**    951,887   4,216,437   124,687   567,250   133,490   0   0   (505,815)   5,488,381
                                                                                          5,293,010

### Bonds Sold Information

| | | |
|---|---|---|
| Par Managed | $5,521,085,000 | |
| **Desk Estimates –** | | |
| Designations | 2,901,309 | 91.3% [1] |
| **Fact Sheet Bonds Sold –** | | |
| Retail | 31,809,000 | 3.7% |
| Institutional | 827,228,000 | 96.3% |
| Total | 859,037,000 | |

[1] Based on selling revenues (for non-sole managed transactions) of: $3,179,085

### Traditional Revenues (Origination)

| | Total $ | $ / Bond |
|---|---|---|
| Management | 951,887 | 0.172 |
| Selling Revenue | 4,216,437 | 0.764 |
| Structuring | 100,000 | 0.018 |
| Clearance | 0 | 0.000 |
| Und P&L | 0 | 0.000 |
| Other Bond | 24,687 | 0.004 |
| Subtotal | 5,293,010 | 0.959 |

### Non-Traditional Revenues

| | Total $ |
|---|---|
| Derivatives | 567,250 |
| Reinvestments | 133,490 |
| Financial Advisor | 0 |
| Remarketing | 0 |
| Other Revenues | 446 |
| Subtotal | 701,185 |

### Miscellaneous Payouts

| | |
|---|---|
| Origination Fees – Short-Term (50%) | 0 |
| TFI (50%) | 0 |
| Finder's Fees | 0 |
| Other Payouts | 0 |
| Subtotal | 0 |
| Annual Remarketing (50%) | 0 |
| Subtotal | 0 |

### Revenue Summary

| | |
|---|---|
| Traditional | 5,293,010 |
| Non-Traditional | 701,185 |
| Annual Remarketing | 0 |
| Gross Revenues | 5,994,196 |
| Non-MSD Transfers | (505,815) |
| MSD Net Revenues | 5,488,381 |

### P&L Summary

| | Net $ | $ Transfers | Total $ |
|---|---|---|---|
| Public Finance Dept | | | |
| Trad Banking | 453,800 | (113,450) | 1,076,573 |
| Non-Trad Rev | 133,490 | 0 | 587,290 |
| Selling (ST/TFI) | 0 | 0 | 392,365 |
| Annual Remarketing | 0 | 0 | 0 |
| Miscellaneous | 446 | 0 | 446 |
| Subtotal PFD | 587,735 | (113,450) | 2,056,673 |
| Shared New Issue | | | 3,431,707 |
| MSD Other | | | |
| Derivatives | | | 113,450 |
| Reinvestments | | | 0 |
| Money Market Desk | | (392,365) | 392,365 |
| TFI Selling / Other | | 0 | 0 |
| Investment Banking | | 0 | 0 |
| Asset Management | | (392,365) | 0 |
| Finder's Fees | | 0 | 0 |
| Miscellaneous | | (392,365) | 0 |
| Gross Revenues | | | 5,994,196 |

# citi

## PFD Net Revenue Report - Summary

Koessel, Michael - Director
Run Date: 1/16/08
Period: 01/01/07 - 12/31/07
Page: 134 of 257

| Transaction Description | Transaction Details | Mgmt Fee | Selling | Other Bond | Deriv | Reinv | Fin Adv | Other | Misc | Total Rev |
|---|---|---|---|---|---|---|---|---|---|---|
| $17,000,000 Maine State Housing Authority (ME), Mortgage Purchase Bonds, Srs 07E | 08/28/07; #47PA4282; Co-Mgr; Long-Term Fixed (>13 mo) | 0 | 14,138 | 0 | 0 | 0 | 0 | 0 | 0 | 14,138 |
| $17,500,000 Ohio Housing Finance Agency (OH), Residential Mtg Rev Bonds, Srs 07I | 09/25/07; #47PA4352; Co-Mgr; Long-Term Fixed (>13 mo) | 0 | 11,000 | 0 | 0 | 0 | 0 | 0 | 0 | 11,000 |
| $50,000,000 Missouri Housing Development Commission (MO), Single Family Mortga. | 07/18/07; #47PA4234; Co-Mgr; Long-Term Fixed (>13 mo) | 0 | 10,810 | 0 | 0 | 0 | 0 | 0 | 0 | 10,810 |
| $56,000,000 Wyoming Community Development Auth (WY), Housing Revenue Bonds | 03/13/07; #47PA3960; Co-Mgr; Long-Term Fixed (>13 mo) | 8,232 | 156 | 0 | 0 | 0 | 0 | 2,058 | 0 | 10,446 |
| $35,000,000 Missouri Housing Development Commission (MO), Single Family Mortga. | 03/14/07; #47PA3959; Co-Mgr; Long-Term Fixed (>13 mo) | 0 | 10,075 | 0 | 0 | 0 | 0 | 0 | 0 | 10,075 |
| $48,000,000 Wyoming Community Development Auth (WY), Housing Revenue Bonds | 07/31/07; #47PA4256; Co-Mgr; Long-Term Fixed (>13 mo) | 7,056 | 2,843 | 0 | 0 | 0 | 0 | 0 | 0 | 9,899 |
| $24,000,000 Wyoming Community Development Auth (WY), Housing Revenue Bonds | 01/10/07; #47PA3732; Co-Mgr; Long-Term Fixed (>13 mo) | 4,410 | 5,361 | 0 | 0 | 0 | 0 | 0 | 0 | 9,771 |
| $30,000,000 Maryland Community Development Admin (MD), Residential Revenue Bo | 11/28/07; #47PA4463; Co-Mgr; Long-Term Fixed (>13 mo) | 0 | 9,364 | 0 | 0 | 0 | 0 | 0 | 0 | 9,364 |
| $22,435,000 Maryland Community Development Admin (MD), Housing Revenue Bond | 05/15/07; #47PA4105; Co-Mgr; Long-Term Fixed (>13 mo) | 0 | 9,266 | 0 | 0 | 0 | 0 | 0 | 0 | 9,266 |
| $56,000,000 Wyoming Community Development Auth (WY), Housing Revenue Bonds | 05/10/07; #47PA4107; Co-Mgr; Long-Term Fixed (>13 mo) | 8,232 | -1,037 | 0 | 0 | 0 | 0 | 0 | 0 | 7,195 |
| $25,000,000 Maine State Housing Authority (ME), Mortgage Purchase Bonds, Srs 07. | 04/19/07; #47PA4049; Co-Mgr; Long-Term Fixed (>13 mo) | 0 | 4,039 | 0 | 0 | 0 | 0 | 0 | 0 | 4,039 |
| California Housing Finance Agency (CA), Swap Unwind | 01/16/07; ***Dafi: No Mgr; Mode Not Applicable | 0 | 00 | 0 | 1,000 | 0 | 0 | 0 | (200) | 800 |
| $200,000,000 Ohio Housing Finance Agency (OH), Single Family Mtg Rev Bonds, Srs | 02/28/07; #47PA3777; Sole Mgr; Long-Term Variable (>13 mo | 00 | 00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Koessel, Michael - Director** | | 715,738 | 3,725,156 | 25,000 | 1,000 | 0 | 0 | 259,384 | (190,432) | 4,535,846 |
| | | | | 4,465,895 | | | | | | |

### Bonds Sold Information

| | |
|---|---|
| Par Managed | $4,795,620,000 |
| Desk Estimates - Designations | 2,960,203   89.6% [1] |
| Fact Sheet Bonds Sold - | |
| Retail | 12,283,000   3.0% |
| Institutional | 395,815,000   97.0% |
| Total | 408,098,000 |

[1] Based on selling revenues (for non-sole managed transactions) of: $3,304,347

### Traditional Revenues (Origination)

| | Total $ | $ / Bond |
|---|---|---|
| Management | 715,738 | 0.149 |
| Selling Revenue | 3,725,156 | 0.777 |
| Structuring | 25,000 | 0.005 |
| Clearance | 0 | 0.000 |
| Und P&L | 0 | 0.000 |
| Other Bond | 0 | 0.931 |
| Subtotal | 4,465,895 | |

### Revenue Summary

| | |
|---|---|
| Traditional | 4,465,895 |
| Non-Traditional | 260,384 |
| Annual Remarketing | 0 |
| Gross Revenues | 4,726,279 |
| Non-MSD Transfers | (190,432) |
| MSD Net Revenues | 4,535,846 |

### Non-Traditional Revenues

| | Total $ |
|---|---|
| Derivatives | 1,000 |
| Reinvestments | 0 |
| Financial Advisor | 0 |
| Remarketing | 0 |
| Other Revenues | 259,384 |
| Subtotal | 260,384 |

#### Miscellaneous Payouts

| | Total $ |
|---|---|
| Origination Fees - Short-Term (50%) | (110,397) |
| TFI (50%) | 0 |
| Finder's Fees | (28,370) |
| Other Payouts | (51,465) |
| Subtotal | (190,232) |
| Annual Remarketing (50%) | 0 |
| Subtotal | (190,232) |

| | $ Transfers | Net $ |
|---|---|---|
| | (200) | 800 |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 259,384 |
| | (200) | 260,184 |

### P&L Summary

| | Total $ |
|---|---|
| Public Finance Dept | |
| Trad Banking | 740,738 |
| Non-Trad Rev | 800 |
| Selling (ST/TFI) | 110,397 |
| Annual Remarketing | 0 |
| Miscellaneous | 207,919 |
| Subtotal PFD | 1,059,855 |
| Shared New Issue | 3,507,899 |
| MSD Other | 0 |
| Derivatives | 200 |
| Reinvestments | 0 |
| Money Market Desk | 110,397 |
| TFI Selling / Other | 0 |
| Investment Banking | 0 |
| Asset Management | 0 |
| Finder's Fees | 28,370 |
| Miscellaneous | 51,465 |
| Gross Revenues | 4,758,186 |

# PFD Net Revenue Report - Summary

**citi**

Bartoletti, Amy L - Director
Run Date: 12/22/08 12:31
Period: 01/01/08 - 12/31/08
Page: 28 of 335

| Transaction | Transaction Details | Staffing / Product Groups / Regions | Fact Sheet | Mgmt Fee | Selling | Other Bond | Total Bond | Deriv | Reinv | Fin Adv | Other | Misc | Total Rev |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $350,000,000 New Jersey Higher Educ Assistance Auth (NJ), Student | 07/31/08; #47PA5061; (no books);Long-Term Fixed (>13 mo) | Co-Sr T. Egan (Tim)*, A. Bartoletti, D. Kim [Northeast, Hsg/Stud] | L | 0 | 616,806 | 0 | 616,806 | 0 | 0 | 0 | 0 | 0 | 616,806 |
| $108,150,000 North Dakota Housing Finance Agency (ND), Housing | 08/05/08; #47PA5078; Sr Mgr;Long-Term Fixed (>13 mo) | A. Bartoletti*, T. Hsieh*, C. Siu [Hsg/Stud] | | 81,113 | 354,415 616,806* 304,177 | | 435,527 | 0 | 0 | 0 | 0 | 0 | 435,527 |
| $80,880,000 Alaska Housing Finance Corporation (AK), Home | 01/28/08; #47PA4551; Sr Mgr;Long-Term Fixed (>13 mo) | N. Fluehr, A. Bartoletti*, M. Koessel, T. Rattigan, C. Siu# [Western, Hsg/Stud] | | 47,944 | 263,556 253,755 | 0 | 311,500 | 0 | 0 | 0 | 0 | 0 | 311,500 |
| $21,850,000 North Dakota Housing Finance Agency (ND), Swap | 08/05/08; ***Dafi; No Mgr;Mode Not Applicable | M. Koessel, A. Bartoletti, T. Hsieh, C. Siu [Hsg/Stud, Swap/Reinv] | | 0 | 0 | 0 | 0 | 260,000 | 0 | 0 | 0 | 0 | 260,000 |
| $151,310,000 Connecticut Housing Finance Authority (CT), Housing Mtg | 06/25/08; #47PA4960; Co-Sr Mgr;Long-Term Fixed (books) (>13 mo) | N. Fluehr, K. Johanson, M. Koessel*, A. Bartoletti, C. Siu# [Northeast, Hsg/Stud] | L | 66,728 | 193,202 91,537 | 0 | 259,930 | 0 | 0 | 0 | 0 | 0 | 259,930 |
| $64,000,000 Rhode Island Student Loan Authority (RI), Tax-Exempt | 05/01/08; #47PA4779; Sr Mgr;Long-Term Fixed (>13 mo) | A. Bartoletti*, T. Green, J. Malpiede, K. Johanson, R. High# [Northeast, Hsg/Stud, Infrastr] | L | 1,600 | 326,317 242,943 | 0 | 327,917 | 0 | 0 | 0 | 0 | (123,287) | 204,630 |
| $66,000,000 South Dakota Housing Dev Auth (SD), Homeownership | 07/23/08; #47PA5038; Co-Sr Mgr;Long-Term Fixed (books) (>13 mo) | A. Bartoletti, T. Hsieh*, C. Siu# [Hsg/Stud] | L | 26,400 | 156,072 128,953 | 0 | 182,472 | 0 | 0 | 0 | 0 | 0 | 182,472 |
| $35,300,000 North Dakota Housing Finance Agency (ND), Housing | 02/26/08; #47PA4609; Sr Mgr;Long-Term Fixed (>13 mo) | N. Fluehr, A. Bartoletti, T. Hsieh*, C. Siu, H. Chen# [Hsg/Stud] | L | 27,225 | 97,358 84,544 | 0 | 124,583 | 0 | 31,118 | 0 | 0 | 0 | 155,700 |
| $29,550,000 North Dakota Housing Finance Agency (ND), Swap | 02/28/08; ***Dafi; No Mgr;Mode Not Applicable | N. Fluehr, A. Bartoletti, T. Hsieh, H. Chen, C. Siu [Hsg/Stud, Swap/Reinv] | | 0 | 0 | 0 | 0 | 127,000 | 0 | 0 | 0 | 0 | 127,000 |
| $187,910,000 Massachusetts Housing Finance Agency (MA) | 09/04/08; #47PA5041; Co-Sr Mgr;Long-Term Fixed (>13 mo) | A. Bartoletti*, J. Malpiede, T. Green, M. Murad [Northeast, Hsg/Stud, Infrastr] | L | 18,146 | 60,665 21,614* | 0 | 78,812 | 0 | 0 | 0 | 0 | 0 | 78,812 |
| $80,880,000 Alaska Housing Finance Corporation (AK), Home | 09/04/08; #47PA5073; Co-Mgr;Long-Term Fixed (>13 mo) | A. Bartoletti*, M. Koessel, T. Rattigan, C. Siu [Western, Hsg/Stud] | L | 0 | 74,280 31,418* | 0 | 74,280 | 0 | 0 | 0 | 0 | 0 | 74,280 |
| $123,950,000 Connecticut Housing Finance Authority (CT), Housing Mtg | 04/08/08; #47PA4746; Co-Sr Mgr;Long-Term Fixed (>13 mo) | N. Fluehr, K. Johanson, M. Koessel*, A. Bartoletti, C. Siu [Northeast, Hsg/Stud] | | 9,450 | 63,663 | 13,767 | 73,112 | 0 | 0 | 0 | 0 | 0 | 73,112 |
| $50,000,000 South Dakota Housing Dev Auth (SD), Homeownership | 03/27/08; #47PA4699; Co-Sr Mgr;Long-Term Fixed (no books) (>13 mo) | A. Bartoletti, T. Hsieh*, H. Chen, C. Siu [Hsg/Stud] | L | 19,520 | 51,681 40,681* | 0 | 71,201 | 0 | 0 | 0 | 0 | 0 | 71,201 |
| $60,000,000 Massachusetts Housing Finance Agency (MA), Single Family | 11/19/08; #47PA5296; Co-Sr Mgr;Long-Term Fixed (no books) (>13 mo) | A. Bartoletti*, T. Green, C. Siu [Hsg/Stud, Infrastr] | L | 6,000 | 63,094 | 0 | 69,094 | 0 | 0 | 0 | 0 | 0 | 69,094 |
| $107,840,000 New York State Mortgage Agency (NY), Homeowner | 08/05/08; #47PA5068; Co-Mgr;Long-Term Fixed (>13 mo) | A. Bartoletti*, W. Mulroy, D. Tomson, C. Siu [Northeast, Hsg/Stud] | L | 4,794 | 56,908 28,102* | 0 | 61,702 | 0 | 0 | 0 | 0 | 0 | 61,702 |
| $100,000,000 Rhode Island Student Loan Authority (RI), Tax-Exempt | 08/13/08; #47PA4952; Sole Mgr;Long-Term Variable | A. Bartoletti*, J. Malpiede, R. High# [Northeast, Hsg/Stud] | | 8,750 | 70,000 | 13,767 | 92,517 | 0 | 0 | 0 | 0 | (35,000) | 57,517 |
| $118,600,000 Connecticut Housing Finance Authority (CT), Housing | 11/12/08; #47PA5286; Co-Sr Mgr;Long-Term Fixed (no books) (>13 mo) | M. Koessel*, A. Bartoletti, C. Siu [Hsg/Stud] | L | 0 | 57,386 | 0 | 57,386 | 0 | 0 | 0 | 0 | 0 | 57,386 |
| $74,795,000 Indiana Housing and Comm Dev Authority (IN), Single | 11/06/08; #47PA5273; Co-Mgr;Long-Term Fixed (>13 mo) | A. Bartoletti*, T. Hsieh*, R. High, M. Murad [Hsg/Stud] | L | 0 | 55,530 16,000* | 0 | 55,530 | 0 | 0 | 0 | 0 | 0 | 55,530 |
| $50,000,000 New York State Mortgage Agency (NY), Homeowner | 10/21/08; #47PA5220; Co-Mgr;Long-Term Fixed (>13 mo) | A. Bartoletti*, D. Tomson, C. Siu, T. Yang [Northeast, Hsg/Stud] | L | 5,000 | 44,216 5,741* | 0 | 49,216 | 0 | 0 | 0 | 0 | 0 | 49,216 |
| $45,215,000 South Carolina State Hsg Fin and Dev Auth (SC), | 07/31/08; #47PA4951; Co-Mgr;Long-Term Fixed | A. Bartoletti*, R. High [Hsg/Stud] | | 8,772 | 1,181 | 0 | 9,953 | 0 | 0 | 0 | 33,799 | 0 | 43,752 |
| $50,000,000 South Dakota Housing Dev Auth (SD), Homeownership | 11/12/08; #47PA5279; Co-Sr Mgr;Long-Term Fixed (no books) (>13 mo) | A. Bartoletti, T. Hsieh*, C. Siu [Hsg/Stud] | L | 20,000 | 23,016 | 0 | 43,016 | 0 | 0 | 0 | 0 | 0 | 43,016 |
| $34,000,000 South Dakota Housing Dev Auth (SD), Homeownership | 09/03/08; #47PA5051; Sole Mgr;Long-Term Variable (>13 mo) | A. Bartoletti, T. Hsieh*, C. Siu [Hsg/Stud] | L | 22,100 | 34,000 | 0 | 56,100 | 0 | 0 | 0 | 0 | (17,000) | 39,100 |

# citi

## PFD Net Revenue Report - Summary

Bartoletti, Amy L - Director
Run Date: 12/22/08 12:31
Period: 01/01/08 - 12/31/08
Page: 29 of 335

| Transaction | Transaction Details | Staffing / Product Groups / Regions | Fact Sheet | Mgmt Fee | Selling | Other Bond | Total Bond | Deriv | Reinv | Fin Adv | Other | Misc | Total Rev |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $70,000,000 Kentucky Housing Corporation (KY), Housing Revenue | 09/10/08; #47PA5167; Co-Sr (no books);Long-Term Fixed | M. Koessel, A. Bartoletti*, P. Creedon, K. Becker, K. Krug, R. High [Mid-Atl, Hsg/Stud, Infrastr] | | 0 | 38,860 25,416* | | 38,860 | 0 | 0 | 0 | 0 | 0 | 38,860 |
| $82,770,000 Connecticut Housing Finance Authority (CT), Housing Mtg | 10/16/08; #47PA5252; Co-Mgr;Long-Term Fixed (>13 mo) | M. Koessel*, A. Bartoletti, K. Johanson, C. Siu [Northeast, Hsg/Stud] | | 0 | 35,744 0 | | 35,744 | 0 | 0 | 0 | 0 | 0 | 35,744 |
| $35,170,000 Iowa Finance Authority (IA), Single Family Mortgage Bonds, | 09/09/08; #47PA5154; Co-Mgr;Long-Term Fixed (>13 mo) | A. Bartoletti*, T. Hsieh, M. Murad, C. Siu, T. Yang [Hsg/Stud] | | 0 | 35,294 17,188* | | 35,294 | 0 | 0 | 0 | 0 | 0 | 35,294 |
| $21,850,000 North Dakota Housing Finance Agency (ND), Housing | 09/09/08; #47PA5052; Sr Mgr;Long-Term Variable (>13 mo) | A. Bartoletti, T. Hsieh*, C. Siu# [Hsg/Stud] | | 16,387 | 21,850 | | 38,237 | 0 | 6,061 | 0 | 0 | (10,925) | 33,373 |
| $56,275,000 North Dakota Housing Finance Agency (ND), Housing | 03/13/08; #47PA4617; Sole Mgr;Short-Term Fixed/Var (<15 mo) | N. Fluehr, A. Bartoletti, T. Hsieh*, C. Siu, H. Chen# [Hsg/Stud] | | 0 | 56,275 | | 56,275 | 0 | 5,000 | 0 | 0 | (28,138) | 33,138 |
| $130,000,000 Colorado Housing Finance Auth (CO), Swap | 05/01/08; ***Dafi; No Mgr;Mode Not Applicable | N. Fluehr, J. Ament, A. Bartoletti, H. Chen [Southwest, Hsg/Stud, Swap/Reinv] | | 0 | 0 | | 0 | 30,000 | 0 | 0 | 0 | 0 | 30,000 |
| Montana Higher Educ Student Assist Corp (MT), Student Loan Rev Bonds | 01/29/08; #47PA4425A; No Mgr;Mode Not Applicable | N. Fluehr, A. Bartoletti, H. Chen, R. High, C. Siu [Hsg/Stud] | | 0 | 0 | | 0 | 0 | 0 | 0 | 25,000 | 0 | 25,000 |
| $64,720,000 Rhode Island Housing and Mtg Fin Corp (RI), | 08/06/08; #47PA5079; Co-Mgr;Long-Term Fixed (>13 mo) | A. Bartoletti*, J. Malpiede, T. Hsieh, M. Murad, C. Siu [Northeast, Hsg/Stud] | | 0 | 23,830 17,188* | | 23,830 | 0 | 0 | 0 | 0 | 0 | 23,830 |
| $35,000,000 Maine State Housing Authority (ME), Mortgage Purchase | 01/09/08; #47PA4537; Co-Mgr;Long-Term Fixed (>13 mo) | N. Fluehr, J. Malpiede, M. Koessel*, A. Bartoletti, R. High, A. Wang [Northeast, Hsg/Stud] | | 0 | 23,416 16,891* | | 23,416 | 0 | 0 | 0 | 0 | 0 | 23,416 |
| $48,000,000 Idaho Housing and Finance Association (ID), Single | 09/04/08; #47PA5141; Co-Mgr;Long-Term Fixed (>13 mo) | A. Bartoletti*, R. Kljajic, R. High, C. Siu, T. Yang [Midwest, Hsg/Stud] | | 0 | 20,244 2,500* | | 20,244 | 0 | 0 | 0 | 0 | 0 | 20,244 |
| $13,700,000 North Dakota Housing Finance Agency (ND), Housing | 03/25/08; #47PA4610; Sr Mgr;Long-Term Variable (>13 mo) | N. Fluehr, A. Bartoletti, T. Hsieh*, C. Siu, H. Chen# [Hsg/Stud] | | 10,275 | 13,700 | | 23,975 | 0 | 0 | 0 | 0 | (6,850) | 17,125 |
| $38,955,000 Colorado Housing Finance Auth (CO), Single Family | 05/21/08; #47PA4859; Co-Mgr;Long-Term Fixed (>13 mo) | N. Fluehr, J. Ament, A. Bartoletti, H. Chen [Southwest, Hsg/Stud] | | 0 | 15,144 15,144* | | 15,144 | 0 | 0 | 0 | 0 | 0 | 15,144 |
| $25,000,000 Nebraska Investment Finance Authority (NE), Single | 02/14/08; #47PA4805; Co-Mgr;Long-Term Fixed (>13 mo) | N. Fluehr, A. Bartoletti*, H. Chen [Hsg/Stud] | | 10,659 | 2,744 0 | | 13,403 | 0 | 0 | 0 | 0 | 0 | 13,403 |
| $50,000,000 Massachusetts Housing Finance Agency (MA), Single Family | 09/10/08; #47PA4834; Co-Mgr;Long-Term Fixed (>13 mo) | T. Green, J. Malpiede, N. Fluehr, A. Bartoletti, R. High [Northeast, Hsg/Stud, Infrastr] | | 0 | 12,144 8,294* | | 12,144 | 0 | 0 | 0 | 0 | 0 | 12,144 |
| $50,000,000 Missouri Housing Development Commission (MO), | 02/06/08; #47PA4558; Co-Mgr;Long-Term Fixed (>13 mo) | N. Fluehr, R. Kljajic, A. Bartoletti*, H. Chen [Midwest, Hsg/Stud] | | 0 | 11,444 10,975* | | 11,444 | 0 | 0 | 0 | 0 | 0 | 11,444 |
| $60,000,000 Wyoming Community Development Auth (WY), Housing | 08/06/08; #47PA5262; Co-Mgr;Long-Term Fixed (>13 mo) | M. Koessel*, A. Bartoletti, R. High [Hsg/Stud] | | 8,820 | 2,338 0 | | 11,158 | 0 | 0 | 0 | 0 | 0 | 11,158 |
| $20,000,000 South Carolina State Hsg Fin and Dev Auth (SC), | 05/15/08; #47PA4651; Co-Mgr;Long-Term Fixed (>13 mo) | N. Fluehr, A. Bartoletti*, R. High [Hsg/Stud] | | 3,880 | 6,088 5,000* | | 9,968 | 0 | 0 | 0 | 0 | 0 | 9,968 |
| $25,000,000 Nebraska Investment Finance Authority (NE), Single | 07/29/08; #47PA5049; Co-Mgr;Long-Term Fixed (>13 mo) | A. Bartoletti*, C. Siu [Hsg/Stud] | | 0 | 9,431 4,000* | | 9,431 | 0 | 0 | 0 | 0 | 0 | 9,431 |
| $33,000,000 Idaho Housing and Finance Association (ID), Single | 04/09/08; #47PA4780; Co-Mgr;Long-Term Fixed (>13 mo) | N. Fluehr, R. Kljajic, A. Bartoletti*, H. Chen, R. High, C. Siu [Midwest, Hsg/Stud] | | 0 | 5,663 5,513* | | 5,663 | 0 | 0 | 0 | 0 | 0 | 5,663 |
| $30,000,000 Idaho Housing and Finance Association (ID), Single | 05/22/08; #47PA5062; Co-Mgr;Long-Term Fixed (>13 mo) | A. Bartoletti*, R. Kljajic, R. High, C. Siu [Midwest, Hsg/Stud] | | 5,513 | 0 0 | | 5,513 | 0 | 0 | 0 | 0 | 0 | 5,513 |
| $25,000,000 Nebraska Investment Finance Authority (NE), Single | 04/29/08; #47PA4804; Co-Mgr;Long-Term Fixed (>13 mo) | N. Fluehr, A. Bartoletti*, H. Chen, C. Siu [Hsg/Stud] | | 0 | 5,330 5,330* | | 5,330 | 0 | 0 | 0 | 0 | 0 | 5,330 |
| $33,000,000 Idaho Housing and Finance Association (ID), Single | 07/17/08; #47PA5009; Co-Mgr;Long-Term Fixed (>13 mo) | A. Bartoletti*, R. Kljajic, R. High, C. Siu [Midwest, Hsg/Stud] | | 0 | 5,025 2,000* | | 5,025 | 0 | 0 | 0 | 0 | 0 | 5,025 |

For Internal Use Only

CONFIDENTIAL

CGMI_BART016317

## PFD Net Revenue Report - Summary

| | Bartoletti, Amy L - Director |
|---|---|
| Run Date: | 12/22/08 12:31 |
| Period: | 01/01/08 - 12/31/08 |
| Page: | 30 of 335 |

| Transaction | Transaction Details | Staffing / Product Groups / Regions | Fact Sheet | Mgmt Fee | Selling | Other Bond | Total Bond | Deriv | Reinv | Fin Adv | Other | Misc | Total Rev |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $32,735,000 Colorado Housing Finance Auth (CO), Multifamily | 04/22/08; #47PA5010; Co-Mgr;Long-Term Variable (>13 mo) | A. Bartoletti*, J. Ament, R. High, C. Siu [Southwest, Hsg/Stud] | | 2,394 | 3,683 | 0 | 6,076 | 0 | 0 | 0 | 0 | (1,841) | 4,235 |
| $2,465,000 Iowa Finance Authority (IA), Single Family Mortgage Bonds | 03/12/08; #47PA4661; Co-Mgr;Long-Term Fixed (>13 mo) | N. Fluent, R. Kijajic, A. Bartoletti*, H. Chen, C. Siu [Midwest, Hsg/Stud] | | 0 | 1,313 | 0 | 1,313 | 0 | 0 | 0 | 0 | 0 | 1,313 |
| **Bartoletti, Amy L - Director** | | | | 431,468 | 3,012,900 | 13,767 | 3,458,135 | 417,000 | 42,179 | 0 | 58,799 | (223,041) | 3,753,073 |

### Bonds Sold Information

| | |
|---|---|
| Par Managed | $2,973,870,000 |

*Desk Estimates -*
| Designations | 2,001,706 | 78.1% [1] |
|---|---|---|

*Fact Sheet Bonds Sold -*
| Retail | 42,305,000 | 8.8% |
| Institutional | 436,942,000 | 91.2% |
| Total | 479,247,000 | |

[1] Based on selling revenues (for non-sole managed transactions) of: $2,562,916

### Traditional Revenues (Origination)

| | Total $ | $ / Bond |
|---|---|---|
| Management | 431,468 | 0.145 |
| Selling Revenue | 3,012,900 | 1.013 |
| Structuring | 13,767 | 0.005 |
| Clearance | 0 | 0.000 |
| Und P&L | 0 | 0.000 |
| Other Bond | 0 | 0.000 |
| Subtotal | 3,458,135 | 1.163 |

### Non-Traditional Revenues

| | Total $ |
|---|---|
| Derivatives | 417,000 |
| Reinvestments | 42,179 |
| Financial Advisor | 0 |
| Remarketing | 0 |
| Other Revenues | 58,799 |
| Subtotal | 517,978 |

### Miscellaneous Payouts

| | $ Transfers |
|---|---|
| Origination Fees - Short-Term (50%) | |
| TFI (50%) | (99,754) |
| Finder's Fees | 0 |
| Other Payouts | (123,287) |
| Subtotal | (223,041) |
| Annual Remarketing (50%) | 0 |
| Subtotal | (223,041) |

### Revenue Summary

| | |
|---|---|
| Traditional | 3,458,135 |
| Non-Traditional | 517,978 |
| Annual Remarketing | 0 |
| Gross Revenues | 3,976,114 |
| Non-MSD Transfers | (223,041) |
| MSD Net Revenues | 3,753,073 |

### P&L Summary

| | Net $ | Total $ |
|---|---|---|
| Public Finance Dept | | 445,235 |
| Trad Banking | 417,000 | 459,179 |
| Non-Trad Rev | 42,179 | 99,754 |
| Selling (ST/TFI) | 0 | 0 |
| Annual Remarketing | 0 | |
| Miscellaneous | 58,799 | (64,488) |
| Subtotal PFD | 517,978 | 939,680 |
| Shared New Issue | | 2,813,393 |
| MSD Other | | 0 |
| Derivatives | | 0 |
| Reinvestments | | 0 |
| Money Market Desk | | 99,754 |
| TFI Selling / Other | | 0 |
| Investment Banking | | 0 |
| Asset Management | | 0 |
| Finder's Fees | | 0 |
| Miscellaneous | | 123,287 |
| Gross Revenues | | 3,976,114 |

For Internal Use Only

CONFIDENTIAL

CGMI_BART016318

| Primary Citi Housing Banker as of July 2008 | | | | | |
|---|---|---|---|---|---|
| | 1/1/08 - 9/30/08 | 2007 | 2006 | 2005 | Total |
| **Amy Bartoletti** | | | | | |
| Alaska HFC | 391,863 | 181,640 | 500,280 | 254,969 | 1,328,752 |
| Arkansas DFA | | 66,154 | 61,502 | 76,089 | 203,745 |
| Colorado HFA | 301,326 | 106,095 | | | 407,421 |
| Connecticut HFA (split AB & MK '07, '08) | 166,521 | 79,960 | | | 246,481 |
| Georgia HFA | | 561,652 | 419,934 | 128,570 | 1,110,156 |
| Idaho HFA | 35,932 | 94,386 | 623,790 | 29,530 | 783,638 |
| Indiana HCDA (in '06) | | | 47,238 | | 47,238 |
| Iowa FA | 32,419 | 108,004 | 146,209 | 39,369 | 326,001 |
| Kentucky HC (split AB & MK) | 10,347 | | | | 10,347 |
| MassHousing | 71,196 | 20,776 | 27,667 | | 119,639 |
| Missouri HDC | 15,469 | 106,219 | 195,078 | 119,871 | 436,637 |
| Nebraska IFA | 27,834 | 154,900 | 99,546 | 22,066 | 304,346 |
| North Dakota HFA | 1,107,776 | 937,896 | 653,713 | 1,050,295 | 3,749,680 |
| Pennsylvania HFA | | 111,132 | 178,442 | | 289,574 |
| Rhode Island HMFC (split AB & MK '08) | 18,781 | | | | 18,781 |
| SONYMA (Since 2008) | 56,908 | | | | 56,908 |
| South Carolina SHFDA | 26,181 | 198,728 | 189,281 | 115,645 | 529,835 |
| South Dakota HDA | 365,873 | 820,431 | 510,239 | 692,744 | 2,389,287 |
| Texas DHCA | | 543,914 | 859,608 | 147,677 | 1,551,199 |
| | | | | | |
| *Subtotal Housing* | 2,628,426 | 4,091,887 | 4,512,527 | 2,676,825 | 13,909,665 |
| Montana HESAC | 25,000 | 332,500 | 1,653,085 | 900,444 | 2,911,029 |
| NJ HESAA | 400,000 | 505,000 | 695,000 | 836,250 | 2,436,250 |
| PHEAA | | 117,250 | 2,025,100 | 2,540,000 | 4,682,350 |
| Rhode Island SLA | 420,434 | | | | 420,434 |
| | | | | | |
| *Subtotal Student Loan* | 845,434 | 954,750 | 4,373,185 | 4,276,694 | 10,450,063 |
| **Total - AB** | 3,473,860 | 5,046,637 | 8,885,712 | 6,953,519 | 24,359,728 |

| Primary Citi Housing Banker as of July 2008 | | | | | |
|---|---|---|---|---|---|
| | 1/1/08 - 9/30/08 | 2007 | 2006 | 2005 | Total |
| Mike Koessel | | | | | |
| California HFA | 1,133,551 | 409,741 | 1,716,111 | 960,432 | 4,219,835 |
| Connecticut HFA (split AB & MK '07, '08) | 166,521 | 79,960 | 166,802 | 371,155 | 784,438 |
| DC Housing | | | | 69,033 | 69,033 |
| Florida HFC | 416,121 | 1,252,676 | 778,096 | 254,580 | 2,701,473 |
| Hawaii HCDC | | | | 489,347 | 489,347 |
| Illinois HDA | | 35,695 | 668,304 | 213,533 | 917,532 |
| Kentucky HC (split AB & MK) | 10,347 | | | | 10,347 |
| Maine SHA | 36,907 | 49,427 | 76,177 | 31,345 | 193,856 |
| New Jersey HMFA | 884,270 | | 151,960 | | 1,036,230 |
| Ohio HFA | 680,503 | 1,124,772 | 868,674 | 121,281 | 2,795,230 |
| Rhode Island HMFC (split AB & MK '08) | 18,781 | 173,601 | 129,685 | 83,754 | 405,821 |
| Vermont HFA | 223,173 | 210,581 | 156,315 | 87,433 | 677,502 |
| Wyoming CDA | | 77,018 | 6,945 | | 83,963 |
| | | | | | |
| Total - MK | 3,570,174 | 3,413,471 | 4,719,069 | 2,681,893 | 14,384,607 |

PL 01686

| Primary Citi Housing Banker as of July 2008 | | | | | |
|---|---|---|---|---|---|
| | 1/1/08 - 9/30/08 | 2007 | 2006 | 2005 | Total |
| **Others** | | | | | |
| Alaska Railroad | | 152,304 | 117,365 | | 269,669 |
| AK | | | | 12,500 | 12,500 |
| Credit Programs | 676,803 | 323,027 | 297,439 | 123,333 | 1,420,602 |
| CRHMFA | | 1,079,083 | 3,787,463 | | 4,866,546 |
| Delaware SHA | | 168,090 | 283,753 | | 451,843 |
| DestiNY | | | | 98,000 | 98,000 |
| East Baton Rouge MFA | | 38,336 | 22,500 | 34,541 | 95,377 |
| Guam EDA | | 508,160 | | | 508,160 |
| Guam Waterworks | | | | 100,000 | 100,000 |
| Guam G.O. | | 1,225,561 | | | 1,225,561 |
| Hillsborough | | 28,563 | 31,297 | 81,126 | 140,986 |
| Maryland CDA | 5,000 | 366,437 | 329,051 | 49,246 | 749,734 |
| Minnesota HFA | | | 122,925 | 975,000 | 1,097,925 |
| Montgomery HOC | 2,000 | 10,332 | | | 12,332 |
| Nassau Co. Ind. Dev. Agency | | | | 30,000 | 30,000 |
| New Orleans FA | | | 16,173 | | 16,173 |
| New York City HDC | | | 21,600 | 126,200 | 147,800 |
| New York State HFA | | 336,766 | 513,482 | 37,004 | 887,252 |
| North Carolina HFA | 50,363 | 233,493 | 151159 | 95397 | 530,412 |
| North Dakota DOT | | | | 152,214 | 152,214 |
| Oregon DHCS | 149,321 | 402,370 | 347,988 | 207,759 | 1,107,438 |
| Oregon DVA | 153,750 | 171,650 | 231,250 | 138,750 | 695,400 |
| Puerto Rico HFA | 334,985 | | | | 334,985 |
| Riverhead IDA | | | | 20,630 | 20,630 |
| SONYMA (prior to 2008) | | 424,378 | 100,103 | 753,349 | 1,277,830 |
| Syracuse IDA | | 3,498,304 | | | 3,498,304 |
| Tobacco Settlement Authority | | | | 2,904,693 | 2,904,693 |
| Vallejo | | | 10,000 | | 10,000 |
| Yonkers | | | 68,500 | | 68,500 |
| Total - Others | 1,372,222 | 8,966,854 | 6,452,048 | 5,939,742 | 22,730,866 |

| Primary Citi Housing Banker as of July 2008 | | | | | |
|---|---|---|---|---|---|
| | 1/1/08 - 9/30/08 | 2007 | 2006 | 2005 | Total |
| Total Group Deal Revenues | 8,416,256 | 17,426,961 | 20,056,829 | 15,575,154 | 61,475,200 |
| Remarketing Revs (estimate '05-'07 based on total) | 5,460,962 | 6,785,281 | 6,785,281 | 6,785,281 | 25,816,804 |
| Total Group Revenues | 13,877,218 | 24,212,242 | 26,842,110 | 22,360,435 | 87,292,004 |

PL 01688