# Exhibit 38

| | |
|---|---|
| From: | Chin, Frank [CMB-MSDB] |
| To: | Fluehr, Nicholas G [CMB-MSDB] |
| CC: | Brownstein, David M [CMB-MSDB]; Chin, Frank [CMB-MSDB] |
| Sent: | 1/2/2008 7:42:41 PM |
| Subject: | |
| Attachments: | Group - Housing 01-02-08.xls |

As promised.

<<Group - Housing 01-02-08.xls>>

Frank Chin
Managing Director
Manager, Public Finance Department
Municipal Securities Division
Citi
390 Greenwich Street, 2nd Floor
New York, NY 10013
Telephone 212-723-5576
Facsimile 212-723-8829

The information in this message and attachments ("Message") may be confidential or otherwise protected by law. If you are not an intended recipient, please immediately notify the sender, delete all copies of the Message, and do not disclose or make improper use of it. Electronic messages are not secure or error free, may contain viruses and may be delayed or tampered with, and the sender is not liable for any such occurrences. The sender reserves the right to monitor, record and retain electronic messages.

IRS Circular 230 Disclosure: Citigroup, Inc., its affiliates, and its employees are not in the business of providing tax or legal advice to any taxpayer outside of Citigroup, Inc. and its affiliates. This email and any attachments are not intended or written to be used, and cannot be used or relied upon, by any such taxpayer for the purpose of avoiding tax penalties. Any such taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

CONFIDENTIAL                                                                                                                       CGMI_BART015104

| Name | Title | 2006 Salary | 2006 Bonus | 2006 Total Comp | 2007 Salary | 2007 July Bonus | 2007 Bonus | 2007 Total Bonus | 2007 Total Comp |
|---|---|---|---|---|---|---|---|---|---|
| BARTOLETTI, AMY L | DIR | 150,000.00 | 725,000.00 | 875,000.00 | 175,000.00 | 0.00 | 575,000.00 | 575,000.00 | 750,000.00 |
| KOESSEL, MICHAEL D | DIR | FILED UNDER SEAL | | | | | | | |
| | | | | Redacted | | | | | |
| HIGH, RAYMOND V | AS 2007 | FILED UNDER SEAL | | | | | | | |
| | | | | Redacted | | | | | |
| SIU, CHIA | AN 2006 | 60,000.00 | 0.00 | 60,000.00 | 70,000.00 | 80,000.00 | 0.00 | 80,000.00 | 150,000.00 |
| | | | | Redacted | | | | | |

CONFIDENTIAL

CGMI BART015105

| Bonus Change $ | Bonus Change % | Total Comp Change $ | Total Comp Change % |
|---|---|---|---|
| (150,000.00) | -20.69% | (125,000.00) | -14.29% |
| FILED UNDER SEAL Redacted | | | |
| FILED UNDER SEAL Redacted | | | |
| 80,000.00 | N/A | 80,000.00 | 150.00% |
| Redacted | | | |

CONFIDENTIAL

CGMI BART015106



158

CONFIDENTIAL