# Exhibit 39

| | |
|---|---|
| From: | Brownstein, David M [CMB-MSDB] |
| To: | Chin, Frank [CMB-MSDB]; Brownstein, David M [CMB-MSDB] |
| Sent: | 6/23/2008 2:21:20 PM |
| Subject: | Re: |

Ok. With her now.


IRS Circular 230 Disclosure: Citigroup, Inc., its affiliates, and its employees are not in the
business of providing tax or legal advice to any taxpayer outside of Citigroup, Inc. and its
affiliates. This email and any attachments are not intended or written to be used, and cannot
be used or relied upon, by any such taxpayer for the purposes of avoiding tax penalties. Any
such taxpayer should seek advice based on the taxpayer's particular circumstances from an
independent tax advisor.

----- Original Message -----
From: Chin, Frank [CMB-MSDB]
To: Brownstein, David M [CMB-MSDB]
Sent: Mon Jun 23 10:11:55 2008
Subject: Re:

Nick leaving and working for Mike, why would she stay at that point. Give her a chance to
prove herself and become an Managing Director.

Frank Chin
Managing Director
Manager, Public Finance Department
Municipal Securities Division
Citi
390 Greenwich Street, 2nd Floor
 ew York, NY 10013
 elephone 212-723-5576
Facsimile 212-723-8829


The information in this message and attachments ("Message") may be confidential or otherwise
protected by law. If you are not an intended recipient, please immediately notify the sender,
delete all copies of the Message, and do not disclose or make improper use of it. Electronic
messages are not secure or error free, may contain viruses and may be delayed or tampered
with, and the sender is not liable for any such occurrences. The sender reserves the right to
monitor, record and retain electronic messages.

IRS Circular 230 Disclosure: Citigroup, Inc., its affiliates, and its employees are not in the
business of providing tax or legal advice to any taxpayer outside of Citigroup, Inc. and its
affiliates. This email and any attachments are not intended or written to be used, and cannot
be used or relied upon, by any such taxpayer for the purpose of avoiding tax penalties. Any
such taxpayer should seek advice based on the taxpayer's particular circumstances from an
independent tax advisor.


----- Original Message -----
From: Brownstein, David M [CMB-MSDB]
To: Chin, Frank [CMB-MSDB]
Sent: Mon Jun 23 10:06:31 2008
Subject: Re:

Ok. Risk she leaves?

IRS Circular 230 Disclosure: Citigroup, Inc., its affiliates, and its
business of providing tax or legal advice to any taxpayer outside of
 ffiliates. This email and any attachments are not intended or writte
 e used or relied upon, by any such taxpayer for the purposes of avoi
such taxpayer should seek advice based on the taxpayer's particular c
independent tax advisor.



Ex-100

100

----- Original Message -----

```
From: Chin, Frank [CMB-MSDB]
To: Brownstein, David M [CMB-MSDB]
Sent: Mon Jun 23 10:05:57 2008
Subject: Re:
```

wo many Co-Heads. Don't need another. I'd go with Amy

```
Frank Chin
Managing Director
Manager, Public Finance Department
Municipal Securities Division
Citi
390 Greenwich Street, 2nd Floor
New York, NY 10013
Telephone 212-723-5576
Facsimile 212-723-8829
```

The information in this message and attachments ("Message") may be confidential or otherwise protected by law. If you are not an intended recipient, please immediately notify the sender, delete all copies of the Message, and do not disclose or make improper use of it. Electronic messages are not secure or error free, may contain viruses and may be delayed or tampered with, and the sender is not liable for any such occurrences. The sender reserves the right to monitor, record and retain electronic messages.

IRS Circular 230 Disclosure: Citigroup, Inc., its affiliates, and its employees are not in the business of providing tax or legal advice to any taxpayer outside of Citigroup, Inc. and its affiliates. This email and any attachments are not intended or written to be used, and cannot be used or relied upon, by any such taxpayer for the purpose of avoiding tax penalties. Any such taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

```
----- Original Message -----
From: Brownstein, David M [CMB-MSDB]
To: Chin, Frank [CMB-MSDB]
Sent: Mon Jun 23 07:21:16 2008
Subject: RE:
```

That's a fair option. Only one or does it make sense to name them as co-heads for now so that we can see what happens with Amy?

```
-----Original Message-----
From: Chin, Frank [CMB-MSDB]
Sent: Monday, June 23, 2008 6:35 AM
To: Brownstein, David M [CMB-MSDB]
Subject: Re:
```

I have no idea. Bart is kidding himself if he thinks that naming Dan head of housing will not cut into his time. He'll have to immediately visit with the Housing and Regional Bankers at least 15 accounts if not more. I'm not sure Bart understands what problem he is creating. I think the only logical choice is to name Amy or Mike head of housing (neither of whom is prepared) and have Dan be a liaison with the Regional Bankers. That's why I am so against putting Nick on RIF list, we have no Plan B, it will be an absolute disaster. I'd rather get out of Housing and get rid of Mike and Amy. This is not a well thought out move.

```
Frank Chin
Managing Director
Manager, Public Finance Department
Municipal Securities Division
Citi
390 Greenwich Street, 2nd Floor
New York, NY 10013
Telephone 212-723-5576
Facsimile 212-723-8829
```

The information in this message and attachments ("Message") may be confidential or otherwise protected by law. If you are not an intended recipient, please immediately notify the sender,

delete all copies of the Message, and do not disclose or make improper use of it. Electronic messages are not secure or error free, may contain viruses and may be delayed or tampered with, and the sender is not liable for any such occurrences. The sender reserves the right to monitor, record and retain electronic messages.

IRS Circular 230 Disclosure: Citigroup, Inc., its affiliates, and its employees are not in the business of providing tax or legal advice to any taxpayer outside of Citigroup, Inc. and its affiliates. This email and any attachments are not intended or written to be used, and cannot be used or relied upon, by any such taxpayer for the purpose of avoiding tax penalties. Any such taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.


----- Original Message -----
From: Brownstein, David M [CMB-MSDB]
To: Chin, Frank [CMB-MSDB]
Sent: Mon Jun 23 06:26:38 2008
Subject:

Assuming I can't get anywhere with Ward this am, the question is whether we can have Dan near term take responsibility for Housing. The benefit of doing something today is that it givesa us a chance to help Amy and Mike know that we will continue to cover our accounts and that we want them to stay and take on more responsibility. And, that Dan will help in making sure they have support from the regional system. Bart is not concerned that this could in any way impact Dan's NY coverage. Its up to you. Do you have a different idea?

IRS Circular 230 Disclosure: Citigroup, Inc., its affiliates, and its employees are not in the business of providing tax or legal advice to any taxpayer outside of Citigroup, Inc. and its affiliates. This email and any attachments are not intended or written to be used, and cannot be used or relied upon, by any such taxpayer for the purposes of avoiding tax penalties. Any such taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.



**Municipals Securities**
**2008 MD Promotion Process**
*Nomination Form*

*Instructions: 1. Must solicit feedback from 4-5 references (internally) regarding recommendation for MD Promotion (use promotion criteria listed below as a reference for discussion). Note: no more than 2 references should be within the candidate's immediate group. 2. When describing reasons for promotion, ensure the promotion criteria is used as a point of reference.*

**Employee Name:**     Amy Bartoletti

**Department Group:**  Public Finance

**Hire Date:** July 1992

**Date Promoted to Director:** February 2003

**Process Year being nominated for:** *(Circle one)* –     2008     **2009**     2010

**Responsibilities:**    Manage account relationships, supervise staff, solicit new business, generate new finance ideas, respond/coordinate rfps, make oral presentations, leverage existing relationships

**Reasons for Promotion:**    Amy is one of the most respected individuals in the housing business. She is extremely smart and articulate. Her math and philosophy backgrounds have proved to be a very worthwhile combination in dealing with challenging analytical problems and our diverse client base. Clients admire and respect Amy and are very loyal to the exceptional job she does. She is effective in getting and maintaining business.

Amy pursues excellence in all that she does. She <u>never</u> drops the ball and is a strong mentor for the junior staff. Many firms have tried to hire Amy given her strong skill set. She would be an asset to the firm as a MD.

**References: (4-5)**

Nick Fluehr, MD-- Public Finance--Housing
Mike Koessel, Director—Public Finance--Housing
Rusty Saylor, Director—Asset Backed Securities—Conduit Lending
Adam Rudner—Director—Public Finance—Short Term
Marc Livolsi—Director—Municipal Syndicate
Hing Loi—Director-- Asset Backed Securities—Student Loan Finance

2009 Bartoletti Amy MD Nom - Nick Fluehr3

CONFIDENTIAL                                                                                                              CGMI_BART001291

Munis MD Nominees 08-09-10 10.15.07

| Nominee | Yr of Nom | Nom'd Lst Yr | Nominator | Nominee Group | Sub | References | Presenter | Time Slot |
|---|---|---|---|---|---|---|---|---|
| Bartoletti, Amy | 2009 | | Nick Fluehr | Public Finance | | Nick Fluehr<br>Mike Koessel<br>Rusty Saylor<br>Adam Rudner<br>Marc Livolsi<br>Hing Loi | | |

REDACTED

CONFIDENTIAL

CGMI_BART001292

Munis MD Nominees 08-09-10 10.15.07



= Was nominated last year

CONFIDENTIAL

CGMI_BART001293

PFD Housing Group
360 Feedback Summary
July 2005

**Amy Bartoletti**

| | Outstanding | | | | Needs Improvement | Avg Rating | N/A |
|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | | |
| **Communication** | | | | | | | |
| Listens effectively to clients | 4 | 4 | | | | 1.50 | |
| Listens effectively to co-workers | 4 | 3 | 1 | | | 1.63 | |
| Communicates effectively with clients | 6 | 2 | | | | 1.25 | |
| Communicates effectively with co-workers | 4 | 3 | 1 | | | 1.63 | |
| | | | | | Avg Rating for Group: | 1.50 | |
| **Work Ethic** | | | | | | | |
| Works efficiently | 5 | 3 | | | | 1.38 | |
| Maintains composure in stressful situations | 4 | 3 | 1 | | | 1.63 | |
| Initiative | 4 | 2 | 2 | | | 1.75 | |
| Manages use of resources | 3 | 4 | 1 | | | 1.75 | |
| | | | | | Avg Rating for Group: | 1.63 | |
| **Work Product** | | | | | | | |
| Writing quality (RFP's/memos) | 7 | 1 | | | | 1.13 | |
| Pays attention to detail | 7 | 1 | | | | 1.13 | |
| Consistently produces quality work product | 5 | 3 | | | | 1.38 | |
| Exercises good quality control | 6 | 2 | | | | 1.25 | |
| | | | | | Avg Rating for Group: | 1.22 | |
| **Team Approach** | | | | | | | |
| Seek others' input | 3 | 4 | 1 | | | 1.75 | |
| Contributes fair share on project assignments | 5 | 3 | | | | 1.38 | |
| Organizes/prioritizes work assignments | 4 | 4 | | | | 1.50 | |
| Help to educate & involve co-workers | 3 | 3 | 2 | | | 1.88 | |
| Embraces "team" philosophy | 4 | 3 | 1 | | | 1.63 | |
| Positive attitude | 2 | 5 | 1 | | | 1.88 | |
| | | | | | Avg Rating for Group: | 1.67 | |
| **Technical Competence** | | | | | | | |
| Demonstrates understanding of complex financing strategies | 6 | 2 | | | | 1.25 | |
| Understands tax rules | 5 | 3 | | | | 1.38 | |
| Uses DBC/CFX effectively | 2 | 4 | | | | 1.67 | 1 |
| | | | | | Avg Rating for Group: | 1.31 | |
| **Building to Succeed** | | | | | | | |
| Develops new ideas/revenues | 4 | 4 | | | | 1.50 | |
| Works to develop long-term client relationships | 6 | 2 | | | | 1.25 | |
| Looks for other revenue opportunities | 3 | 4 | 1 | | | 1.75 | |
| Networks in MSD | 1 | 4 | 2 | | | 2.14 | 1 |
| Networks in Citigroup | | 4 | 3 | | | 2.43 | 1 |
| | | | | | **Overall Rating** | **1.56** | |

**Comments**

Amy is a very good banker with great client relations. She also is very caring and maintains composure under stress.

Amy is probably the best banker in the group. She is great with clients and great to work for.

Knows her stuff and is willing to teach. Has a lot on her plate. Very direct in what she wants but allows the freedom to structure as you see fit.

Great presentation skills. Super client relationship skills. Good mentor for staff. Could be more aggressive pursuing new business.

PFD Housing Group
360 Feedback Summary
July 2005

## Group Averages

**Communication**
| | |
|---|---|
| Listens effectively to clients | 2.01 |
| Listens effectively to co-workers | 2.18 |
| Communicates effectively with clients | 2.03 |
| Communicates effectively with co-workers | 2.28 |
| | 2.13 |

**Work Ethic**
| | |
|---|---|
| Works efficiently | 2.04 |
| Maintains composure in stressful situations | 2.12 |
| Initiative | 2.17 |
| Manages use of resources | 2.29 |
| | 2.15 |

**Work Product**
| | |
|---|---|
| Writing quality (RFP's/memos) | 2.35 |
| Pays attention to detail | 2.12 |
| Consistently produces quality work product | 2.04 |
| Exercises good quality control | 2.11 |
| | 2.16 |

**Team Approach**
| | |
|---|---|
| Seek others' input | 2.17 |
| Contributes fair share on project assignments | 2.05 |
| Organizes/prioritizes work assignments | 2.09 |
| Help to educate & involve co-workers | 2.33 |
| Embraces "team" philosophy | 1.96 |
| Positive attitude | 1.85 |
| | 2.08 |

**Technical Competence**
| | |
|---|---|
| Demonstrates understanding of complex financing strategies | 2.04 |
| Understands tax rules | 2.15 |
| Uses DBC/CFX effectively | 2.32 |
| | 2.10 |

**Building to Succeed**
| | |
|---|---|
| Develops new ideas/revenues | 2.49 |
| Works to develop long-term client relationships | 1.87 |
| Looks for other revenue opportunities | 2.50 |
| Networks in MSD | 2.44 |
| Networks in Citigroup | 2.80 |
| | 2.18 |

8/8/2005

PFD Housing Group
360 Feedback Summary
July 2006

**Amy Bartoletti**

| | Outstanding → Needs Improvement | | | | | Avg Rating | N/A |
|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | | |
| **Communication** | | | | | | 1.38 | |
| Listens effectively to clients | 5 | 3 | | | | 1.38 | |
| Listens effectively to co-workers | 4 | 3 | 1 | | | 1.63 | |
| Communicates effectively with clients | 5 | 3 | | | | 1.38 | |
| Communicates effectively with co-workers | 3 | 5 | | | | 1.63 | |
| | | | | | Avg Rating for Group: | 1.50 | |
| **Work Ethic** | | | | | | 1.25 | |
| Works efficiently | 6 | 2 | | | | 1.25 | |
| Maintains composure in stressful situations | 5 | 2 | | 1 | | 1.63 | |
| Initiative | 3 | 4 | 1 | | | 1.75 | |
| Manages use of resources | 2 | 6 | | | | 1.75 | |
| | | | | | Avg Rating for Group: | 1.59 | |
| **Work Product** | | | | | | 1.13 | |
| Writing quality (RFP's/memos) | 7 | 1 | | | | 1.13 | |
| Pays attention to detail | 6 | 2 | | | | 1.25 | |
| Consistently produces quality work product | 5 | 3 | | | | 1.38 | |
| Exercises good quality control | 6 | 2 | | | | 1.25 | |
| | | | | | Avg Rating for Group: | 1.25 | |
| **Team Approach** | | | | | | 1.63 | |
| Seek others' input | 3 | 5 | | | | 1.63 | |
| Contributes fair share on project assignments | 5 | 2 | 1 | | | 1.50 | |
| Organizes/prioritizes work assignments | 4 | 2 | 2 | | | 1.75 | |
| Help to educate & involve co-workers | 4 | 4 | | | | 1.50 | |
| Embraces "team" philosophy | 5 | 2 | 1 | | | 1.50 | |
| Positive attitude | 3 | 5 | | | | 1.63 | |
| | | | | | Avg Rating for Group: | 1.58 | |
| **Technical Competence** | | | | | | 1.13 | |
| Demonstrates understanding of complex financing strategies | 7 | 1 | | | | 1.13 | |
| Understands tax rules | 5 | 3 | | | | 1.38 | |
| Uses DBC/CFX effectively | 4 | 2 | | | | 1.33 | 2 |
| | | | | | Avg Rating for Group: | 1.28 | |
| **Building to Succeed** | | | | | | 1.88 | |
| Develops new ideas/revenues | 1 | 7 | | | | 1.88 | |
| Works to develop long-term client relationships | 5 | 3 | | | | 1.38 | |
| Looks for other revenue opportunities | 1 | 5 | 2 | | | 2.13 | |
| Networks in MSD | | 5 | 3 | | | 2.38 | |
| Networks in Citigroup | | 5 | 3 | | | 2.38 | |
| | | | | | Avg Rating for Group: | 2.03 | |
| | | | | | **Overall Rating** | **1.57** | |

**Comments**

Amy has fantastic client skills. Amy has been a critical element in Citigroup's housing success story.

All in all, a great banker. Extremely pleasant to work with.

Amy is a good teacher and always willing to offer assistance.

10/25/2006

CONFIDENTIAL                                                                                                              PL14700