# Exhibit 42

# citi

## PFD Net Revenue Report - Summary

Mentor, Nadine - Director
Run Date: 12/22/08 12:31
Period: 01/01/08 - 12/31/08
Page: 225 of 335

| Transaction | Transaction Details | Staffing / Product Groups / Regions | Fact Sheet | Mgmt Fee | Selling | Other Bond | Total Bond | Deriv | Reinv | Fin Adv | Other | Misc | Total Rev |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $400,000,000 Connecticut, State of (CT), General Obligation Bonds, Srs | 06/04/08; #47PA4850; Sr Mgr;Long-Term Fixed (>13 mo) | K. Johanson, T. Egan (Tim), N. Mentor*, B. Cooper, L. McGraw# [Northeast, Southeast] | 📄 | 75,000 | 638,131 407,212 | 0 | 713,131 | 0 | 0 | 0 | 0 | 0 | 713,131 |
| $300,000,000 Connecticut, State of (CT), Senior Lien Special Tax | 11/18/08; #47PA5284; Sr Mgr;Long-Term Fixed (>13 mo) | K. Johanson*, T. Egan (Tim), N. Mentor, K. Swain, B. Cooper, E. Levine, L. McGraw# [Northeast, Southeast, Infrastr] | 📄 | 65,000 | 583,290 326,264 | 0 | 648,290 | 0 | 0 | 0 | 0 | 0 | 648,290 |
| $2,276,578,269 Connecticut, State of (CT), General Obligation Bonds, 08 | 04/16/08; #47PA4683; Co-Mgr;Long-Term Fixed (>13 mo) | K. Johanson*, O. Daghestani, N. Mentor, T. Egan (Tim), B. Guilmino, S. Wood, B. Cooper, L. McGraw [Midwest, Northeast, Southeast, Infrastr] | 📄 | 0 | 389,129 385,617* | 0 | 389,129 | 0 | 0 | 0 | 0 | 0 | 389,129 |
| $85,500,000 North Broward Hospital District (FL), Swap Restructure | 07/10/08; ***Dati: No Mgr;Mode Not Applicable | T. Holder, N. Mentor, R. Patterson, M. Hole, S. Zare [Southeast, Southwest, Swap/Reinv] | 📄 | 0 | 0 0 | 0 | 0 | 350,000 | 0 | 0 | 0 | 0 | 350,000 |
| $538,305,000 Miami-Dade County School Board (FL), Certificates of | 05/13/08; #47PA4823; Co-Mgr;Long-Term Fixed (>13 mo) | M. Baldwin*, N. Mentor, B. Senne [Southeast] | 📄 | 0 | 337,491 290,798* | 0 | 337,491 | 0 | 0 | 0 | 0 | 0 | 337,491 |
| $140,273,333 Miami-Dade County Expressway Authority (FL), Swap | 05/09/08; ***Dati: No Mgr;Mode Not Applicable | N. Mentor, K. Swain, R. Patterson, N. Pellegrini [Southeast, Infrastr, Swap/Reinv] | 📄 | 0 | 0 0 | 0 | 0 | 190,000 | 0 | 0 | 0 | 0 | 190,000 |
| $442,855,000 Miami Dade County (FL), Water and Sewer Sys Rev Ref | 07/10/08; #47PA4992; Co-Mgr;Long-Term Fixed (>13 mo) | T. Holder, N. Mentor*, B. Senne [Southeast, Southwest, Puerto Rico] | 📄 | 0 | 178,350 153,814* | 0 | 178,350 | 0 | 0 | 0 | 0 | 0 | 178,350 |
| $333,080,000 Miami-Dade County Educational Fac Auth (FL), Revenue | 04/30/08; #47PA4717; Co-Sr Mgr;Long-Term Fixed (no books) (>13 mo) | N. Mentor, J. Malpiede*, C. Hicks, L. McGraw, S. Zare [Northeast, Southeast] | 📄 | 0 | 158,392 158,392* | 0 | 158,392 | 0 | 0 | 0 | 0 | 0 | 158,392 |
| $270,560,000 Broward County School Board (FL), Certificates of | 06/04/08; #47PA4678; Co-Sr Mgr;Long-Term Fixed (no books) (>13 mo) | M. Baldwin*, N. Mentor, R. Patterson, B. Senne# [Southeast] | 📄 | 0 | 145,258 84,964* | 0 | 145,258 | 0 | 0 | 0 | 0 | 0 | 145,258 |
| $204,920,000 Detroit, City of (MI), General Obligation Bonds, Srs | 05/29/08; #47PA4676; Co-Mgr;Long-Term Fixed (>13 mo) | G. Logan, N. Mentor, A. Bynam, S. Arunachalam [Southeast, Southwest] | 📄 | 0 | 118,545 118,045* | 0 | 118,545 | 0 | 0 | 0 | 0 | 0 | 118,545 |
| $306,845,000 Miami Dade County (FL), Water and Sewer Sys Rev Ref | 11/20/08; #47PA5293; Co-Mgr;Long-Term Fixed (>13 mo) | T. Holder, N. Mentor*, J. Ash [Southeast, Southwest] | 📄 | 0 | 117,125 100,000* | 0 | 117,125 | 0 | 0 | 0 | 0 | 0 | 117,125 |
| $196,195,000 Connecticut, State of (CT), State Revolving Fund General | 07/23/08; #47PA5013; Co-Mgr;Long-Term Fixed (>13 mo) | K. Johanson, T. Egan (Tim), N. Mentor*, B. Cooper, L. McGraw, M. McLean [Northeast, Southeast, Infrastr] | 📄 | 0 | 78,569 38,000* | 0 | 78,569 | 0 | 0 | 0 | 0 | 0 | 78,569 |
| $85,500,000 North Broward Hospital District (FL), Refunding Revenue | 07/15/08; #47PA5006; Sole Mgr;Long-Term Variable (>13 mo) | T. Holder*, N. Mentor, R. Patterson, M. Hole, S. Zare# [Southeast, Southwest] | 📄 | 0 | 128,250 0 | 0 | 128,250 | 0 | 0 | 0 | 0 | (64,125) | 64,125 |
| $45,850,000 Miami Dade County (FL), Special Obligation Bonds | 09/04/08; #47PA5106; No Mgr;Long-Term Variable (>13 mo) | T. Holder, N. Mentor*, J. Ash [Southeast, Southwest] | 📄 | 0 | 68,775 0 | 0 | 68,775 | 0 | 0 | 0 | 0 | (34,388) | 34,388 |
| $113,825,000 Broward County School Board (FL), Certificates of | 03/17/08; #47PA4678; No Mgr;Long-Term Variable | M. Baldwin*, R. Patterson, N. Mentor, B. Senne [Southeast] | 📄 | 0 | 56,913 0 | 0 | 56,913 | 0 | 0 | 0 | 0 | (28,456) | 28,456 |
| $97,690,000 Connecticut, State of (CT), Second Lien Special Tax Oblig | 09/17/08; #47PA5165; Co-Sr Mgr;Long-Term Fixed (>13 mo) | K. Johanson, T. Egan (Tim), N. Mentor*, K. Swain, B. Cooper, L. McGraw [Northeast, Southeast, Infrastr] | 📄 | 0 | 14,450 0 | 0 | 14,450 | 0 | 0 | 0 | 0 | 0 | 14,450 |
| $150,000,000 Sunshine State Governmental Fin Comm (FL), | 05/30/08; #47PA4987; No Mgr;Short-Term Fixed/Var (<13 mo) | T. Holder*, A. Rudner, N. Mentor, J. Sands [Southeast, Southwest, Short-Term] | 📄 | 0 | 0 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

For Internal Use Only

CONFIDENTIAL

CGMI_BART016513

# citi

## PFD Net Revenue Report - Summary

| | | Mentor, Nadine - Director |
|---|---|---|
| | Run Date: | 12/22/08 12:31 |
| | Period: | 01/01/08 - 12/31/08 |
| | Page: | 226 of 335 |

| Transaction | Transaction Details | Staffing / Product Groups / Regions | Fact Sheet | Mgmt Fee | Selling | Other Bond | Total Bond | Deriv | Reinv | Fin Adv | Other | Misc | Total Rev |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $59,380,000 Manatee County School Board (FL), Certificates of (>13 mo) | 02/14/08; #47PA4426; Co-Sr M. Baldwin*, N. Mentor, R. Patterson, S. Zare (no books);Long-Term Fixed [Southeast] | | 📄 | 0 | -62,543 5,798* | 0 | (62,543) | 0 | 0 | 0 | 0 | 0 | (62,543) |

### Mentor, Nadine - Director

| | | | | 140,000 | 2,950,125 | 0 | 3,090,125 | 540,000 | 0 | 0 | 0 | (126,969) | 3,503,156 |

### Bonds Sold Information

| Par Managed | $6,047,356,602 |
|---|---|
| Desk Estimates - Designations | 2,068,903    77.1% [1] |
| Fact Sheet Bonds Sold - | |
| Retail | 112,719,000    17.3% |
| Institutional | 538,250,000    82.7% |
| Total | 650,969,000 |

[1] Based on selling revenues (for non-sole managed transactions) of: $2,681,738

### Traditional Revenues (Origination)

| | Total $ | $ / Bond |
|---|---|---|
| Management | 140,000 | 0.023 |
| Selling Revenue | 2,950,125 | 0.488 |
| Structuring | 0 | 0.000 |
| Clearance | 0 | 0.000 |
| Und P&L | 0 | 0.000 |
| Other Bond | | |
| Subtotal | 3,090,125 | 0.511 |

### Non-Traditional Revenues

| | Total $ |
|---|---|
| Derivatives | 540,000 |
| Reinvestments | 0 |
| Financial Advisor | 0 |
| Remarketing | 0 |
| Other Revenues | 0 |
| Subtotal | 540,000 |

### Miscellaneous Payouts

| | $ Transfers |
|---|---|
| Origination Fees - Short-Term (50%) | |
| TFI (50%) | (126,969) |
| Finder's Fees | 0 |
| Other Payouts | 0 |
| Subtotal | (126,969) |
| Annual Remarketing (50%) | 0 |
| Subtotal | (126,969) |

### Revenue Summary

| | Net $ |
|---|---|
| Traditional | 3,090,125 |
| Non-Traditional | 540,000 |
| Annual Remarketing | 0 |
| Gross Revenues | 3,630,125 |
| Non-MSD Transfers | (126,969) |
| MSD Net Revenues | 3,503,156 |

### P&L Summary

| | Total $ |
|---|---|
| Public Finance Dept | |
| Trad Banking | 140,000 |
| Non-Trad Rev | 540,000 |
| Selling (ST/TFI) | 126,969 |
| Annual Remarketing | 0 |
| Miscellaneous | 0 |
| Subtotal PFD | 806,969 |
| Shared New Issue | 2,696,188 |
| MSD Other | 0 |
| Derivatives | 0 |
| Reinvestments | 0 |
| Money Market Desk | 126,969 |
| TFI Selling / Other | 0 |
| Investment Banking | 0 |
| Asset Management | 0 |
| Finder's Fees | 0 |
| Miscellaneous | 0 |
| Gross Revenues | 3,630,125 |

For Internal Use Only

CONFIDENTIAL

CGMI_BART016514

# citi

## PFD Net Revenue Report - Summary

Baldwin, Michael H - Director
Run Date: 12/22/08 12:31
Period: 01/01/08 - 12/31/08
Page: 20 of 335

| Transaction | Transaction Details | Staffing / Product Groups / Regions | Fact Sheet | Mgmt Fee | Selling | Other Bond | Total Bond | Deriv | Reinv | Fin Adv | Other | Misc | Total Rev |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $538,305,000 Miami-Dade County School Board (FL), Certificates of | 05/13/08; #47PA4823; Co-Mgr;Long-Term Fixed (>13 mo) | M. Baldwin*, N. Mentor, B. Senne [Southeast] | | 0 | 337,491 290,798* | 0 | 337,491 | 0 | 0 | 0 | 0 | 0 | 337,491 |
| $67,560,000 Pasco County School Board (FL), Swap Unwind | 06/04/08; ***Dafi; No Mgr;Mode Not Applicable | M. Baldwin, R. Patterson [Southeast, Swap/Reinv] | | 0 | 0 0 | 0 | 0 | 180,000 | 0 | 0 | 0 | 0 | 180,000 |
| $270,560,000 Broward County School Board (FL), Certificates of | 06/04/08; #47PA4878; Co-Sr (no books);Long-Term Fixed (>13 mo) | M. Baldwin*, N. Mentor, R. Patterson, B. Senne# [Southeast] | | 0 | 145,258 84,964* | 0 | 145,258 | 0 | 0 | 0 | 0 | 0 | 145,258 |
| $105,000,000 Orange County School Board (FL), Certificates of | 04/10/08; #47PA4713; Sole Mgr;Long-Term Variable (>13 mo) | D. Wilder*, N. Pellegrini, M. Baldwin, M. Weinberg, R. Patterson, S. Zare# [Southeast] | | 52,500 | 52,500 | 0 | 105,000 | 0 | 0 | 0 | 0 | (26,250) | 78,750 |
| $49,255,000 Orange County School Board (FL), Certificates of | 08/21/08; #47PA5100; Sr Mgr;Long-Term Fixed (>13 mo) | D. Wilder*, N. Pellegrini, M. Baldwin, M. Weinberg, R. Patterson, S. Zare# [Southeast] | | 0 | 62,415 42,521 | 0 | 62,415 | 0 | 0 | 0 | 0 | 0 | 62,415 |
| $101,375,000 Tampa Bay Water (FL), Utility System Rev Bonds, Srs | 05/21/08; #47PA3699; Co-Sr (no books);Long-Term Fixed (>13 mo) | M. Baldwin, R. Patterson*, S. Zare [Southeast] | | 0 | 50,688 50,688* | 0 | 50,688 | 0 | 0 | 0 | 0 | 0 | 50,688 |
| $113,825,000 Broward County School Board (FL), Certificates of | 03/17/08; #47PA4678; No Mgr;Long-Term Variable (>13 mo) | M. Baldwin*, R. Patterson, N. Mentor, B. Senne [Southeast] | | 0 | 56,913 0 | 0 | 56,913 | 0 | 0 | 0 | 0 | (28,456) | 28,456 |
| $47,845,000 Orange County School Board (FL), Certificates of | 06/27/08; #47PA4939; Sole Mgr;Long-Term Variable (>13 mo) | D. Wilder*, N. Pellegrini, M. Baldwin, M. Weinberg, R. Patterson, S. Zare# [Southeast] | | 0 | 47,845 0 | 0 | 47,845 | 0 | 0 | 0 | 0 | (23,923) | 23,923 |
| $59,380,000 Manatee County School Board (FL), Certificates of | 02/14/08; #47PA4426; Co-Sr (no books);Long-Term Fixed (>13 mo) | M. Baldwin*, N. Mentor, R. Patterson, S. Zare [Southeast] | | 0 | -62,543 5,798* | 0 | (62,543) | 0 | 0 | 0 | 0 | 0 | (62,543) |
| | | | | 52,500 | 690,567 | 0 | 743,067 | 180,000 | 0 | 0 | 0 | (78,629) | 844,438 |

### Baldwin, Michael H - Director

**Bonds Sold Information**

| | | |
|---|---|---|
| Par Managed | $1,353,105,000 | |
| Desk Estimates - Designations | 474,768 | 89.0%[1] |
| Fact Sheet Bonds Sold - Retail | 5,403,000 | 1.8% |
| Institutional | 299,002,000 | 98.2% |
| Total | 304,405,000 | |

[1] Based on selling revenues (for non-sole managed transactions) of: $533,309

**Traditional Revenues (Origination)**

| | Total $ | $ / Bond |
|---|---|---|
| Management | 52,500 | 0.039 |
| Selling Revenue | 690,567 | 0.510 |
| Structuring | 0 | 0.000 |
| Clearance | 0 | 0.000 |
| Und P&L | 0 | 0.000 |
| Other Bond | 0 | 0.000 |
| Subtotal | 743,067 | 0.549 |

**Revenue Summary**

| | Total $ |
|---|---|
| Traditional | 743,067 |
| Non-Traditional | 180,000 |
| Annual Remarketing | 0 |
| Gross Revenues | 923,067 |
| Non-MSD Transfers | (78,629) |
| MSD Net Revenues | 844,438 |

**Non-Traditional Revenues**

| | Total $ |
|---|---|
| Derivatives | 180,000 |
| Reinvestments | 0 |
| Financial Advisor | 0 |
| Remarketing | 0 |
| Other Revenues | 0 |
| Subtotal | 180,000 |

**Miscellaneous Payouts**

| | $ Transfers | Net $ |
|---|---|---|
| Origination Fees - Short-Term (50%) | | 180,000 |
| TFI (50%) | (78,629) | 0 |
| Finder's Fees | 0 | 0 |
| Other Payouts | 0 | 0 |
| Subtotal | (78,629) | 0 |
| Annual Remarketing (50%) | 0 | 180,000 |
| Subtotal | (78,629) | |

**P&L Summary**

| | Total $ |
|---|---|
| Public Finance Dept | |
| Trad Banking | 52,500 |
| Non-Trad Rev | 180,000 |
| Selling (ST/TFI) | 78,629 |
| Annual Remarketing | 0 |
| Miscellaneous | 0 |
| Subtotal PFD | 311,129 |
| Shared New Issue | 533,309 |
| MSD Other | 0 |
| Derivatives | 0 |
| Reinvestments | 0 |
| Money Market Desk | 0 |
| TFI Selling / Other | 78,629 |
| Investment Banking | 0 |
| Asset Management | 0 |
| Finder's Fees | 0 |
| Miscellaneous | 0 |
| Gross Revenues | 923,067 |

For Internal Use Only

CONFIDENTIAL

CGMI_BART022236

## citi

### PFD Net Revenue Report - Summary

Baldwin, Michael H - Director
Run Date: 11/26/08 18:39
Period: 01/01/08 - 12/31/08
Page: 21 of 334

| Transaction | Transaction Details | Staffing / Product Groups / Regions | Fact Sheet | Mgmt Fee | Selling | Other Bond | Total Bond | Deriv | Reinv | Fin Adv | Other | Misc | Total Rev |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $538,305,000 Miami-Dade County School Board (FL), Certificates of | 05/13/08; #47PA4823; Co-Mgr;Long-Term Fixed (>13 mo) | M. Baldwin*, N. Mentor, B. Senne [Southeast] | L | 0 | 337,491 290,798* | 0 | 337,491 | 0 | 0 | 0 | 0 | 0 | 337,491 |
| $106,000,000 Palm Beach County School Board (FL), Certificates of | 12/02/08; #47PA5107; Sr Mgr;Long-Term Fixed (>13 mo) | M. Baldwin*, R. Patterson, R. Szostak, B. Senne# [Southeast] | L | 0 | 0 0 | 210,000 | 210,000 | 0 | 0 | 0 | 0 | 0 | 210,000 |
| $67,560,000 Pasco County School Board (FL), Swap Unwind | 06/04/08; ***Dafi; No Mgr;Mode Not Applicable | M. Baldwin, R. Patterson [Southeast, Swap/Reinv] | L | 0 | 0 0 | 0 | 0 | 180,000 | 0 | 0 | 0 | 0 | 180,000 |
| $270,560,000 Broward County School Board (FL), Certificates of | 06/04/08; #47PA4878; Co-Sr Mgr (no books);Long-Term Fixed (>13 mo) | M. Baldwin*, N. Mentor, R. Patterson, B. Senne# [Southeast] | L | 0 | 145,258 84,964* | 0 | 145,258 | 0 | 0 | 0 | 0 | 0 | 145,258 |
| $90,000,000 Clay County (FL), Infrastructure Sales Surtax Rev | 12/03/08; #47PA5245; Co-Sr Mgr (no books);Long-Term Fixed (>13 mo) | M. Baldwin*, J. Ash, M. Weinberg [Southeast] | L | 0 | 0 0 | 105,000 | 105,000 | 0 | 0 | 0 | 0 | 0 | 105,000 |
| $105,000,000 Orange County School Board (FL), Certificates of | 04/10/08; #47PA4713; Sole Mgr;Long-Term Variable (>13 mo) | D. Wilder*, N. Pellegrini, M. Baldwin, M. Weinberg, R. Patterson, S. Zare# [Southeast] | | 52,500 | 52,500 0 | 0 | 105,000 | 0 | 0 | 0 | 0 | (26,250) | 78,750 |
| $49,255,000 Orange County School Board (FL), Certificates of | 08/21/08; #47PA5100; Sr Mgr;Long-Term Fixed (>13 mo) | D. Wilder*, N. Pellegrini, M. Baldwin, M. Weinberg, R. Patterson, S. Zare# [Southeast] | | 0 | 62,415 42,521 | 0 | 62,415 | 0 | 0 | 0 | 0 | 0 | 62,415 |
| $46,890,000 Osceola County (FL), Sales Tax Revenue Bonds, Srs 08 | 12/10/08; #47PA5236; Co-Mgr;Long-Term Fixed (>13 mo) | R. Patterson*, M. Baldwin, R. Szostak, S. Zare [Southeast] | L | 0 | 0 0 | 55,000 | 55,000 | 0 | 0 | 0 | 0 | 0 | 55,000 |
| $101,375,000 Tampa Bay Water (FL), Utility System Rev Bonds, Srs | 05/21/08; #47PA3699; Co-Sr Mgr (no books);Long-Term Fixed (>13 mo) | M. Baldwin, R. Patterson*, S. Zare [Southeast] | L | 0 | 50,688 50,688* | 0 | 50,688 | 0 | 0 | 0 | 0 | 0 | 50,688 |
| $20,505,000 Seminole County School Board (FL), Certificates of | 12/02/08; #47PA5145; Sr Mgr;Long-Term Fixed (>13 mo) | M. Baldwin*, S. Zare# [Southeast] | L | 0 | 0 0 | 50,000 | 50,000 | 0 | 0 | 0 | 0 | 0 | 50,000 |
| $113,825,000 Broward County School Board (FL), Certificates of | 03/17/08; #47PA4678; No Mgr;Long-Term Variable (>13 mo) | M. Baldwin*, R. Patterson, N. Mentor, B. Senne [Southeast] | | 0 | 56,913 0 | 0 | 56,913 | 0 | 0 | 0 | 0 | (28,456) | 28,456 |
| $47,845,000 Orange County School Board (FL), Certificates of | 06/27/08; #47PA4939; Sole Mgr;Long-Term Variable (>13 mo) | D. Wilder*, N. Pellegrini, M. Baldwin, M. Weinberg, R. Patterson, S. Zare# [Southeast] | | 0 | 47,845 0 | 0 | 47,845 | 0 | 0 | 0 | 0 | (23,923) | 23,923 |

For Internal Use Only



CONFIDENTIAL

CGMI_BART022239



# PFD Net Revenue Report - Summary

| | | | Baldwin, Michael H - Director |
|---|---|---|---|
| | | Run Date: | 11/26/08 18:39 |
| | | Period: | 01/01/08 - 12/31/08 |
| | | Page: | 22 of 334 |

| Transaction | Transaction Details | Staffing / Product Groups / Regions | Fact Sheet | Mgmt Fee | Selling | Other Bond | Total Bond | Deriv | Reinv | Fin Adv | Other | Misc | Total Rev |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $59,380,000 Manatee County School Board (FL), Certificates of (>13 mo) | $1,616,500,000 Transaction 02/14/08; #47PA4426; Co-Sr M. Baldwin*, N. Mentor, R. Patterson, S. Zare (no books);Long-Term Fixed [Southeast] | | | 0 | -62,543 5,798* | 0 | (62,543) | 180,000 | 0 | 0 | 0 | 0 | (62,543) |

### Baldwin, Michael H - Director

**Bonds Sold Information**

| Par Managed | $1,616,500,000 |
|---|---|
| **Desk Estimates -** | |
| Designations | 474,768  89.0% [1] |
| **Fact Sheet Bonds Sold -** | |
| Retail | 5,403,000  1.8% |
| Institutional | 299,002,000  98.2% |
| Total | 304,405,000 |

[1] Based on selling revenues (for non-sole managed transactions) of: $533,309

**Traditional Revenues (Origination)**

| | Total $ | $ / Bond |
|---|---|---|
| Management | 52,500 | 0.032 |
| Selling Revenue | 690,567 | 0.427 |
| Structuring | 0 | 0.000 |
| Clearance | 420,000 | 0.260 |
| Und P&L | 0 | 0.000 |
| Other Bond | 0 | 0.000 |
| Subtotal | 1,163,067 | 0.719 |

**Revenue Summary**

| | |
|---|---|
| Traditional | 1,163,067 |
| Non-Traditional | 180,000 |
| Annual Remarketing | 0 |
| Gross Revenues | 1,343,067 |
| Non-MSD Transfers | (78,629) |
| MSD Net Revenues | 1,264,438 |

**Non-Traditional Revenues**

| | Total $ | $ Transfers | Net $ |
|---|---|---|---|
| Derivatives | 180,000 | 0 | 180,000 |
| Reinvestments | 0 | 0 | 0 |
| Financial Advisor | 0 | 0 | 0 |
| Remarketing | 0 | 0 | 0 |
| Other Revenues | 0 | 0 | 0 |
| Subtotal | 180,000 | 0 | 180,000 |

**Miscellaneous Payouts**

| | |
|---|---|
| Origination Fees - Short-Term (50%) | 0 |
| TFI (50%) | (78,629) |
| Finder's Fees | 0 |
| Other Payouts | 0 |
| Subtotal | (78,629) |
| Annual Remarketing (50%) | 0 |
| Subtotal | (78,629) |

**P&L Summary**

| | Total $ |
|---|---|
| Public Finance Dept | |
| Trad Banking | 472,500 |
| Non-Trad Rev | 180,000 |
| Selling (ST/TFI) | 78,629 |
| Annual Remarketing | 0 |
| Miscellaneous | 0 |
| Subtotal PFD | 731,129 |
| Shared New Issue | 533,309 |
| MSD Other | 0 |
| Derivatives | 0 |
| Reinvestments | 0 |
| Money Market Desk | 78,629 |
| TFI Selling / Other | 0 |
| Investment Banking | 0 |
| Asset Management | 0 |
| Finder's Fees | 0 |
| Miscellaneous | 0 |
| Gross Revenues | 1,343,067 |