# Exhibit 44



CONFIDENTIAL

CGMI_BART000867





CONFIDENTIAL

CGMI_BART022401



CONFIDENTIAL

CGMI_BART022111

**HROne Global Data Warehouse**

| | | | |
|---|---|---|---|
| GEID: | FILED UNDER SEAL | First Name: | RITS ID: FILED UNDER SEAL |
| Last Name: | | Email: FILED UNDER SEAL | |
| 2nd Last Name: | | Telephone: | |
| Source HRMS: | NAM | | |

**SALARY DATA**

| Year | Last Annual Rt for Year | Ccy | Last Annual Rt for Year (USD) |
|---|---|---|---|
| 2012 | FILED UNDER SEAL | USD | |
| 2011 | | USD | |
| 2010 | | USD | |
| 2009 | | USD | |
| 2008 | | USD | |
| 2007 | | USD | |

All Yrs Job Detail?



**CONFIDENTIAL**

CGMI_BART022123



CONFIDENTIAL                                                            CGMI_BART022392



| Job Data | Contact Data | Employment Data | Salary Data | VC Data | Stock Award Data | Stock Opti... |

**HROne Global Data Warehouse**

| | FILED UNDER SEAL | | | FILED UNDER SEAL |
|---|---|---|---|---|
| Last Name: | FILED UNDER SEAL | First Name: | FILED UNDER SEAL | |
| 2nd Last Name: | | Email: | FILED UNDER SEAL | |
| Source HRMS: | NAM | Telephone: | FILED UNDER SEAL | |

**SALARY DATA**

| Year | Last Annual Rt for Year | Ccy | Last Annual Rt for Year (USD) |
|---|---|---|---|
| 2012 | FILED UNDER SEAL | USD | |
| 2011 | | USD | |
| 2010 | | USD | |
| 2009 | | USD | |
| 2008 | | USD | |
| 2007 | | USD | |

CONFIDENTIAL

CGMI_BART022388



**CONFIDENTIAL**

CGMI_BART022087

**HROne Global Data Warehouse**

| | | | |
|---|---|---|---|
| GEID: | FILED UNDER SEAL | First Name: | |
| Last Name: | | Email: | FILED UNDER SEAL |
| 2nd Last Name: | | Telephone: | |
| Source HRMS: NAM | | RITS ID: | FILED UNDER SEAL |

**SALARY DATA** — 1-8 of 8

| Year | Last Annual Rt for Year | Ccy | Last Annual Rt for Year (USD) |
|---|---|---|---|
| 2012 | FILED UNDER SEAL | USD | All Yrs Job Detail? |
| 2011 | | USD | |
| 2010 | | USD | |
| 2009 | | USD | |
| 2008 | | USD | |
| 2007 | | USD | |

CONFIDENTIAL

CGMI_BART022407



CONFIDENTIAL

CGMI_BART022408