# Exhibit 45

ORACLE

Menu

Search:

- My Favorites
- Manage HROne Warehouse
- Worker Inquiry
  - Inquire
    - Job Data
    - Job and Comp Data
- Financial Services Industries
- Worklist
- Tree Manager
- Reporting Tools
- PeopleTools
- My Personalizations
- My Dictionary

New Window | Help | Customize Page

Job Data | Contact Data | Employment Data | Salary Data | VC Data | Stock Award Data | Stock Option Data

HROne Global Data Warehouse

GEID: 0002581998 Soe Id: LC25350 RITS ID: 0000025350 Information as of: REDACTED

Last Name: Conley First Name: Lisa

2nd Last Name: Email:

Source HRMS: NAM Telephone: +1 312 8763566

VARIABLE COMPENSATION AWARD DATA

Find First 1-6 of 6 Last

| Perf Yr | Award Dt | Ccy | Plan ID | Description | Award Status |
|---|---|---|---|---|---|
| 2007 | 01/31/2008 | USD | AIP | Annual Incentive Plan | Paid/Granted |

| Orig (Nominal) Award Value | Actual Award Value (Cash) |
|---|---|
| 350,000.00 | 262,500.00 |
| **Orig Award Value (USD)** | **Actual Award Value (USD)** |
| $350,000.00 | $262,500.00 |

| Perf Yr | Award Dt | Ccy | Plan ID | Description | Award Status |
|---|---|---|---|---|---|
| 2006 | 01/25/2007 | USD | AIP | Annual Incentive Plan | Paid/Granted |

| Orig (Nominal) Award Value | Actual Award Value (Cash) |
|---|---|
| 400,000.00 | 300,000.00 |
| **Orig Award Value (USD)** | **Actual Award Value (USD)** |
| $400,000.00 | $300,000.00 |

| Perf Yr | Award Dt | Ccy | Plan ID | Description | Award Status |
|---|---|---|---|---|---|
| 2005 | 01/26/2006 | USD | AIP | Annual Incentive Plan | Paid/Granted |

| Orig (Nominal) Award Value | Actual Award Value (Cash) |
|---|---|
| 300,000.00 | 225,000.00 |
| **Orig Award Value (USD)** | **Actual Award Value (USD)** |
| $300,000.00 | $225,000.00 |

| Perf Yr | Award Dt | Ccy | Plan ID | Description | Award Status |
|---|---|---|---|---|---|
| 2004 | 01/27/2005 | USD | AIP | Annual Incentive Plan | Paid/Granted |

| Orig (Nominal) Award Value | Actual Award Value (Cash) |
|---|---|
| 323,000.00 | 242,250.00 |
| **Orig Award Value (USD)** | **Actual Award Value (USD)** |
| $323,000.00 | $242,250.00 |

| Perf Yr | Award Dt | Ccy | Plan ID | Description | Award Status |
|---|---|---|---|---|---|
| 2003 | 02/28/2004 | USD | PERFORMNCE | Performance | |

| Orig (Nominal) Award Value | Actual Award Value (Cash) |
|---|---|
| 265,000.00 | 265,000.00 |
| **Orig Award Value (USD)** | **Actual Award Value (USD)** |
| $265,000.00 | $265,000.00 |

| Perf Yr | Award Dt | Ccy | Plan ID | Description | Award Status |
|---|---|---|---|---|---|
| 2002 | 02/28/2003 | USD | PERFORMNCE | Performance | |

| Orig (Nominal) Award Value | Actual Award Value (Cash) |
|---|---|
| 212,500.00 | 212,500.00 |
| **Orig Award Value (USD)** | **Actual Award Value (USD)** |
| $212,500.00 | $212,500.00 |

Return to Search | Notify | Update/Display

Job Data | Contact Data | Employment Data | Salary Data | VC Data | Stock Award Data | Stock Option Data | Deferred Cash - Award Plan | Deferred Cash - Stock Unit

HROne Global Data Warehouse

GEID: 0002581998 Soe Id: LC25350 RITS ID: 0000025350 Information as of: REDACTED

Last Name: Conley First Name: Lisa

2nd Last Name: Email:

Source HRMS: NAM Telephone: +1 312 8763566

SALARY DATA

| Year | Last Annual Rt for Year | Ccy | Last Annual Rt for Year (USD) |
|---|---|---|---|
| 2009 | 175,000.00 | USD | |
| 2008 | 175,000.00 | USD | |
| 2007 | 175,000.00 | USD | |
| 2006 | 150,000.00 | USD | |
| 2005 | 150,000.00 | USD | |
| 2004 | 125,000.00 | USD | |
| 2003 | 125,000.00 | USD | |
| 2001 | 125,000.00 | USD | |
| 2000 | 125,000.00 | USD | |
| 1999 | 100,000.00 | USD | |
| 1998 | 90,000.00 | USD | |
| 1997 | 90,000.00 | USD | |



ORACLE
New Window | Help | Customize Page
Salary Data
HROne Global Data Warehouse
GEID:
FILED UNDER SEAL
RITS ID:
FILED UNDER SEAL
Information as of:
REDACTED
Last Name:
First Name:
2nd Last Name:
Email:
Source HRMS:
NAM
Telephone:
FILED UNDER SEAL
SALARY DATA
Year
Last Annual Rt for Year
Ccy
Last Annual Rt for Year (USD)
2011
USD
All Yrs Job Detail?
2010
USD
2009
USD
2008
USD
2007
USD
FILED UNDER SEAL
REDACTED
Return to Search
Notify
Update/Display
Job Data | Contact Data | Employment Data | Salary Data | VC Data | Stock Award Data | Stock Option Data | Deferred Cash - Award Plan | Deferred Cash - Stock Unit

CONFIDENTIAL CGMI_BART001209

VC Data

HROne Global Data Warehouse

GEID: FILED UNDER SEAL

RITS ID: FILED UNDER SEAL

Information as of: REDACTED

Last Name: Freel

First Name: FILED UNDER SEAL

2nd Last Name:

Email:

Source HRMS: NAM

Telephone:

VARIABLE COMPENSATION AWARD DATA

| Perf Yr | Award Dt | Ccy | Plan ID | Description | Award Status |
|---|---|---|---|---|---|
| 2010 | 01/31/2011 | USD | PER | Performance | Paid/Granted |

| Perf Yr | Award Dt | Ccy | Plan ID | Description | Award Status |
|---|---|---|---|---|---|
| 2009 | 11/30/2009 | USD | LSP | Lump Sum | Paid/Granted |

Award Status

Paid/Granted

FILED UNDER SEAL

Award Status

Paid/Granted

REDACTED

HROne Global Data Warehouse

GEID: FILED UNDER SEAL Soe Id: FILED UNDER SEAL RITS ID: FILED UNDER SEAL

Last Name: FILED UNDER SEAL First Name: FILED UNDER SEAL

2nd Last Name: Email: FILED UNDER SEAL

Source HRMS: NAM Telephone: FILED UNDER SEAL

SALARY DATA Find 1-10 of 10

| Year | Last Annual Rt for Year | Ccy | Last Annual Rt for Year (USD) |
|---|---|---|---|
| 2012 | FILED UNDER SEAL | USD | All Yrs Job Detail? |
| 2011 | | USD | |
| 2010 | | USD | |
| 2009 | | USD | |
| 2008 | | USD | |
| 2007 | | USD | |

CONFIDENTIAL CGMI_BART022393



HROne Global Data Warehouse
Information as of:
REDACTED
FILE UNDER SEAL
FILED UNDER SEAL
Award Status
Paid/Granted
Award Status
Paid/Granted
Award Status
Paid/Granted
Award Status
Paid/Granted
REDACTED

CONFIDENTIAL CGMI_BART022093



HROne Global Data Warehouse
FILED UNDER SEAL
REDACTED
Award Status Paid/Granted
Award Status Paid/Granted
Award Status Paid/Granted
Award Status Paid/Granted
Award Status Paid/Granted
Award Status Paid/Granted
FILED UNDER SEAL

CONFIDENTIAL CGMI_BART022115


HROne Global Data Warehouse

GEID: FILED UNDER SEAL
Last Name:
2nd Last Name:
Source HRMS: NAM

First Name: FILED UNDER SEAL
Email:
Telephone:

RITS ID: FILED UNDER SEAL

SALARY DATA

| Year | Last Annual Rt for Year | Ccy | Last Annual Rt for Year (USD) |
|---|---|---|---|
| 2012 | FILED UNDER SEAL | USD | |
| 2011 | | USD | |
| 2010 | | USD | |
| 2009 | | USD | |
| 2008 | | USD | |
| 2007 | | USD | |

All Yrs Job Detail?

CONFIDENTIAL CGMI_BART022398


HROne Global Data Warehouse

GEID: FILED UNDER SEAL

RITS ID: FILED UNDER SEAL

Last Name: FILED UNDER SEAL

First Name: FILED UNDER SEAL

2nd Last Name:

Email: FILED UNDER SEAL

Source HRMS: NAM

Telephone: FILED UNDER SEAL

SALARY DATA

| Year | Last Annual Rt for Year | Ccy | Last Annual Rt for Year (USD) |
|---|---|---|---|
| 2012 | FILED UNDER SEAL | USD | All Yrs Job Detail? |
| 2011 | | USD | |
| 2010 | | USD | |
| 2009 | | USD | |
| 2008 | | USD | |
| 2007 | | USD | |

CONFIDENTIAL CGMI_BART022389



HROne Global Data Warehouse
Information as of: REDACTED
FILED UNDER SEAL
Award Status Paid/Granted
Award Status Paid/Granted
Award Status Paid/Granted
Award Status Paid/Granted
Award Status Paid/Granted
Award Status Paid/Granted
FILED UNDER SEAL

CONFIDENTIAL CGMI_BART022091

**HROne Global Data Warehouse**

FILED UNDER SEAL

GEID: FILED UNDER SEAL

Last Name: FILED UNDER SEAL

2nd Last Name:

Source HRMS: NAM

First Name: FILED UNDER SEAL

Email: FILED UNDER SEAL

Telephone: FILED UNDER SEAL

SALARY DATA

| Year | Last Annual Rt for Year | Ccy | Last Annual Rt for Year (USD) |
|---|---|---|---|
| 2010 | FILED UNDER SEAL | USD | All Yrs Job Detail? |
| 2009 | | USD | |
| 2008 | | USD | |
| 2007 | | USD | |



HROne Global Data Warehouse
Information as of:
REDACTED
FILED UNDER SEAL
Award Status
Paid/Granted
Award Status
Paid/Granted
Award Status
Paid/Granted
Award Status
Paid/Granted
Award Status
Paid/Granted
Award Status
Paid/Granted
FILED UNDER SEAL

CONFIDENTIAL

CGMI_BART022100

**HROne Global Data Warehouse**

GEID: FILED UNDER SEAL
Last Name:
2nd Last Name:
Source HRMS: NAM

RITS ID: FILED UNDER SEAL
First Name: FILED UNDER SEAL
Email:
Telephone:

SALARY DATA Find [illegible] 1-24 of 24

| Year | Last Annual Rt for Year | Ccy | Last Annual Rt for Year (USD) |
|---|---|---|---|
| 2012 | FILED UNDER SEAL | USD | All Yrs Job Detail? |
| 2011 | | USD | |
| 2010 | | USD | |
| 2009 | | USD | |
| 2008 | | USD | |
| 2007 | | USD | |



HROne Global Data Warehouse
Information as of:
REDACTED
FILED UNDER SEAL
FILED UNDER SEAL
FILED UNDER SEAL
Award Status
Paid/Granted
Award Status
Paid/Granted
Award Status
Paid/Granted
Award Status
Paid/Granted
Award Status
Paid/Granted
Award Status
Paid/Granted

CONFIDENTIAL CGMI_BART022127