# Exhibit 47



# PFD Net Revenue Report - Summary

Conley, Lisa - Director
Run Date: 1/16/08
Period: 01/01/07 - 12/31/07
Page: 49 of 257

**Conley, Lisa - Director**

| Transaction Description | Transaction Details | Mgmt Fee | Selling | Other Bond | Deriv | Reinv | Fin Adv | Other | Misc | Total Rev |
|---|---|---|---|---|---|---|---|---|---|---|
| Memorial Health Services (IN), Swap | 08/29/07; ***Dafi; No Mgr; Mode Not Applicable | 0 | 0 | 0 | 2,290,000 | 0 | 0 | 0 | (458,000) | 1,832,000 |
| Advocate Healthcare Network (IL), Swap | 09/18/07; ***Dafi; No Mgr; Mode Not Applicable | 0 | 0 | 0 | 1,850,001 | 0 | 0 | 0 | (370,000) | 1,480,001 |
| Memorial Health Services (IN), Swap | 01/03/07; ***Dafi; No Mgr; Mode Not Applicable | 0 | 0 | 0 | 1,630,000 | 0 | 0 | 0 | (326,000) | 1,304,000 |
| $131,575,000 Lexington County Health Services Dist (SC), Hospital Rev Ref Bonds, 0 | 07/17/07; #47PA3727; Sole Mgr; Long-Term Fixed (>13 mo) | .00 | 722,453 | 0 | 0 | 0 | 0 | 0 | 0 | 722,453 |
| Memorial Health Services (IN), Swap | 09/07/07; ***Dafi; No Mgr; Mode Not Applicable | .00 | 0 | 0 | 590,000 | 0 | 0 | 0 | (118,000) | 472,000 |
| $80,000,000 St. Joseph County Hospital Auth (IN), Health Sys Bonds, 07 (Memorial H | 05/08/07; #47PA3796; Sole Mgr; Long-Term Fixed (>13 mo) | .00 | 400,000 | 0 | 0 | 0 | 0 | 0 | 0 | 400,000 |
| Bloomington Hospital (IN), Master Lease Program (Jan - Dec) | 01/01/07; ***Dafi; No Mgr; Mode Not Applicable | .00 | 0 | 0 | 0 | 0 | 0 | 363,067 | (72,613) | 290,454 |
| Pennsylvania Economic Develop Fin Auth (PA), Jefferson Health IPBs Accrual (Aug - | 01/01/07; ***Dafi; No Mgr; Mode Not Applicable | .00 | 0 | 0 | 0 | 0 | 0 | 61,005 | (12,201) | 48,804 |
| $45,785,000 Pennsylvania Economic Develop Fin Auth (PA), Rev Bonds, Srs 07 (Jeff | 08/14/07; #47PA4229; No Mgr; Long-Term Fixed (>13 mo) | 27,790 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 27,790 |
| | | 27,790 | 1,122,453 | 0 | 6,360,001 | 0 | 0 | 424,072 | (1,356,814) | 6,577,501 |

## Bonds Sold Information

| | Par Managed |
|---|---|
| Fact Sheet Bonds Sold - Designations | $307,360,000 |
| Retail | 0 |
| Institutional | 261,575,000 |
| Total | 261,575,000 |

Desk Estimates - Designations  0  0.0% [1]
  0  0.0%
  100.0%

## Traditional Revenues (Origination)

| | Total $ | $ / Bond |
|---|---|---|
| Management | 27,790 | 0.090 |
| Selling Revenue | 1,122,453 | 3.652 |
| Structuring | 0 | 0.000 |
| Clearance | 0 | 0.000 |
| Und P&L | 0 | 0.000 |
| Other Bond | 0 | 0.000 |
| Subtotal | 1,150,242 | 3.742 |

## Non-Traditional Revenues

| | Total $ |
|---|---|
| Derivatives | 6,360,001 |
| Reinvestments | 0 |
| Financial Advisor | 0 |
| Remarketing | 424,072 |
| Other Revenues | 0 |
| Subtotal | 6,784,073 |

## Miscellaneous Payouts

| | $ Transfers | Net $ |
|---|---|---|
| Origination Fees - Short-Term (50%) | 0 | 5,088,001 |
| TFI (50%) | (1,272,000) | 0 |
| Finder's Fees | 0 | 424,072 |
| Other Payouts | 0 | 0 |
| Subtotal | (1,272,000) | 5,512,073 |
| Annual Remarketing (50%) | (84,814) | 0 |
| Subtotal | (84,814) | 0 |
| | (84,814) | |

## Revenue Summary

| | |
|---|---|
| Traditional | 1,150,242 |
| Non-Traditional | 6,784,073 |
| Annual Remarketing | 0 |
| Gross Revenues | 7,934,315 |
| Non-MSD Transfers | (1,356,814) |
| MSD Net Revenues | 6,577,501 |

## P&L Summary

| | Total $ |
|---|---|
| Public Finance Dept | |
| Trad Banking | 27,790 |
| Non-Trad Rev | 5,088,001 |
| Selling (ST/TFI) | 339,258 |
| Annual Remarketing | 0 |
| Miscellaneous | 0 |
| Subtotal PFD | 5,455,049 |
| Shared New Issue | 1,122,453 |
| MSD Other | 1,272,000 |
| Derivatives | 0 |
| Reinvestments | 0 |
| TFI Selling / Other | 0 |
| Money Market Desk | 0 |
| Investment Banking | 0 |
| Asset Management | 0 |
| Finder's Fees | 0 |
| Miscellaneous | 84,814 |
| Gross Revenues | 7,934,315 |

[1] Based on selling revenues (for non-sole managed transactions) of: $0

CONFIDENTIAL
For Internal Use Only
CGMI BART015462



# PFD Net Revenue Report - Summary

| | |
|---|---|
| Run Date: | 12/22/08 12:31 |
| Period: | 01/01/08 - 12/31/08 |
| Page: | 66 of 335 |

**Conley, Lisa - Director**

### Bonds Sold Information

| Transaction | Transaction Details | Staffing / Product Groups / Regions | Fact Sheet | Mgmt Fee | Selling | Other Bond | Total Bond | Deriv | Reinv | Fin Adv | Other | Misc | Total Rev |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $96,750,000 Illinois Finance Authority (IL), Rev Bonds, Srs 06B | 05/19/08; #47PA4127; No Mgr/Long-Term Fixed (>13 mo) | D. Johnson, L. Conley*, P. Nahata, J. Reardon | | 0 | 65,000 | 0 | 65,000 | 0 | 0 | 0 | 0 | 0 | 65,000 |
| $40,925,000 Indiana Finance Authority (IN), Rev Ref Bonds, Srs | 11/19/08; #47PA5291; Sole Mgr/Long-Term Variable (>13 mo) | L. Conley*, D. Johnson, A. Furlani, D. Ratliff, S. Pondit [HlthCare] | | 0 | 71,619 | 0 | 71,619 | 0 | 0 | 0 | 0 | (35,809) | 35,809 |
| $11,400,000 Bloomington Hospital (IN), Swap Unwind | 09/05/08; ***Daft, No Mgr/Mode Not Applicable | L. Conley [HlthCare, Swap/Reinv] | | 0 | 0 | 0 | 0 | 16,000 | 0 | 0 | 0 | 0 | 16,000 |
| Pennsylvania Economic Develop Fin Auth (PA), IPBs Jefferson Health | 01/01/08 #; No Mgr;Mode Not Applicable | L. Conley, M. Irwin [HlthCare, Index Put Bonds, Credit Balance Sheet] | | 0 | 0 | 0 | 0 | 0 | 0 | 127,948 | (1,785,340) | (1,657,392) | |

### Traditional Revenues (Origination)

| | Total $ | $ / Bond |
|---|---|---|
| Management | 1,257,845 | 0.366 |
| Selling Revenue | 7,267,016 | 2.115 |
| Structuring | 0 | 0.000 |
| Clearance | 0 | 0.000 |
| Und P&L | 0 | 0.000 |
| Other Bond | 0 | 0.000 |
| Subtotal | 8,524,860 | 2.481 |

### Non-Traditional Revenues

| | Total $ |
|---|---|
| Derivatives | 7,348,500 |
| Reinvestments | 0 |
| Financial Advisor | 0 |
| Remarketing | 0 |
| Other Revenues | 733,598 |
| Subtotal | 8,082,098 |

### Miscellaneous Payouts

| | Total $ |
|---|---|
| Origination Fees - Short-Term (50%) | (797,049) |
| TFI (50%) | 0 |
| Finder's Fees | 0 |
| Other Payouts | (1,790,246) |
| Subtotal | (2,587,295) |
| Annual Remarketing (50%) | 0 |
| Subtotal | (2,587,295) |

### Revenue Summary

| | |
|---|---|
| Traditional | 8,524,860 |
| Non-Traditional | 8,082,098 |
| Annual Remarketing | 0 |
| Gross Revenues | 16,606,958 |
| Non-MSD Transfers | (2,587,295) |
| MSD Net Revenues | 14,019,663 |

### Desk Estimates - Designations

| | |
|---|---|
| Par Managed | $3,435,450,000 |
|  | 4,126,889  90.2% [1] |

### Fact Sheet Bonds Sold -

| | |
|---|---|
| Retail | 192,417,000  10.4% |
| Institutional | 1,665,839,000  89.6% |
| Total | 1,858,256,000 |

[1] Based on selling revenues (for non-sole managed transactions) of: $4,575,892

### P&L Summary

| | Total $ |
|---|---|
| Public Finance Dept | 1,257,845 |
| Trad Banking | 7,348,500 |
| Non-Trad Rev | 797,049 |
| Selling (ST/TFI) | 0 |
| Annual Remarketing | 0 |
| Miscellaneous | (1,056,647) |
| Subtotal PFD | 8,346,746 |
| Shared New Issue | 5,672,917 |
| MSD Other | |
| Derivatives | 0 |
| Reinvestments | 0 |
| Money Market Desk | 0 |
| TFI Selling / Other | 797,049 |
| Investment Banking | 0 |
| Asset Management | 0 |
| Finder's Fees | 1,790,246 |
| Miscellaneous | 0 |
| Gross Revenues | 16,606,958 |

CONFIDENTIAL   For Internal Use Only   CGMI_BART016354



# PFD Net Revenue Report - Summary

Freel, Ryan - Director

Run Date: 1/16/08
Period: 01/01/07 - 12/31/07
Page: 73 of 257

**Freel, Ryan - Director**

## Bonds Sold Information

| Transaction Description | Transaction Details |
|---|---|
| NE Georgia Health System (GA), Swap | 01/17/07; ***Dafi; No Mgr; Mode Not Applicable |
| NE Georgia Health System (GA), Swap | 04/12/07; ***Dafi; No Mgr; Mode Not Applicable |
| $250,000,000 Hall County Hosp Auth / City of Gainesville (GA), Rev Anticipation Cert | 02/13/07; #47PA3623; Sole Mgr; Long-Term Variable (>13 mo) |
| $224,700,000 Hall County Hosp Auth / City of Gainesville (GA), Rev Anticipation Cert | 06/18/07; #47PA3888; Sole Mgr; Long-Term Variable (>13 mo) |
| Bronson Methodist Hospital (MI) | 09/14/07; ***Dafi; No Mgr; Mode Not Applicable |
| $150,000,000 Hall County Hosp Auth / City of Gainesville (GA), Rev Anticipation Cert | 06/06/07; #47PA4026; Sole Mgr; Long-Term Variable (>13 mo) |
| $201,120,000 Hall County Hosp Auth / City of Gainesville (GA), Rev Anticipation Cert | 06/19/07; #47PA4184; Sole Mgr; Long-Term Variable (>13 mo) |
| $23,830,000 Colorado Health Facilities Auth (CO), Hosp Fac Rev Bonds, Srs 07 (Goo | 12/05/07; #47PA4300; Sr Mgr; Long-Term Variable (>13 mo) |
| Bronson Methodist Hospital (MI), Swap | 08/07/07; ***Dafi; No Mgr; Mode Not Applicable |

## Traditional Revenues (Origination)

| | Total $ | $ / Bond | | Mgmt Fee | Selling | Other Bond | Deriv | Reinv | Fin Adv | Other | Misc | Total Rev |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 282,192 | 0.332 | Derivatives | .00 | 0 | 0 | 1,620,000 | 0 | 0 | 0 | (324,000) | 1,296,000 |
| | 1,418,589 | 1.670 | Reinvestments | .00 | 0 | 0 | 805,000 | 0 | 0 | 0 | (161,000) | 644,000 |
| | 0 | 0.000 | Financial Advisor | | 187,500 | 0 | 0 | 0 | 0 | 0 | (156,250) | 343,750 |
| | 0 | 0.000 | Remarketing | | 312,500 | 0 | 0 | 0 | 0 | 0 | (156,250) | 323,942 |
| | 0 | 0.000 | Other Revenues | | 647,885 | 0 | 0 | 0 | 0 | 0 | (323,942) | 323,942 |
| | 1,700,781 | 2.002 | Subtotal | .00 | 187,500 | 0 | 210,000 | 0 | 0 | 0 | (42,000) | 168,000 |
| | | | | .00 | 0 | 0 | 0 | 0 | 0 | 0 | (93,750) | 131,250 |
| | | | | 37,500 | 201,120 | 0 | 0 | 0 | 0 | 0 | (100,560) | 100,560 |
| | | | | 57,192 | 69,584 | 0 | 0 | 0 | 0 | 0 | (34,792) | 91,984 |
| | | | | .00 | 0 | 0 | 32,000 | 0 | 0 | 0 | (6,400) | 25,600 |

| Non-Traditional Revenues | Total $ | Selling | $ Transfers | Net $ |
|---|---|---|---|---|
| Derivatives | 2,667,000 | 2,667,000 | (533,400) | 2,133,600 |
| Reinvestments | 0 | 0 | 0 | 0 |
| Financial Advisor | 0 | 0 | 0 | 0 |
| Remarketing | 0 | 0 | 0 | 0 |
| Other Revenues | 0 | 0 | 0 | 0 |
| Subtotal | 2,667,000 | 2,667,000 | (533,400) | 2,133,600 |

## Miscellaneous Payouts

| | Total $ |
|---|---|
| Origination Fees - Short-Term (50%) | (709,294) |
| TFI (50%) | 0 |
| Finder's Fees | 0 |
| Other Payouts | 0 |
| Subtotal | (709,294) |
| Annual Remarketing (50%) | 0 |
| Subtotal | (709,294) |

## Revenue Summary

| | Total $ |
|---|---|
| Traditional | 1,700,781 |
| Non-Traditional | 2,667,000 |
| Annual Remarketing | 0 |
| Gross Revenues | 4,367,781 |
| Non-MSD Transfers | (1,242,694) |
| MSD Net Revenues | 3,125,086 |

Par Managed $849,650,000

Desk Estimates - Designations 0   0.0% [1]

Fact Sheet Bonds Sold -
Retail 400,000,000   47.3%
Institutional 444,884,000   52.7%
Total 844,884,000

[1] Based on selling revenues (for non-sole managed transactions) of: $0

## P&L Summary

| | Total $ |
|---|---|
| Public Finance Dept | 282,192 |
| Trad Banking | 2,133,600 |
| Non-Trad Rev | 709,294 |
| Selling (ST/TFI) | 0 |
| Annual Remarketing | 0 |
| Subtotal PFD | 3,125,086 |
| Shared New Issue | 0 |
| MSD Other | 0 |
| Derivatives | 533,400 |
| Reinvestments | 0 |
| Money Market Desk | 709,294 |
| TFI Selling / Other | 0 |
| Investment Banking | 0 |
| Asset Management | 0 |
| Finder's Fees | 0 |
| Miscellaneous | 0 |
| Gross Revenues | 4,367,781 |

CONFIDENTIAL   For Internal Use Only

CGMI_BART015486



# PFD Net Revenue Report - Summary

Freel, Ryan - Director
Run Date: 12/22/08 12:31
Period: 01/01/08 - 12/31/08
Page: 100 of 335

## Freel, Ryan - Director

### Bonds Sold Information

| Transaction | Transaction Details | Staffing / Product Groups / Regions | Fact Sheet | Mgmt Fee | Selling | Other Bond | Total Bond | Deriv | Reinv | Fin Adv | Other | Misc | Total Rev |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $8,865,000 Massachusetts Health and Educ Fac Auth (MA), Revenue Bonds, Srs 08E | 05/21/08, #47PA4892; No Mgr; Long-Term Fixed (>13 mo) | M. Irwin, T. Green*, R. Freel, D. Ratliff, S. Pond# [HlthCare, Infrastr] |  | 4,433 | 27,884 | 0 | 32,317 | 0 | 0 | 0 | 0 | 0 | 32,317 |
| $25,000,000 Illinois Finance Authority (IL); Rev Bonds, Srs 08E | 05/21/08, #47PA4872; Sole Mgr; Long-Term Variable (>13 mo) | R. Freel*, C. Plimpton, F. Lee, M. Olante, P. Nanade# [HlthCare] |  | 6,250 | 37,500 | 0 | 43,750 | 0 | 0 | 0 | 0 | (18,750) | 25,000 |
| $135,375,000 Missouri Health and Educ Fac Auth (MO), Variable Rate | 09/16/08, #47PA5117; No Mgr; Long-Term Variable (>13 mo) | C. Lee*, R. Freel, A. Yang, D. Ratliff, K. Lin# [HlthCare] |  | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| $64,600,000 Missouri Health and Educ Fac Auth (MO), Variable Rate | 09/16/08, #47PA5120; No Mgr; Long-Term Variable (>13 mo) | C. Lee*, R. Freel, A. Yang, D. Ratliff, K. Lin# [HlthCare] |  | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| $86,100,000 Missouri Health and Educ Fac Auth (MO), Variable Rate | 09/16/08, #47PA5119; No Mgr; Long-Term Variable (>13 mo) | C. Lee*, R. Freel, A. Yang, D. Ratliff, K. Lin# [HlthCare] |  | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| $107,250,000 Illinois Finance Authority (IL), Remarketing Srs 07A1 | 07/28/08, #47PA4877; No Mgr; Long-Term Variable (>13 mo) | D. Johnson, R. Freel*, A. Yang, E. McNeany, M. Robbins# [HlthCare] |  | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| $75,000,000 Illinois Finance Authority (IL), Remarketing Srs | 07/28/08, #47PA4976; No Mgr; Long-Term Variable (>13 mo) | D. Johnson, R. Freel*, A. Yang, E. McNeany, M. Robbins# [HlthCare] |  | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| $43,200,000 Illinois Finance Authority (IL), Remarketing Srs | 07/28/08, #47PA4975; No Mgr; Long-Term Variable (>13 mo) | D. Johnson, R. Freel*, A. Yang, E. McNeany, M. Robbins# [HlthCare] |  | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Missouri Health and Educ Fac Auth (MO), IPBs SSM Healthcare (Jan - ) | 01/01/08, #, No Mgr; Mode Not Applicable | D. Kasdin, C. Lee, R. Freel [HlthCare, Index Put Bonds, Credit - Balance Sheet] |  | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 218,430 | (2,006,716) | (1,788,286) |
|  |  |  |  | 397,207 | 3,313,747 | 0 | 3,710,954 | 3,571,989 | 0 | 0 | 218,430 | (2,496,738) | 5,004,634 |

### Traditional Revenues (Origination)

| | Total $ | $ / Bond |
|---|---|---|
| Management | 397,207 | 0.112 |
| Selling Revenue | 3,313,747 | 0.931 |
| Structuring | 0 | 0.000 |
| Clearance | 0 | 0.000 |
| Und P&L | 0 | 0.000 |
| Other Bond | 0 | 0.000 |
| Subtotal | 3,710,954 | 1.042 |

### Non-Traditional Revenues

| | Total $ |
|---|---|
| Derivatives | 3,571,989 |
| Reinvestments | 0 |
| Financial Advisor | 0 |
| Remarketing | 218,430 |
| Other Revenues | 0 |
| Subtotal | 3,790,419 |

### Miscellaneous Payouts

| | $ Transfers |
|---|---|
| Origination Fees - Short-Term (50%) | (490,022) |
| TFI (50%) | 0 |
| Finder's Fees | 0 |
| Other Payouts | (2,006,716) |
| Subtotal | (2,496,738) |
| Annual Remarketing (50%) | 0 |
| Subtotal | (2,496,738) |

### P&L Summary

| | Net $ |
|---|---|
| Public Finance Dept | |
| Trad Banking | 3,571,989 |
| Non-Trad Rev | 490,022 |
| Selling (ST/TFI) | |
| Investment Banking | |
| Asset Management | |
| Annual Remarketing | 218,430 |
| Miscellaneous | (2,006,716) |
| Subtotal PFD | (1,788,286) |
| Shared New Issue | 2,670,932 |
| MSD Other | 2,333,702 |
| Derivatives | |
| Reinvestments | |
| Money Market Desk | |
| TFI Selling / Other | 490,022 |
| Investment Banking | |
| Asset Management | |
| Finder's Fees | |
| Miscellaneous | 2,006,716 |
| Gross Revenues | 7,501,373 |

| | Total $ |
|---|---|
| | 397,207 |
| | 3,571,989 |
| | 490,022 |
| | |
| | |
| | |
| | |
| | |
| | (1,788,286) |
| | 2,670,932 |
| | 2,333,702 |
| | |
| | |
| | 490,022 |
| | |
| | |
| | |
| | 2,006,716 |
| | 7,501,373 |

### Revenue Summary

| | |
|---|---|
| Traditional | 3,710,954 |
| Non-Traditional | 3,790,419 |
| Annual Remarketing | 0 |
| Gross Revenues | 7,501,373 |
| Non-MSD Transfers | (2,496,738) |
| MSD Net Revenues | 5,004,634 |

### Desk Estimates - Designations

| | Par Managed | Fact Sheet Bonds Sold |
|---|---|---|
| Par Managed | $3,561,140,000 | |
| Designations | 1,010,402 | 84.8% [1] |
| Retail | 40,372,000 | 3.2% |
| Institutional | 1,236,121,000 | 96.8% |
| Total | 1,276,493,000 | |

[1] Based on selling revenues (for non-sole managed transactions) of: $1,190,818

For Internal Use Only
CONFIDENTIAL
CGMI_BART016388



# PFD Net Revenue Report - Summary

Brown, Michael - Director
Run Date: 11/26/08 18:39
Period: 01/01/08 - 12/31/08
Page: 47 of 334

## Brown, Michael - Director

### Bonds Sold Information

| Transaction | Transaction Details | Staffing / Product Groups / Regions | Fact Sheet |
|---|---|---|---|
| $50,000,000 Fulton County Development Authority (GA), (books);Long-Term Variable (>13 mo) | 04/14/08; #47PA4686; Co-Sr T; Hartman, M. Brown*, C. Zhai, J. Reardon# | T: Hartman, M. Brown*, C. Zhai, J. Reardon# [HlthCare] | ✓ |
| $156,615,000 Suffolk City Economic Development Auth (VA), Revenue | 06/25/08; #47PA4903; No Mgr;Long-Term Fixed (>13 mo) | T: Hartman, K. Jackman, M. Brown*, M. Fong, M. Robbins# [HlthCare] | ✓ |
| $40,000,000 DeKalb Private Hospital Authority (GA), Rev Antic Certs, Srs | 04/14/08; #47PA4786; Co-Sr T; (books);Long-Term Variable (>13 mo) | T: Hartman, B. Holcomb, M. Brown*, C. Zhai [Southeast, HlthCare] | ✓ |
| $72,965,000 Fulton County Development Authority (GA), Rev | 02/28/08; #47PA4354; Sr Mgr;Long-Term Variable (>13 mo) | T: Hartman, M. Brown* [HlthCare] | ✓ |
| Suffolk City Industrial Development Auth (VA), EIPBs Sentara Healthcare | 01/01/08; # No Mgr.Mode Not Applicable | M. Brown, T. Hartman, K. Jackman Put Bonds, Credit - Balance Sheet] [HlthCare, Index | |

### Traditional Revenues (Origination)

| | Total $ | $ / Bond | Mgmt Fee | Selling | Other Bond | Total Bond |
|---|---|---|---|---|---|---|
| | 536,125 | 0.096 | 5,000 | 15,000 | 0 | 20,000 |
| | 4,658,476 | 0.838 | 0 | 0 | 0 | 0 |
| | 0 | 0.000 | 0 | 0 | 0 | 0 |
| | 461,250 | 0.083 | 0 | 0 | 0 | 0 |
| | 0 | 0.000 | 0 | 0 | 0 | 0 |
| Subtotal | 5,655,851 | 1.017 | | | | |
| | 536,125 | | 4,658,476 | 461,250 | 5,655,851 | |

### Non-Traditional Revenues

| | Total $ | $ Transfers | Deriv | Reinv | Fin Adv | Other | Misc | Total Rev |
|---|---|---|---|---|---|---|---|---|
| Derivatives | 14,033,801 | 0 | 14,033,801 | | | | | |
| Reinvestments | 0 | 0 | | | | | | |
| Financial Advisor | 0 | 0 | | | | | | |
| Remarketing | 0 | 0 | | | | | | |
| Other Revenues | 2,088,782 | 0 | | | | | | |
| Subtotal | 16,122,583 | 0 | 2,088,782 | | | | | |

### Miscellaneous Payouts

| | Total $ |
|---|---|
| Origination Fees - Short-Term (50%) | (901,976) |
| TFI (50%) | 0 |
| Finder's Fees | 0 |
| Other Payouts | (5,307,423) |
| Subtotal | (6,209,399) |
| Annual Remarketing (50%) | 0 |
| Subtotal | (6,209,399) |

### Revenue Summary

| | |
|---|---|
| Traditional | 5,655,851 |
| Non-Traditional | 16,122,583 |
| Annual Remarketing | 0 |
| Gross Revenues | 21,778,434 |
| Non-MSD Transfers | (6,209,399) |
| MSD Net Revenues | 15,569,035 |

### Desk Estimates - Designations

1,310,104   99.6% [1]

### Par Managed

$5,559,793,181

### Fact Sheet Bonds Sold -

| | | |
|---|---|---|
| Retail | 82,840,000 | 3.7% |
| Institutional | 2,176,177,000 | 96.3% |
| Total | 2,259,017,000 | |

[1] Based on selling revenues (for non-sole managed transactions) of: $1,315,446

### P&L Summary

| | Total $ |
|---|---|
| Public Finance Dept | 997,375 |
| Trad Banking | 14,033,801 |
| Non-Trad Rev | 901,976 |
| Selling (ST/TFI) | 0 |
| Annual Remarketing | (3,218,641) |
| Miscellaneous | 12,714,511 |
| Subtotal PFD | 2,854,524 |
| Shared New Issue | 0 |
| MSD Other | 0 |
| Derivatives | 0 |
| Reinvestments | 0 |
| Money Market Desk | 901,976 |
| TFI Selling / Other | 0 |
| Investment Banking | 0 |
| Asset Management | 0 |
| Finder's Fees | 0 |
| Miscellaneous | 5,307,423 |
| Gross Revenues | 21,778,434 |

CONFIDENTIAL  For Internal Use Only  CGMI_BART02139

CONFIDENTIAL
For Internal Use Only
CGMI_BART022166



# PFD Net Revenue Report - Summary

Kasdin, David - Director
Run Date: 12/22/08 12:31
Period: 01/01/08 - 12/31/08
Page: 164 of 335

## Kasdin, David - Director

### Traditional Revenues (Origination)

| Transaction | Transaction Details | Staffing / Product Groups / Regions | Fact Sheet | $ / Bond | Mgmt Fee | Selling | Other Bond | Total Bond | Deriv | Reinv | Fin Adv | Other | Misc | Total Rev |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $94,130,000 New York State Dormitory Authority (NY), Conversion | 09/09/08; #47PA5087; No Mgr;Long-Term Variable (>13 mo) | D. Kasdin*, M. McGrady# [HlthCare] | | 0.224 | 0 | 94,130 | 0 | 94,130 | 0 | 0 | 0 | 0 | (47,065) | 47,065 |
| $48,400,000 Missouri Health and Educ Fac Auth (MO), Variable Rate | 05/14/08; #47PA4798; No Mgr;Long-Term Variable (>13 mo) | C. Lee*, R. Freel, A. Yang, D. Kasdin, D. Ratliff, K. Lin# [HlthCare] | | 1.667 | 12,100 | 60,500 | 0 | 72,600 | 0 | 0 | 0 | 0 | (30,250) | 42,350 |
| $42,100,000 Missouri Health and Educ Fac Auth (MO), Variable Rate | 05/14/08; #47PA4796; No Mgr;Long-Term Variable (>13 mo) | C. Lee*, R. Freel, A. Yang, D. Kasdin, D. Ratliff, K. Lin# [HlthCare] | | | 10,525 | 52,625 | 0 | 63,150 | 0 | 0 | 0 | 0 | (26,313) | 36,838 |
| $166,050,000 Charlotte-Mecklenburg Hospital Authority (NC), Health Care | 07/08/08; #47PA4995; No Mgr;Long-Term Variable (>13 mo) | T. Hartman*, K. Lawrence, D. Kasdin, P. Nahata, M. Robbins [Southeast, HlthCare, Admin - ARS Takeout] | | | 0 | 72,647 | 0 | 72,647 | 0 | 0 | 0 | 0 | (36,323) | 36,323 |
| $52,400,000 North Carolina Medical Care Commission (NC), Pooled | 09/30/08; #47PA5189; No Mgr;Long-Term Variable (>13 mo) | D. Kasdin*, A. Rudner, M. Robbins# [HlthCare, Short-Term] | | | 0 | 52,400 | 0 | 52,400 | 0 | 0 | 0 | 0 | (26,200) | 26,200 |
| $82,825,000 Medical Center Hospital Authority (GA), Short Term Notes | 02/29/08; #47PA4473; No Mgr;Long-Term Variable (>13 mo) | T. Hartman, D. Kasdin*, M. Olarte [HlthCare] | | 1.891 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,819 | 0 | 2,819 |
| Missouri Health and Educ Fac Auth (MO), IPBs SSM Healthcare (Jan - | 01/01/08; #; No Mgr;Mode Not Applicable | D. Kasdin, C. Lee, R. Freel [HlthCare, Index Put Bonds, Credit - Balance Sheet] | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 218,430 | (2,006,716) | (1,788,286) |
| | | | | | 657,256 | 4,899,776 | 0 | 5,557,032 | 684,000 | 0 | 0 | 2,905,464 | (2,740,546) | 6,405,949 |

### Non-Traditional Revenues

| | Total $ |
|---|---|
| Derivatives | 684,000 |
| Reinvestments | 0 |
| Financial Advisor | 0 |
| Remarketing | 0 |
| Other Revenues | 2,905,464 |
| Subtotal | 3,589,464 |

### Miscellaneous Payouts

| | Total $ |
|---|---|
| Origination Fees - | |
| Short-Term (50%) | (742,113) |
| TFI (50%) | 0 |
| Finder's Fees | 0 |
| Other Payouts | (1,998,434) |
| Subtotal | (2,740,546) |
| Annual Remarketing (50%) | 0 |
| Subtotal | (2,740,546) |

### P&L Summary

| | Total $ |
|---|---|
| Public Finance Dept | |
| Trad Banking | 657,256 |
| Non-Trad Rev | 684,000 |
| Selling (ST/TFI) | 742,113 |
| Investment Banking | 0 |
| Asset Management | 0 |
| Annual Remarketing | 0 |
| Miscellaneous | 907,030 |
| Subtotal PFD | 2,990,399 |
| Shared New Issue | 3,415,550 |
| MSD Other | 0 |
| Derivatives | 0 |
| Reinvestments | 0 |
| Money Market Desk | 742,113 |
| TFI Selling / Other | 684,000 |
| Investment Banking | 657,256 |
| Asset Management | 0 |
| Annual Remarketing | 0 |
| Finder's Fees | 0 |
| Miscellaneous | 1,998,434 |
| Gross Revenues | 9,146,496 |

## Bonds Sold Information

| | | |
|---|---|---|
| Par Managed | $2,938,785,000 | |
| Desk Estimates - Designations | 2,307,679 | 90.1% [1] |
| Fact Sheet Bonds Sold - Retail | 17,598,000 | 1.0% |
| Institutional | 1,719,700,000 | 99.0% |
| Total | 1,737,298,000 | |

## Revenue Summary

| | |
|---|---|
| Traditional | 5,557,032 |
| Non-Traditional | 3,589,464 |
| Annual Remarketing | 0 |
| Gross Revenues | 9,146,496 |
| Non-MSD Transfers | (2,740,546) |
| MSD Net Revenues | 6,405,949 |

[1] Based on selling revenues (for non-sole managed transactions) of: $2,562,131

CONFIDENTIAL
For Internal Use Only

# CITI

# PFD Net Revenue Report - Summary

Lee, Charles M - Director
Run Date: 12/22/08 12:31
Period: 01/01/08 - 12/31/08
Page: 184 of 335

## Lee, Charles M - Director

| Transaction | Transaction Details | Staffing / Product Groups / Regions |
|---|---|---|
| Missouri Health and Educ Fac Auth (MO), IPBs SSM Healthcare (Jan - | 01/01/08, #: No Mgr:Mode Not Applicable | D. Kasdin, C. Lee, R. Freel [HlthCare, Index Put Bonds, Credit - Balance Sheet] |

### Bonds Sold Information

| | | Fact Sheet | Mgmt Fee | Selling | Other Bond | Total Bond | Deriv | Reinv | Fin Adv | Other | Misc | Total Rev |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Par Managed | $4,894,855,000 | | 994,720 | 6,095,528 | 0 | 7,090,247 | 5,936,001 | 0 | 1,769,177 | 218,430 | (2,006,716) (1,788,286) | |
| Desk Estimates - Designations | 809,547 | 90.7% [1] | | | | | | | | | | |
| Fact Sheet Bonds Sold - | | | | | | | | | | | | |
| Retail | 0 | 0.0% | | | | | | | | | | |
| Institutional | 3,001,085,000 | 100.0% | | | | | | | | | | |
| Total | 3,001,085,000 | | | | | | | | | | | |

[1] Based on selling revenues (for non-sole managed transactions) of: $892,697

### Traditional Revenues (Origination)

| | Total $ | $ / Bond |
|---|---|---|
| Management | 994,720 | 0.203 |
| Selling Revenue | 6,095,528 | 1.245 |
| Structuring | 0 | 0.000 |
| Clearance | 0 | 0.000 |
| Und P&L | 0 | 0.000 |
| Other Bond | 0 | 0.000 |
| Subtotal | 7,090,247 | 1.449 |

### Non-Traditional Revenues

| | Total $ | $ Transfers | Net $ |
|---|---|---|---|
| Derivatives | 5,936,001 | 0 | 5,936,001 |
| Reinvestments | 0 | 0 | 0 |
| Financial Advisor | 0 | 0 | 0 |
| Remarketing | 1,769,177 | 0 | 1,769,177 |
| Other Revenues | 0 | 0 | 0 |
| Subtotal | 7,705,178 | 0 | 7,705,178 |

### Miscellaneous Payouts

| | |
|---|---|
| Origination Fees - Short-Term (50%) | (1,237,219) |
| TFI (50%) | 0 |
| Finder's Fees | 0 |
| Other Payouts | (2,011,622) |
| Subtotal | (3,248,841) |
| Annual Remarketing (50%) | 0 |
| Subtotal | (3,248,841) |

### Revenue Summary

| | |
|---|---|
| Traditional | 7,090,247 |
| Non-Traditional | 7,705,178 |
| Annual Remarketing | 0 |
| Gross Revenues | 14,795,425 |
| Non-MSD Transfers | (3,248,841) |
| MSD Net Revenues | 11,546,584 |

### P&L Summary

| | Total $ |
|---|---|
| Public Finance Dept | |
| Trad Banking | 994,720 |
| Non-Trad Rev | 5,936,001 |
| Selling (ST/TFI) | 1,237,219 |
| Annual Remarketing | 0 |
| Miscellaneous | (242,445) |
| Subtotal PFD | 7,925,495 |
| Shared New Issue | 3,621,089 |
| MSD Other | 0 |
| Derivatives | 0 |
| Reinvestments | 0 |
| Money Market Desk | 1,237,219 |
| TFI Selling / Other | 0 |
| Investment Banking | 0 |
| Asset Management | 0 |
| Finder's Fees | 0 |
| Miscellaneous | 2,011,622 |
| Gross Revenues | 14,795,425 |

CGMI_BART022182

CONFIDENTIAL
For Internal Use Only

# citi

## PFD Net Revenue Report - Summary

| | |
|---|---|
| Run Date: | 12/22/08 12:31 |
| Period: | 01/01/08 - 12/31/08 |
| Page: | 146 of 335 |

Irwin, Michael R - Director

### Irwin, Michael R - Director

#### Bonds Sold Information

| Transaction | Transaction Details | Staffing / Product Groups / Regions | Fact Sheet | Mgmt Fee | Selling | Other Bond | Total Bond | $ Transfers | Deriv | Reinv | Fin Adv | Other | Misc | Total Rev |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pennsylvania Economic Develop Fin Auth (PA), IPBs Jefferson Health | 01/01/08; #: No Mgr/Mode Not Applicable | L. Conley, M. Irwin [HlthCare, Index Put Bonds, Credit - Balance Sheet] | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 127,948 | (1,856,119) | (1,657,392) |

#### Traditional Revenues (Origination)

| | Total $ | $ / Bond |
|---|---|---|
| Management | 1,452,463 | 0.532 |
| Selling Revenue | 5,860,366 | 2.145 |
| Structuring | 25,000 | 0.009 |
| Clearance | 0 | 0.000 |
| Und P&L | 0 | 0.000 |
| Other Bond | 0 | 0.000 |
| Subtotal | 7,337,829 | 2.686 |

#### Non-Traditional Revenues

| | Total $ | Net $ |
|---|---|---|
| Derivatives | 1,294,500 | 1,294,500 |
| Reinvestments | 0 | 0 |
| Financial Advisor | 0 | 0 |
| Remarketing | 0 | 0 |
| Other Revenues | 127,948 | 127,948 |
| Subtotal | 1,422,448 | 1,422,448 |

#### Miscellaneous Payouts

| | Total $ |
|---|---|
| Origination Fees - Short-Term (50%) | (70,779) |
| TFI (50%) | 0 |
| Finder's Fees | 0 |
| Other Payouts | (1,785,340) |
| Subtotal | (1,856,119) |
| Annual Remarketing (50%) | 0 |
| Subtotal | (1,856,119) |

| Par Managed | $2,731,497,000 | | |
|---|---|---|---|
| Desk Estimates - Designations | 4,076,644 | 90.5% [1] | |
| Fact Sheet Bonds Sold - Retail | 71,172,000 | 5.7% | |
| Institutional | 1,176,815,000 | 94.3% | |
| Total | 1,247,987,000 | | |

#### Revenue Summary

| | |
|---|---|
| Traditional | 7,337,829 |
| Non-Traditional | 1,422,448 |
| Annual Remarketing | 0 |
| Gross Revenues | 8,760,277 |
| Non-MSD Transfers | (1,856,119) |
| MSD Net Revenues | 6,904,159 |

#### P&L Summary

| | Total $ |
|---|---|
| Public Finance Dept | 1,477,463 |
| Trad Banking | 1,294,500 |
| Non-Trad Rev | 70,779 |
| Selling (ST/TFI) | 0 |
| Annual Remarketing | 0 |
| Miscellaneous | (1,657,392) |
| Subtotal PFD | 1,185,350 |
| Shared New Issue | 5,718,808 |
| MSD Other | 0 |
| Derivatives | 0 |
| Reinvestments | 0 |
| Money Market Desk | 70,779 |
| TFI Selling / Other | 0 |
| Investment Banking | 0 |
| Asset Management | 0 |
| Finder's Fees | 0 |
| Miscellaneous | 1,785,340 |
| Gross Revenues | 8,760,277 |

[1] Based on selling revenues (for non-sole managed transactions) of: $4,502,508

CGMI_BART022154

# PFD Net Revenue Report - Summary



**Jackman, Kent D - Director**

Run Date: 11/26/08 18:39
Period: 01/01/08 - 12/31/08
Page: 143 of 334

## Jackman, Kent D - Director

### Bonds Sold Information

| | |
|---|---|
| Par Managed | $2,163,900,000 |

### Desk Estimates - Designations

| | |
|---|---|
| Designations | 554,468 |

### Fact Sheet Bonds Sold -

| | | |
|---|---|---|
| Retail | 9,083,000 | 0.9% |
| Institutional | 1,034,385,000 | 99.1% |
| Total | 1,043,468,000 | 90.8%[1] |

[1] Based on selling revenues (for non-sole managed transactions) of: $610,738

### Traditional Revenues (Origination)

| Transaction | Transaction Details | Staffing / Product Groups / Regions | Fact Sheet | Mgmt Fee | Selling | Other Bond | Total Bond | Deriv | Reinv | Fin Adv | Other | Misc | Total Rev |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $525,000,000 Baylor College of Medicine (TX), Swap Restructure | 09/05/08; ***Dafi; No Mgr;Mode Not Applicable | J. Sheehan, R. Noga, K. Jackman, K. Lin, E. McNeary [Southwest, HlthCare, Swap/Reinv] | | 0 | 0 | 0 | 0 | 3,145,137 | 0 | 0 | 0 | 0 | 3,145,137 |
| $180,000,000 Maryland Health and Higher Educ Fac Auth (MD), | 12/03/08; #47PA4967, Sole Mgr;Long-Term Fixed (>13 mo) | K. Jackman, D. Kasdin, A. Yang*, M. McGrady# [HlthCare] | | 0 | 0 | 900,000 | 900,000 | 0 | 0 | 0 | 0 | 0 | 900,000 |
| $200,000,000 Harris County Cultural Educ Fac Fin Corp (TX), Medical | 08/27/08; #47PA5029; Sr Mgr;Long-Term Fixed (>13 mo) | J. Sheehan*, K. Jackman, E. McNeany, K. Lin# [HlthCare] | | 200,000 | 610,738 | 0 | 810,738 | 0 | 0 | 0 | 0 | 0 | 810,738 |
| $346,115,000 Fairfax County Industrial Development Auth (VA), | 04/10/08; #47PA4666; Sole Mgr;Long-Term Variable (>13 mo) | T. Hartman*, K. Jackman, A. Rudner [HlthCare, Short-Term] | | 320,372 | 368,287 | 0 | 688,660 | 0 | 0 | 0 | (184,144) | 0 | 504,516 |
| $157,730,000 Harris County Health Fac Dev Corp (TX), Medical Fac Rev | 06/17/08; #47PA4752; Sole Mgr;Long-Term Variable (>13 mo) | J. Sheehan*, K. Jackman, A. Kapadia, E. McNeany, J. Reardon# [HlthCare, Admin - ARS Takeout] | | 197,163 | 157,730 | 0 | 354,893 | 0 | 0 | 0 | (78,865) | 0 | 276,028 |
| $200,125,000 Norfolk City, Economic Develop Auth of (VA), Variable Rate | 04/22/08; #47PA4626; No Mgr;Long-Term Variable (>13 mo) | T. Hartman, K. Jackman, M. Brown, M. Robbins# [HlthCare] | | 70,044 | 250,156 | 0 | 320,200 | 0 | 0 | 0 | (125,078) | 0 | 195,122 |
| $186,700,000 Franklin, County of (OH), Revenue Bonds, Srs 08 (Ohio | 07/31/08; #47PA5000; Sole Mgr;Long-Term Variable (>13 mo) | J. Blake, L. Conley, A. Yang*, K. Jackman, K. Lin, K. Aksoy# [HlthCare] | | 0 | 326,725 | 0 | 326,725 | 0 | 0 | 0 | (163,363) | 0 | 163,363 |
| $55,000,000 Harris County Cultural Educ Fac Fin Corp (TX), Medical | 08/26/08; #47PA5028; Sole Mgr;Long-Term Variable (>13 mo) | J. Sheehan*, K. Jackman, E. McNeany, K. Lin# [HlthCare] | | 68,750 | 68,750 | 0 | 137,500 | 0 | 0 | 0 | (34,375) | 0 | 103,125 |
| $156,615,000 Sentara Healthcare (VA), Swap | 06/25/08; ***Dafi; No Mgr;Mode Not Applicable | D. Johnson, T. Hartman, K. Jackman [HlthCare, Swap/Reinv] | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| $156,615,000 Suffolk City Economic Development Auth (VA), Revenue | 06/25/08; #47PA4903; No Mgr;Long-Term Fixed (>13 mo) | T. Hartman, K. Jackman, M. Brown*, M. Fong, M. Robbins# [HlthCare] | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Suffolk City Industrial Development Auth (VA), EIPBs Sentara Healthcare | 01/01/08; #; No Mgr;Mode Not Applicable | M. Brown, T. Hartman, K. Jackman [HlthCare, Index Put Bonds, Credit - Balance Sheet] | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | 856,329 | 1,782,386 | 900,000 | 3,538,715 | 3,145,137 | 0 | 0 | (585,824) | 0 | 7,060,064 |

### Non-Traditional Revenues

| | Total $ | $ / Bond |
|---|---|---|
| Management | 856,329 | 0.396 |
| Selling Revenue | 1,782,386 | 0.824 |
| Structuring | 0 | 0.000 |
| Clearance | 900,000 | 0.416 |
| Und P&L | 0 | 0.000 |
| Other Bond | 0 | 0.000 |
| Subtotal | 3,538,715 | 1.635 |

| | Total $ |
|---|---|
| Derivatives | 3,145,137 |
| Reinvestments | 0 |
| Financial Advisor | 0 |
| Remarketing | 376,212 |
| Other Revenues | 0 |
| Subtotal | 3,521,349 |

### Miscellaneous Payouts

| | |
|---|---|
| Origination Fees - Short-Term (50%) | (585,824) |
| TFI (50%) | 0 |
| Finder's Fees | 0 |
| Other Payouts | (5,257,151) |
| Subtotal | (5,842,975) |
| Annual Remarketing (50%) | 0 |
| Subtotal | (5,842,975) |

### Revenue Summary

| | |
|---|---|
| Traditional | 3,538,715 |
| Non-Traditional | 3,521,349 |
| Annual Remarketing | 0 |
| Gross Revenues | 7,060,064 |
| Non-MSD Transfers | (5,842,975) |
| MSD Net Revenues | 1,217,088 |

### P&L Summary

| | Net $ | Total $ |
|---|---|---|
| Public Finance Dept | | 1,756,329 |
| Trad Banking | 3,145,137 | 3,145,137 |
| Non-Trad Rev | | 585,824 |
| Selling (ST/TFI) | | |
| Investment Banking | | |
| Asset Management | | |
| TFI Selling / Other | | 585,824 |
| Money Market Desk | | |
| Reinvestments | | |
| Derivatives | | |
| MSD Other | | |
| Shared New Issue | | |
| Subtotal PFD | 376,212 | (5,257,151) (4,880,939) |
| Miscellaneous | | (4,880,939) |
| Annual Remarketing | 0 | 0 |
| Selling (ST/TFI) | | 585,824 |
| Finder's Fees | | 610,738 |
| Miscellaneous | | 606,351 |
| Gross Revenues | | 7,060,064 |
| | 376,212 | (5,842,975) |
| | | 5,257,151 |

CONFIDENTIAL
For Internal Use Only
CGMI_BART022159

CONFIDENTIAL
For Internal Use Only



# PFD Net Revenue Report - Summary

**Jackman, Kent D - Director**

Run Date: 12/22/08 12:31
Period: 01/01/08 - 12/31/08
Page: 147 of 335

## Jackman, Kent D - Director

### Bonds Sold Information

| Transaction | Transaction Details | Staffing / Product Groups / Regions | Fact Sheet | Mgmt Fee | Selling | Other Bond | Total Bond | Deriv | Reinv | Fin Adv | Other | Misc | Total Rev |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $525,000,000 Baylor College of Medicine (TX), Swap Restructure | 09/05/08; ***Dafi; No Mgr;Mode Not Applicable | J. Sheehan, R. Noga, K. Jackman, K. Lin, E. McNeany [Southwest, HlthCare, Swap/Reinv] | | 0 | 0 | 0 | 0 | 3,145,137 | 0 | 0 | 0 | 0 | 3,145,137 |
| $200,000,000 Harris County Cultural Educ Fac Fin Corp (TX), Medical | 08/27/08; #47PA5029; Sr Mgr;Long-Term Fixed (>13 mo) | J. Sheehan* K. Jackman, E. McNeany, K. Lin# [HlthCare] | | 0.396 | 200,000 | 610,738 | 0 | 810,738 | 0 | 0 | 0 | 0 | 0 | 810,738 |
| $346,115,000 Fairfax County Industrial Development Auth (VA), | 04/10/08; #47PA4666; Sole Mgr;Long-Term Variable (>13 mo) | T. Hartman*, K. Jackman, A. Rudner [HlthCare, Short-Term] | | 0.824 | 320,372 | 368,287 | 0 | 688,660 | 0 | 0 | 0 | 0 | (184,144) | 504,516 |
| $180,000,000 Anne Arundel Medical Center (MD), Swap Restructure | 11/30/08; ***Dafi; No Mgr;Mode Not Applicable | K. Jackman, D. Kasdin [HlthCare, Swap/Reinv] | | 0 | 0 | 0 | 0 | 0 | 394,000 | 0 | 0 | 0 | 394,000 |
| $157,730,000 Harris County Health Fac Dev Corp (TX), Medical Fac Rev | 06/17/08; #47PA4752; Sole Mgr;Long-Term Variable (>13 mo) | J. Sheehan* K. Jackman, A. Kapadia, E. McNeany, J. Reardon# [HlthCare, Admin - ARS Takeout] | | 0 | 197,163 | 157,730 | 0 | 354,893 | 0 | 0 | 0 | 0 | (78,865) | 276,028 |
| $200,125,000 Norfolk City, Economic Develop Auth of (VA), Variable Rate | 04/22/08; #47PA4626; No Mgr;Long-Term Variable (>13 mo) | T. Hartman, K. Jackman*, M. Brown, M. Robbins# [HlthCare] | | 0 | 70,044 | 250,156 | 0 | 320,200 | 0 | 0 | 0 | 0 | (125,078) | 195,122 |
| $186,700,000 Franklin, County of (OH), Revenue Bonds, Srs 08 (Ohio) | 07/31/08; #47PA5000; Sole Mgr;Long-Term Variable (>13 mo) | J. Blake, L. Conley, A. Yang*, K. Jackman, K. Lin, K. Aksoy# [HlthCare] | | 0 | 0 | 326,725 | 0 | 326,725 | 0 | 0 | 0 | 0 | (163,363) | 163,363 |
| $55,000,000 Harris County Cultural Educ Fac Fin Corp (TX), Medical | 08/26/08; #47PA5028; Sole Mgr;Long-Term Variable (>13 mo) | J. Sheehan* K. Jackman, E. McNeany, K. Lin# [HlthCare] | | 0 | 68,750 | 68,750 | 0 | 137,500 | 0 | 0 | 0 | 0 | (34,375) | 103,125 |
| $156,615,000 Sentara Healthcare (VA), Swap | 06/25/08; ***Dafi; No Mgr;Mode Not Applicable | D. Johnson, T. Hartman, K. Jackman [HlthCare, Swap/Reinv] | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| $156,615,000 Suffolk City Economic Development Auth (VA), Revenue | 06/25/08; #47PA4903; No Mgr;Long-Term Fixed (>13 mo) | T. Hartman, K. Jackman, M. Brown*, M. Fong, M. Robbins# [HlthCare] | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Suffolk City Industrial Development Auth (VA), EIPBs Sentara Healthcare | 01/01/08; #. No Mgr;Mode Not Applicable | M. Brown, T. Hartman, K. Jackman [HlthCare, Index, Put Bonds, Credit - Balance Sheet] | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

### Traditional Revenues (Origination)

| | Total $ | $ / Bond |
|---|---|---|
| Management | 856,329 | 0.396 |
| Selling Revenue | 1,782,386 | 0.824 |
| Structuring | 0 | 0.000 |
| Clearance | 0 | 0.000 |
| Und P&L | 0 | 0.000 |
| Other Bond | 0 | 0.000 |
| Subtotal | 2,638,715 | 1.219 |

### Non-Traditional Revenues

| | Total $ |
|---|---|
| Derivatives | 3,539,137 |
| Reinvestments | 0 |
| Financial Advisor | 0 |
| Remarketing | 1,471,157 |
| Other Revenues | 0 |
| Subtotal | 5,010,294 |

### Miscellaneous Payouts

| | $ Transfers | Net $ |
|---|---|---|
| Origination Fees - Short-Term (50%) | (585,824) | |
| TFI (50%) | 0 | |
| Finder's Fees | 0 | |
| Other Payouts | (5,283,010) | |
| Subtotal | (5,868,834) | |
| Annual Remarketing (50%) | 0 | |
| Subtotal | (5,868,834) | |

### P&L Summary

| | Total $ |
|---|---|
| Public Finance Dept | |
| Trad Banking | 856,329 |
| Non-Trad Rev | 3,539,137 |
| TFI Selling / Other | 585,824 |
| Selling (ST/TFI) | 0 |
| Annual Remarketing | 0 |
| Miscellaneous | (3,811,852) |
| Subtotal PFD | 1,169,438 |
| Shared New Issue | 610,738 |
| MSD Other | 0 |
| Derivatives | 0 |
| Reinvestments | 0 |
| Money Market Desk | 0 |
| Investment Banking | 0 |
| Asset Management | 0 |
| Finder's Fees | 0 |
| Miscellaneous | 0 |
| Gross Revenues | 7,649,009 |

### Revenue Summary

| | Traditional | Non-Traditional | Annual Remarketing | Gross Revenues | Non-MSD Transfers | MSD Net Revenues |
|---|---|---|---|---|---|---|
| | 2,638,715 | 5,010,294 | 0 | 7,649,009 | (5,868,834) | 1,780,175 |

### Desk Estimates - Designations

| | |
|---|---|
| Par Managed | $2,163,900,000 |
| Fact Sheet Bonds Sold - Designations | 554,468 | 90.8% [1] |

### Fact Sheet Bonds Sold -

| | | |
|---|---|---|
| Retail | 9,083,000 | 0.9% |
| Institutional | 1,034,385,000 | 99.1% |
| Total | 1,043,468,000 | |

[1] Based on selling revenues (for non-sole managed transactions) of: $610,738

CGMI_BART02158

CONFIDENTIAL
For Internal Use Only



# PFD Net Revenue Report - Summary

Sheehan, John Patrick - Director
Run Date: 12/22/08 12:31
Period: 01/01/08 - 12/31/08
Page: 299 of 335

## Sheehan, John Patrick - Director

| Transaction | Transaction Details | Staffing / Product Groups / Regions |
|---|---|---|
| $85,775,000 Tarrant County Cultural Educ Fac Fin Corp (TX), Rev Bonds, Mgr:Long-Term:Variable | 06/10/08; #47PA4846; Sole | J. Sheehan, R. Freel*, H. Houston# [HlthCare] (>13.mo) |

### Bonds Sold Information

| | |
|---|---|
| Par Managed | $3,210,610,000 |
| Desk Estimates - Designations | 1,144,242 |
| Fact Sheet Bonds Sold - Retail | 61,123,000 |
| Institutional | 963,588,000 |
| Total | 1,024,711,000 |

85.9% [1]
6.0%
94.0%

[1] Based on selling revenues (for non-sole managed transactions) of: $1,331,722

### Traditional Revenues (Origination)

| | Total $ | $ / Bond | Mgmt Fee | Selling | Other Bond | Total Bond | Deriv | Reinv | Fin Adv | Other | Misc | Total Rev |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Management Selling Revenue | 783,643 3,117,646 | 0.244 0.971 | | 128,563 | | 128,563 | | | | | | |
| Structuring | 0 | 0.000 | | | | | | | | | | |
| Clearance | 0 | 0.000 | | | | | | | | | | |
| Und P&L | 0 | 0.000 | | | | | | | | | | |
| Other Bond | 0 | 0.000 | | | | | | | | | | |
| Subtotal | 3,901,288 | 1.215 | 783,643 | 3,117,646 | 0 | 3,901,288 | 0 | 0 | 0 | 0 | 0 | |

### Non-Traditional Revenues

| | Total $ | $ Transfers | Net $ |
|---|---|---|---|
| Derivatives | 6,179,337 | 0 | 6,179,337 |
| Reinvestments | 0 | 0 | 0 |
| Financial Advisor | 914,086 | 0 | 914,086 |
| Remarketing | 0 | 0 | 0 |
| Other Revenues | 690,814 | 0 | 690,814 |
| Subtotal | 7,784,237 | 0 | 7,784,237 |

### Miscellaneous Payouts

| | |
|---|---|
| Origination Fees - Short-Term (50%) | (317,092) |
| TFI (50%) | 0 |
| Finder's Fees | 0 |
| Other Payouts | 0 |
| Subtotal | (317,092) |
| Annual Remarketing (50%) | 0 |
| Subtotal | (317,092) |

### Revenue Summary

| | |
|---|---|
| Traditional | 3,901,288 |
| Non-Traditional | 7,784,237 |
| Annual Remarketing | 0 |
| Gross Revenues | 11,685,525 |
| Non-MSD Transfers | (317,092) |
| MSD Net Revenues | 11,368,433 |

### P&L Summary

| | Total $ |
|---|---|
| Public Finance Dept | |
| Trad Banking | 783,643 |
| Non-Trad Rev | 7,093,423 |
| Selling (ST/TFI) | 317,092 |
| Annual Remarketing | 0 |
| Miscellaneous | 690,814 |
| Subtotal PFD | 8,884,971 |
| Shared New Issue | 2,483,462 |
| MSD Other | 0 |
| Derivatives | 0 |
| Reinvestments | 0 |
| Money Market Desk | 317,092 |
| TFI Selling / Other | 0 |
| Investment Banking | 0 |
| Asset Management | 0 |
| Finder's Fees | 0 |
| Miscellaneous | 0 |
| Gross Revenues | 11,685,525 |

Totals row: 783,643  3,117,646  0  128,563  3,901,288  6,179,337  0  914,086  690,814  (317,092)  11,368,433
64,331   64,331

CGMI_BART022227



# PFD Net Revenue Report - Summary

| | |
|---|---|
| Run Date: | 12/22/08 12:31 |
| Period: | 01/01/08 - 12/31/08 |
| Page: | 265 of 335 |

**Radina, Victor J - Director**

## Radina, Victor J - Director

### Bonds Sold Information

| Transaction | Transaction Details | Staffing / Product Groups / Regions |
|---|---|---|
| Scottsdale Industrial Dev Auth (AZ), IPBs Scottsdale Health (Jan - Nov) | 01/01/08; #; No MgrMode Not Applicable | J. Price, V. Radina [HlthCare, Index Put Bonds, Credit - Balance Sheet] |

### Traditional Revenues (Origination)

| | Fact Sheet | Mgmt Fee | Selling | Other Bond | Total Bond | Deriv | Reinv | Fin Adv | Other | Misc | Total Rev |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Par Managed | $2,330,575,000 | | | | | | | | | | |
| Desk Estimates - Designations | 3,333,185 | | | | | | | | | | |
| Fact Sheet Bonds Sold - | | | | | | | | | | | |
| Retail | 10,460,000 | 0.6% | | | | | | | | | |
| Institutional | 1,614,333,000 | 99.4% | | | | | | | | | |
| Total | 1,624,793,000 | 91.6% [1] | | | | | | | | | |
| | | | 1,533,631 | 8,225,440 | 0 | 9,759,071 | 615,000 | 0 | 914,086 | 7,052,848 | (7,205,481) | 11,135,524 |

[1] Based on selling revenues (for non-sole managed transactions) of: $3,637,846

| | Total $ | $/ Bond |
|---|---|---|
| Management | 1,533,631 | 0.658 |
| Selling Revenue | 8,225,440 | 3.529 |
| Structuring | 0 | 0.000 |
| Clearance | 0 | 0.000 |
| Und P&L | 0 | 0.000 |
| Other Bond | 0 | 0.000 |
| Subtotal | 9,759,071 | 4.187 |

### Non-Traditional Revenues

| | Total $ |
|---|---|
| Derivatives | 615,000 |
| Reinvestments | 0 |
| Financial Advisor | 914,086 |
| Remarketing | 0 |
| Other Revenues | 7,052,848 |
| Subtotal | 8,581,934 |

### Miscellaneous Payouts

| | $ Transfers |
|---|---|
| Origination Fees - Short-Term (50%) | (599,051) |
| TFI (50%) | 0 |
| Finder's Fees | 0 |
| Other Payouts | (6,606,429) |
| Subtotal | (7,205,481) |
| Annual Remarketing (50%) | 0 |
| Subtotal | (7,205,481) |

### Revenue Summary

| | Net $ |
|---|---|
| Traditional | 9,759,071 |
| Non-Traditional | 8,581,934 |
| Annual Remarketing | 0 |
| Gross Revenues | 18,341,005 |
| Non-MSD Transfers | (7,205,481) |
| MSD Net Revenues | 11,135,524 |

### P&L Summary

| | Total $ |
|---|---|
| Public Finance Dept | 1,533,631 |
| Trad Banking | 1,529,086 |
| Non-Trad Rev | 599,051 |
| Selling (ST/TFI) | 0 |
| Annual Remarketing | 446,419 |
| Miscellaneous | 4,108,186 |
| Subtotal PFD | 7,027,338 |
| Shared New Issue | 0 |
| MSD Other | 0 |
| Derivatives | 0 |
| Reinvestments | 0 |
| Money Market Desk | 599,051 |
| TFI Selling / Other | 0 |
| Investment Banking | 0 |
| Asset Management | 0 |
| Finder's Fees | 0 |
| Miscellaneous | 6,606,429 |
| Gross Revenues | 18,341,005 |

CONFIDENTIAL
For Internal Use Only
CGMI_BART022207

CONFIDENTIAL

For Internal Use Only



# PFD Net Revenue Report - Summary

Plimpton, Charlie - Director
Run Date: 12/22/08 12:31
Period: 01/01/08 - 12/31/08
Page: 256 of 335

## Plimpton, Charlie - Director

### Bonds Sold Information

| | Par Managed | Fact Sheet Bonds Sold - Designations |
|---|---|---|
| Par Managed | $2,281,080,000 | |
| Desk Estimates - Designations | | 343,241    100.0% [1] |
| Fact Sheet Bonds Sold - Retail | 56,600,000 | 3.8% |
| Institutional | 1,427,222,000 | 96.2% |
| Total | 1,483,822,000 | |

[1] Based on selling revenues (for non-sole managed transactions) of: $343,241

### Traditional Revenues (Origination)

| Transaction | Transaction Details | Staffing / Product Groups / Regions | Fact Sheet | Mgmt Fee | Selling | Other Bond | Total Bond | Deriv | Reinv | Fin Adv | Other | Misc | Total Rev |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $50,000,000 Illinois Finance Authority (IL), Rev Bonds, Srs 08D | 05/21/08; #47PA4728; Sole Mgr;Long-Term Variable (>13 mo) | R. Freel*, C. Plimpton, F. Lee, M. Olarte, P. Nahata# [HlthCare] | | 12,500 | 75,000 | 0 | 87,500 | 0 | 0 | 0 | (37,500) | 0 | 50,000 |
| $56,600,000 Illinois Finance Authority (IL), Rev Ref Bonds, Srs (>13 mo) | 04/29/08; #47PA4689; Sole Mgr;Long-Term Variable | M. Brown*, C. Plimpton, A. Yang, S. Pond# [HlthCare] | | 0 | 56,600 | 0 | 56,600 | 0 | 0 | 0 | (28,300) | 0 | 28,300 |
| $25,000,000 Illinois Finance Authority (IL), Rev Bonds, Srs 08E | 05/21/08; #47PA4872; Sole Mgr;Long-Term Variable (>13 mo) | R. Freel*, C. Plimpton, F. Lee, M. Olarte, P. Nahata# [HlthCare] | | 6,250 | 37,500 | 0 | 43,750 | 0 | 0 | 0 | (18,750) | 0 | 25,000 |
| Colorado Hospital Authority, University of (CO), Index Put Bonds | 01/01/08; #: No Mgr;Not Applicable | J. Ament, D. Johnson, C. Plimpton [Southwest, HlthCare, Index Put Bonds, Credit - Balance Sheet] | | | | | | | | | | | |
| | | | | 1,283,500 | 3,731,689 | 0 | 5,015,189 | 3,513,800 | 0 | 0 | 823,974 (4,151,000) (3,327,026) | | 7,442,923 |

### Non-Traditional Revenues

| | Total $ | $ Transfers | Net $ |
|---|---|---|---|
| Derivatives | 3,513,800 | 0 | 3,513,800 |
| Reinvestments | 0 | 0 | 0 |
| Financial Advisor | 0 | 0 | 0 |
| Remarketing | 0 | 0 | 0 |
| Other Revenues | 9,807,261 | 0 | 9,807,261 |
| Subtotal | 13,321,061 | 0 | 13,321,061 |

#### Miscellaneous Payouts

| | Total $ |
|---|---|
| Origination Fees - Short-Term (50%) | (940,724) |
| TFI (50%) | 0 |
| Finder's Fees | 0 |
| Other Payouts | 0 |
| Subtotal | (9,952,603) |
| Annual Remarketing (50%) | 0 |
| Subtotal | (10,893,327) |

### Revenue Summary

| | |
|---|---|
| Traditional | 5,015,189 |
| Non-Traditional | 13,321,061 |
| Annual Remarketing | 0 |
| Gross Revenues | 18,336,250 |
| Non-MSD Transfers | (10,893,327) |
| MSD Net Revenues | 7,442,923 |

### P&L Summary

| | Total $ |
|---|---|
| Public Finance Dept | |
| Trad Banking | 1,283,500 |
| Non-Trad Rev | 3,513,800 |
| Selling (ST/TFI) | 940,724 |
| TFI Selling / Other | 0 |
| Investment Banking | 0 |
| Asset Management | 0 |
| Annual Remarketing | 0 |
| Miscellaneous | (145,342) |
| Subtotal PFD | 5,592,682 |
| Shared New Issue | 1,850,241 |
| MSD Other | 0 |
| Derivatives | 0 |
| Reinvestments | 0 |
| Money Market Desk | 940,724 |
| TFI Selling / Other | 0 |
| Finder's Fees | 0 |
| Miscellaneous | 9,952,603 |
| Gross Revenues | 18,336,250 |

CGMI_BART022197