UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                     :

AMY BARTOLETTI, ET AL.,             :

                    Plaintiff,    :

                                       :        10 Civ.  07820 (LGS)

      -against-               :

                                       :        ORDER

CITIGROUP INC., ET AL.,            :

                  Defendant.  :

                                       :

------------------------------------------------------------ X

LORNA G. SCHOFIELD, United States District Judge:

The Court has been informed that the parties have reached a settlement in principle in this case.  Accordingly, it is hereby ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days.  Any pending motions are DISMISSED as moot, and all conferences are CANCELLED.

      SO ORDERED.

Dated:  December 9, 2013
       New York, New York

                                LORNA G. SCHOFIELD
                           UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   12/9/13